IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:09-cv-446 |
| ADOBE SYSTEMS INC.; | § | |
| AMAZON.COM, INC.; APPLE INC.; | § | |
| ARGOSY PUBLISHING, INC.; | § | Jury Trial Demanded |
| BLOCKBUSTER INC.; CDW CORP.; | § | |
| CITIGROUP INC.; eBAY, INC.; | § | |
| FRITO-LAY, INC.; | § | |
| THE GO DADDY GROUP, INC.; | § | |
| GOOGLE INC.; J.C. PENNEY COMPANY, INC.; | § | |
| JPMORGAN CHASE & CO.; | § | |
| NEW FRONTIER MEDIA, INC.; | § | |
| OFFICE DEPO, INC.; PEROT SYSTEMS CORP.; | § | |
| PLAYBOY ENTERPRISES | § | |
| INTERNATIONAL, INC.; | § | |
| RENT-A-CENTER, INC.; STAPLES, INC.; | § | |
| SUN MICROSYSTEMS INC.; | § | |
| TEXAS INSTRUMENTS INC.; | § | |
| YAHOO! INC.; and YOUTUBE, LLC | § | |

**DEFENDANT eBAY INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT
INFRINGEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

**I.**

NOW COMES, eBay Inc. and, without waiving any defenses described or referred to in
Rule 12 F.R.C.P., moves the Court to extend the time within which eBay Inc. is required to
move, answer or otherwise respond to Plaintiff's Complaint for Patent Infringement up to and
including December 17, 2009.

**II.**

Counsel for Plaintiff, Eolas Technologies Incorporated, is unopposed to this request.

Dockets.Justia.com

**III.**

eBay Inc. seeks this extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, Defendant eBay Inc. respectfully prays that the time to answer, move or otherwise respond to Plaintiff Eolas Technologies Incorporated's Complaint for Patent Infringement be extended to and including December 17, 2009.

Dated: October 14, 2009                    Respectfully submitted,

                                  By:    */s/ Michael E. Jones*
                                         Michael E. Jones
                                         State Bar No. 10929400
                                         POTTER MINTON
                                         A Professional Corporation
                                         110 N. College, Suite 500 (75702)
                                         P. O. Box 359
                                         Tyler, Texas  75710
                                         (903) 597 8311
                                         (903) 593 0846 (Facsimile)
                                         mikejones@potterminton.com

                                         ATTORNEYS FOR DEFENDANT
                                         eBAY INC.


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 14, 2009.  Any other counsel of record will be served by first class mail on this same date.

                                         */s/ Michael E. Jones*
                                         Michael E. Jones