IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | **Civil Action No. 6:09-cv-446-LED** |
| Plaintiff, | § § | |
| ADOBE SYSTEMS INC.; AMAZON.COM, INC.; APPLE INC.; BLOCKBUSTER INC.; CDW CORP.; CITIGROUP INC.; eBAY, INC.; FRITO-LAY, INC.; THE GO DADDY GROUP, INC.; GOOGLE INC.; J.C. PENNY COMPANY, INC.; JPMORGAN CHASE & CO.; NEW FRONTIER MEDIA, INC.; OFFICE DEPOT, INC.; PEROT SYSTEMS CORP.; PLAYBOY ENTERPRISES INTERNATIONAL, INC.; RENT-A-CENTER, INC.; STAPLES, INC.; SUN MICROSYSTEMS INC.; TEXAS INSTRUMENTS INC.; YAHOO! INC.; and YOUTUBE, LLC, | § § § § § § § § § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

### DEFENDANT AMAZON.COM, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Amazon.com, Inc. ("Amazon.com") and, without waiving any defenses described or referred to in Rule 12 of the Federal Rules of Civil Procedure, hereby moves the Court to extend the time within which it is required to move, answer or otherwise respond to Plaintiff's Complaint for Patent Infringement up to and including December 17, 2009.

Amazon.com seeks this extension of time not for delay but for good cause and so that justice may be served.

Counsel for Plaintiff, Eolas Technologies Incorporated, does not oppose Amazon.com's request.

WHEREFORE, Defendant Amazon.com respectfully requests that the time to answer, move or otherwise respond to Plaintiff Eolas Technologies Incorporated's Complaint for Patent Infringement be extended to and including December 17, 2009.

Respectfully submitted,

Dated: October 16, 2009	By:	/s/ Jeffrey S. Love  
Jeffrey S. Love, Oregon State Bar No. 873987  
jeffrey.love@klarquist.com (Lead Attorney)  
Richard D. McLeod, Texas State Bar No. 24026836  
rick.mcleod@klarquist.com  
KLARQUIST SPARKMAN, LLP  
121 S.W. Salmon Street, Suite 1600  
Portland, Oregon 97204  
Telephone: 503-595-5300  
Facsimile: 503-595-5301  

*Attorneys for Defendant Amazon.com, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 16, 2009. Any other counsel of record will be served by first class mail on this same date.

By: /s/ Jeffrey S. Love
Jeffrey S. Love
jeffrey.love@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301