AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED-CLERK
U.S. DISTRICT COURT
2009 OCT 16 PM 3:39
TX EASTERN-MARSHALL
BY_____

Eastern District of Texas

Eolas Technologies Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Adobe Systems, Inc., et al

CASE NUMBER: 6:09-cv-446

TO: (Name and address of Defendant)

Adobe Systems, Inc.
By and through its Registered Agent for Service:
Corporation Service Company d/b/a CSC
701 Brazos Street, Suite 1050
Austin, Texas 78701-3232

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike McKool
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland

CLERK OF COURT

MLL

10/6/09

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/7/09 @ 2:15pm |
| NAME OF SERVER (PRINT) Norman Wiley | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Adobe Systems, Inc., by delivering to Corporation Service Company, its Registered Agent, on Chris Hornsby - Citation Clerk, at 701 Brazos Street, Suite 1050 Austin, Texas 78701.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  10/7/09
             Date

Signature of Server

9605 Blue Creek Lane, Austin, Texas 78758
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure