AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED-CLERK
U.S. DISTRICT COURT
2009 OCT 16 PM 3: 39
TX EASTERN-MARSHALL
BY

| Eastern | District of | Texas |

Eolas Technologies Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Adobe Systems, Inc., et al

CASE NUMBER: 6:09-cv-446

TO: (Name and address of Defendant)

Yahoo! Inc.
By and through its Registered Agent for Service:
CT Corporation System
818 W. 7th Street
Los Angeles, California 90017-3407

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike McKool
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland
CLERK OF COURT

MLL

10/6/09
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | OCTOBER 8TH 2009 |
| NAME OF SERVER (PRINT) WILLIAM ZAMBRANO | TITLE REGISTERED PROCESS SERVER #1784 ORANGE CO. CALIF. |

*Check one box below to indicate appropriate method of service*

→ [X] Served personally upon the defendant. Place where served: 818 WEST SEVENTH STREET 2nd FLOOR #200 LOS Angeles, CA 90017 (SERVED @ 1155 AM)

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: MARIA SANCHEZ - (PROCESS SERVICE SPECIALIST - SERVICE OF PROCESS

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES SERVICE OF PROCESS - | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on OCTOBER 8TH 2009
_____
Date         Signature of Server

3419 E. CHAPMAN AVE #363, ORANGE CA 92869
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.