IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED § <br> § <br> *Plaintiff*, § <br> v. § <br> § <br> ADOBE SYSTEMS INC.; § <br> AMAZON.COM, INC.; APPLE INC.; § <br> BLOCKBUSTER INC.; CDW CORP.; § <br> CITIGROUP INC.; eBAY, INC.; § <br> FRITO-LAY, INC.; § <br> THE GO DADDY GROUP, INC.; § <br> GOOGLE INC.; J.C. PENNY COMPANY, INC.; § <br> JPMORGAN CHASE & CO.; § <br> NEW FRONTIER MEDIA, INC.; § <br> OFFICE DEPOT, INC.; PEROT SYSTEM CORP.; § <br> PLAYBOY ENTERPRISES INTERNATIONAL, § <br> INC.; RENT-A-CENTER, INC.; STAPLES, INC.; § <br> SUN MICROSYSTEMS INC.; § <br> TEXAS INSTRUMENTS INC.; § <br> YAHOO! INC.; and YOUTUBE, LLC § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 6:09-cv-446 <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING
DEFENDANT PLAYBOY ENTERPRISES INTERNATIONAL, INC.'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

Defendant Playboy Enterprises International, Inc. filed it Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint through December 17, 2009. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Playboy Enterprises International, Inc. shall have through December 17, 2009 to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement.

**So ORDERED and SIGNED this 19th day of October, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**