**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES INCORPORATED,** | § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. 6:09-CV-446-LED |
| v. | § § | |
| **ADOBE SYSTEMS INC., ET AL,** | § § § § | JURY TRIAL DEMANDED |
| DEFENDANTS. | § | |

**NOTICE OF APPEARANCE**

Apple, Inc. ("Apple"), defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    Eric M. Albritton
    Texas State Bar No. 00790215
    ALBRITTON LAW FIRM
    P.O. Box 2649
    Longview, Texas 75606
    (903) 757-8449 (phone)
    (903) 758-7397 (fax)
    ema@emafirm.com

                                                                Respectfully submitted,

                                                                Eric M. Albritton
                                                                Texas State Bar No. 00790215
                                                                ALBRITTON LAW FIRM
                                                                P.O. Box 2649
                                                               Longview, Texas 75606
                                                                (903) 757-8449 (phone)
                                                                (903) 758-7397 (fax)
                                                                ema@emafirm.com

                                                               *Counsel for Apple, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 19th day of October, 2009.

Eric M. Albritton