IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED | § § § | |
| VS. | § § | CIVIL ACTION NO. 6:09-CV-446 LED |
| ADOBE SYSTEMS INCORPORATED, ET AL | § § | JURY TRIAL DEMANDED |

## DEFENDANT YAHOO! INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant Yahoo! Inc. files this unopposed motion seeking an extension of time to answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement in the above-referenced cause, until December 17, 2009. Accordingly, Defendant Yahoo! Inc. respectfully requests that the Court enter an order extending their time to answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement until and including December 17, 2009.

An order reflecting the relief requested is attached for the Court's convenience.

Respectfully submitted,

/s/ Otis Carroll
Otis Carroll
State Bar No. 03895700
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone:(903) 561-1600
Facsimile: (903) 581-1071
Fedserv@icklaw.com

**ATTORNEY FOR DEFENDANT YAHOO! INC.**

## CERTIFICATE OF CONFERENCE

I certify that Defendant Yahoo! Inc. conferred with counsel for Plaintiff, Mike McKool, who agreed to Yahoo! Inc.'s request for an extension of time to answer or otherwise respond to Plaintiff's Original Complaint.

/s/ Otis Carroll
Otis Carroll

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 20th day of October, 2009.

/s/ Otis Carroll
Otis Carroll