IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED | § § § | |
| VS. | § § | CIVIL ACTION NO. 6:09-CV-446 LED |
| ADOBE SYSTEMS INCORPORATED, ET AL | § § | JURY TRIAL DEMANDED |

**ORDER**

Before the Court is Defendant Yahoo! Inc.'s unopposed motion seeking an extension of time to answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement in the above-referenced cause until December 17, 2009. After considering the motion, and that Plaintiff has agreed to the extension, the Court finds that it is well taken and is hereby **GRANTED**. Accordingly, Defendant Yahoo! Inc. shall have until and including December 17, 2009, to answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement.