**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES** | § | |
| **INCORPORATED,** | § | |
| | § | |
| **PLAINTIFF,** | § | **CIVIL ACTION NO. 6:09-CV-446-LED** |
| | § | |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **ADOBE SYSTEMS INC., ET AL,** | § | |
| | § | |
| | § | |
| **DEFENDANTS.** | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND**

Apple Inc. ("Apple"), defendant in the above-entitled and numbered civil action, moves the Court to extend the deadline to answer or otherwise respond to the Original Complaint until December 17, 2009. In support, Apple will show the following.

The Original Complaint was filed on October 6, 2009. The plaintiff and defendant have agreed to extend the deadline to answer or otherwise respond to the Original Complaint until December 17, 2009.

WHEREFORE, PREMISE CONSIDERED, the defendant requests this Court to extend the deadline to answer or otherwise respond to the Original Complaint until December 17, 2009.

Dockets.Justia.com

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com

*Counsel for Apple, Inc.*

## CERTIFICATE OF CONFERENCE

The plaintiff is unopposed to the relief requested herein.

Eric M. Albritton

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 21st day of October, 2009.

Eric M. Albritton