# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES INCORPORATED,** | § § § | |
| **PLAINTIFF,** | § § | **CIVIL ACTION NO. 6:09-CV-446-LED** |
| **v.** | § § | |
| **ADOBE SYSTEMS INC., ET AL,** | § § § § | **JURY TRIAL DEMANDED** |
| **DEFENDANTS.** | § | |

## ORDER

The Unopposed Motion to Extend Time to Answer or Otherwise Respond to the Original Complaint shall be, and is hereby, GRANTED. Apple, Inc. shall have until and including December 17, 2009, to answer or otherwise respond to the Original Complaint.