AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Eastern___ District of ___Texas___

FILED-CLERK
U.S. DISTRICT COURT
2009 OCT 20 PM 2:39
TX EASTERN-MARSHALL
BY_____

Eolas Technologies Inc.

V.

Adobe Systems, Inc., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:09-cv-446

TO: (Name and address of Defendant)

Playboy Enterprises International, Inc.
By and through its Registered Agent for Service:
CT Corporation System
111 8th Avenue
New York, New York 10011-5201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike McKool
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_David Maland_        **10/6/09**
CLERK OF COURT        DATE

MLL

| AO 440 (Rev. 8/01) Summons in a Civil Action | U.S. District Court, Eastern District of Texas | Case No 6:09-cv-446 |

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | October 9, 2009 at 11:25 AM |
| Name of SERVER | TITLE |
| Henry Moss | Licensed Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personal service at CT Corp System 111 8th Avenue, New York, NY on Aixa Flores Representing CT Corporation System the Registered Agent of Playboy Enterprises International, Inc A Defendant in the within Action.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 9, 2009
                  Date

*Signature of Server* /s/ Henry Moss

C/o Norman Wiley
9605 Blue Creek Lane, Auatin, TX 78758
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure