≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Texas

Eolas Technologies Inc.

**SUMMONS IN A CIVIL ACTION**

V

Adobe Systems, Inc., et al

CASE NUMBER: 6:09-cv-446

TO: (Name and address of Defendant)

Office Depot, Inc.
By and through its Registered Agent for Service:
Corporate Creations Network Inc.
4265 San Felipe Street, Suite 1100
Houston, Texas 77027-2998

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike McKool
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

*David Maland*

CLERK OF COURT

MLL

10/6/09

DATE

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10-08-2009 |
| NAME OF SERVER (PRINT) WAYNE SULLIVAN | TITLE Civil Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4265 San Felipe St. Ste 1100 Houston, TX 77027

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 10-8-09
_Date_

_Signature of Server_ Wayne Sullivan

777 Dunlavy St. #1106
Houston, TX 77019
_Address of Server_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure