AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Eastern | District of | Texas |

FILED-CLERK
U.S. DISTRICT COURT
2009 OCT 20 PM 2:39
TX EASTERN-MARSHALL
BY_____

Eolas Technologies Inc.

V

Adobe Systems, Inc., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:09-cv-446

TO: (Name and address of Defendant)

eBay, Inc.
By and through its Registered Agent for Service:
National Registered Agents, Inc.
16055 Space Center Boulevard, Suite 235
Houston, Texas 77062-6212

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike McKool
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland                                        10/6/09
CLERK OF COURT                          DATE
MLL

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10-08-2009 |
| NAME OF SERVER (PRINT) WAYNE SULLIVAN | TITLE Civil Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 16055 Space ctr Blvd Ste 235 Houston, TX 77062

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 10-8-09
Signature of Server: [signed] Wayne Sullivan

Address of Server: 777 Dunlavy St. #1106 Houston, TX 77019

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure