AO 440 (Rev. 8/01) Summons in a Civil Action

FILED-CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT 20 PM 2:39

Eastern      District of      TX EASTERN Texas MARSHALL

Eolas Technologies Inc.

BY_____

## SUMMONS IN A CIVIL ACTION

v

Adobe Systems, Inc., et al

CASE NUMBER:    6:09-cv-446

TO: (Name and address of Defendant)

> Citigroup, Inc.
> By and through its Registered Agent for Service:
> CT Corporation System
> 350 N. St. Paul Street
> Dallas, Texas 75201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Mike McKool
> McKool Smith, PC
> 300 Crescent Court, Suite 1500
> Dallas, TX 75201
> (214) 978-4000

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



David Maland

10/6/09

CLERK OF COURT                    DATE

MLL

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** October 8, 2009 at 11:55 a.m. |
| **NAME OF SERVER** *(PRINT)* Darla Gray | **TITLE** Private Process Server    SCH-2010 |

*Check one box below to indicate appropriate method of service*

○ Served personally upon the defendant  Place where served:

○ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

  Name of person with whom the summons and complaint were left:

○ Returned unexecuted:

● Other (specify):

Serving Citigroup Inc  through it's Registered Agent  CT Corporation System by delivering to Sandy Galicia  Authorized Agent at 350 N  ST  Paul  Dallas  TX

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 8, 2009
              _____
                   Date

_____
*Signature of Server*

3404 Corona Dr  Garland  TX 75044

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure