AO 440 (Rev. 8/01) Summons in a Civil Action

FILED-CLERK
U.S. DISTRICT COURT
2009 OCT 20 PM 2:40
TX EASTERN MARSHALL
BY_____

# UNITED STATES DISTRICT COURT

Eastern District of Texas

Eolas Technologies Inc.

V.

Adobe Systems, Inc., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:09-cv-446

TO: (Name and address of Defendant)

JPMorgan Chase & Company
By and through its Registered Agent for Service:
CT Corporation System
350 N. St. Paul Street
Dallas, Texas 75201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike McKool
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_David Maland_ (signature)

CLERK OF COURT

MLL

DATE: 10/6/09

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE October 8, 2009 at 11:55 a.m. |
| NAME OF SERVER (PRINT) Darla Gray | TITLE Private Process Server SCH-2010 |

*Check one box below to indicate appropriate method of service*

◯ Served personally upon the defendant Place where served:

◯ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left:

◯ Returned unexecuted:

⦿ Other (specify):

Serving JPMorgan Chase & Company through it's Registered Agent CT Corporation System by delivering to Sandy Galicia Authorized Agent at 350 N ST Paul Dallas TX

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  October 8, 2009
  Date

*Signature of Server*

3404 Corona Dr , Garland TX 75044

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure