AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Eastern | District of | Texas |

FILED-CLERK
U.S. DISTRICT COURT
2009 OCT 20 PM 2: 40
TX EASTERN-MARSHALL
BY

Eolas Technologies Inc.

V.

Adobe Systems, Inc., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:09-cv-446

TO: (Name and address of Defendant)

Texas Instruments, Inc.
By and through its Registered Agent for Service:
Joseph F. Hubach
7839 Churchill Way, MS 3999
Dallas, Texas 75251-1901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike McKool
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland

CLERK OF COURT

MLL

DATE 10/6/09

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE October 8, 2009 @ 1:18 p.m. |
| NAME OF SERVER (PRINT) Darla Gray | TITLE Process Server SCH-2010 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant   Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Texas Instruments, Inc. by delivering to its SR. Council, Bruce H. Gieseman at 7839 Churchill Way, Dallas, TX 75251

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  10-8-09
              Date               Signature of Server

3404 Corona Dr, Garland, TX 75044
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure