AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED CLERK
U.S. DISTRICT COURT
2009 OCT 20 PM 2: 39
TX EASTERN-MARSHALL

Eastern      District of      Texas

Eolas Technologies Inc

**SUMMONS IN A CIVIL ACTION**

V.

Adobe Systems, Inc., et al

CASE NUMBER:  6:09-cv-446

TO: (Name and address of Defendant)

New Frontier JPMorgan Chase & Company
By and through its Registered Agent for Service:
Marc Callipari
7007 Winchester Circle, Suite 200
Boulder, Colorado 80301-3517

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike McKool
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

MLL

DATE    **10/6/09**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/8/09 @ 11:07 AM |

| NAME OF SERVER *(PRINT)* John Chely | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant   Place where served: **New Frontier JP Morgan Chase + CO.**
**7007 Winchester Cir. Ste 200**
**Boulder CO 80301-3517**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:   **Served Helen Patton Executive Assistant who is authorized to accept service for Marc Callipari**

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/8/09___   _____
Date   Signature of Server

_1043 Terrace Cir S. Boulder CO 80304_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure