IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 6:09-cv-446 |
| Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC | § § § § § § § § § § § § | |
| Defendants | § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**
**JP MORGAN CHASE & CO.**

Defendant, JP Morgan Chase & Co. notifies the Court and the parties of the appearance of Debby E. Gunter as counsel on its behalf. Defendant respectfully requests that Ms. Gunter, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED: October 21, 2009   Respectfully submitted,

/s/ Debby E. Gunter
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
debby@yw-lawfirm.com

Attorney for Defendant, JP Morgan Chase & Co.

### Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 21st day of October, 2009. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Debby E. Gunter
Debby E. Gunter