# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, § § | | |
| Plaintiff, § § | | |
| vs. § | Civil Action No. 6:09-cv-446 | |
| § | | |
| Adobe Systems Inc., Amazon.com, Inc., § Apple Inc., Argosy Publishing, Inc., § Blockbuster Inc., CDW Corp., § Citigroup Inc., eBay Inc., Frito-Lay, Inc., § The Go Daddy Group, Inc., Google Inc., § J.C. Penney Company, Inc., JPMorgan § Chase & Co., New Frontier Media, Inc., § Office Depot, Inc., Perot Systems Corp., § Playboy Enterprises International, Inc., § Rent-A-Center, Inc., Staples, Inc., Sun § Microsystems Inc., Texas Instruments § Inc., Yahoo! Inc., and YouTube, LLC § § | | |
| Defendants § | | |

**Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement**

Defendant, JP Morgan Chase & Co. ("JP Morgan"), without waiving any defenses set forth in Fed. R. Civ. P. 12, moves the Court for an extension of time in which to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement:

1. Defendant moves for an extension of time through and including December 17, 2009. As certified below, this motion is unopposed.

2. Defendant respectfully submits that good cause exists and seeks the requested extension in order to adequately and properly respond to Plaintiff's Complaint for Patent Infringement.

Wherefore, Defendant, JP Morgan Chase & Co., moves for an extension of time to and including December 17, 2009 in which to answer, move or otherwise respond to Plaintiff's Complaint for Patent Infringement.

Dated:  October 21, 2009                                                                 Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No.  22133500
Yarbrough ♦ Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Phone:  (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Attorney for Defendant, JP Morgan Chase & Co.

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 21, 2009.  All other counsel of record will be served via facsimile or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough