

## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:09-cv-00446-LED

Name of party requesting extension: Frito-Lay, Inc.

Is this the first application for extension of time in this case?      ☑ Yes
                                                            ☐ No

If no, please indicate which application this represents:      ☐ Second
                                                            ☐ Third
                                                            ☐ Other _____

Date of Service of Summons: 10/8/2009

Number of days requested:      ☐ 30 days
                                          ☐ 15 days
                                          ☑ Other 50   days

New Deadline Date: 12/17/2009 *(Required)*

---

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name:  Christopher M. Joe

State Bar No.: 00787770

Firm Name: Greenberg Traurig LLP

Address:  2200 Ross Avenue

             Suite 5200

             Dallas, Texas 75201

Phone:  (214) 665-3604

Fax:  (214) 665-5904

Email:  joec@gtlaw.com

---

A certificate of conference does not need to be filed with this unopposed application.