**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 6:09-cv-446 |
| Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC | § § § § § § § § § § § § § | |
| Defendants | § | |

**Order Granting Defendant's Unopposed Motion For Extension
of Time in Which to Answer or Otherwise Respond to
Plaintiff's Complaint for Patent Infringement**

After considering Defendant, JP Morgan Chase & Co.'s, Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement, the Court finds that the motion should be granted.

It is, therefore, Ordered that JP Morgan Chase & Co. have through and including December 17, 2009 in which to answer, move or otherwise respond to Plaintiff's Complaint for Patent Infringement.

**So ORDERED and SIGNED this 22nd day of October, 2009.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**