## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **Eolas Technologies Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Civil Action No. 6:09-CV-446 LED |
| § | |
| **Adobe Systems Inc., Amazon.com, Inc.,** § | |
| **Apple Inc., Argosy Publishing, Inc.,** § | |
| **Blockbuster Inc., CDW Corp.,** § | |
| **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** § | |
| **The Go Daddy Group, Inc., Google Inc.,** § | |
| **J.C. Penney Company, Inc., JPMorgan** § | |
| **Chase & Co., New Frontier Media, Inc.,** § | |
| **Office Depot, Inc., Perot Systems Corp.,** § | |
| **Playboy Enterprises International, Inc.,** § | |
| **Rent-A-Center, Inc., Staples, Inc., Sun** § | |
| **Microsystems Inc., Texas Instruments Inc.,** § | |
| **Yahoo! Inc., and YouTube, LLC** § | |
| § | |
| **Defendants.** § | |

### RENT-A-CENTER'S UNOPPOSED MOTION TO EXTEND
### TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

**I.**

NOW COMES, Defendant Rent-A-Center, Inc. ("RAC"), without waiving any defenses described or referred to in Rule 12 F.R.C.P., and moves the Court to enlarge the time within which RAC is required to move, answer or otherwise respond to Eolas Technologies Incorporated's Complaint for Patent Infringement, to and including December 17, 2009.

**II.**

Counsel for Plaintiff Eolas Technologies Incorporated advised it is unopposed to this request.

**III.**

Defendant RAC seeks this extension of time not for delay but for good cause and that justice may be served.

**IV.**

A proposed order granting this agreed motion is attached for the Court's convenience.

Respectfully submitted,

**WINSTEAD PC**
401 Congress Avenue
Suite 2100
Austin, Texas 78701
(512) 370-2869 (Telephone)
(512) 370-2850 (Facsimile)


By: ___/s/ Michael P. Adams_____
William M. Parrish
Texas State Bar No. 15540325
bparrish@winstead.com
Michael P. Adams
State Bar No. 00872050
madams@winstead.com

**ATTORNEYS FOR RENT-A-CENTER, INC.**


## CERTIFICATE of SERVICE

I hereby certify that on October 23, 2009, I electronically filed the foregoing Rent-A-Center, Inc.'s Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

___/s/ Michael P. Adams_____
Michael P. Adams


## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendant Rent-A-Center, Inc. conferred with counsel for Plaintiff, who agreed not to oppose Rent-A-Center, Inc.'s request for an extension of time to answer or otherwise respond to Eolas Technologies Incorporated's Complaint.

___/s/ Michael P. Adams_____
Michael P. Adams