# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Eolas Technologies Incorporated,** § § | |
| **Plaintiff,** § § | |
| vs. § | Civil Action No. 6:09-CV-446 LED |
| § | |
| **Adobe Systems Inc., Amazon.com, Inc., § Apple Inc., Argosy Publishing, Inc., § Blockbuster Inc., CDW Corp., § Citigroup Inc., eBay Inc., Frito-Lay, Inc., § The Go Daddy Group, Inc., Google Inc., § J.C. Penney Company, Inc., JPMorgan § Chase & Co., New Frontier Media, Inc., § Office Depot, Inc., Perot Systems Corp., § Playboy Enterprises International, Inc., § Rent-A-Center, Inc., Staples, Inc., Sun § Microsystems Inc., Texas Instruments Inc., § Yahoo! Inc., and YouTube, LLC § §** | |
| **Defendants.** § | |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR DEFENDANT RENT-A-CENTER, INC.

Defendant, Rent-A-Center, Inc. notifies the Court and the parties of the appearance of William M. Parrish and Michael P. Adams as counsel on its behalf. Defendant respectfully requests that Mr. Parrish and Mr. Adams, who are enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.  Mr. Parrish is the lead attorney of record.

Respectfully submitted,

**WINSTEAD PC**
401 Congress Avenue
Suite 2100
Austin, Texas 78701
(512) 370-2869 (Telephone)
(512) 370-2850 (Facsimile)


By: __/s/ Michael P. Adams_____
William M. Parrish (Lead Attorney)
Texas State Bar No. 15540325
bparrish@winstead.com
Michael P. Adams
State Bar No. 00872050
madams@winstead.com

**ATTORNEYS FOR RENT-A-CENTER, INC.**


## CERTIFICATE of SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 23rd day of October, 2009. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.


__/s/ Michael P. Adams_____
Michael P. Adams