IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:09-cv-446 |
| ADOBE SYSTEMS INC.; | § | |
| AMAZON.COM, INC.; APPLE INC.; | § | |
| BLOCKBUSTER INC.; CDW CORP.; | § | JURY TRIAL DEMANDED |
| CITIGROUP INC.; eBAY, INC.; | § | |
| FRITO-LAY, INC.; | § | |
| THE GO DADDY GROUP, INC.; | § | |
| GOOGLE INC.; J.C. PENNY COMPANY, INC.; | § | |
| JPMORGAN CHASE & CO.; | § | |
| NEW FRONTIER MEDIA, INC.; | § | |
| OFFICE DEPOT, INC.; PEROT SYSTEM CORP.; | § | |
| PLAYBOY ENTERPRISES INTERNATIONAL, | § | |
| INC.; RENT-A-CENTER, INC.; STAPLES, INC.; | § | |
| SUN MICROSYSTEMS INC.; | § | |
| TEXAS INSTRUMENTS INC.; | § | |
| YAHOO! INC.; and YOUTUBE, LLC | § | |
| | § | |
| *Defendants*. | § | |

### DEFENDANT BLOCKBUSTER INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Blockbuster Inc. ("Blockbuster") and, without waiving any defenses described or referred to in Rule 12 of the Federal Rules of Civil Procedure, hereby moves the Court to extend the time within which Blockbuster is required to move, answer or otherwise respond to Plaintiff's Complaint for Patent Infringement up to and including December 17, 2009.

Blockbuster seeks this extension of time not for delay but for good cause and so that justice may be served.

Counsel for Plaintiff, Eolas Technologies Incorporated, does not oppose Blockbuster's request.

WHEREFORE, Defendant Blockbuster respectfully requests that the time to answer, move or otherwise respond to Plaintiff Eolas Technologies Incorporated's Complaint for Patent Infringement be extended to and including December 17, 2009.

Date: October 23, 2009

Respectfully submitted,

_/s/ David K. Wooten_
DAVID K. WOOTEN (SBOT # 24033477)
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Tel: (713) 758-2095
Fax: (713) 615-5936

SCOTT W. BREEDLOVE (SBOT # 00790361)
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: (214) 220-7993
Fax: (214) 999-7993

*Attorneys for Defendant Blockbuster Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 23, 2009. Any other counsel of record will be served by first class mail on this same date.

                                                */s/ David K. Wooten*
                                                 David K. Wooten

US 125683v.1