IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES, INC. § <br> § <br> v. § <br> § <br> ADOBE SYSTEMS INC.; AMAZON.COM, § <br> INC.; APPLE INC.; ARGOSY PUBLISHING, § <br> INC.; BLOCKBUSTER INC.; CDW CORP.; § <br> CITIGROUP INC.; eBAY, INC.; FRITO- § <br> LAY, INC.; THE GO DADDY GROUP, INC.; § <br> GOOGLE INC.; J.C. PENNEY COMPANY, § <br> INC.; JPMORGAN CHASE & CO.; NEW § <br> FRONTIER MEDIA, INC.; OFFICE DEPO, § <br> INC.; PEROT SYSTEMS CORP.; PLAYBOY § <br> ENTERPRISES INTERNATIONAL, INC.; § <br> RENT-A-CENTER, INC.; STAPLES, INC.; § <br> SUN MICROSYSTEMS INC.; TEXAS § <br> INSTRUMENTS INC.; YAHOO! INC.; and § <br> YOUTUBE, LLC § <br> § <br> Defendants. § | Civil Action No. 6:09-cv-446 <br><br> JURY TRIAL DEMANDED |

### DEFENDANT PEROT SYSTEMS CORP.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

**I.**

NOW COMES, Perot Systems Corp. ("Perot") and, without waiving any defenses described or referred to in Rule 12 F.R.C.P., moves the Court to extend the time within which Perot is required to move, answer or otherwise respond to Plaintiff's Complaint for Patent Infringement up to and including December 17, 2009.

**II.**

Counsel for Plaintiff, Eolas Technologies Incorporated, is unopposed to this request.

**III.**

Perot seeks this extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, Defendant Perot Systems Corp. respectfully prays that the time to answer, move or otherwise respond to Plaintiff Eolas Technologies Incorporated's Complaint for Patent Infringement be extended to and including December 17, 2009.

Dated: October 23, 2009

Respectfully submitted,

By: /s/ Douglas M. Kubehl
    Barton E. Showalter
       Texas Bar No. 00788408
       Email: bart.showalter@bakerbotts.com
    Douglas M. Kubehl
       Texas Bar No. 00796909
       Email: douglas.kubehl@bakerbotts.com
    David O. Taylor
       Texas Bar No. 24042010
       Email: david.taylor@bakerbotts.com
**BAKER BOTTS, L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

**ATTORNEYS FOR PEROT SYSTEMS CORP.**

**CERTIFICATE OF SERVICE**
**PURSUANT TO LOCAL RULE CV-5(D)**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 23rd of October, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail and first class mail on this same date.

/s/ Douglas M. Kubehl
Douglas M. Kubehl