# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES, INC. § § | |
| v. § § | |
| ADOBE SYSTEMS INC.; AMAZON.COM, INC.; APPLE INC.; ARGOSY PUBLISHING, INC.; BLOCKBUSTER INC.; CDW CORP.; CITIGROUP INC.; eBAY, INC.; FRITO-LAY, INC.; THE GO DADDY GROUP, INC.; GOOGLE INC.; J.C. PENNEY COMPANY, INC.; JPMORGAN CHASE & CO.; NEW FRONTIER MEDIA, INC.; OFFICE DEPO, INC.; PEROT SYSTEMS CORP.; PLAYBOY ENTERPRISES INTERNATIONAL, INC.; RENT-A-CENTER, INC.; STAPLES, INC.; SUN MICROSYSTEMS INC.; TEXAS INSTRUMENTS INC.; YAHOO! INC.; and YOUTUBE, LLC § § § § § § § § § § § § § § § § § § | Civil Action No. 6:09-cv-446  JURY TRIAL DEMANDED |
| Defendants. § | |

## ORDER GRANTING DEFENDANT PEROT SYSTEMS CORP.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Perot Systems Corp, filed its Unopposed Motion for Extension of Time to Answer or Respond to Plaintiff's Complaint through December 17, 2009. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Perot Systems Corp. shall have through December 17, 2009 to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement.