≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Texas

FILED-CLERK
U.S. DISTRICT COURT
2009 OCT 23 PM 3:56
TX EASTERN-MARSHALL
BY

Eolas Technologies Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Adobe Systems, Inc., et al

CASE NUMBER: 6:09-cv-446

TO: (Name and address of Defendant)

CDW Corporation
By and through its Registered Agent for Service:
Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, California 95833-3503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike McKool
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_David Maland_
CLERK OF COURT

MLL

10/6/09
DATE

| Attorney or Party without Attorney: | Telephone No: | For Court Use Only |
|---|---|---|
| Attorney for **Plaintiff** | Ref. No. or File No.: | |

*Insert name of Court and Judicial District and Branch Court.*
United States District Court, Eastern District Of Texas

*Plaintiff:* EOLAS TECHNOLOGIES INC.
*Defendant:* ADOBE SYSTEMS, INC., ET AL

| **PROOF OF SERVICE** (Summons In A Civil Action;) | Hearing Date | Time | Dept/Div | Case Number: 6:09-CV-446 |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. *I served copies of the*
   Summons In A Civil Action; Plaintiff's Complaint For Patent Infringement; Civil Cover Sheet

3. a. *Party Served:* CDW CORPORATION (Defendant)
   b. *Person Served:* BECKY DeGEORGE, AUTHORIZED AGENT

4. *Address where the party was served:* CORPORATION SERVICE COMPANY
   2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

5. *I served the party:*
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu, Oct 08, 2009 (2) at: 3:40PM

7. *Person who served the papers:*
   a. T. ANDY HARRIS
   b.
   9605 BLUE CREEK LANE
   AUSTIN, TX 78758
   c. (512) 426-0896

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:*
   e. I am: (3) Registered California process server.
      (i) Owner
      (ii) Registration No.: 81-002
      (iii) County: Sacramento
      (iv) Expiration Jan. 02, 2011

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Oct. 14, 2009
Judicial Council Form POS-010
Rule 982.9 (a)&(b) Rev Jan 01 2007

PROOF OF SERVICE

(T. ANDY HARRIS)

3288.95538