AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Eastern | District of | Texas |
|---|---|---|

FILED CLERK
U.S. DISTRICT COURT
2009 OCT 23 PM 3: 56
TX EASTERN-MARSHALL

Eolas Technologies Inc.

V.

Adobe Systems, Inc., et al

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:   6:09-cv-446

TO: (Name and address of Defendant)

The Go Daddy Group, Inc.
By and through its Registered Agent for Service:
Barb Rechterman
14455 North Hayden Road, Suite 219
Scottsdale, Arizona 85260-6993

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike McKool
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/s/ David Maland

CLERK OF COURT

MLL

DATE  10/6/09

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Texas | County of | United States District Court |

Case Number: 6:09-CV-446

Plaintiff:
**Eolas Technologies Inc.**

vs.

Defendant:
**Adobe Systems, Inc.**

For:
Norm Wiley
9605 Blue Creek Lane
Austin, TX 78758

Received by on the 8th day of October, 2009 at 7:54 am to be served on **The Go Daddy Group, Inc, 14455 North Hayden Road, Suite 219, Scottsdale, AZ 85260**.

I, Susan Speak, being duly sworn, depose and say that on the **9th day of October, 2009** at **11:20 am, I:**

served a true copy of the **Summons in a Civil Action; Plaintiff's Complaint for Patent Infringement; Civil Cover Sheet** on **The Go Daddy Group, Inc** by service upon **Alan Prachar** as **Security Officer**, a person employed therein and authorized to accept service at **14455 North Hayden Road, Suite 219, Scottsdale, AZ 85260** in compliance with State Statutes

I am an Arizona Certified Process Server, fully qualified under A.R.C.P., 4(d) and Rule 45 to serve process in this action. I have read the foregoing document and state under penalty of perjury that the facts herein are true and correct

Subscribed and Sworn to before me on the 10th day of October, 2009 by the affiant who is personally known to me and/or who provided identification.

NOTARY PUBLIC

OFFICIAL SEAL
ERICA CARTWRIGHT
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 28, 2013

Susan Speak
Maricopa County License #5268

9605 Blue Creek Lane
Austin, TX 78758
(512) 426-0896

Our Job Serial Number: 2009000456
Ref: Go Daddy Group, Inc

Copyright © 1992-2006 Database Services Inc - Process Server's Toolbox V6.2y