# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § § | Civil Action No. 6:09-cv-446-LED |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| ADOBE SYSTEMS INC. ET AL. | § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
## NEW FRONTIER MEDIA, INC.

Defendant New Frontier Media, Inc. notifies the Court, the Clerk and all parties of the appearance of Dwayne L. Mason as lead counsel on its behalf. Accordingly, Defendant respectfully requests that Dwayne L. Mason, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

Dated: October 23, 2009

Respectfully submitted:

/s/ Dwayne L. Mason
Dwayne L. Mason
Texas State Bar #00787977
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Tel: (713) 220-5800
Fax: (713) 236-0822
Email: dmason@akingump.com

**ATTORNEY FOR DEFENDANT
NEW FRONTIER MEDIA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of October, 2009, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

/s/ Dwayne L. Mason

684466.0006 WEST 6408106 v1