## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | Civil Action No. 6:09-cv-446-LED |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| ADOBE SYSTEMS INC. ET AL. | § § § | |
| Defendants. | § § | |

### DEFENDANT NEW FRONTIER MEDIA, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, New Frontier Media, Inc. and, without waiving any defenses described or referred to in Rule 12 of the Federal Rules of Civil Procedure, hereby moves the Court to extend the time within which it is required to move, answer or otherwise respond to Plaintiff's Complaint for Patent Infringement up to and including December 17, 2009.

New Frontier Media, Inc. seeks this extension of time not for delay but for good cause and so that justice may be served.

Counsel for Plaintiff, Eolas Technologies Incorporated, does not oppose New Frontier Media's request.

WHEREFORE, Defendant New Frontier Media, Inc. respectfully requests that the time to answer, move or otherwise respond to Plaintiff Eolas Technologies Incorporated's Complaint for Patent Infringement be extended to and including December 17, 2009.

Dated: October 23, 2009               Respectfully submitted:

        /s/  Dwayne L. Mason

Dwayne L. Mason
Texas State Bar #00787977
Email: dmason@akingump.com
Tara M. Williams
Texas State Bar #24043999
Email: twilliams@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, Texas  77002
Tel: (713) 220-5800
Fax: (713) 236-0822

**ATTORNEYS FOR DEFENDANT
NEW FRONTIER MEDIA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 23, 2009.

        /s/  Tara M. Williams

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | Civil Action No. 6:09-cv-446-LED |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| ADOBE SYSTEMS INC. ET AL. | § § § | |
| Defendants. | § | |

**ORDER GRANTING
DEFENDANT NEW FRONTIER MEDIA INC.'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

Defendant New Frontier Media, Inc. filed its Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint through December 17, 2009. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that New Frontier Media, Inc. shall have through December 17, 2009 to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement.