# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | |
| Plaintiff. | § § | Civil Action NO. 6:09-cv-446(LED) |
| vs. | § § | JURY TRIAL |
| ADOBE SYSTEMS INC., ET AL | § § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND

Defendant Argosy Publishing, Inc. ("Argosy") moves the Court to extend the deadline to answer or otherwise respond to the Original Complaint up to and including December 17, 2009. In support, Argosy would show the following:

The Original Complaint was filed on October 6, 2009. Argosy was served on October 8, 2009. Plaintiff Eolas Techologies Incorporated ("Eolas") and Defendant Argosy have agreed to extend the deadline to answer or otherwise respond to the Original complaint up to and including December 17, 2009. This request is not made for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISE CONSIDERED, Defendant Argosy requests that this Court extend the deadline for Argosy to answer or otherwise respond to the Original Complaint up to and including December 17, 2009.

DATED: October 26, 2009              Respectfully submitted,


                                                        By: /s/ N. Claire Abernathy
                                                        N. Claire Abernathy
                                                        State Bar No. 24053063
                                                        David P. Henry
                                                        State Bar No. 24027015
                                                        THE HENRY FIRM, P.C.
                                                        P.O. Box 3104
                                                        Longview, Texas 75606
                                                        Telephone: (903) 230-9874
                                                        Facsimile: (903) 230-9875
                                                        Email: dhenry@dhenryfirm.com

                                                        **ATTORNEYS FOR DEFENDANT,**
                                                        **ARGOSY PUBLISHING, INC.**


## **CERTIFICATE OF CONFERENCE**

       I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

                                                        By: /s/ N. Claire Abernathy


## **CERTIFICATE OF SERVICE**

       I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 26th day of October, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                        By: /s/ N. Claire Abernathy