IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | |
| Plaintiff. | § § | Civil Action NO. 6:09-cv-446(LED) |
| vs. | § § | JURY TRIAL |
| ADOBE SYSTEMS INC., ET AL | § § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT ARGOSY'S UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND

Defendant Argosy Publishing, Inc. filed its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Original Complaint up to and including December 17, 2009. The court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Argosy Publishing, Inc.'s deadline to answer or otherwise respond to Plaintiff's Original Complaint shall be extended up to and including December 17, 2009.