IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | |
| Plaintiff. | § § | Civil Action NO. 6:09-cv-446(LED) |
| vs. | § § | JURY TRIAL |
| ADOBE SYSTEMS INC., ET AL | § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, David P. Henry, enters his appearance in this matter as counsel for Defendant, Argosy Publishing, Inc., for the purpose of receiving notices and orders from the Court.

DATED this 26th day of October, 2009.

DATED: October 26, 2009          Respectfully submitted,

          By: /s/ David P. Henry
          N. Claire Abernathy
          State Bar No. 24053063
          David P. Henry
          State Bar No. 24027015
          THE HENRY FIRM, P.C.
          P.O. Box 3104
          Longview, Texas 75606
          Telephone: (903) 230-9874
          Facsimile: (903) 230-9875
          Email: dhenry@dhenryfirm.com

          **ATTORNEYS FOR DEFENDANT,**
          **ARGOSY PUBLISHING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 26th day of October, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

          /s/ David P. Henry