## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **EOLAS TECHNOLOGIES, INC.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 6:09-CV-446 (LED)** |
| **ADOBE SYSTEMS, INC. ET AL.,** § | |
| § | |
| **Defendant.** § | |
| § | |
| § | |

### AGREED MOTION OF ADOBE SYSTEMS, INC. FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Adobe Systems Inc. ("Adobe") files this Agreed Motion for Extension of Time to Answer, Move, or Otherwise Respond Plaintiff's Complaint, and would respectfully show the Court as follows:

WHEREAS plaintiff Eolas Technologies, Inc. filed its original Complaint on October 6, 2009, alleging infringement of U.S. Patent No. 5,838,906 and U.S. Patent No. 7,599,985;

WHEREAS Adobe has requested to extend the deadline to answer, move, or otherwise respond to plaintiff's Complaint until December 18, 2009; and

WHEREAS the parties have met and conferred, and plaintiff does not oppose this request;

WHEREFORE, PREMISES CONSIDERED, Adobe respectfully requests that the time to answer, move or otherwise respond to the Complaint be moved to and include December 18, 2009.

DATED: October 26, 2009

                By:   */s/* David J. Healey
                     David J. Healey (Texas Bar No. 09327980)
                     Benjamin C. Elacqua (Texas Bar No. 24055443)
                     Fish & Richardson P.C.
                     One Houston Center – 28th Floor
                     1221 McKinney
                     Houston, TX 77010
                     Telephone: (713) 652-0115
                     Facsimile: (713) 652-0109
                     healey@fr.com
                     elacqua@fr.com

                Attorneys for Defendants
                ADOBE SYSTEMS, INC.

**CERTIFICATE OF SERVICE**

       This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 26, 2009.

                                        /s/ David J. Healey  
                                        David J. Healey