# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **EOLAS TECHNOLOGIES, INC.,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § |
| | §  CIVIL ACTION NO. 6:09-CV-446 (LED) |
| **ADOBE SYSTEMS, INC. ET AL.,** | § |
| | § |
| **Defendant.** | § |
| | § |
| | § |

## ORDER GRANTING AGREED MOTION OF ADOBE SYSTEMS, INC. FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is the Agreed Motion of Defendant Adobe Systems, Inc. for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED that Adobe shall answer, move or otherwise respond to Plaintiff's Complaint on or before December 18, 2009.