## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Inc.,** | § | **Civil Action No. 6:09-cv-446** |
| | § | |
| **Plaintiff,** | § | **JURY TRIAL** |
| | § | |
| **v.** | § | |
| | § | |
| **Adobe Systems Inc. et al.,** | § | |
| | § | |
| **Defendants.** | § | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, OBJECT, OR OTHERWISE RESPOND AND BRIEF IN SUPPORT THEREOF

Defendant Office Depot, Inc. ("Office Depot") files its Unopposed Motion for Extension of Time to Answer, Object, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement and Brief in Support Thereof and for same would show as follows:

Plaintiff filed suit against Office Depot and others for patent infringement on or about October 6, 2009. In order to, among other things, properly investigate the issues raised in the Complaint, Office Depot requests that it be permitted until December 17, 2009 to answer, object, or otherwise respond to Plaintiff's Complaint for Patent Infringement. Plaintiff has consented to the requested extension and there will be no prejudice to any party if the requested relief is granted.

Dockets.Justia.com

Respectfully submitted,

_/s/ Dan D. Davison_
Dan D. Davison
Texas Bar No. 05590900
**Lead Attorney**

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
Email: ddavison@fulbright.com

**COUNSEL FOR DEFENDANT,
OFFICE DEPOT, INC.**

## CERTIFICATE OF CONFERENCE

I certify that counsel for Office Depot has conferred with counsel for Plaintiff and that Plaintiff consents to the relief requested herein.

_/s/ Dan D. Davison_
Dan D. Davison

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

_/s/ Dan D. Davison_
Dan D. Davison