# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | Civil Action No. 6:09-CV-446 LED |
| | § | |
| **Adobe Systems Inc., Amazon.com, Inc.,** | § | |
| **Apple Inc., Argosy Publishing, Inc.,** | § | |
| **Blockbuster Inc., CDW Corp.,** | § | |
| **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** | § | |
| **The Go Daddy Group, Inc., Google Inc.,** | § | |
| **J.C. Penney Company, Inc., JPMorgan** | § | |
| **Chase & Co., New Frontier Media, Inc.,** | § | |
| **Office Depot, Inc., Perot Systems Corp.,** | § | |
| **Playboy Enterprises International, Inc.,** | § | |
| **Rent-A-Center, Inc., Staples, Inc., Sun** | § | |
| **Microsystems Inc., Texas Instruments Inc.,** | § | |
| **Yahoo! Inc., and YouTube, LLC** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On this day came to be considered Rent-A-Center, Inc.'s Unopposed Motion to Extend Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the deadline for Rent-A-Center, Inc. to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement has been extended to December 17, 2009.

**So ORDERED and SIGNED this 26th day of October, 2009.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**