IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:09-cv-446 |
| ADOBE SYSTEMS INC.; | § | |
| AMAZON.COM, INC.; APPLE INC.; | § | |
| BLOCKBUSTER INC.; CDW CORP.; | § | JURY TRIAL DEMANDED |
| CITIGROUP INC.; eBAY, INC.; | § | |
| FRITO-LAY, INC.; | § | |
| THE GO DADDY GROUP, INC.; | § | |
| GOOGLE INC.; J.C. PENNY COMPANY, INC.; | § | |
| JPMORGAN CHASE & CO.; | § | |
| NEW FRONTIER MEDIA, INC.; | § | |
| OFFICE DEPOT, INC.; PEROT SYSTEM CORP.; | § | |
| BLOCKBUSTER ENTERPRISES | § | |
| INTERNATIONAL, INC.; RENT-A-CENTER, | § | |
| INC.; STAPLES, INC.; | § | |
| SUN MICROSYSTEMS INC.; | § | |
| TEXAS INSTRUMENTS INC.; | § | |
| YAHOO! INC.; and YOUTUBE, LLC | § | |
| | § | |
| *Defendants*. | | |

## ORDER GRANTING
## DEFENDANT BLOCKBUSTER INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Defendant Blockbuster Inc. filed it Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint through December 17, 2009. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Blockbuster Inc. shall have through December 17, 2009 to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement.

**So ORDERED and SIGNED this 26th day of October, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**