## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES, INC. § | |
| § | |
| v. § | |
| § | |
| ADOBE SYSTEMS INC.; AMAZON.COM, § | |
| INC.; APPLE INC.; ARGOSY § | |
| PUBLISHING, INC.; BLOCKBUSTER § | |
| INC.; CDW CORP.; CITIGROUP INC.; § | Civil Action No. 6:09-cv-446 |
| eBAY, INC.; FRITO-LAY, INC.; THE GO § | |
| DADDY GROUP, INC.; GOOGLE INC.; § | JURY TRIAL DEMANDED |
| J.C. PENNEY COMPANY, INC.; § | |
| JPMORGAN CHASE & CO.; NEW § | |
| FRONTIER MEDIA, INC.; OFFICE DEPO, § | |
| INC.; PEROT SYSTEMS CORP.; § | |
| PLAYBOY ENTERPRISES § | |
| INTERNATIONAL, INC.; RENT-A- § | |
| CENTER, INC.; STAPLES, INC.; SUN § | |
| MICROSYSTEMS INC.; TEXAS § | |
| INSTRUMENTS INC.; YAHOO! INC.; and § | |
| YOUTUBE, LLC § | |
| § | |
| Defendants. § | |

### ORDER GRANTING DEFENDANT PEROT SYSTEMS CORP.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Perot Systems Corp, filed its Unopposed Motion for Extension of Time to Answer or Respond to Plaintiff's Complaint through December 17, 2009. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Perot Systems Corp. shall have through December 17, 2009 to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement.

**So ORDERED and SIGNED this 26th day of October, 2009.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**