**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | **Civil Action No. 6:09-cv-446-LED** |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| ADOBE SYSTEMS INC. ET AL. | § § § | |
| Defendants. | § § | |

**ORDER GRANTING
DEFENDANT NEW FRONTIER MEDIA INC.'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

Defendant New Frontier Media, Inc. filed its Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint through December 17, 2009. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that New Frontier Media, Inc. shall have through December 17, 2009 to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement.

**So ORDERED and SIGNED this 26th day of October, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com