IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:09-cv-446 |
| ADOBE SYSTEMS INC.; | § | |
| AMAZON.COM, INC.; APPLE INC.; | § | |
| BLOCKBUSTER INC.; CDW CORP.; | § | JURY TRIAL DEMANDED |
| CITIGROUP INC.; eBAY, INC.; | § | |
| FRITO-LAY, INC.; | § | |
| THE GO DADDY GROUP, INC.; | § | |
| GOOGLE INC.; J.C. PENNY COMPANY, INC.; | § | |
| JPMORGAN CHASE & CO.; | § | |
| NEW FRONTIER MEDIA, INC.; | § | |
| OFFICE DEPOT, INC.; PEROT SYSTEM CORP.; | § | |
| PLAYBOY ENTERPRISES INTERNATIONAL, | § | |
| INC.; RENT-A-CENTER, INC.; STAPLES, INC.; | § | |
| SUN MICROSYSTEMS INC.; | § | |
| TEXAS INSTRUMENTS INC.; | § | |
| YAHOO! INC.; and YOUTUBE, LLC | § | |
| | § | |
| *Defendants*. | § | |

## SCOTT W. BREEDLOVE'S ENTRY OF APPEARANCE
## AS COUNSEL FOR BLOCKBUSTER INC.

Scott W. Breedlove of Vinson & Elkins L.L.P. hereby enters his appearance as attorney of record for Defendant Blockbuster Inc.

Scott W. Breedlove respectfully requests that the Court notify him of all hearings and that he receive copies of all pleadings and orders issued in this case.

Dated: October 27, 2009          Respectfully submitted,

/s/ *Scott W. Breedlove*
Scott W. Breedlove
Texas Bar No. 00790361
sbreedlove@velaw.com

VINSON & ELKINS L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2975
Telephone: 214.220.7700
Facsimile: 214.220.7716
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ATTORNEYS FOR DEFENDANT
BLOCKBUSTER INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 27th day of October, 2009.

/s/ *Scott W. Breedlove*
Scott W. Breedlove