IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated,<br><br>        Plaintiff,<br><br>v.<br><br>Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC,<br><br>        Defendants. | Case No. 6:09-cv-446-LED<br><br>JURY TRIAL DEMANDED |

## CDW CORPORATION'S UNOPPOSED MOTION TO EXTEND TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Defendant CDW Corporation ("CDW") without waiving any defenses described or referred to in Rule 12 F.R.C.P., and moves the Court to extend the time within which CDW is required to move, answer, or otherwise respond to Plaintiff's Complaint for Patent Infringement to and including December 17, 2009.

II.

Counsel for Plaintiff, Eolas Technologies Incorporated, is not opposed to this request.

III.

CDW seeks this extension of time not for delay but for good cause and so that justice may be served.

WHEREFORE, CDW respectfully prays that the time to move, answer, or otherwise respond to Eolas Technologies Incorporated's Complaint for Patent Infringement be extended to and including December 17, 2009.

Dated: October 27, 2009

Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com

**Attorney for Defendant CDW Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay
Eric H. Findlay