IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC,<br><br>　　　　Defendants. | Case No. 6:09-cv-446-LED<br><br>JURY TRIAL DEMANDED |

## **ORDER**

On this day came on to be considered CDW Corporation's Unopposed Motion to Extend Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Motion to Extend Time be granted and that CDW Corporation be given to and including December 17, 2009 to move, answer, or otherwise respond to Plaintiff's Complaint for Patent Infringement.