IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:09-cv-446 |
| | § | |
| v. | § | |
| | § | |
| Adobe Systems, Inc., Amazon.com, Inc., | § | |
| apple Inc., Argosy Publishing, Inc., | § | |
| Blockbuster Inc., CDW Corp., Citigroup | § | |
| Inc., eBay Inc., Frito-Lay, Inc., The Go | | |
| Daddy Group, Inc., Google Inc., J.C. | | |
| Penney Company, Inc., JPMorgan Chase & | | |
| Co, New Frongier Media, Inc., Office | | |
| Depot, Inc., Perot Systems Corp., Playboy | | |
| Enterprises International, Inc., Rent-A- | | |
| Center, Inc., Staples, Inc., Sun | | |
| Microsystems Inc., Texas Instruments Inc., | | |
| Yahoo! Inc., and YouTube, LLC | | |
| | | |
| Defendants. | | |

**Unopposed Motion for Extension of Time by Which to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement**

Defendant, J.C. Penney Corporation, Inc. ("J.C. Penney") (incorrectly styled as J.C. Penney Company, Inc.), without waiving any defenses set forth in Federal Rule of Civil Procedure 12, moves this Court for an extension of time by which to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement.

1.	Defendant moves for an extension of time through and including December 17, 2009.  As certified below, this motion is unopposed.

2.	Defendant respectfully submits that good cause exists and seeks the requested extension in order to adequately and properly respond to Plaintiff's Complaint for Patent Infringement.

149920

WHEREFORE, Defendant, J.C. Penney Corporation, Inc., moves for an extension of time to an including December 17, 2009 by which to answer, move or otherwise respond to Plaintiff's Complaint for Patent Infringement.

Dated: October 26, 2009                                    Respectfully submitted,


                                                           /s/ Christine S. Son_____
                                                           Christine S. Son
                                                           Texas Bar No. 24037527
                                                           J.C. Penney Corporation, Inc.
                                                           6501 Legacy Drive, MS 1122
                                                           Plano, Texas 75024
                                                           (972) 431-1288 (Direct Dial)
                                                           (972) 531-1288 (Direct Facsimile)

                                                           Attorney for Defendant J.C. Penney
                                                           Corporation, Inc.


## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 26, 2009.  All other counsel of record will be served via facsimile or first class mail.


                                                           /s/ Christine S. Son_____
                                                           Christine S. Son



149920