IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | § § | |
| Plaintiff, | § § | Civil Action No. 6:09-cv-446 |
| v. | § § § | |
| Adobe Systems, Inc., Amazon.com, Inc., apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co, New Frongier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC | § § § § § | |
| Defendants. | | |

## ORDER

Before the Court is Defendant J.C. Penney Corporation, Inc.'s (incorrectly identified above as J.C. Penney Company, Inc.) ("J.C. Penney") unopposed motion seeking an extension of time to answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement in the above-referenced cause until December 17, 2009. After considering the motion, and that Plaintiff has agreed to the extension, the Court finds that it is well taken and is hereby **GRANTED.** Accordingly, Defendant J.C. Penney Corporation, Inc. shall have until and including December 17, 2009 to answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement.

149989