# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Inc.,** | § | Civil Action No. 6:09-cv-446 |
| | § | |
| Plaintiff, | § | JURY TRIAL |
| | § | |
| v. | § | |
| | § | |
| **Adobe Systems Inc. et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendant Office Depot, Inc.'s Unopposed Motion for Extension of Time to Answer, Object, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement is hereby **GRANTED**.

IT IS ORDERED that Office Depot, Inc. shall have until and including December 17, 2009 to answer, object, or otherwise respond to Plaintiff's Complaint for Patent Infringement.

**So ORDERED and SIGNED this 27th day of October, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

75848126.1