IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:09-cv-446 |
| | § | |
| v. | § | |
| | § | |
| Adobe Systems, Inc., Amazon.com, Inc., | § | |
| apple Inc., Argosy Publishing, Inc., | § | |
| Blockbuster Inc., CDW Corp., Citigroup | § | |
| Inc., eBay Inc., Frito-Lay, Inc., The Go | | |
| Daddy Group, Inc., Google Inc., J.C. | | |
| Penney Company, Inc., JPMorgan Chase & | | |
| Co, New Frongier Media, Inc., Office | | |
| Depot, Inc., Perot Systems Corp., Playboy | | |
| Enterprises International, Inc., Rent-A- | | |
| Center, Inc., Staples, Inc., Sun | | |
| Microsystems Inc., Texas Instruments Inc., | | |
| Yahoo! Inc., and YouTube, LLC | | |
| | | |
| Defendants. | | |

## **ORDER**

Before the Court is Defendant J.C. Penney Corporation, Inc.'s (incorrectly identified

above as J.C. Penney Company, Inc.) ("J.C. Penney") unopposed motion seeking an extension of

time to answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement in

the above-referenced cause until December 17, 2009.  After considering the motion, and that

Plaintiff has agreed to the extension, the Court finds that it is well taken and is hereby

**GRANTED.**  Accordingly, Defendant J.C. Penney Corporation, Inc. shall have until and

including December 17, 2009 to answer or otherwise respond to Plaintiff's Original Complaint

for Patent Infringement.

149989

Dockets.Justia.com

**So ORDERED and SIGNED this 28th day of October, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**