IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § § § | **Civil Action No. 6:09-cv-446-LED** |
| Plaintiff, | | |
| v. | | |
| ADOBE SYSTEMS INC.; AMAZON.COM, INC.; APPLE INC.; ARGOSY PUBLISHING, INC.; BLOCKBUSTER INC.; CDW CORP.; CITIGROUP INC.; eBAY, INC.; FRITO-LAY, INC.; THE GO DADDY GROUP, INC.; GOOGLE INC.; J.C. PENNY COMPANY, INC.; JPMORGAN CHASE & CO.; NEW FRONTIER MEDIA, INC.; OFFICE DEPOT, INC.; PEROT SYSTEMS CORP.; PLAYBOY ENTERPRISES INTERNATIONAL, INC.; RENT-A-CENTER, INC.; STAPLES, INC.; SUN MICROSYSTEMS INC.; TEXAS INSTRUMENTS INC.; YAHOO! INC.; and YOUTUBE, LLC, | § § § § § § § § § § § § § § § § § § | |
| Defendants. | | |

## AMAZON.COM, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Amazon.com, Inc. has no parent company, and no other publicly held company owns 10% or more of Amazon.com, Inc.'s stock.

Dated: October 30, 2009    By:   /s/ Jeffrey S. Love _____
                                  Jeffrey S. Love, Oregon State Bar No. 873987
                                  jeffrey.love@klarquist.com (Lead Attorney)
                                  Richard D. McLeod, Texas State Bar No. 24026836
                                  rick.mcleod@klarquist.com
                                  KLARQUIST SPARKMAN, LLP
                                  121 S.W. Salmon Street, Suite 1600

Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

*Attorneys for Defendant Amazon.com, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 30, 2009. Any other counsel of record will be served by first class mail on this same date.

By: /s/ Jeffrey S. Love
Jeffrey S. Love
jeffrey.love@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301