AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Texas

FILED - CLERK
U.S. DISTRICT COURT
2009 NOV -2 PM 1:47
TX EASTERN-MARSHALL

Eolas Technologies Inc.

V.

Adobe Systems, Inc., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:09-cv-446

TO: (Name and address of Defendant)

Amazon.com, Inc.
By and through its Registered Agent for Service:
Corporation Service Company
6500 Harbour Heights Parkway
Mukilteo, Washington 98275

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike McKool
McKool Smith, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

David Maland

CLERK OF COURT

MLL

10/6/09

DATE

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:09-cv-446

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* Amazon.com, c/o Corporation Service Company
was received by me on *(date)* 10/08/2009

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Peter Fleetwood, CSA (30, Black, Male, 6'0", 175 lbs) , who is designated by law to accept service of process on behalf of *(name of organization)* Amazon.com By and through its Registered Agent, Corporation Service Co. on *(date)* 10/08/2009 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/20/2009

*Server's signature*

Greg Schermerhorn, Process Server, King Co. #0508350
*Printed name and title*

17729 148th Lane SE, Unit #B
Renton, WA 98058
*Server's address*

Additional information regarding attempted service, etc: