IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 6:09-cv-00446-LED |
| | § | |
| CITIGROUP, INC., ET AL., | § | Jury Trial Demanded |
| | § | |
| Defendants. | § | |

### NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Edwin R. DeYoung, enters his appearance in the above-referenced proceedings for Defendant Citigroup, Inc. Copies of all communications and other documents filed in the above-referenced proceedings should be emailed or faxed to Mr. DeYoung at the address set forth below.

Date: November 18, 2009                    Respectfully submitted,

/s/ Edwin R. DeYoung
Edwin R. DeYoung
Texas Bar No. 05673000
Roger Brian Cowie
Texas Bar No. 00783886
Roy W. Hardin
Texas Bar No. 08968300
M. Scott Fuller
Texas Bar No. 24036607
Galyn Gafford
Texas Bar No. 24040938
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
E-mail: edeyoung@lockelord.com

ATTORNEYS FOR DEFENDANT
CITIGROUP, INC.

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Edwin R. DeYoung

DAL 1898629