**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., AMAZON.COM, INC., APPLE INC., ARGOSY PUBLISHING, INC., BLOCKBUSTER INC., CDW CORP., CITIGROUP INC., EBAY INC., FRITO-LAY, INC., THE GO DADDY GROUP, INC., GOOGLE INC., J.C. PENNEY COMPANY, INC., JPMORGAN CHASE & CO., NEW FRONTIER MEDIA, INC., OFFICE DEPOT, INC., PEROT SYSTEMS CORP., PLAYBOY ENTERPRISES INTERNATIONAL, INC., RENT-A-CENTER, INC., STAPLES, INC., SUN MICROSYSTEMS INC., TEXAS INSTRUMENTS INC., YAHOO! INC., and YOUTUBE, LLC<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 6:09-cv-00446-LED<br><br>JURY TRIAL DEMANDED<br><br>The Honorable Leonard Davis<br>United States District Judge |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, David M. Stein, of McDermott Will &

Emery LLP, is entering an appearance in this matter for defendant Office Depot, Inc. for the purpose

of receiving notices and orders from the Court.

Dated: December 2, 2009

Respectfully submitted,

By:   /s/ David M. Stein
    David M. Stein (Texas Bar No. 00797494)
    McDermott Will & Emery LLP
    18191 Von Karman Avenue, Suite 500
    Irvine, California 92612-7108
    Telephone: (949) 851-0633
    Fax: (949) 851-9348
    E-mail: dstein@mwe.com
Attorney for defendant Office Depot, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 2, 2009.  Any other counsel of records will be served by U.S. mail on the same date.

/s/ David M. Stein
David M. Stein

ORC 472249-1.009900.0021