## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:09-CV-446 (LED)** |
| | § | |
| **ADOBE SYSTEMS, INC. ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Matthew D. Powers, enters his appearance as lead counsel in this matter for Defendants Amazon.com Inc., eBay, Inc. and Yahoo! Inc. for the purpose of receiving notices and orders from the Court.  Mr. Powers is admitted to practice in the Eastern District of Texas.

Dated:    December 2, 2009

Respectfully submitted

By:    __/s/ Matthew D. Powers_____

Matthew D. Powers
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA   94065
Telephone:   (650) 802-3000
Facsimile:   (650) 802-3100

*Attorneys for Amazon.com Inc., eBay, Inc., and Yahoo! Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 2nd day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

By: /s/ Matthew D. Powers
Matthew D. Powers