# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:09-CV-446 (LED) |
| | § | |
| ADOBE SYSTEMS, INC. ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Christian J. Hurt, enters his appearance in this matter for Defendants Amazon.com Inc., eBay, Inc. and Yahoo! Inc. for the purpose of receiving notices and orders from the Court. Mr. Hurt is admitted to practice in the State of Texas and the Eastern District of Texas.

Dated: December 2, 2009

    Respectfully submitted

    By:   __/s/ Christian J. Hurt_____

    Christian J. Hurt
    Texas Bar No. 24059987
    WEIL, GOTSHAL & MANGES LLP
    700 Louisiana, Suite 1600
    Houston, TX 77002
    Telephone: (713) 546-5316
    Facsimile: (713) 224-9511

    *Attorneys for Amazon.com Inc., eBay, Inc., and Yahoo! Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 2nd day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

      By:    /s/ Christian J. Hurt
              Christian J. Hurt