# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:09-CV-446 (LED)** |
| | § | |
| **ADOBE SYSTEMS, INC. ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on December 2, 2009, I served a copy of:

**NOTICE OF APPEARANCE – MATTHEW D. POWERS**
**NOTICE OF APPEARANCE – CHRISTIAN J. HURT**

☒ **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through WGM's electronic mail system to the email address(es) set forth in the service list below.

Carl R. Roth
The Roth Law Firm, P.C.
115 N Wellington, Suite 200
Marshall, TX 75670
Tel: (903) 935-1665
cr@rothfirm.com

☐ **by U.S. Mail**
☐ **by fax**
☒ **by email**
☐ **by overnight delivery**
☐ **by hand**

*Attorney for Defendant Texas Instruments Inc.*

Executed on December 2, 2009 at Redwood Shores, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Danielle Delorio*
_____
Danielle Delorio

Dockets.Justia.com