IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | § § | |
| Plaintiff | § § | |
| v. | § § | |
| Adobe Systems Inc., Amazon.com, Inc. Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC, | § § § § § § § § § § § § § § | Civil Action No. 6:09-cv-446 |
| Defendants. | § | |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as additional counsel of record for Defendant, Texas Instruments Inc. and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendant.

Brendan C. Roth
State Bar No. 24040132
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797
Email: br@rothfirm.com

1

Respectfully submitted,

By: _____
CARL R. ROTH
State Bar No. 17312000
cr@rothfirm.com
BRENDAN C. ROTH
State Bar No. 24040132
br@rothfirm.com
AMANDA A. ABRAHAM
State Bar No. 24055077
aa@rothfirm.com
THE ROTH LAW FIRM
115 Wellington, Suite 200
Marshall, Texas 75670
Phone: (903) 935-1665
Fax: (903) 935-1797

**ATTORNEYS FOR DEFENDANT TEXAS INSTRUMENTS INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 7th day of December, 2009. Any other counsel of record will be served by facsimile transmission and/or first class mail.

.

_____
Amanda A. Abraham