IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:09-CV-446 (LED) |
| | § | |
| ADOBE SYSTEMS, INC. ET AL., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Douglas Lumish, enters his appearance in this matter for Defendants Amazon.com Inc., eBay, Inc. and Yahoo! Inc. for the purpose of receiving notices and orders from the Court. Mr. Lumish is admitted to practice in the Eastern District of Texas.

Dated: December 7, 2009

    Respectfully submitted

    By:    /s/ Douglas Lumish

        Douglas Lumish
        WEIL, GOTSHAL & MANGES LLP
        201 Redwood Shores Parkway
        Redwood Shores, CA 94065
        Telephone: (650) 802-3028
        Facsimile: (650) 802-3100

        *Attorneys for Amazon.com Inc., eBay, Inc.,
        and Yahoo! Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 7th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

            By:_____/s/ Douglas Lumish_____
                 Douglas Lumish