IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES INCORPORATED**<br><br>PLAINTIFF,<br><br>V.<br><br>**ADOBE SYSTEMS, INC. ET AL.**<br><br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 6:09-CV-446** |

## NOTICE OF APPEARANCE OF MIRIAM QUINN

COMES NOW Defendant, Office Depot, Inc. and hereby notifies the Court and all parties of record that, Miriam Quinn, Texas Bar Number 24037313 of Fulbright & Jaworski L.L.P., 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, phone, (214) 855-7176, will be appearing as attorney of record on its behalf in the above-styled and numbered cause.

Dated: December 7th, 2009

Respectfully submitted,

*/s/ Miriam Quinn*_____
Miriam Quinn
Texas Bar No. 24037313
mquinn@fulbright.com
Dan D. Davison
Texas Bar No. 05590900
ddavison@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
**ATTORNEYS FOR DEFENDANT
OFFICE DEPOT, INC.**

**Page 1**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure to all counsel of record on the 7th day of December, 2009.

*/s/ Miriam Quinn*
Miriam Quinn