IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED | § § § | |
| VS. | § § | CIVIL ACTION NO. 6:09-CV-446 LED |
| ADOBE SYSTEMS INCORPORATED, ET AL | § § § | JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Deborah Race, enters her appearance in this matter for Defendant Yahoo! Inc. for purposes of receiving notices and orders from the Court.

DATE: December 7, 2009

Respectfully submitted,

BY: /s/ Deborah Race
Otis Carroll
State Bar No. 03895700
Deborah Race
State Bar No. 16448700
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com

ATTORNEYS FOR DEFENDANT YAHOO! INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 7TH day of December, 2009, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's electronic filing system.

/s/ Deborah Race
Deborah Race
