Appendix K

Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER___DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT
2009 DEC -9 PM 4:31
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case #__6:09-CV-446 (LED)__
Style:_EOLAS TECHNOLOGIES, INC. V. ADOBE SYSTEMS, INC. ET AL._____
2. Applicant is representing the following party/ies: Amazon.com Inc.; eBay, Inc.; and Yahoo! Inc.
3. Applicant was admitted to practice in __CA__ (state) on __June, 1988__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
___See Attached Exhibit A_____
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, ___Jared Bobrow___ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/7/09__         Signature ___[signature]___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Jared Bobrow
State Bar Number 133712
Firm Name: Weil, Gotshal + Manges LLP
Address/P.O. Box: 201 Redwood Shores Parkway
City/State/Zip: Redwood Shores, CA 94065
Telephone #: 650-802-3000
Fax #: 650-802-3100
E-mail Address: jared.bobrow@weil.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **12/10/09**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____ MLL _____
Deputy Clerk

# Exhibit A

# JARED BOBROW

Admitted to Practice In The Following Courts:

Supreme Court of California 06/16/88
U.S. Northern District of California 1988
U.S. Central District of California 10/03/88
U.S. Eastern District of California 12/09/91
U.S. Court of Appeals for the Ninth Circuit 12/07/90
U.S. Court of Appeals for the Federal Circuit 04/12/93

## Receipt for Payment

Receipt No: 6-1-0020360

# United States District Court

for the
Eastern District of Texas at Tyler

Date: **Wednesday, December 9, 2009**

Received from:

**WEIL, GOTSHAL & MANGES**
**201 REDWOOD SHORES PARKWAY**
**REDWOOD SHORES, CA 94065**

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**
Case or other reference: **6:09-CV-446**
Comments: **PHV FEE PAID FOR JARED BOBROW CHECK #2288**

Received by: **GG**