Eolas Technologies Incorporated v. Adobe Systems Incorporated et al									Doc. 97
12/11/2009 14:26 FAX 8586785099				FISH AND RICHARDSON							☒001

**Appendix K**								Revised: 1/24/07

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### ___TYLER___ DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __6:09-cv-466-LED__

Style: __Eolas Technologies Inc. v. Adobe Systems Inc., et al.__

2. Applicant is representing the following party/ies: __Adobe Systems, Inc.__

3. Applicant was admitted to practice in __CA__ (state) on __December 7, 2000__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: __US Court of Appeals for the Fed. Cir., Southern District of CA, Central District of CA, Northern District of CA__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, ___Joseph P. Reid___ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/11/2009__		Signature _/s/ Joseph P. Reid_

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Joseph P. Reid__

State Bar Number __CA 211082__

Firm Name: __Fish & Richardson, PC__

Address/P.O. Box: __12390 El Camino Real__

City/State/Zip: __San Diego, CA 92130__

Telephone #: __858-678-4705__

Fax #: __858-678-5099__

E-mail Address: __reid@fr.com__

Secondary E-Mail Address: __baxter@fr.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __12/14/09__

*David Maland* (signature)

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By __MLL__
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0020385

## United States District Court

for the
Eastern District of Texas at Tyler

Date: **Friday, December 11, 2009**

Received from:

**CYNTHIA A WINTERS**

**12390 EL CAMINO RIO**

**SAN DIEGO, CA 92130**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: **Credit card**

Case or other reference: **6:09-CV-466**

Comments: **PHV FEE PAID FOR CYNTHIA A WINTERS**

Received by: **GG**