Appendix K                                                          Revised: 1/24/07

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER   DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # 6:09-CV-446 (LED)
Style: EOLAS TECHNOLOGIES, INC. V. ADOBE SYSTEMS, INC. ET AL.
2. Applicant is representing the following party/ies: Amazon.com Inc.; eBay, Inc.; and Yahoo! Inc.
3. Applicant was admitted to practice in Calif. (state) on 1/5/2007 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not**/had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    See Attachment A
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
    I, Joseph H. Lee, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12/10/09          Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Joseph H. Lee__
State Bar Number __248046__
Firm Name: __Weil, Gotshal & Manges LLP__
Address/P.O. Box: __201 Redwood Shores Parkway__
City/State/Zip: __Redwood Shores, CA 94065__
Telephone #: __650-802-3000__
Fax #: __650-802-3100__
E-mail Address: __joseph.lee@weil.com__
Secondary E-Mail Address: __karen.gotelli@weil.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __**12/14/09**__

*David Maland* (signature)

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By __MLL__
Deputy Clerk

# ATTACHMENT A

# BAR ADMISSION HISTORY
# JOSEPH H. LEE

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
| --- | --- | --- |
| Supreme Court of California | California | 01/05/07 |
| U. S. Central District of California | Los Angeles, California | 01/09/07 |
| U.S. Northern District of California | San Francisco, California | 02/07/07 |
| U. S. Eastern District of California | Sacramento, California | 02/21/07 |
| U.S. Southern District of California | San Diego, California | 02/26/07 |

# Receipt for Payment

Receipt No: 6-1-0020386

## United States District Court

for the

Eastern District of Texas at Tyler

Date: **Monday, December 14, 2009**

Received from:

**WEIL, GOTSHAL & MANGES LLP**

**201 REDWOOD SHORES PARKWAY**

**REDWOOD SHORES, CA 94065**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check

Case or other reference: **6:09-CV-446 LED**

Comments: **PHV FEE PAID FOR JOSEPH H LEE CHECK #2291**

Received by: gg