IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, § § § § Plaintiff, § § v. § § ADOBE SYSTEMS INC.; § AMAZON.COM, INC.; APPLE INC.; § BLOCKBUSTER INC.; CDW CORP.; § CITIGROUP INC.; eBAY, INC.; FRITO- § LAY, INC.; THE GO DADDY GROUP, § INC.; GOOGLE INC.; J.C. PENNY § COMPANY, INC.; JPMORGAN CHASE § & CO.; NEW FRONTIER MEDIA, INC.; § OFFICE DEPOT, INC.; PEROT § SYSTEMS CORP.; PLAYBOY § ENTERPRISES INTERNATIONAL, § INC.; RENT-A-CENTER, INC.; § STAPLES, INC.; SUN MICROSYSTEMS § INC.; TEXAS INSTRUMENTS INC.; § YAHOO! INC.; and YOUTUBE, LLC, § § Defendants. § | **Civil Action No. 6:09-cv-446-LED** **JURY TRIAL DEMANDED** |

**AMAZON.COM, INC.'S UNOPPOSED
MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Defendant Amazon.com, Inc. ("Amazon") requests that Jeffrey S. Love and Richard D. McLeod of the firm Klarquist, Sparkman, LLP, 121 SW Salmon Street, Suite 1600, Portland, OR 97204, be allowed to withdraw as counsel of record for Amazon in the above-captioned case, that they be removed from the electronic service list in this case, and that Matthew D. Powers of the firm Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065 be substituted as lead counsel for Amazon. Mr. Powers and other attorneys at his firm have entered appearances for Amazon.com Inc., eBay, Inc., and Yahoo! Inc. in this case.

AMAZON.COM, INC.'S UNOPPOSED
MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL
Page 1

This withdrawal and substitution of counsel has been agreed to by Plaintiff Eolas Technologies Incorporated, and is not sought for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Amazon.com, Inc. respectfully requests that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel and for such other and further relief to which Amazon.com may be justly entitled.

Respectfully submitted,

Dated: December 14, 2009   By:   /s/ Jeffrey S. Love
Jeffrey S. Love, Oregon State Bar No. 873987
jeffrey.love@klarquist.com
Richard D. McLeod, Texas State Bar No. 24026836
rick.mcleod@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

By:   /s/ Matthew D. Powers (with permission)
Matthew D. Powers, Lead Attorney
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Amazon.com, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 14, 2009. Any other counsel of record will be served by first class mail on this same date.

By: /s/ Jeffrey S. Love
Jeffrey S. Love
jeffrey.love@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301