**Appendix K**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED CLERK
U.S. DISTRICT COURT

2009 DEC 14 PM 2:23

TEXAS EASTERN

BY_____

APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #6:09-cv-446; Style: Eolas Tech. Inc. v. Adobe Systems, Inc. et al.

2. Applicant is representing the following party: CDW Corporation

3. Applicant was admitted to practice in Illinois on November 8, 2001.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that could reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9. Describe in detail on a separate page any charges, arrests or conviction for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: Illinois State Supreme Court, Northern District of Illinois (Trial Bar), and U.S. District Court for the Western District of Wisconsin.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).

14. Applicant understands that she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Julianne M. Hartzell, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

12/11/09
Date

_Julianne Hartzell_
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE (*Continued*)

>Julianne M. Hartzell
>State Bar Number 6275093
>MARSHALL, GERSTEIN & BORUN
>233 South Wacker Drive
>Suite 6300
>Chicago, IL 60606-6357
>Telephone: (312) 474-6300
>Facsimile: (312) 474-0448
>E-mail Address: jhartzell@marshallip.com
>Secondary E-Mail Address: ahernandez@marshallip.com

Applicant is hereby authorized to enter an appearance as counsel for the party listed above. This application is hereby APPROVED for the court on this __14th__ day of __December__, 2009.



*David Maland*
DAVID J. MALAND, CLERK
EASTERN DISTRICT OF TEXAS

By _____MLL_____
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0020403

## United States District Court

for the

Eastern District of Texas at Tyler

Date: **Monday, December 14, 2009**

Received from:

**FINDLAY CRAFT LLP**

**6760 OLD JACKSONVILLE HWY**

**SUITE 101**

**TYLER, TX 75703**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| **Total** | **$100.00** |

Payment method: **Check**

Case or other reference: **6:09-CV-446**

Comments: **PHV FEES PAID FOR SCOTT A SANDERSON, THOMAS L DUSTON, ANTHONY S GABRIELSON, AND JULIANNE M HARTZELL**
**CHECK #2460**

Received by: **GG**