IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | **Civil Action No. 6:09-cv-446-LED** |
| Plaintiff, | § § | |
| ADOBE SYSTEMS INC.; AMAZON.COM, INC.; APPLE INC.; BLOCKBUSTER INC.; CDW CORP.; CITIGROUP INC.; eBAY, INC.; FRITO-LAY, INC.; THE GO DADDY GROUP, INC.; GOOGLE INC.; J.C. PENNY COMPANY, INC.; JPMORGAN CHASE & CO.; NEW FRONTIER MEDIA, INC.; OFFICE DEPOT, INC.; PEROT SYSTEMS CORP.; PLAYBOY ENTERPRISES INTERNATIONAL, INC.; RENT-A-CENTER, INC.; STAPLES, INC.; SUN MICROSYSTEMS INC.; TEXAS INSTRUMENTS INC.; YAHOO! INC.; and YOUTUBE, LLC, | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

### ORDER GRANTING
### DEFENDANT AMAZON.COM, INC.'S UNOPPOSED
### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendant Amazon.com, Inc. filed its Unopposed Motion to Withdraw and Substitute Counsel. The Court is of the opinion that such motion should be GRANTED.

It is therefore ORDERED that Jeffrey S. Love and Richard D. McLeod of the firm Klarquist, Sparkman, LLP, 121 SW Salmon Street, Suite 1600, Portland, OR 97204, are withdrawn as counsel of record for Amazon in the above-captioned case, they shall be removed from the electronic service list in this case, and Matthew D. Powers of the firm Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065 is substituted as lead counsel for Amazon.

**So ORDERED and SIGNED this 15th day of December, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**