**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 6:09-cv-00446-LED |
| | § | |
| **ADOBE SYSTEMS, INC.,** *et al.*, | § | Jury Trial Demanded |
| | § | |
| Defendants. | § | |

## CITIGROUP INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Citigroup Inc. discloses that it is a publicly traded company and that it does not have any nongovernmental stockholders with an ownership interest of greater than 10%.

Date: December 17, 2009

Respectfully submitted,

/s/ Roger B. Cowie
Edwin R. DeYoung
Texas Bar No. 05673000
Roy W. Hardin
Texas Bar No. 08968300
Roger Brian Cowie
Texas Bar No. 00783886
M. Scott Fuller
Texas Bar No. 24036607
Galyn Gafford
Texas Bar No. 24040938
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
E-mail: edeyoung@lockelord.com

ATTORNEYS FOR DEFENDANT
CITIGROUP, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 16th day of December, 2009.

/s/ Roger B. Cowie