# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § § § | |
| Plaintiff, | § § § § | Civil Action No. 6:09-CV-00446-LED |
| vs. | § § | |
| **Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC** | § § § § § § § § § § § § § | **JURY TRIAL** |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that attorney Douglas A. Cawley enters his appearance as attorney in this matter for Eolas Technologies Incorporated ("Eolas" or "Plaintiff") for the purpose of receiving notices from the Court. Mr. Cawley is currently admitted to practice in the United States District Court for the Eastern District of Texas. Mr. Cawley's contact information is as follows:

> Douglas A. Cawley
> Texas State Bar No. 04035500
> dcawley@mckoolsmith.com
> McKool Smith, P.C.
> 300 Crescent Court, Suite 1500
> Dallas, Texas 75201
> Telephone: (214) 978-4972
> Telecopier: (214) 978-4044

Dallas 292523v1

DATED: December 16, 2009.   Respectfully submitted,

**MCKOOL SMITH, P.C.**
/s/ Douglas A. Cawley
Mike McKool
Lead Attorney
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Luke McLeroy
Texas State Bar No. 24041455
lmcleroy@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**McKool Smith, P.C.**
104 E. Houston St., Ste. 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9095

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744
**ATTORNEYS FOR PLAINTIFF
EOLAS TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on this the 16th day of December, 2009. Local Rule CV-5(a)(3)(A).

/s/ Douglas A. Cawley
Douglas A. Cawley