# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, § § | | |
| Plaintiff, § § | | |
| vs. § § | Civil Action No. 6:09-cv-446 | |
| Adobe Systems Inc., Amazon.com, Inc., § Apple Inc., Argosy Publishing, Inc., § Blockbuster Inc., CDW Corp., § Citigroup Inc., eBay Inc., Frito-Lay, Inc., § The Go Daddy Group, Inc., Google Inc., § J.C. Penney Company, Inc., JPMorgan § Chase & Co., New Frontier Media, Inc., § Office Depot, Inc., Perot Systems Corp., § Playboy Enterprises International, Inc., § Rent-A-Center, Inc., Staples, Inc., Sun § Microsystems Inc., Texas Instruments § Inc., Yahoo! Inc., and YouTube, LLC § § Defendants § | | |

**Defendant, J.P. Morgan Chase & Co.'s, Unopposed
Motion for Extension of Time in Which to Answer, Move
or Otherwise Respond to Plaintiff's Complaint for Patent Infringement**

To The Honorable United States District Judge:

Defendant, J.P. Morgan Chase & Co. ("J.P. Morgan"), without waiving any defenses set forth in F.R.C.P. 12 but still relying upon same, moves for an extension of time in which to move, answer or otherwise respond to Plaintiff's Complaint for Patent Infringement:

1. The date by which J.P. Morgan is currently required to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement is December 17, 2009. J.P. Morgan hereby moves for an extension of time through and including December 24, 2009.

2.      Good cause exists for the requested extension for the reason that this is a suit for alleged patent infringement, and J.P. Morgan needs adequate time in which to investigate and properly prepare its defenses herein.  As set forth in the caption, this motion is unopposed.

Wherefore, Defendant, J.P. Morgan Chase & Co., moves for an extension of time through and including December 24, 2009 in which to answer, move or otherwise respond to Plaintiff's Complaint for Patent Infringement.

Dated:  December 17, 2009                              Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No.  22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Phone:  (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Attorney for Defendant, J.P. Morgan Chase & Co.

### Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 17, 2009.   All other counsel of record will be served via facsimile or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough