UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:09-cv-00446-LED

Name of party requesting extension: Frito-Lay, Inc.

Is this the first application for extension of time in this case?
- [ ] Yes
- [✓] No

If no, please indicate which application this represents:
- [✓] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 10/8/2009

Number of days requested:
- [ ] 30 days
- [ ] 15 days
- [✓] Other  7  days

New Deadline Date: 12/24/2009 *(Required)*

---

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Christopher M. Joe
State Bar No.: 00787770
Firm Name: Greenberg Traurig, LLP
Address: 2200 Ross Avenue, Suite 5200
Dallas, TX  75201

Phone: (214) 665-3604
Fax: (214) 665-5904
Email: joec@gtlaw.com

---

A certificate of conference does not need to be filed with this unopposed application.