

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:09-cv-00446-LED

Name of party requesting extension: J.C. Penney Corporation, Inc. (incorrectly identified in Complaint as J.C. Penney Company, Inc.)

Is this the first application for extension of time in this case?  ☐ Yes

☑ No

If no, please indicate which application this represents:  ☑ Second

☐ Third

☐ Other _____

Date of Service of Summons: 10/8/2009

Number of days requested:  ☐ 30 days

☐ 15 days

☑ Other __7__ days

New Deadline Date: 12/24/2009 *(Required)*

---

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name:  Christopher M. Joe

State Bar No.:  00787770

Firm Name:  Greenberg Traurig, LLP

Address:  2200 Ross Avenue, Suite 5200

Dallas, TX  75201

Phone:  (214) 665-3604

Fax:  (214) 665-5904

Email:  joec@gtlaw.com

---

A certificate of conference does not need to be filed with this unopposed application.