**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **EOLAS TECHNOLOGIES INCORPORATED,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 6:09-CV-446** |
| **ADOBE SYSTEMS INC.,** *et al.,* | **Jury Trial Demanded** |
| **Defendants.** | |

## GO DADDY'S FED. R. CIV. P. 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff The Go Daddy Group, Inc., ("Go Daddy") discloses that it does not have a parent company, and no publicly held company owns 10% or more of its stock.

**GO DADDY'S FED. R. CIV. P. 7.1 DISCLOSURE - PAGE 1**

Dated:  December 17, 2009              Respectfully submitted,

By:   */s/ Neil J. McNabnay*
      Thomas M. Melsheimer
      txm@fr.com
      Texas Bar No. 13922550
      Neil J. McNabnay
      njm@fr.com
      Texas Bar No. 24002583
      Tim K. Brown
      tkb@fr.com
      Texas Bar No. 24043575
      **FISH & RICHARDSON P.C.**
      1717 Main Street, Suite 5000
      Dallas, TX  75201
      (214) 747-5070 (Telephone)
      (214) 747-2091 (Facsimile)

Counsel for Defendant
**THE GO DADDY GROUP, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 17, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Tim K. Brown*