UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, § | | |
| § | | |
| Plaintiff, § | CIVIL ACTION NO. 6:09-cv-446 | |
| § | | |
| v. § | JURY TRIAL DEMANDED | |
| § | | |
| ADOBE SYSTEMS INC., ET AL., § | | |
| § | | |
| Defendants. § | | |

**DEFENDANT STAPLES, INC.'S UNOPPOSED MOTION TO EXTEND
TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S
COMPLAINT FOR PATENT INFRINGEMENT**

Defendant Staples, Inc. ("Staples") previously requested and was granted by Plaintiff Eolas Technologies Incorporated ("Plaintiff") a 50-day extension to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement ("Complaint"). The current deadline for Staples to answer or otherwise respond to the Complaint is December 17, 2009. Staples requires additional time to fully investigate and respond to the allegations in the Complaint and therefore requests that the deadline for answering or otherwise responding to the Complaint be extended to and including December 24, 2009.

Plaintiff does not oppose this motion.

WHEREFORE, Staples requests that the deadline for it to answer or otherwise respond to the Complaint be extended to and including December 24, 2009.

999.00117/447870.1

Dated: December 17, 2009               Respectfully submitted,

                                       By: /s/ Michael E. Richardson
                                           Michael E. Richardson
                                           Texas Bar No. 24002838
                                       BECK, REDDEN & SECREST, L.L.P.
                                       1221 McKinney St., Suite 4500
                                       Houston, TX. 77010
                                       (713) 951-3700
                                       (713) 951-3720 (Fax)
                                       mrichardson@brsfirm.com

                                       ATTORNEY FOR DEFENDANT
                                       STAPLES, INC.

*Of Counsel*:

David J. Beck
Texas Bar No. 00000070
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: dbeck@brsfirm.com

### CERTIFICATE OF CONFERENCE

I certify that Counsel for Staples, Mark Matuschak, has conferred with Counsel for Plaintiff, Douglas Cawley, concerning the foregoing motion and he indicated that Plaintiff does not oppose same.

                                       /s/ Michael E. Richardosn

### CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service in the above-referenced case are being served this 17th day of December, 2009, with a copy of the above document via the court's CM/ECF system per Local Rule CV-5(a)(3).

                                       /s/ Michael E. Richardson
                                       Michael E. Richardson

999.00117/447870.1