UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:09-cv-446 |
| v. | § § | JURY TRIAL DEMANDED |
| ADOBE SYSTEMS INC., ET AL., | § § § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT STAPLES, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Before the Court is the Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement filed by Defendant Staples, Inc. ("Staples"). After considering said Motion, the Court finds that it is well taken. Therefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Staples shall have to and including December 24, 2009 to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement.