IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies, Incorporated, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:09-cv-446 |
| Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JP Morgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC, | § § § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**DEFENDANT PEROT SYSTEMS CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Perot Systems Corporation states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock, except as follows: Perot Systems Corporation is a wholly owned subsidiary of Dell International LLC, and Dell International LLC is a wholly owned subsidiary of Dell Inc., which is a publicly held corporation.

Dated:  December 17, 2009                    Respectfully submitted,

*/s/  Barton E. Showalter*
Barton E. Showalter
   Attorney-in-Charge
   Texas Bar No. 00788408
   *bart.showalter@bakerbotts.com*
Douglas M. Kubehl
   Texas Bar No. 00796909
   *doug.kubehl@bakerbotts.com*
David O. Taylor
   Texas Bar No. 24042010
   *david.taylor@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980
Telephone:  214-953-6500
Facsimile:   214-953-6503

**ATTORNEYS FOR DEFENDANT
PEROT SYSTEMS CORPORATION**

### CERTIFICATE OF SERVICE
### PURSUANT TO LOCAL RULE CV-5(D)

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail and first class mail on this same date.

*/s/ Barton E. Showalter*
Barton E. Showalter