IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES INCORPORATED,** | § § § | |
| Plaintiff. | § § | Civil Action NO. 6:09-cv-446(LED) |
| vs. | § § | JURY TRIAL |
| **ADOBE SYSTEMS INC., ET AL** | § § | |
| Defendants. | § | |

### DEFENDANT ARGOSY PUBLISHING, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Argosy Publishing, Inc. ("Argosy") hereby files its Corporate Disclosure Statement and discloses that it is not a publically traded corporation, that it has no parent corporation, and that no publically held corporation owns 10% or more if its stock.

DATED: December 17, 2009          Respectfully submitted,

                                  By: /s/ N. Claire Abernathy
                                     N. Claire Abernathy
                                     State Bar No. 24053063
                                     David P. Henry
                                     State Bar No. 24027015
                                     THE HENRY FIRM, P.C.
                                     P.O. Box 3104
                                     Longview, Texas 75606
                                     Telephone: (903) 230-9874
                                     Facsimile: (903) 230-9875
                                     Email: dhenry@dhenryfirm.com

                                     **ATTORNEYS FOR DEFENDANT, ARGOSY PUBLISHING, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

By: /s/ N. Claire Abernathy