IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies, Incorporated, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 6:09-cv-446 |
| Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JP Morgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC, | § § § § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**NOTICE OF APPEARANCE FOR PEROT SYSTEMS CORPORATION**

Barton E. Showalter, Douglas M. Kubehl, and David O. Taylor, all of Baker Botts L.L.P., hereby notify the Court and Plaintiff Eolas Technologies, Incorporated of their appearance as attorneys of record for Defendants Perot Systems Corporation. Barton E. Showalter is the attorney-in-charge for Baker Botts L.L.P. Mr. Showalter, Mr. Kubehl, and Mr. Taylor respectfully request that the Court notify them of all hearings and provide them with copies of all pleading and orders in this case.

Dated:  December 17, 2009                                Respectfully submitted,

                                                                */s/  Douglas M. Kubehl*
                                                                Barton E. Showalter
            Attorney-in-Charge
            Texas Bar No. 00788408
            *bart.showalter@bakerbotts.com*
Douglas M. Kubehl
            Texas Bar No. 00796909
            *doug.kubehl@bakerbotts.com*
David O. Taylor
            Texas Bar No. 24042010
            *david.taylor@bakerbotts.com*
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980
Telephone:  214-953-6500
Facsimile:   214-953-6503

**ATTORNEYS FOR DEFENDANT
PEROT SYSTEMS CORPORATION**

## CERTIFICATE OF SERVICE
## PURSUANT TO LOCAL RULE CV-5(D)

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail and first class mail on this same date.

                                                                        */s/ Douglas M. Kubehl*
                                                                       Douglas M. Kubehl