IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies, Incorporated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:09-cv-446 |
| | § | |
| Adobe Systems Inc., Amazon.com, Inc., | § | JURY TRIAL DEMANDED |
| Apple Inc., Argosy Publishing, Inc., | § | |
| Blockbuster Inc., CDW Corp., | § | |
| Citigroup Inc., eBay Inc., Frito-Lay, Inc., | § | |
| The Go Daddy Group, Inc., Google Inc., | § | |
| J.C. Penney Company, Inc., JP Morgan | § | |
| Chase & Co., New Frontier Media, Inc., | § | |
| Office Depot, Inc., Perot Systems Corp., | § | |
| Playboy Enterprises International, Inc., | § | |
| Rent-A-Center, Inc., Staples, Inc., Sun | § | |
| Microsystems Inc., Texas Instruments Inc., | § | |
| Yahoo! Inc., and YouTube, LLC, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE FOR PEROT SYSTEMS CORPORATION**

Barton E. Showalter, Douglas M. Kubehl, and David O. Taylor, all of Baker Botts L.L.P.,
hereby notify the Court and Plaintiff Eolas Technologies, Incorporated of their appearance as
attorneys of record for Defendants Perot Systems Corporation. Barton E. Showalter is the
attorney-in-charge for Baker Botts L.L.P. Mr. Showalter, Mr. Kubehl, and Mr. Taylor
respectfully request that the Court notify them of all hearings and provide them with copies of all
pleading and orders in this case.

Dockets.Justia.com

Dated: December 17, 2009                    Respectfully submitted,

/s/ David O. Taylor
Barton E. Showalter
    Attorney-in-Charge
    Texas Bar No. 00788408
    bart.showalter@bakerbotts.com
Douglas M. Kubehl
    Texas Bar No. 00796909
    doug.kubehl@bakerbotts.com
David O. Taylor
    Texas Bar No. 24042010
    david.taylor@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone: 214-953-6500
Facsimile: 214-953-6503

**ATTORNEYS FOR DEFENDANT**
**PEROT SYSTEMS CORPORATION**

### CERTIFICATE OF SERVICE
### PURSUANT TO LOCAL RULE CV-5(D)

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 17th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail and first class mail on this same date.

/s/ David O. Taylor
David O. Taylor