### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | |
| Plaintiff, | § § | C.A. NO. 6:09-CV-446 |
| v. | § § | JUDGE LEONARD E. DAVIS |
| ADOBE SYSTEMS INC., ET AL., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

### BLOCKBUSTER INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Blockbuster Inc., by and through its undersigned counsel, hereby submits the following corporate disclosure statement:

Defendant Blockbuster Inc. is a publicly traded corporation. It has no parent corporation, and no publicly traded company owns ten percent or more of its stock.

Dated: December 17, 2009                        Respectfully submitted,

                                              */s/ David Kent Wooten*
                                              David Kent Wooten (TX Bar No. 24033477)
                                              VINSON & ELKINS L.L.P.
                                              First City Tower
                                              1001 Fannin Street, Suite 2500
                                              Houston, TX 77002
                                              Telephone: 713.758.2095
                                              Facsimile: 713.615.5936
                                              dwooten@velaw.com
                                              *ATTORNEY TO BE NOTICED*

Scott W. Breedlove (TX Bar No. 00790361)
VINSON & ELKINS L.L.P.
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
Telephone:  214.220.7993
Facsimile:   214.999.7993
sbreedlove@velaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ATTORNEYS FOR DEFENDANT BLOCKBUSTER INC.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 17th day of December, 2009.

*/s/ David Kent Wooten*
David Kent Wooten

US 189893v.3