# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:09-cv-446 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Adobe Systems Inc., Amazon.com, Inc., Apple | ) | The Honorable Leonard Davis |
| Inc., Argosy Publishing, Inc., Blockbuster Inc., | ) | United States District Judge |
| CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT OFFICE DEPOT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Office Depot, Inc. submits its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

There is no parent corporation for Office Depot, Inc. There is no publicly held corporation that owns more than 10% of Office Depot, Inc.'s stock.

Dated: December 17, 2009         Respectfully submitted,

By:   /s/ David M. Stein
    David M. Stein (Texas Bar No. 00797494)
    McDermott Will & Emery LLP
    18191 Von Karman Avenue, Suite 500
    Irvine, California 92612-7108
    Telephone: (949) 851-0633
    Fax: (949) 851-9348
    E-mail: dstein@mwe.com

    J. Thad Heartfield (Texas Bar No. 09346800)
    The Heartfield Law Firm
    2195 Dowlen Road
    Beaumont, Texas 77706
    Telephone: (409) 866-3318
    Fax: (409) 866-5789
    E-mail: thad@jth-law.com

    Kenneth J. Jurek
    Suzanne M. Wallman
    Brett Bachtell
    McDermott Will & Emery LLP
    227 West Monroe Street
    Chicago, Illinois 60606
    Telephone: (312) 372-2000
    Fax: (312) 984-7700
    E-mail: kjurek@mwe.com
    E-mail: swallman@mwe.com
    E-mail: bbachtell@mwe.com

    Dan Duncan Davison
    Miriam L. Quinn
    Fulbright & Jaworski LLP
    2200 Ross Avenue
    Suite 2800
    Dallas, TX 75201
    Telephone: (214) 855-8000
    Fax: (214) 855-8500
    E-mail: ddavison@fulbright.com
    E-mail mquinn@fulbright.com

Attorneys for Defendant Office Depot, Inc.

# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 17, 2009. Any other counsel of records will be served by U.S. mail on the same date.

                                                      /s/ David M. Stein
                                                               David M. Stein

CHI99 5196269-1.052772.0127