# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **EOLAS TECHNOLOGIES, INC.** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. 6:09-CV-446 (LED)** |
| § | |
| **ADOBE SYSTEMS, INC. ET AL.,** § | |
| § | |
| Defendants. § | |
| § | |
| § | |

## CORPORATE DISCLOSURE STATEMENT BY DEFENDANT AMAZON.COM, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Amazon.com, Inc. represents that it has no parent corporation and that no publicly held entity owns 10% or more of its stock.

Dated: December 17, 2009        Respectfully submitted,

/s/ Douglas Lumish
Jared Bobrow (*pro hac vice*)
Douglas Lumish
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

Christian J. Hurt
Texas Bar No. 24059987
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX  77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

*Attorneys for Amazon.com, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 17 day of December, 2009. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                            /s/ Ashley Forrestier
                                              Ashley Forrestier