# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:09-CV-00446-LED |
| | § | |
| vs. | § | |
| | § | |
| **Adobe Systems Inc., Amazon.com, Inc.,** | § | **JURY TRIAL** |
| **Apple Inc., Argosy Publishing, Inc.,** | § | |
| **Blockbuster Inc., CDW Corp.,** | § | |
| **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** | § | |
| **The Go Daddy Group, Inc., Google Inc.,** | § | |
| **J.C. Penney Company, Inc., JPMorgan** | § | |
| **Chase & Co., New Frontier Media, Inc.,** | § | |
| **Office Depot, Inc., Perot Systems Corp.,** | § | |
| **Playboy Enterprises International, Inc.,** | § | |
| **Rent-A-Center, Inc., Staples, Inc., Sun** | § | |
| **Microsystems Inc., Texas Instruments Inc.,** | § | |
| **Yahoo! Inc., and YouTube, LLC** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Josh Budwin, with the law firm of McKool Smith, P.C., 300 W. 6th Street, Suite 1700 Austin, Texas 78701 and enters an appearance as counsel of record for Plaintiff Eolas Technologies, Incorporated.

Mike McKool will remain designated as the Lead Attorney for Plaintiff Eolas Technologies, Incorporated. Mr. Budwin requests to receive notices from the Court on all issues related to this case.

Austin 55104v1

| | |
|---|---|
| DATED:  December 17, 2009 | Respectfully submitted,<br>**McKool Smith, P.C.**<br><br>/s/  Josh Budwin<br>Mike McKool<br>Lead Attorney<br>Texas State Bar No. 13732100<br>mmckool@mckoolsmith.com<br>Douglas Cawley<br>Texas State Bar No. 04035500<br>dcawley@mckoolsmith.com<br>Luke McLeroy<br>Texas State Bar No. 24041455<br>lmcleroy@mckoolsmith.com<br>**McKool Smith, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Sam F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>**McKool Smith, P.C.**<br>104 E. Houston St., Ste. 300<br>P.O. Box O<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9095<br><br>Kevin L. Burgess<br>Texas State Bar No. 24006927<br>kburgess@mckoolsmith.com<br>Steven J. Pollinger<br>Texas State Bar No. 24011919<br>spollinger@mckoolsmith.com<br>Josh W. Budwin<br>Texas State Bar No. 24050347<br>jbudwin@mckoolsmith.com<br>**McKool Smith, P.C.**<br>300 West Sixth Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br>**ATTORNEYS FOR PLAINTIFF**<br>**EOLAS TECHNOLOGIES, INC.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 17th day of December 2009.

/s/ Josh Budwin
Josh Budwin