# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | Civil Action No. 6:09-cv-446-LED |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| ADOBE SYSTEMS INC. ET AL. | § § § | |
| Defendants. | § | |

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT FOR DEFENDANT
## NEW FRONTIER MEDIA, INC.

Defendant, New Frontier Media, Inc. ("New Frontier Media"), having its principal place of business at 7007 Winchester Circle, Suite 200, Boulder, Colorado 80301, by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 7.1, hereby states as follows:

New Frontier Media declares that it is a publicly traded company. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

Dated: December 17, 2009         Respectfully submitted:

   /s/ Dwayne L. Mason

Dwayne L. Mason
Texas State Bar #00787977
Email: dmason@akingump.com
Tara M. Williams
Texas State Bar #24043999
Email: twilliams@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Tel: (713) 220-5800
Fax: (713) 236-0822

**ATTORNEYS FOR DEFENDANT
NEW FRONTIER MEDIA, INC.**

6425003

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 17, 2009.

/s/ Tara M. Williams