**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

EOLAS TECHNOLOGIES INCORPORATED,

          Plaintiff,

    v.

ADOBE SYSTEMS INC., ET AL,

          Defendants.

CASE NO. 6:09-cv-446

Hon. Leonard E. Davis

JURY

## CORPORATE DISCLOSURE STATEMENT OF GOOGLE INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google Inc. declares that it is a publicly traded company. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

Dockets.Justia.com

Dated: December 17, 2009

Respectfully submitted,

By: */s/ Scott T. Weingaertner, with permission
by Michael E. Jones* _____
Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (Facsimile)
mikejones@potterminton.com
allengardner@potterminton.com

Of Counsel:

Scott T. Weingaertner
sweingaertner@kslaw.com
Robert F. Perry
rperry@kslaw.com
Christopher C. Carnaval
ccarnaval@kslaw.com
Mark H. Francis
mfrancis@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **CORPORATE DISCLOSURE STATEMENT OF GOOGLE INC.** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 17th day of December 2009. Any other counsel of record will be served via First Class U.S. Mail on this same date.

*/s/ Michael E. Jones*