**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADOBE SYSTEMS INC., ET AL,<br><br>　　　　Defendants. | CASE NO. 6:09-cv-446<br><br>Hon. Leonard E. Davis<br><br>JURY |

## **CORPORATE DISCLOSURE STATEMENT OF YOUTUBE, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant YouTube, LLC hereby advises that it is a wholly owned subsidiary of Google Inc.

1

Dated: December 17, 2009

Respectfully submitted,

By: */s/ Scott T. Weingaertner, with permission by Michael E. Jones* _____
Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
(903) 597-8311
(903) 593-0846 (Facsimile)
mikejones@potterminton.com
allengardner@potterminton.com

Of Counsel:

Scott T. Weingaertner
sweingaertner@kslaw.com
Robert F. Perry
rperry@kslaw.com
Christopher C. Carnaval
ccarnaval@kslaw.com
Mark H. Francis
mfrancis@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **CORPORATE DISCLOSURE STATEMENT OF YOUTUBE, LLC** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 17th day of December 2009. Any other counsel of record will be served via First Class U.S. Mail on this same date.

*/s/ Michael E. Jones*