# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Eolas Technologies Incorporated,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google, Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC,**<br><br>　　　　Defendants. | Civil Action No. 6:09-cv-446<br><br><br>JURY TRIAL |

## DISCLOSURE STATEMENT FOR DEFENDANT SUN MICROSYSTEMS, INC.

Defendant Sun Microsystems, Inc. ("Sun") hereby submits its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Sun has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: December 17, 2009　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Eric H. Findlay
　　　　　　　　　　　　　　　　　　　　　　Eric Findlay (Bar No. 00789886)
　　　　　　　　　　　　　　　　　　　　　　efindlay@findlaycraft.com
　　　　　　　　　　　　　　　　　　　　　　**FINDLAY CRAFT, LLP**
　　　　　　　　　　　　　　　　　　　　　　6760 Old Jacksonville Highway, Suite 101
　　　　　　　　　　　　　　　　　　　　　　Tyler, TX 75703
　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 534-1100
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 534-1137

　　　　　　　　　　　　　　　　　　　　　　Mark D. Fowler (Bar No. CA-124235)
　　　　　　　　　　　　　　　　　　　　　　mark.fowler@dlapiper.com

William G. Goldman (Bar No. CA-203630)
bill.goldman@dlapiper.com
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2215
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Kathryn B. Riley (Bar No. CA-211187)
kathryn.riley@dlapiper.com
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2700
Facsimile: (619) 764-6692

**Attorneys for Defendant
SUN MICROSYSTEMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay
Eric H. Findlay