# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | |
| Adobe Systems Inc., Amazon.com, Inc., § | |
| Apple Inc., Argosy Publishing, Inc., § | |
| Blockbuster Inc., CDW Corp., § | |
| Citigroup Inc., eBay Inc., Frito-Lay, Inc., § | Civil Action No. 6:09-cv-00446-LED |
| The Go Daddy Group, Inc., Google Inc., § | |
| J.C. Penney Company, Inc., JPMorgan § | |
| Chase & Co., New Frontier Media, Inc., § | |
| Office Depot, Inc., Perot Systems Corp., § | |
| Playboy Enterprises International, Inc., § | |
| Rent-A-Center, Inc., Staples, Inc., Sun § | |
| Microsystems Inc., Texas Instruments Inc., § | |
| Yahoo! Inc., and YouTube, LLC, § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE OF COUNSEL

Jeffrey K. Joyner of Greenberg Traurig, LLP hereby enters an appearance as additional counsel of record for Defendant J.C. Penney Corporation, Inc. (incorrectly identified in Complaint as J.C. Penney Company, Inc.) and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned action on behalf of Defendant J.C. Penney Corporation, Inc.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Jeffrey K. Joyner*
Jeffrey K. Joyner (*admitted pro hoc vice*)
joynerj@gtlaw.com
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Christopher M. Joe
joec@gtlaw.com
Eric W. Buether
Buethere@gtlaw.com
Brian Carpenter
carpenterb@gtlaw.com
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3604
Facsimile: (214) 665-5904

**ATTORNEYS FOR DEFENDANT
J.C. PENNEY CORPORATION, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 17th day of December, 2009. Any other counsel of record will be served by facsimile transmission and/or electronic mail pursuant to Local Rule CV-5(d).

*/s/ Christopher M. Joe*
Christopher M. Joe