IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. 6:09-CV-446-LED |
| v. | § § | JURY TRIAL DEMANDED |
| ADOBE SYSTEMS INC., ET AL, | § § § | |
| DEFENDANTS. | § | |

## DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant and Counterclaim Plaintiff Apple Inc. ("Apple") makes the following disclosure. Apple has no parent corporation and no publicly held corporation owns 10% or more of Apple's stock.

Respectfully submitted,

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com

1

David T. Pritikin – Lead Attorney
E-mail: dpritikin@sidley.com
Richard A. Cederoth
E-mail: rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Theodore W. Chandler
E-mail: tchandler@sidley.com
SIDLEY AUSTIN LLP
555 W. Fifth Street
Los Angeles, California 90013
Tel: (213) 896-6000
Fax: (213) 896-6600

Teague I. Donahey
E-mail: tdonahey@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

Attorneys for Defendant and
Counterclaimant APPLE INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 17th day of December, 2009.

_Eric M. Albritton_
Eric M. Albritton