## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | § § | |
| *Plaintiff*, | § § | C.A. NO. 6:09-CV-446 (LED) |
| v. | § § | |
| Adobe Systems Inc., Amazon.com, Inc., | § | JURY TRIAL DEMANDED |
| Apple Inc., Argosy Publishing, Inc., | § | |
| Blockbuster Inc., CDW Corp., | § | |
| Citigroup Inc., eBay Inc., Frito-Lay, Inc., | § | |
| The Go Daddy Group, Inc., Google Inc., | § | |
| J.C. Penny Company, Inc., JPMorgan | § | |
| Chase & Co., New Frontier Media, Inc., | § | |
| Office Depot, Inc., Perot Systems Corp., | § | |
| Playboy Enterprises International, Inc., | § | |
| Rent-A-Center, Inc., Staples, Inc., Sun | § | |
| Microsystems Inc., Texas Instruments, Inc., | § | |
| Yahoo! Inc., and YouTube, LLC | § § | |
| *Defendants*. | § § | |

## DEFENDANT PLAYBOY ENTERPRISES INTERNATIONAL, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Playboy Enterprises International, Inc., by and through its attorneys, hereby states that Playboy Enterprises International, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock, except as follows: Defendant Playboy Enterprises International, Inc. is a wholly owned subsidiary of PEI Holdings, Inc., and PEI Holdings, Inc. is a wholly owned subsidiary of Playboy Enterprises, Inc., which is a publicly held corporation.

Dated: December 18, 2009   Respectfully submitted,

    */s/* Avelyn M. Ross
    David B. Weaver (SBOT # 00798576)
    Avelyn M. Ross (SBOT #24027871)
    Gentry C. McLean (SBOT #24046403)
    VINSON & ELKINS L.L.P.
    2801 Via Fortuna, Suite 100
    Austin, Texas 78746-7568
    Tel: (512) 542-8400
    Fax: (512) 236-3218
    dweaver@velaw.com
    aross@velaw.com
    gmclean@velaw.com

    *Counsel for Defendant*
    *Playboy Enterprises International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 18, 2009. Any other counsel of record will be served by first class mail on this same date.

    */s/* Avelyn M. Ross
        Avelyn M. Ross