# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated, § § Plaintiff, § § vs. § § Adobe Systems Inc., Amazon.com, Inc., § Apple Inc., Argosy Publishing, Inc., § Blockbuster Inc., CDW Corp., § Citigroup Inc., eBay Inc., Frito-Lay, Inc., § The Go Daddy Group, Inc., Google Inc., § J.C. Penney Company, Inc., JPMorgan § Chase & Co., New Frontier Media, Inc., § Office Depot, Inc., Perot Systems Corp., § Playboy Enterprises International, Inc., § Rent-A-Center, Inc., Staples, Inc., Sun § Microsystems Inc., Texas Instruments § Inc., Yahoo! Inc., and YouTube, LLC § § Defendants § | Civil Action No. 6:09-cv-446 |

**<u>Order Granting Defendant J.P. Morgan Chase & Co.'s Unopposed Motion
For Extension of Time in Which to Answer, Move or Otherwise Respond to
Plaintiff's Complaint for Patent Infringement</u>**

After considering Defendant, J.P. Morgan Chase & Co.'s, Unopposed Motion for Extension of Time in Which to Answer, Move or Otherwise Respond to Plaintiff's Complaint for Patent Infringement, the Court finds that good cause exists and that the motion should be granted.

It is, therefore, Ordered that Defendant, J.P. Morgan Chase & Co., has through and including December 24, 2009 in which to answer, move or otherwise respond to Plaintiff's Original Complaint.

**So ORDERED and SIGNED this 18th day of December, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**