6-1-204.50

Appendix K

Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 18 2009
DAVID J. MALAND, CLERK

1. This application is being made for the following: Case # 6:09-cv-446
Style: Eolas v. Adobe Systems Inc., et al.
2. Applicant is representing the following party/ies: Defendant, Sun Microsystems, Inc.
3. Applicant was admitted to practice in CA (state) on 12/6/99 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
USDC of CA, Northern & Central Districts, 9th Circuit Court of Appeal, USCA-Fed Cir.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:
I, William G. Goldman do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12/14/09    Signature _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) William G. Goldman
State Bar Number 203630
Firm Name: DLA Piper LLP (US)
Address/P.O. Box: 2000 University Avenue
City/State/Zip: East Palo Alto, CA 94303
Telephone #: (650) 833-2000
Fax #: (650) 833-2001
E-mail Address: bill.goldman@dlapiper.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **12/18/09**

*David Maland*
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By MLL
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0020450

## United States District Court

for the
Eastern District of Texas at Tyler

Date: **Friday, December 18, 2009**

Received from:

**FINDLAY CRAFT**

**6760 OLD JACKSONVILLE HWY., STE. 101**

**TYLER, TX 75703**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: **Check**

Case or other reference: **6:09CV446**

Comments: **PHV APPS FOR WILLIAM G. GOLDMAN AND KATHRYN BRIDGET RILEY - FIRM CK 2462**

Received by: **MC**