6-1-20449

**Appendix K**                                                          Revised: 1/24/07

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 1 8 2009

DAVID J. MALAND, CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER    DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case # ____6:09-cv-00446-LED____

Style: ___Eolas Technologies Incorporated v. Adobe Systems Incorporated, et al._____

2. Applicant is representing the following party/ies: ___Defendants Frito-Lay, Inc. and Rent-A-Center, Inc.___ and

3. Applicant was admitted to practice in ___CA___ (state) on ___December 9, 1997___ (date). J.C. Penney Corporation, Inc. *

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

  U.S. Court of Appeals (Fed. Circuit), United States District Courts (Central, Northern)

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**          * (Incorrectly identified in Complaint as J.C. Penney Company, Inc.)

  I, ___Jeffrey F. Yee_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date **December 15, 2009**          Signature _____

Name (please print) ___Jeffrey F. Yee___

State Bar Number ___California State Bar #193123___

Firm Name: ___Greenberg Traurig, LLP___

Address/P.O. Box: ___2450 Colorado Avenue, Suite 400E___

City/State/Zip: ___Santa Monica, CA 90404___

Telephone #: ___310-586-7700___

Fax #: ___310-586-7800___

E-mail Address: ___Yeej@gtlaw.com___

Secondary E-Mail Address: __Heatherlya@gtlaw.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: ___**12/18/09**___

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ___MLL___
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0020449

## United States District Court

for the

Eastern District of Texas at Tyler

Date: **Friday, December 18, 2009**

Received from:

**GREENBERG TRAURIG**

**2200 ROSS AVE., STE. 5200**

**DALLAS, TX 75201**

| Account | Description |
|---|---|
| 085000 – | Attorney Admission Fees |
| 086400 – | New Case Fee |
| 086900 – | Filing Fees |
| 121000 – | Conscience Fund |
| 129000 – | Gifts |
| 143500 – | Interest |
| 322340 – | Sale of Publications |
| 322350 – | Copy Fees |
| 322360 – | Miscellaneous Fees |
| 322380 – | Recoveries of Court Costs |
| 322386 – | Cost of Prosecution |
| 504100 – | Crime Victims Fund |
| 508800 – | Immigration Fees |
| 510000 – | Civil Filing Fee (1/2) |
| 5100PL – | Partial Filing Fee (PLRA) |
| 510100 – | Registry Fee |
| 604700 – | Registry Funds/General and Special Funds |
| 613300 – | Unclaimed Monies |
| 6855XX – | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| | |
| **Total** | **$25.00** |

Payment method: **Check**

Case or other reference: **6:09CV446**

Comments: **PHV APP FOR JEFFREY F. YEE - FIRM CK 5376**

Received by: **MC**