UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES, INC. *Plaintiff,* v. ADOBE SYSTEMS, INC., ET AL., *Defendants.* | Civil Action No. 6:09-CV-446 LED  **JURY TRIAL DEMANDED** |

### ADOBE SYSTEMS, INC.,'S FED. R. CIV. P. 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Adobe Systems, Inc., ("Adobe") discloses that it does not have a parent company, and no publicly held company owns 10% or more of its stock.

1

**Dated:** December 18, 2009  Respectfully submitted,

**By:** /s/ David J. Healey
David J. Healey (Texas Bar No. 09327980)
E-mail: Healey@fr.com
**FISH & RICHARDSON P.C.**
1 Houston Center
1221 McKinney Street, Suite 2800
Houston, TX 77010
713-654-5300 (Telephone)
713-652-0109 (Facsimile)

OF COUNSEL:

Frank E. Scherkenbach
E-mail: Scherkenbach@fr.com
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
617-542-5070 (Telephone)
617-542-8906 (Facsimile)

Joseph P. Reid *(pro hac vice)*
E-mail: Reid@fr.com
Jason W. Wolff (Bar No. CA-215819)
E-mail: Wolff@fr.com
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
858-678-5070 (Telephone)
858-678-5099 (Facsimile)

Counsel for Defendant
ADOBE SYSTEMS INCORPORATED

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on this 18th day of December, 2009. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                              /s/David J. Healey
                                              David J. Healey