# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | |
| Plaintiff, | § § | C.A. NO. 6:09-CV-446 |
| v. | § § | JUDGE LEONARD E. DAVIS |
| ADOBE SYSTEMS INC., ET AL., | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

## STAPLES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Staples, Inc. ("Staples") makes the following disclosure. Staples has no parent company and no publicly held corporation owns more than 10% of Staples' stock.

Date: December 23, 2009                    Respectfully submitted,

OF COUNSEL:                                /s/ *Michael E. Richardson*
                                                                    Michael E. Richardson

Mark G. Matuschak  
Donald R. Steinberg  
WILMER CUTLER PICKERING  
HALE AND DORR LLP  
60 State Street  
Boston, MA 02109  
Telephone: (617) 526-6000  
Facsimile: (617) 526-5000  
mark.matuschak@wilmerhale.com  
donald.steinberg@wilmerhale.com  

Kate Hutchins  
WILMER CUTLER PICKERING  
HALE AND DORR LLP  
399 Park Avenue  
New York, NY 10011  
Telephone: (212) 230-8800  
Facsimile: (212) 230-8888  
kate.hutchins@wilmerhale.com  

Daniel V. Williams  
WILMER CUTLER PICKERING  
HALE AND DORR LLP  
1875 Pennsylvania Avenue NW  
Washington, DC 20006  
Telephone: (202) 663-6000  
Facsimile: (202) 663-6363  
daniel.williams@wilmerhale.com  

Michael E. Richardson  
Texas Bar No. 24002838  
BECK REDDEN & SECREST  
1221 McKinney, Suite 4500  
Houston, TX 77010  
Telephone: (713) 951-6284  
Facsimile: (713) 951-3720  
mrichardson@brsfirm.com  

**ATTORNEYS FOR DEFENDANT STAPLES, INC.**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 23rd day of December, 2009.

                                              */s/ Michael E. Richardson*
                                              Michael E. Richardson