# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| Adobe Systems Inc., Amazon.com, Inc. | § | |
| Apple Inc., Argosy Publishing, Inc., | § | |
| Blockbuster Inc., CDW Corp., | § | |
| Citigroup Inc., eBay Inc., Frito-Lay, Inc., | § | |
| The Go Daddy Group, Inc., Google Inc., | § | Civil Action No. 6:09-cv-00446-LED |
| J.C. Penney Company, Inc., JPMorgan | § | |
| Chase & Co., New Frontier Media, Inc., | § | |
| Office Depot, Inc., Perot Systems Corp., | § | |
| Playboy Enterprises International, Inc., | § | |
| Rent-A-Center, Inc., Staples, Inc., Sun | § | |
| Microsystems Inc., Texas Instruments | § | |
| Inc., Yahoo! Inc., and YouTube, LLC, | § | |
| | § | |
| **Defendants** | § | |

## DEFENDANT FRITO-LAY, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of Federal Rule of Civil Procedure, Defendant Frito-Lay, Inc. discloses that it is wholly owned by Frito-Lay North America, Inc. whose parents are PepsiCo, Inc. and Frito-Lay, Inc.; PepsiCo, Inc. and Frito-Lay, Inc. each owns more than 10% of Frito-Lay North America, Inc.'s stock. PepsiCo, Inc. is a publicly traded corporation.

Dated: December 23, 2009.  Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Christopher M. Joe*
Christopher M. Joe
joec@gtlaw.com
Brian Carpenter
carpenterb@gtlaw.com
Eric W. Buether
Buethere@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

Jeffrey K. Joyner (admitted *pro hac vice*)
joynerj@gtlaw.com
Jeffrey F. Yee (admitted *pro hac vice*)
yeej@gtlaw.com
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

**ATTORNEYS FOR DEFENDANT FRITO-LAY, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 23rd day of December, 2009. Any other counsel of record will be served by facsimile transmission and/or electronic mail pursuant to Local Rule CV-5(d).

*/s/ Christopher M. Joe*
Christopher M. Joe