# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Eolas Technologies Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| Adobe Systems Inc., Amazon.com, Inc. § | |
| Apple Inc., Argosy Publishing, Inc., § | |
| Blockbuster Inc., CDW Corp., § | |
| Citigroup Inc., eBay Inc., Frito-Lay, Inc., § | |
| The Go Daddy Group, Inc., Google Inc., § | **Civil Action No. 6:09-cv-00446-LED** |
| J.C. Penney Company, Inc., JPMorgan § | |
| Chase & Co., New Frontier Media, Inc., § | |
| Office Depot, Inc., Perot Systems Corp., § | |
| Playboy Enterprises International, Inc., § | |
| Rent-A-Center, Inc., Staples, Inc., Sun § | |
| Microsystems Inc., Texas Instruments § | |
| Inc., Yahoo! Inc., and YouTube, LLC, § | |
| § | |
| **Defendants** § | |

## DEFENDANT RENT-A-CENTER, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of Federal Rule of Civil Procedure, Defendant Rent-A-Center, Inc. discloses that it is a publicly traded company, and it does not have any publicly held corporation owning more than 10% of its stock.

Dated: December 23, 2009.                    Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Christopher M. Joe*
Christopher M. Joe
joec@gtlaw.com
Brian Carpenter
carpenterb@gtlaw.com
Eric W. Buether
buethere@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

Jeffrey K. Joyner (admitted *pro hac vice*)
joynerj@gtlaw.com
Jeffrey F. Yee (admitted *pro hac vice*)
yeej@gtlaw.com
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

**ATTORNEYS FOR DEFENDANT
RENT-A-CENTER, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 23rd day of December, 2009. Any other counsel of record will be served by facsimile transmission and/or electronic mail pursuant to Local Rule CV-5(d).

*/s/ Christopher M. Joe*
Christopher M. Joe