IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| EOLAS TECHNOLOGIES INCORPORATED, | § | |
|---|---|---|
| Plaintiff, | § | |
| vs. | § | No. 6:09-cv-00446-LED |
| ADOBE SYSTEMS INC., *et al.*, | § | Jury Trial Demanded |
| Defendants. | § | |

## ORDER

Defendant, JPMorgan Chase & Co. ("JP Morgan"), has filed a Motion To Dismiss For Failure To State A Claim. The Court, having considered the respective papers submitted by JP Morgan and Plaintiff, Eolas Technologies Incorporated, in support of, or in opposition to said motion, the oral argument of counsel, if any, the pleadings in this matter, and the current status of the case; and for other good cause having been shown;

IT IS HEREBY ORDERED that the Complaint in this action be dismissed for failure to state a claim upon which relief can be granted.