## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Inc.,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:09-CV-00446-LED |
| | § | |
| vs. | § | |
| | § | |
| **Adobe Systems Inc., Amazon.com, Inc.,** | § | **JURY TRIAL** |
| **Apple Inc., Argosy Publishing, Inc.,** | § | |
| **Blockbuster Inc., CDWCorp.,** | § | |
| **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** | § | |
| **The Go Daddy Group, Inc., Google Inc.,** | § | |
| **J.C. Penney Company, Inc., JPMorgan** | § | |
| **Chase & Co., New Frontier Media, Inc.,** | § | |
| **Office Depot, Inc., Perot Systems Corp.,** | § | |
| **Playboy Enterprises International, Inc.,** | § | |
| **Rent-A-Center, Inc., Staples, Inc., Sun** | § | |
| **Microsystems Inc., Texas Instruments, Inc.,** | § | |
| **Yahoo! Inc., and YouTube LLC** | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF EOLAS TECHNOLOGIES INC.'S NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Pursuant to the Court's October 22, 2009 Order, Plaintiff Eolas Technologies Inc. provides notice that all defendants have answered and/or moved to dismiss as of December 24, 2009 and the parties are ready for a scheduling conference.

DATED:  December 29, 2009.                    Respectfully submitted,

                                             **MCKOOL SMITH, P.C.**
                                             /s/  Mike McKool
                                             Mike McKool
                                             Lead Attorney
                                             Texas State Bar No. 13732100
                                             mmckool@mckoolsmith.com
                                             Douglas Cawley
                                             Texas State Bar No. 04035500
                                             dcawley@mckoolsmith.com
                                             Luke McLeroy
                                             Texas State Bar No. 24041455
                                             lmcleroy@mckoolsmith.com
                                             **MCKOOL SMITH, P.C.**
                                             300 Crescent Court, Suite 1500
                                             Dallas, Texas 75201
                                             Telephone: (214) 978-4000
                                             Telecopier: (214) 978-4044

                                             Sam F. Baxter
                                             Texas State Bar No. 01938000
                                             sbaxter@mckoolsmith.com
                                             **McKool Smith, P.C.**
                                             104 E. Houston St., Ste. 300
                                             P.O. Box O
                                             Marshall, Texas 75670
                                             Telephone: (903) 923-9000
                                             Telecopier: (903) 923-9095

                                             Kevin L. Burgess
                                             Texas State Bar No. 24006927
                                             kburgess@mckoolsmith.com
                                             Steven J. Pollinger
                                             Texas State Bar No. 24011919
                                             spollinger@mckoolsmith.com
                                             Josh W. Budwin
                                             Texas State Bar No. 24050347
                                             jbudwin@mckoolsmith.com
                                             **MCKOOL SMITH, P.C.**
                                             300 West Sixth Street, Suite 1700
                                             Austin, Texas 78701
                                             Telephone: (512) 692-8700
                                             Telecopier: (512) 692-8744
                                             **ATTORNEYS FOR PLAINTIFF**
                                             **EOLAS TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on this the 29th day of December, 2009. Local Rule CV-5(a)(3)(A).

/s/ Josh Budwin<br>
Josh Budwin