UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **EOLAS TECHNOLOGIES, INC.,**<br><br>　**Plaintiff,**<br><br>**v.**<br><br>**ADOBE SYSTEMS INC., et al.,**<br><br>　**Defendants.** | **Case No. 6:09-cv-446**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF J. NICHOLAS BUNCH

Notice is hereby given that the undersigned attorney, J. Nicholas Bunch, enters his appearance in this matter as counsel for Defendant The Go-Daddy Group, Inc. Defendant files this Notice of Appearance and hereby notifies the Court that J. Nicholas Bunch of the law firm Fish & Richardson P.C., located at 1717 Main Street, Suite 5000, Dallas, Texas 75201, is appearing as additional counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the above-referenced address.

Dated: January 4, 2010

Respectfully submitted,

FISH & RICHARDSON P.C.

/s/ J. Nicholas Bunch
_____
Thomas M. Melsheimer
Texas Bar No. 13922550
melsheimer@fr.com
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
J. Nicholas Bunch
bunch@fr.com
Texas Bar No. 24050352
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

**COUNSEL FOR DEFENDANT THE GO DADDY GROUP, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 4, 2010, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ J. Nicholas Bunch
J. Nicholas Bunch