R-6-1-20607

Appendix K                                                                 Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## __TYLER__ DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JAN 0 4 2010
DAVID _____ CLERK

1. This application is being made for the following: Case # __6:09-cv-446__
Style: __Eolas Technologies Inc. v. Adobe Systems inc. et al.__

2. Applicant is representing the following party/ies: __Citigroup Inc.,__

3. Applicant was admitted to practice in __Virginia__ (state) on __October 11, 2002__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: Virginia, Eastern District of Virginia; District of Columbia; U.S. Court of Appeals for the Federal Circuit; U.S. Court of Appeals for the 4th Circuit

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Eric L. Sophir__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/22/09__          Signature __[signature]__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Eric L. Sophir
State Bar Number: Not Applicable
Firm Name: King & Spalding LLP
Address/P.O. Box: 1700 Pennsylvania Ave, NW, Suite 200
City/State/Zip: Washington, DC 20006
Telephone #: 202-626-8980
Fax #: 202-626-3737
E-mail Address: esophir@kslaw.com
Secondary E-Mail Address: 

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 1/4/10

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By MLL
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0020607

## United States District Court
for the
Eastern District of Texas at Tyler

Date: **Monday, January 4, 2010**

Received from:

**LOCKE LORD BISSELL & LIDDELL LLP**

**2200 ROSS AVENUE**

**SUITE 2200**

**DALLAS, TX 75201-6776**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: Check

Case or other reference: **6:09CV446**

Comments: **PHV - CK 155075 & 155076 ($25 EACH)**
**ALEXAS D. SKUCAS**
**ERIC L. SOPHIR**

Received by: **KB**