IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Eolas Technologies Incorporated,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| Adobe Systems Inc., Amazon.com, Inc. § | |
| Apple Inc., Argosy Publishing, Inc., § | |
| Blockbuster Inc., CDW Corp., § | |
| Citigroup Inc., eBay Inc., Frito-Lay, Inc., § | |
| The Go Daddy Group, Inc., Google Inc., § | Civil Action No. 6:09-cv-00446-LED |
| J.C. Penney Company, Inc., JPMorgan § | |
| Chase & Co., New Frontier Media, Inc., § | |
| Office Depot, Inc., Perot Systems Corp., § | |
| Playboy Enterprises International, Inc., § | |
| Rent-A-Center, Inc., Staples, Inc., Sun § | |
| Microsystems Inc., Texas Instruments § | |
| Inc., Yahoo! Inc., and YouTube, LLC, § | |
| § | |
| **Defendants** § | |

**DEFENDANT RENT-A-CENTER, INC.'S UNOPPOSED
MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Defendant Rent-A-Center, Inc. ("Rent-A-Center") has formally retained Greenberg Traurig, LLP as counsel for the above-captioned case ("Case"). As such, Rent-A-Center requests that William Morrison Parrish and Michael P. Adams of Winstead PC, 401 Congress Avenue, Suite 2100, Austin, Texas 78701, be allowed to withdraw as counsel of record for Rent-A-Center and be removed from the electronic service list in this Case. Rent-A-Center further requests that Christopher M. Joe, Brian Carpenter, and Eric W. Buether of Greenberg Traurig, LLP, 2200 Ross Avenue, Suite 5200, Dallas, Texas 75201; and Jeffrey K. Joyner, and Jeffrey F. Yee of Greenberg Traurig, LLP, 2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404 be substituted as lead counsel for Rent-A-Center. Mr. Joe, Mr. Carpenter, Mr. Buether, Mr. Joyner, and Mr. Yee

**DEFENDANT RENT-A-CENTER, INC.'S UNOPPOSED
MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**                                                Page 1
*LA128,596,423 1 124208.010100*

Dockets.Justia.com

have entered appearance for Rent-A-Center, J.C. Penney Corporation, Inc., and Frito-Lay, Inc. in this Case.

This withdrawal and substitution of counsel has been agreed to by Plaintiff Eolas Technologies Incorporated, and is not sought for purpose of delay. Pursuant to Local Rule CV-7(h)(i), no Certificate of Conference is required for this unopposed motion.

For the reasons set forth above, Rent-A-Center respectfully requests that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel.

Dated: January 5, 2010.                      Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Christopher M. Joe*
Christopher M. Joe
joec@gtlaw.com
Brian Carpenter
carpenterb@gtlaw.com
Eric W. Buether
buethere@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

Jeffrey K. Joyner (admitted *pro hac vice*)
joynerj@gtlaw.com
Jeffrey F. Yee (admitted *pro hac vice*)
yeej@gtlaw.com
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

*/s/ William Morrison Parrish*
William Morrison Parrish
bparrish@winstead.com
Michael P. Adams
madams@winstead.com
Winstead PC
401 Congress Avenue, Suite 2100
Austin, Texas 75701
Telephone: (512) 370-2800
Facsimile: (512) 370-2850

**ATTORNEYS FOR DEFENDANT
RENT-A-CENTER, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 5th day of January 2010. Any other counsel of record will be served by facsimile transmission and/or electronic mail pursuant to Local Rule CV-5(d).

*/s/ Christopher M. Joe*
Christopher M. Joe