# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **Adobe Systems Inc., Amazon.com, Inc.** | § | |
| **Apple Inc., Argosy Publishing, Inc.,** | § | |
| **Blockbuster Inc., CDW Corp.,** | § | |
| **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** | § | |
| **The Go Daddy Group, Inc., Google Inc.,** | § | **Civil Action No. 6:09-cv-00446-LED** |
| **J.C. Penney Company, Inc., JPMorgan** | § | |
| **Chase & Co., New Frontier Media, Inc.,** | § | |
| **Office Depot, Inc., Perot Systems Corp.,** | § | |
| **Playboy Enterprises International, Inc.,** | § | |
| **Rent-A-Center, Inc., Staples, Inc., Sun** | § | |
| **Microsystems Inc., Texas Instruments** | § | |
| **Inc., Yahoo! Inc., and YouTube, LLC,** | § | |
| | § | |
| **Defendants** | § | |

## ORDER GRANTING  DEFENDANT RENT-A-CENTER, INC.'S
## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD

Defendant Rent-A-Center, Inc. ("Rent-A-Center") filed its Unopposed Motion to

Substitute Counsel of Record.  The Court has considered the Motion and hereby GRANTS the

motion.

It is therefore ORDERED that William Morrison Parrish and Michael P. Adams of

Winstead PC, 401 Congress Avenue, Suite 2100, Austin, Texas 78701, are withdrawn as counsel

of record for Rent-A-Center and shall be removed from the electronic service list in this case.

Christopher M. Joe, Brian Carpenter, and Eric W. Buether of Greenberg Traurig, LLP,

2200 Ross Avenue, Suite 5200, Dallas, Texas 75201; and Jeffrey K. Joyner, and Jeffrey F. Yee of

Dockets.Justia.com

Greenberg Traurig, LLP, 2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404 are substituted as counsel of record for Rent-A-Center.

IT IS SO ORDERED.