## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:09-cv-446 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Adobe Systems Inc., Amazon.com, Inc., Apple | ) | The Honorable Leonard Davis |
| Inc., Argosy Publishing, Inc., Blockbuster Inc., | ) | United States District Judge |
| CDW Corp., Citigroup Inc., eBay Inc., Frito- | ) | |
| Lay, Inc., The Go Daddy Group, Inc., Google | ) | |
| Inc., J.C. Penney Company, Inc., JPMorgan | ) | |
| Chase & Co., New Frontier Media, Inc., Office | ) | |
| Depot, Inc., Perot Systems Corp., Playboy | ) | |
| Enterprises International, Inc., Rent-A-Center, | ) | |
| Inc., Staples, Inc., Sun Microsystems Inc., | ) | |
| Texas Instruments Inc., Yahoo! Inc., and | ) | |
| YouTube, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Kenneth J. Jurek, of McDermott Will & Emery LLP, is entering an appearance in this matter for defendant Office Depot, Inc. for the purpose of receiving notices and orders from the Court.

Dated:  January 8, 2010                                    Respectfully submitted,

                                                           By:   /s/ Kenneth J. Jurek
                                                               J. Thad Heartfield (Texas Bar No. 09346800)
                                                               The Heartfield Law Firm
                                                               2195 Dowlen Road
                                                               Beaumont, Texas 77706
                                                               Phone:  409.866.3318
                                                               Fax:     409.866.5789
                                                               E-mail: thad@jth-law.com

Kenneth J. Jurek
Suzanne M. Wallman
Brett E. Bachtell
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
Phone: 312.372.2000
Fax:    312.984.7700
E-mail: kjurek@mwe.com
E-mail:  swallman@mwe.com
E-mail: bbachtell@mwe.com

David M. Stein (Texas Bar No. 00797494)
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 500
Irvine, California 92612-7108
Telephone: (949) 851-0633
Fax: (949) 851-9348
E-mail: dstein@mwe.com

Miriam L. Quinn
Fulbright & Jaworski LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Telephone:  214.855.8000
Fax:  214.855.8500
E-mail: mquinn@fulbright.com

Attorneys for Defendant Office Depot, Inc.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 8, 2010. Any other counsel of record will be served by U.S. mail on the same date.



          /s/ Kenneth J. Jurek
          Kenneth J. Jurek

CHI99 5202486-1.052772.0127