## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:09-cv-446 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC, | ) ) ) ) ) ) ) ) ) ) | The Honorable Leonard Davis United States District Judge |
| Defendants. | ) | |

## **NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Suzanne M. Wallman, of McDermott Will & Emery LLP, is entering an appearance in this matter for defendant Office Depot, Inc. for the purpose of receiving notices and orders from the Court.

Dated: January 8, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:   /s/ Suzanne M. Wallman
　　　　　　　　　　　　　　　　　　　　　　J. Thad Heartfield (Texas Bar No. 09346800)
　　　　　　　　　　　　　　　　　　　　　　The Heartfield Law Firm
　　　　　　　　　　　　　　　　　　　　　　2195 Dowlen Road
　　　　　　　　　　　　　　　　　　　　　　Beaumont, Texas 77706
　　　　　　　　　　　　　　　　　　　　　　Phone: 409.866.3318
　　　　　　　　　　　　　　　　　　　　　　Fax:     409.866.5789
　　　　　　　　　　　　　　　　　　　　　　E-mail: thad@jth-law.com

       Kenneth J. Jurek
       Suzanne M. Wallman
       Brett E. Bachtell
       McDermott Will & Emery LLP
       227 West Monroe Street
       Chicago, IL 60606
       Phone: 312.372.2000
       Fax:    312.984.7700
       E-mail: kjurek@mwe.com
       E-mail:  swallman@mwe.com
       E-mail: bbachtell@mwe.com

       David M. Stein (Texas Bar No. 00797494)
       McDermott Will & Emery LLP
       18191 Von Karman Avenue, Suite 500
       Irvine, California 92612-7108
       Telephone: (949) 851-0633
       Fax: (949) 851-9348
       E-mail: dstein@mwe.com

       Miriam L. Quinn
       Fulbright & Jaworski LLP
       2200 Ross Avenue
       Suite 2800
       Dallas, TX 75201
       Telephone:  214.855.8000
       Fax:  214.855.8500
       E-mail: mquinn@fulbright.com
Attorneys for Defendant Office Depot, Inc.

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 8, 2010.  Any other counsel of record will be served by U.S. mail on the same date.


                                                        Suzanne M. Wallman

CHI99 5202470-1.052772.0127