IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | No. 6:09-cv-00446-LED |
| ADOBE SYSTEMS INC., *et al.*, | § § | Jury Trial Demanded |
| Defendants. | § § § | |

## CORPORATE DISCLOSURE STATEMENT OF JP MORGAN CHASE & CO.

Defendant JPMorgan Chase & Co. identifies the following as its parent company, pursuant to Federal Rule of Civil Procedure 7.1: None.

No publicly traded company owns more than 10% of JPMorgan Chase & Co.'s stock.

Dated: January 8, 2010

Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
Debby Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Joel M. Freed
Michael W. Connelly
T. Reed Stephens
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Tel: (202) 756-8327
Fax: (202) 756-8087

Attorneys for Defendant,
JPMorgan Chase & Co.

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 8th day of January, 2010. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough