R-6-1-20692

RECEIVED
U S DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JAN 11 2010

DAVID ......

Appendix K

**Revised: 1/24/07**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### __TYLER__ DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # ___6:09-cv-446___

Style:___ Eolas Technologies Inc. v. Adobe Systems inc. et al. ___

2. Applicant is representing the following party/ies: ___ Citigroup Inc., ___

3. Applicant was admitted to practice in _Virginia_ ▣ (state) on _October 11, 2002_ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ~~has~~/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ~~has~~/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ~~has~~/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: Virginia, Eastern District of Virginia; District of Columbia; U.S. Court of Appeals for the Federal Circuit; U.S. Court of Appeals for the 4th Circuit

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/~~she~~ is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, ___Eric L. Sophir___ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/22/09__          Signature _____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Eric L. Sophir__

State Bar Number ___Not Applicable___

Firm Name: _____King & Spalding LLP_____

Address/P.O. Box: ___1700 Pennsylvania Ave, NW, Suite 200___

City/State/Zip: _____Washington, DC 20006_____

Telephone #: _____202-626-8980_____

Fax #: _____202-626-3737_____

E-mail Address: _____esophir@kslaw.com_____

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: _____**1/12/10**_____

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ___MLL___

Deputy Clerk

# Receipt for Payment

# United States District Court

for the

Eastern District of Texas at Tyler

Date: **Monday, January 11, 2010**

Received from:

**LOCKE LORD BISSELL & LIDDELL LLP**

**2200 ROSS AVENUE**

**SUITE 2200**

**DALLAS, TX  75201-6776**

| Account | Amount |
| --- | --- |
| 6855XX | $50.00 |
| **Total** | **$50.00** |

| Account | Description |
| --- | --- |
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**

Case or other reference: **6:09CV446**

Comments: **PHV - CK 155696 & 155697**
**ALEXAS SKUCAS**
**ERIC SOPHIR**

Received by: **KB**