**Appendix K**                                                    Revised: 1/24/07

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __6:09-cv-446/__

Style: __Eolas Technologies Incorporated v. Adobe Systems Inc., et al.__

2. Applicant is representing the following party/ies: __Staples Inc.__

3. Applicant was admitted to practice in __N.Y.__ (state) on __9/13/05__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. NONE

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: NY Appellate Div. (1st Dep't), Southern Dist. of New York, Eastern Dist. of New York, Court of Appeals for the Federal

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Circuit Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Alexandra McTague__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __1/13/2010__          Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Alexandra McTague__

State Bar Number __NY 4342911__

Firm Name: __Wilmer Cutler Pickering Hale and Dorr__, LLP

Address/P.O. Box: __399 Park Avenue__

City/State/Zip: __New York, New York 10022__

Telephone #: __212-230-8800__

Fax #: __212-230-8888__

E-mail Address: __Alexandra.McTague@wilmerhale.com__

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: __**1/19/10**__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ___MLL___

Deputy Clerk

## United States District Court

for the

Eastern District of Texas at Tyler

Date: **Tuesday, January 19, 2010**

Received from:

**DANIEL V WILLIAMS**

**3504 HOLLY**

**ALEXANDRIA, VA 22305**

| Account | Description |
|---------|-------------|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---------|--------|
| 6855XX | $100.00 |
| | |
| **Total** | **$100.00** |

Payment method: **Credit card**

Case or other reference: **6:09-CV-446**

Comments: **PHV FEE PAID FOR DANIEL V WILLIAMS, ALEXANDRA MCTAGUE, DONALD R STEINBERG, AND MARK MATUSCHAK**

Received by: **gg**