# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:09-CV-00446-LED |
| | § | |
| vs. | § | |
| | § | |
| **Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC** | § | JURY TRIAL |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Eolas Technologies Incorporated ("Eolas") and Defendant Argosy Publishing, Inc. ("Argosy") (Eolas and Argosy are referenced individually as "Party" and collectively as "the Parties"), hereby jointly move to dismiss any and all claims made by Eolas against Argosy in the above-captioned action and any and all counterclaims made by Argosy against Eolas in the above-captioned action, without prejudice to re-filing the same.

Eolas and Argosy further stipulate that all fees, costs and expenses relating to the above-captioned litigation (including, but not limited to, attorneys' fees) shall be borne solely by the Party incurring the same.

The Parties respectfully request that the Court grant their Motion and dismiss without prejudice their respective claims against each other. This dismissal shall have no bearing on Eolas' claims with respect to the other defendants in the above-captioned action.

DATED: January 28, 2010

Respectfully submitted,

**MCKOOL SMITH, P.C.**
/s/ Mike McKool
Mike McKool
Lead Attorney
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Luke McLeroy
Texas State Bar No. 24041455
lmcleroy@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**McKool Smith, P.C.**
104 E. Houston St., Ste. 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9095

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744
**ATTORNEYS FOR PLAINTIFF
EOLAS TECHNOLOGIES, INC.**

/s/ N. Claire Abernathy (with permission)
N. Claire Abernathy
State Bar No. 24053063
claire@dhenryfirm.com
David P. Henry
State Bar No. 24027015
dhenry@dhenryfirm.com
THE HENRY FIRM, P.C.
P.O. Box 3104
Longview, Texas 75606
Telephone: (903) 230-9874
Facsimile: (903) 230-9875
**ATTORNEYS FOR DEFENDANT,
ARGOSY PUBLISHING, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on this the 28th day of January, 2010. Local Rule CV-5(a)(3)(A).

/s/ Kevin Burgess
Kevin Burgess