IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated | § § § | Case No. : 6:09-cv-446 |
| v. | § § § | Jury Demanded |
| Adobe Systems Inc., et al | § § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR GOOGLE INC. AND YOUTUBE, LLC

Defendants Google Inc. and YouTube, LLC file this Notice of Appearance of Additional Counsel, and hereby notify the Court that Allen F. Gardner of the law firm Potter Minton, A Professional Corporation, 110 N. College, Suite 500, Tyler, Texas 75702, is appearing as counsel for Google Inc. and YouTube, LLC in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: February 8, 2010

Respectfully submitted,

*/s/ Allen F. Gardner*
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Potter Minton, A Professional Corporation
110 North College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

ATTORNEYS FOR DEFENDANTS GOOGLE INC. AND YOUTUBE, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 8, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Allen F. Gardner*