# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | § | |
| | § | |
|     *Plaintiff*, | § | C.A. NO. 6:09-CV-446 (LED) |
| | § | |
| v. | § | |
| | § | |
| Adobe Systems Inc., Amazon.com, Inc., | § | JURY TRIAL DEMANDED |
| Apple Inc., Argosy Publishing, Inc., | § | |
| Blockbuster Inc., CDW Corp., | § | |
| Citigroup Inc., eBay Inc., Frito-Lay, Inc., | § | |
| The Go Daddy Group, Inc., Google Inc., | § | |
| J.C. Penny Company, Inc., JPMorgan | § | |
| Chase & Co., New Frontier Media, Inc., | § | |
| Office Depot, Inc., Perot Systems Corp., | § | |
| Playboy Enterprises International, Inc., | § | |
| Rent-A-Center, Inc., Staples, Inc., Sun | § | |
| Microsystems Inc., Texas Instruments, Inc., | § | |
| Yahoo! Inc., and YouTube, LLC | § | |
| | § | |
|     *Defendants*. | § | |
| | § | |

## NOTICE OF APPEARANCE OF
## GENTRY C. MCLEAN

Defendant Playboy Enterprises International, Inc. files this Notice of Appearance, and hereby notifies the Court that Gentry C. McLean, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, gmclean@velaw.com, is appearing as counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: February 9, 2010         Respectfully submitted,

                                 */s/* Gentry C. McLean
                                _____
                                David B. Weaver (SBOT # 00798576)
                                Avelyn M. Ross (SBOT #24027871)
                                Gentry C. McLean (SBOT #24046403)
                                VINSON & ELKINS L.L.P.
                                2801 Via Fortuna, Suite 100
                                Austin, Texas 78746-7568
                                Tel: (512) 542-8400
                                Fax: (512) 236-3218
                                dweaver@velaw.com
                                aross@velaw.com
                                gmclean@velaw.com

                                *Counsel for Playboy Enterprises International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 9, 2010. Any other counsel of record will be served by first class mail on this same date.

                                 */s/* Gentry C. McLean
                                _____
                                     Gentry C. McLean