# EXHIBIT 2

| Form 622 | | This space reserved for office use. |
|---|---|---|
| (Revised 12/08) |  | |
| Return in duplicate to: | | **FILED** |
| Secretary of State | | **In the Office of the** |
| P.O. Box 13697 | | **Secretary of State of Texas** |
| Austin, TX 78711-3697 | **Certificate of Merger** | JUL 13 2009 |
| 512 463-5555 | **Combination Merger** | |
| FAX: 512 463-5709 | **Business Organizations Code** | **Corporations Section** |
| **Filing Fee: see instructions** | | |

### Parties to the Merger

Pursuant to chapter 10 of the Texas Business Organizations Code, and the title applicable to each domestic filing entity identified below, the undersigned parties submit this certificate of merger.

The name, organizational form, state of incorporation or organization, and file number, if any, issued by the secretary of state for each organization that is a party to the merger are as follows:

> Party 1

Eolas Technologies Incorporated
*Name of Organization*

The organization is a   corporation                              It is organized under the laws of
                        *Specify organizational form (e.g., for-profit corporation)*

Delaware                                     The file number, if any, is
*State        Country*                                                      *Texas Secretary of State file number*

Its principal place of business is   1308 Sherman Ave, Unit 2 South    Evanston                IL
                                     *Address*                         *City*                  *State*

☐ The organization will survive the merger.      ☑ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

*Name as Amended*

> Party 2

Eolas Technologies Incorporated
*Name of Organization*

The organization is a   corporation                              It is organized under the laws of
                        *Specify organizational form (e.g., for-profit corporation)*

Texas                                        The file number, if any, is
*State        Country*                                                      *Texas Secretary of State file number*

Its principal place of business is   1308 Sherman Ave, Unit 2 South    Evanston                IL
                                     *Address*                         *City*                  *State*

☑ The organization will survive the merger.      ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

*Name as Amended*

> Party 3

Name of Organization
The organization is a _____      It is organized under the laws of
                      *Specify organizational form (e.g., for-profit corporation)*

**RECEIVED**

Form 622        JUL 1 3 2009                    5

**Secretary of State**

_____ The file number, if any, is _____
*State    Country*                                                                      *Texas Secretary of State file number*

Its principal place of business is _____
                                       *Address*                                *City*                          *State*

☐ The organization will survive the merger.      ☐ The organization will not survive the merger.

☐ The plan of merger amends the name of the organization. The new name is set forth below.

_____
*Name as Amended*

## Plan of Merger

☐ The plan of merger is attached.

*If the plan of merger is not attached, the following statements must be completed.*

### Alternative Statements

In lieu of providing the plan of merger, each domestic filing entity certifies that:

1. A signed plan of merger is on file at the principal place of business of each surviving, acquiring, or new domestic entity or non-code organization that is named in this form as a party to the merger or an organization created by the merger.

2. On written request, a copy of the plan of merger will be furnished without cost by each surviving, acquiring, or new domestic entity or non-code organization to any owner or member of any domestic entity that is a party to or created by the plan of merger and, if the certificate of merger identifies multiple surviving domestic entities or non-code organizations, to any creditor or oblige of the parties to the merger at the time of the merger if a liability or obligation is then outstanding.

*Complete item 3B if the merger effected changes to the certificate of formation of a surviving filing entity.*

3A. No amendments to the certificate of formation of any surviving filing entity that is a party to the merger are effected by the merger.

3B. ☐ The plan of merger effected changes or amendments to the certificate of formation of:

_____
*Name of filing entity effecting amendments*

The changes or amendments to the filing entity's certificate of formation, other than the name change noted previously, are stated below.

*Amendment Text Area*

```
┌────────────────────────────────────────────────────────┐
│                                                        │
│                                                        │
│                                                        │
│                                                        │
└────────────────────────────────────────────────────────┘
```

4. Organizations Created by Merger

The name, jurisdiction of organization, principal place of business address, and entity description of each entity or other organization to be created pursuant to the plan of merger are set forth below. The certificate of formation of each new domestic filing entity to be created is being filed with this certificate of merger.

| Name of New Organization 1 | | Jurisdiction | Entity Type (See instructions) |
|---|---|---|---|
| Principal Place of Business Address | City | State | Zip Code |

| Name of New Organization 2 | | Jurisdiction | Entity Type (See instructions) |
|---|---|---|---|
| Principal Place of Business Address | City | State | Zip Code |

| Name of New Organization 3 | | Jurisdiction | Entity Type (See instructions) |
|---|---|---|---|
| Principal Place of Business Address | City | State | Zip |

## Approval of the Plan of Merger

The plan of merger has been approved as required by the laws of the jurisdiction of formation of each organization that is a party to the merger and by the governing documents of those organizations.

☐ The approval of the owners or members of _____
                                            *Name of domestic entity*
was not required by the provisions of the BOC.

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is accepted and filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect on the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____
The following event or fact will cause the document to take effect in the manner described below:

_____
_____

## Tax Certificate

☐ Attached hereto is a certificate from the comptroller of public accounts that all taxes under title 2, Tax Code, have been paid by the non-surviving filing entity.

☑ In lieu of providing the tax certificate, one or more of the surviving, acquiring or newly created organizations will be liable for the payment of the required franchise taxes.

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Business Organizations Code, or other law applicable to and governing the merging entity, to execute the filing instrument.

Date: July 13, 2009

Eolas Technologies Incorporated, a Texas corporation
Merging Entity Name

James L. Stetson
Signature of authorized person (see instructions)

James L. Stetson, Secretary
Printed or typed name of authorized person


Eolas Technologies Incorporated, a Delaware corporati
Merging Entity Name

James L. Stetson
Signature of authorized person (see instructions)

James L. Stetson, Secretary
Printed or typed name of authorized person


Merging Entity Name

Signature of authorized person (see instructions)

Printed or typed name of authorized person