# EXHIBIT 3



## About Us

- HOME
- ABOUT US
- RESEARCH
- NEWS
- PRODUCTS
- LICENSING

### MISSION

Eolas' mission is to pursue a disciplined program of research and development in targeted areas in the field of bioinformatics through its wholly-owned subsidiary, Iomas Research LLC, leading to the creation of innovative technologies of broad applicability in data analysis, visualization, collaboration and networking that enhance the quality of life for everyone. Eolas seeks to return value to its shareholders by commercializing these technologies through strategic alliances, licensing and spin offs.

### MANAGEMENT

**Chairman - Dr. Michael D. Doyle**

Dr. Doyle is Eolas' founder and architect of the company's research and development efforts. Dr. Doyle received his PhD. in Biology from the University of Illinois - Urbana. Prior to founding Eolas, Dr. Doyle served as Director for the Center for Knowledge Management at the University of California - San Francisco. While at the UCSF Medical Center, Dr. Doyle led a research team that developed fundamental web technologies that resulted in the '906 patent, which enabled Web browsers for the first time to act as platforms for fully-interactive embedded applications. To assist the University of California in commercializing the '906 patent, Dr. Doyle founded Eolas and he led Eolas until October 2007 when he assumed his new role as CEO of Eolas' subsidiary, Iomas Research, LLC. Dr. Doyle successfully guided Eolas through major litigation with Microsoft and the development of several key technologies. Dr. Doyle's seminal research in next-generation Web applications, 3-D biomedical visualization, and morpho-spatial genomic activity mapping has led to new technologies that have gained worldwide recognition. His transient-key cryptographic timestamp innovations solve previously intractable problems created by HIPAA and Sarbanes-Oxley regulations, and have been adopted in the x9.95 ANSI National Standard for secure timestamps.

**Chief Executive Officer - Mark C. Swords**

Mr. Swords joined Eolas as Chief Operating Officer in January, 2006, and became Chief Executive Officer in October of 2007. He came to Eolas from the international law firm of Baker & McKenzie, where he was a partner and served as the practice group chair for Baker & McKenzie's Chicago office corporate and securities practice group. Mr. Swords joined Baker & McKenzie in 1992 and has served as a member of Baker & McKenzie's global management team. As Baker & McKenzie's first Chief Knowledge Officer, he developed the firm's knowledge management strategy and built the firm's global knowledge management organization. In addition to Mr. Swords' management experience, Mr. Swords brings with him a broad set of transactional skills. He developed a sophisticated corporate, commercial and compliance practice in which he advised U.S. and non-U.S. clients in several industries on a wide variety of mergers and acquisitions, joint ventures, strategic alliances, and commercial transactions.

**Chief Legal Officer - James L. Stetson**

Mr. Stetson joined Eolas as Chief Legal Officer in January, 2006 from the international law firm of Baker & McKenzie, where he was a partner in Baker & McKenzie's Information Technologies Practice Group. Mr. Stetson joined Baker & McKenzie in 1993 and has served as the practice group chair of its Information Technologies Practice Group. Mr. Stetson has practiced in the high technology area for over twenty years and he has developed a broad set of transactional skills in growing a sophisticated licensing and outsourcing practice.

### OPERATIONS

Eolas has a proven track record of generating fundamental technologies. The Eolas management team has significant experience in licensing, mergers and acquisitions, joint ventures and strategic alliances: arenas that are critical as Eolas looks to commercialize new and existing technologies.

Please see discussion under the heading entitled Research for a description of the technologies that the company currently is researching or developing through its Iomas Research, LLC subsidiary. By focussing R&D efforts on the solution to very specific problems in the bioinformatics area, the company will continue to develop technologies of broad applicability.

Copyright © 2006, 2007, 2008, 2009 Eolas Technologies Inc., all rights reserved. Eolas stands for "Embedded Objects Linked Across Systems" and is also the Gaelic word for "Knowledge". Eolas, Musart™ and "invented here." are trademarks of Eolas Technologies Inc.