# EXHIBIT 4

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Hope Andrade
Secretary of State

# Office of the Secretary of State

October 22, 2009

A search of our records reveals the following information for the entity record selected.

Entity Name: Eolas Technologies Incorporated
Entity Type: Domestic For-Profit Corporation
Jurisdiction: TEXAS, USA
File Number: 801145908
Formation File Date: July 13, 2009 Effective: July 13, 2009


The status of the entity is in existence.


The name and address of the registered agent and office in Texas is:

C T CORPORATION SYSTEM
350 NORTH ST. PAUL ST.
DALLAS, TX 75201-0000
USA


The entity recorded the following assumed name(s) with this office:

The entity has not recorded any assumed name certificates with this office.



The management information from our computer records lists:

MICHAEL D. DOYLE          1102 SHADY LANE
DIRECTOR                  WHEATON, IL 60187
                          USA

DAVID ROSEMAN             4629 N. RIDGE RD.
DIRECTOR                  MEARS, MI 49436
                          USA

GREGORY YOUNG             18216 NORTH SHORE ESTATES
DIRECTOR                  SPRING LAKE, MI 49456
                          USA

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555         Fax: (512) 463-5709         Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB          TID: 10386                  Document: 280570340005