# EXHIBIT 5

**ion.**

**ion.**

**ion.**

**Make us your Cook County Connection.**

With full-time law clerks in the Cook County Circuit Court and high-speed scanners on site, we're your direct source for searching and retrieving UCC's, tax liens, judgments, real estate records and all other public documents in Cook County.

In Illinois and around the country, we're in business for you.

**ate. On-Time.**



Law Bulletin
**nformation**
SOURCE
NPRRA MEMBER

# SULLIVAN'S LAW DIRECTORY ®

## For the State of Illinois

## ONE HUNDRED THIRTY THIRD ANNUAL EDITION
## VOLUME I

The Law Bulletin Publishing Company is pleased to present this 133rd annual directory.

We offer attorney listings at no charge to the listees—including areas of practice concentration, birth year, state bar admissions, bar association affiliations, e-mail addresses, websites; law firm listings displaying attorney position, law firm biographical listings including representative clients; and advertisers throughout the directory which provide services specifically targeted to the legal profession.

We depend on our subscribers' criticism and suggestions. Accordingly we would be pleased to review any of your comments.

The publishers disclaim any responsibility for changes, omissions, etc. not reported to the editors before the announced closing date. Keep your listing current by notifying us via e-mail at sullivans@sullivanslawdirectory.com or at the address or fax listed below.

Compilation of the copyright matter published in the directory has been accomplished only through the expenditure of considerable time, a monumental effort and at a great cost and is intended for the exclusive use of our subscribers. Such information may not be keyed, copied, scanned, entered into a computer in any manner for any purpose without written permission of the publishers. Its use as a mailing list, either in whole or in part, is strictly forbidden except in special circumstances, as authorized in writing by the publisher. The contents have been coded and cannot be copied without detection; infringements will be prosecuted.

*Mailing lists extracted from the material contained in this directory are available for a nominal charge from Sullivan's Law Directory®.*

*Brewster J. Macfarland*
Publisher
Sullivan's Law Directory®

OCT 2009 LIBRARY

## SULLIVAN'S LAW DIRECTORY®

A Division of Law Bulletin Publishing Company
1360 Abbott Court        Buffalo Grove, IL 60089
Toll Free: (877) 556-0719      Toll Free Fax: (877) 556-0712
Website: www.sullivanslawdirectory.com

Debra L. Weatherford
General Manager

*© 2009 Law Bulletin Publishing Co. All rights reserved.*
*Copyright claimed exclusive of non-editorial portions of U.S. court rules.*

# SULLIVAN'S LAW DIRECTORY®—
## 2009-2010
## 133rd Annual Edition

## Volume I

Index to Advertisers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Lawyers' Service Mart . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Attorney Listings

    Attorneys—Cook County . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    Attorneys—Cities Outside Cook County . . . . . . . . . . . . . . . . 63

    Attorneys—Out of State . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1361

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1885

Biographies of Law Firms outside Cook County . . . . . . . . . . . . . . . . . 1927

Attorney Indices

    Law Firm Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

    Attorney Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2119

    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2127

Government Officials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . See Volume II

Corporations, Banks, Trust Companies, Title Insurance
    Companies & Agencies. . . . . . . . . . . . . . . . . . . . . . . . . . . . . See Volume II

Faculty & Staff—Law Schools in Illinois . . . . . . . . . . . . . . See Volume II

Bar Associations and Legal Organizations. . . . . . . . . . . . . . See Volume II

Court Reporters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . See Volume II

Court Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . See Volume II



for
mparables

t come
harmacy

en:
ter

ong the
r plaintiff,
t how do
latabase
tlements
ow what
(always)
ounty, or
r's cus-
shot in

**ILLINOIS**
**Jury Verdict Reporter**
415 N. State Street • Chicago, Illinois 60654
**312.644.4318**

**Partner(s)** — David J. Stetler, Joseph J. Duffy, Mark L. Rotert, Jonathan M. Cyrluk, Corey B. Rubenstein, William P. Ziegelmueller

**Associate(s)** — Henry M. Baskerville IV, Mariah E. Moran

**STETLER, JOANN E.** Vengroff Williams & Associates Inc 7101 N Cicero Av Suite 110 Lincolnwood IL 60712 *(847)763-3380* (adm IL 00)

**STETSKO, KATHLEEN (KATE) A.** Perkins Coie LLP 131 S Dearborn St Suite 1700 Chgo 60603-5559 *(312)324-8512* Fax: (312)324-9512 kstetsko@perkinscoie.com www.perkinscoie.com (adm IL 08) *Lit*

**STETSON, JAMES L.** Secy & Chief Legal Ofcr Eolas Technologies Inc 1308 Sherman Av Unit 25 Evanston IL 60201-4383 *(847)859-2876* jim@eaolas.com (yob 57; adm IL 82; adm WI 82) *C*

**STETSON, ROGER H.** Barack Ferrazzano Kirschbaum & Nagelberg LLP 200 W Madison St Suite 3900 Chgo 60606 *(312)629-7339* Fax: (312)984-3150 roger.stetson@bfkn.com www.bfkn.com (yob 78; adm IL 03) *Lit*

**STETTER, DAWN M. CUTLAN** McGuireWoods LLP 77 W Wacker Dr Suite 4100 Chgo 60601-1818 *(312)750-8657* Fax: (312)558-4389 (yob 74; adm IL 00) *CSA Labor & Employment Law*

**STETTER, DEBRA L.** Schiff Hardin LLP Sears Tower 233 S Wacker Dr Suite 6600 Chgo 60606 *(312)258-5741* Fax: (312)258-5600 dstetter@schiffhardin.com www.schiffhardin.com (adm IL 92) LLN *Private Clients, Trusts & Estates*

**STETTLER, LINDA M.** 1580 N Northwest Hwy Suite 228E Park Ridge IL 60068-1468 *(847)827-5800* (adm IL 02)

**STEUER, LORNA LUCKEN** Mediator US Equal Employment Opportunity Commission 500 W Madison St Suite 2850 Chgo 60661 *(312)886-1652* Fax: (312)353-6676 lorna.steuer@eeoc.gov (adm IL 92) CAW *ADR, Employment Law*

**STEVENS, BRIAN G.** 6725 N Sheridan Rd #206 Chgo 60626 *(713)962-7319* (adm IL 01)

**STEVENS, CAROLINE L.** Leydig Voit & Mayer Ltd Two Prudential Plaza 180 N Stetson Av Suite 4900 Chgo 60601-6731 *(312)616-5600* Fax: (312)616-5700 cstevens@leydig.com (yob 74; adm IL 01) CA *I.P. Law*

**STEVENS, CYNTHIA B.** Sr Csl Foley & Lardner LLP 321 N Clark St Suite 2800 Chgo 60654 *(312)832-4556* Fax: (312)832-4700 cstevens@foley.com (yob 56; adm IL 81) CP *Trademark Copyright & Advertising*

**STEVENS, DAVID E.** Werman Law Office PC 77 W Washington St Suite 1402 Chgo 60602 *(312)419-1008* Fax: (312)419-1025 dstevens@flsalaw.com (yob 73; adm IL 06) *C Labor & Employment Law, Wage & Hour Law, Lit*

**STEVENS, DOUGLAS R.** Assoc Genl Csl Aon Corp 200 E Randolph St 8th Fl Chgo 60601 *(312)381-5155* Fax: (312)381-0252 douglas_r_stevens@aon.com (yob 55; adm IL 82) CA *Lit*

**STEVENS, EMILY L.** ASA Ck Cnty States Atty 2650 S California Av Room 12D40 Chgo 60608 *(773)869-3020* (yob 74; adm IL 01) *C Crim Law*

**STEVENS, EVA B.** 1725 Sunyside Cir Northbrook IL 60062-5974 *(847)291-1185* (adm IL 78)

**STEVENS, FRANK C.** Taylor Miller LLC 33 N La Salle St Suite 2222 Chgo 60602 *(312)782-6070* Fax: (312)782-6081 fstevens@taylormiller.com www.taylormiller.com (yob 54; adm IL 80) *CS Insurance Law, P.I./Accidents*

**STEVENS, GLADYS M.** Asst Atty Genl & Asst Bureau Chief Genl Law Bureau IL Atty Genl 100 W Randolph St 13th Fl Chgo 60601 *(312)814-3539* Fax: (312)814-4425

*(312)814-6788* Fax: jim.stevens@illinois.gov (yob 59; adm IL

**STEVENS, JAMES (JAMIE) R.** Loberg Ste Wabash Av Suite 2206 Chgo 60601 *(312)726-3187* james.stevens@lob www.lobergstevens.com (yob 82; adm IL *Genl Pract, Corp Law*

**STEVENS, JANE A.** Huston & May LLC 200 Suite 2610 Chgo 60606-5233 *(312* Fax: (312)641-1492 jstevens@hustonma adm IL 02) *MedMal Lit, Genl Lit*

**STEVENS, JASON B.** Elizer & Meyerson Blvd Suite 100 Northbrook IL 60062 *(847)* 19 jstevens@ernlegal.com (yob 77; adm *Defense, Traffic Defense, Civil Law*

**STEVENS, JEANINE L.** Law Offices of Clancy S La Salle St Suite 220 Chgo 60603 Fax: (312)782-2852 jstevens@clancystevens adm IL 85) CSATW *MedMal, P.I./Accide Liability*

**STEVENS, JOHN E.** Freeborn & Peters LLP 3 Suite 3000 Chgo 60606-6677 (3 Fax: (312)360-6520 jstevens@freebomp 53; adm IL 78) LLN S *Govt/Regulatory La Coverage, Lobbying*

**STEVENS, JOHN S.** Csl (Supervision) Federal ance Corp 500 W Monroe St Suite 3300 *(312)382-6000* Fax: (312)382-6674 jost (yob 63; adm IL 89) *Banking Law*

**STEVENS, JOSEPH J.** Schuyler Roche & Cr Prudential Plaza 130 E Randolph Dr Su *(312)565-2400* Fax: (312 jstevens@SRCattorneys.com www.SRCatto 35; adm IL 64) A *Labor Law*

**STEVENS, JOYCE L.** PO Box 1473 Northbro 1473 *(847)209-5240* (adm IL 05)

**STEVENS, K. THOMAS** Stevens & Associate Jackson Blvd Suite 1400 Chgo 60604 (3 Fax: (312)786-1331 stevens@stevens-law 89; adm Oct 96; adm NY) *Comm R.E., Bus Entity Matters, Contracts*

**STEVENS, KATHRYN L.** Vedder Price PC 222 Suite 2600 Chgo 60601 *(312)609-7803* Fa 5005 kstevens@vedderprice.com www.vedde (yob 75; adm IL 99) S *Health Care Law, Corp Law*

**STEVENS, LEROY E. JR.** Stevens & Stevens 400 kee Av Suite 205A Chgo 60630 (7 Fax: (773)777-8173 (yob 49; adm IL 73) S *Probate Law, P.I., R.E. Law*

**STEVENS, LINDA K.** Schiff Hardin LLP Sears Wacker Dr Suite 6600 Chgo 60606 Fax: (312)258-5600 lstevens@schi www.schiffhardin.com (adm IL 87) LLN *P*

**STEVENS, MATTHEW** Skadden Arps Slate Mea LLP 155 N Wacker Dr Suite 2700 Chgo *(312)407-0777* Fax: matt.stevens@skadden.com (adm IL 08) *Corp*

**STEVENS, MICHAEL D.** Michael D Stevens Ltd ris Ctr 401 S State St Suite 200 Chgo 6060 *2514* (yob 54; adm IL 06) *Banking & Fi*

**STEVENS, NEAL R.** Of Csl— Schuyler Roche One Prudential Plaza 130 E Randolph Dr 60601 *(312)565-7405* Fax: nstevens@SRCattorneys.com www.SRC (adm NY 99) *Commodity Futures Law, C*

worldind.com (yob 58; adm IL 84)
s/Contracts/Comm, International Law, Lit
**ANTHA J.** Trust Ofcr Trust Administration
ery Client Services Northern Trust Company
Salle St B-3 Chgo 60603 *(312)557-1268*
com (yob 79; adm IL 05) C
**ANNON L.** Winston & Strawn LLP 35 W
Chgo 60601 *(312)558-5600* Fax: (312)558-
winston.com (yob 75;
CS Lit
**THY N.** Sanford Kahn Ltd 180 N La Salle St
Chgo 60601 *(312)263-6778* Fax: (312)263-
nfordkahnltd.com (adm IL 07) CSCk
**WILLIAM M.** Holland & Knight LLP 131 S Dear-
30th Fl Chgo 60603 *(312)715-5779*
(312)578-6666 bill.stevens@hklaw.com
com (yob 43; adm IL 68) CSA *Labor & Employ-
Benefits Law, Insurance Law*
**BASHEERA** ASA Ck Cnty States Atty 69 W
St Chgo 60602 *(312)603-1842*
hotmail.com (yob 75; adm IL 03) CA *Govt*

**DAVID E.** Williams Montgomery & John Ltd 20
Dr Suite 2100 Chgo 60606 *(312)443-3234*
30-8534 des@williment.com (yob 52; adm MI
IL 81) LLN CA *Comm Lit, Construction Lit,*

**JAMES W. JR.** Wiedner & McAuliffe Ltd One N
St Suite 1900 Chgo 60606 *(312)855-1105*
19)855-1792 jwstevenson@wmlaw.com
com (yob 60; adm IL 87) CSA *Wkrs Comp Lit,*

**ROBERT A.** Admin Law Judge Appeals Div IL
Employment Security 1010 Dixie Hwy Chicago
60411 *(708)709-3000 Ext: 241* (yob 47; adm IL

**TRACY E.** Robbins Salomon & Patt Ltd 25 E
Jackson Blvd Suite 1000 Chgo 60604 *(312)456-0384*
32-6990 tstevenson@rsplaw.com (yob 66; adm
IL 92) CSAFD *Comm Lit, Medical Lit, Insurance*

**MATTHEW J.** Business Mgr John Paul II Newman
S Morgan St Chgo 60607-4217 *(312)226-
steward@gmail.com (adm IL 08)

**ANITA A.** 636 W 95th St Chgo 60628
701 (yob 51; adm IL 93)
**CHARLES A.** Terra Nova Financial Group 100 S
er Suite 1550 Chgo 60606 *(312)827-3748*
com (yob 58; adm IL 84) CA
**GRETCHEN WEHRENBERG** Adelman Law Offices
Roselle Rd Suite 800 Schaumburg IL 60195
4341 Fax: (847)301-4342
zenforcer.com (adm IL 85) *Creditor Rights,*
CA Law
**C.** Mayer Brown LLP 71 S Wacker Dr Chgo
*(312)701-8859* Fax: (312)706-8478
mayerbrown.com (adm IL 79)

**JANET R.** Asst Pub Def Legal Resources Div Ofc
uty Pub Def 69 W Washington St 15th Fl Chgo
*(312)603-0600* Fax: (312)603-9860
okcountygov.com (adm IL 79)

**STEWART, JAY E. S**
Randolph St Suite
IL 99) CS *Govt La*
**STEWART, JEREM**
poration 200 N La
*(312)795-3283* Fa
(yob 81; adm IL
**STEWART, JOSEPI**
the Northern Dist
Suite 500
joseph.stewart@u
**STEWART, KEELY**
Monroe St
Fax: (312)984-7
*Corp Law*
**STEWART, LENOR**
565 W Adams
Fax: (312)
www.kentlaw.edu
tional Law
**STEWART, MARY**
(773)881-4806
Law, Landlord &
**STEWART, RODN**
60603 *(312*
attyrod@aol.co
C *P.I./Accidents,*
**STEWART, ROLA**
Chgo 60603 (3
adm IL 92) *Civ*
**STEWART, RONA**
60603 *(312)85*
73; adm IL 85)
*Law, Social Sec*
**STEWART, RUSS**
60068 *(84*
russ@russstew
*Probate Law, R*
**STEWART, SANI**
Chgo 60610 (3
**STEWART, SCO**
Chgo 60606
sstewart@may
*Controversy, In*
**STEWART, STE**
17th Fl Chgo
8207 (yob 75;
**STEWART, STE**
ternational Uni
*(312)240-160*
**STEWART, TAM**
Enforcement D
Room 700 C
1054 (adm IL
**STEWART, VIC**
Suite 612
Fax: (708)43
(yob 44; adm
*Planning*

EX

**SWINDELLS, JUSTIN D.** Nixon Peabody LLP 300 S Riverside Plaza 16th Fl Chgo 60606-6613 **(312)425-8534** Fax: (312)425-3909 jswindells@nixonpeabody.com • www.nixonpeabody.com (adm IL 98) *I.P.*

**SWINEHART, JAMES R.** Clausen Miller PC 10 S La Salle St 16th Fl Chgo 60603-1098 **(312)855-1010** Fax: (312)606-7777 jswinehart@clausen.com • www.clausen.com (yob 57; adm IL 82) CA *Property Insurance Coverage, Lit, Environmental Coverage*

**SWINGER, GRANT T.** Asst Atty Genl Statewide Grand Jury Bureau IL Atty Genl 100 W Randolph St 11th Fl Chgo 60601 **(312)793-0784** Fax: (312)814-4971 gswinger@atg.state.il.us (yob 67; adm IL 94) C *Crim Prosecution*

**SWINNEA, NATALIE R.** Asst Public Guardian Juvenile Div Ofc of the Ck Cty Pub Guardian 2245 W Ogden Av 4th Fl Chgo 60612 **(312)433-4300** Fax: (312)433-4336 ngswinnea@cookcountygov.com (yob 76; adm IL 02) *Child Law, Fam Law*

**SWIRSKY, ERIC S.** College of Applied Science University of Illinois at Chicago 1919 W Tayor St Suite 250 Chgo 60612 **(312)996-8237** (adm IL 09)

**SWISHER, SAMUEL D.** Financial Planner Vantage Financial Partners Ltd 9 N Vail Av Arlington Heights IL 60005 **(847)590-5555 Ext: 118** Fax: (847)590-9009 sswisher@vantagefinancial.com (yob 47; adm IL 04) CSA *Tax Law*

**SWISTOWICZ, JAMES R. (312)446-4646** (yob 47; adm IL 84) SA *R.E. Law, Wills Trusts & Probate Estates*

**SWITALSKI, MARY LOU** 437 N Wolcott Av Suite 201N Chgo 60622-6655 **(312)320-9013** (adm IL 89) *Comm R.E.*

**SWITS, DEANNA R.** Nixon Peabody LLP 300 S Riverside Plaza 16th Fl Chgo 60606-6613 **(312)425-3900** Fax: (312)425-3909 dswits@nixonpeabody.com • www.nixonpeabody.com (yob 80; adm IL 05) CSAPA|PW *I.P. Law, Trade Secrets*

**SWITZER, JERRY L. JR.** Polsinelli Shughart PC Two Prudential Plaza 180 N Stetson Av Suite 4525 Chgo 60601 **(312)873-3626** Fax: (312)819-1910 jswitzer@polsinelli.com • www.polsinelli.com (yob 65; adm IL 92) C *Bankruptcy, Financial Restructuring, Creditors Rights*

**SWITZER, JOSEPH P.** Swanson Martin & Bell LLP 330 N Wabash Av Suite 3300 Chgo 60611 **(312)321-8432** Fax: (312)321-0990 jswitzer@smbtrials.com • www.smbtrials.com (yob 55; adm IL 80) C *Products Liability Law, MedMal, Construction Lit*

**SWITZER, MICHAEL D.** McDermott Will & Emery LLP 227 W Monroe St Chgo 60606-5096 **(312)984-3666** Fax: (312)984-7700 mswitzer@mwe.com (adm IL 08; adm VA; adm DC; adm CT) *I.P. Law, Media & Technology*

**SWOBODA, BENJAMIN E.** Mayer Brown LLP 71 S Wacker Dr Chgo 60606 **(312)701-8497** Fax: (312)706-8321 bswoboda@mayerbrown.com (adm IL 06) *Banking & Finance Law*

**SWOFFORD, STEPHEN R.** Hinshaw & Culbertson LLP 222 N La Salle St Suite 300 Chgo 60601-1081 **(312)704-3471** Fax: (312)704-3001 sswofford@hinshawlaw.com (yob 47; adm IL 75) LLN SPe *Appellate Practice*

**SWORDS, MARK C.** CEO Eolas Technologies Inc 1308 Sherman Av Unit 25 Evanston IL 60201-4383 **(847)859-2867** (yob 60; adm IL 92) CSA *Corp Law*

**SWYGERT, GREGORY R.** Staff Atty Capital Post-Conviction Unit Ofc of the State Appellate Defender 20 N Clark St Suite 2800 Chgo 60602-4109 **(312)814-5100** Fax: (312)814-5951 (yob 77; adm LA 03; adm IL 07)

**SYCZ, ARKADIUSZ (AREK)** Kirkland & Ellis LLP 300 N La Salle St Chgo 60654 **(312)862-2171** Fax: (312)862-2200 arek.sycz@kirkland.com • www.kirkland.com (yob 75; adm IL 03) *Corp Law*

**SYED, RIZWAN M.** PricewaterhouseCoopers LLP One N Wacker Dr Chgo 60606 **(312)298-5238** (adm IL 07)

**SYKES, DIANE S.** Judge US Court of Appeals 7th Circuit 219 S Dearborn St Room 2742 Chgo 60604 **(312)435-5824**

**SYKES, MAURICE L.** Asst Pub [...] Cnty Pub Def 2245 W Ogden [...] **(312)433-7046** mlsykes608@yahoo.com [...]

**SYKES, THOMAS D.** McDermott [...] Monroe St Chgo 60606-[...] Fax: (312)984-7700 tsykes@[...] S *Insurance Tax, Tax Law, Tax C[...]*

**SYLVESTER, PATRICK S.** Sylvester[...] kle Blvd Suite 420 Wilmette [...] Fax: (847)251-1999 pas[...] www.syllawfirm.com (yob 70; adm [...] WI 01; adm FL 05) S *Est. Planning [...] Law*

**SYLVESTER, STEPHEN J.** Asst Atty [...] forcement Bureau IL Atty Genl 69 W [...] Chgo 60602 **(312)814-2087** [...] ssylvester@atg.state.il.us (adm IL 04) [...] *Lit*

**SYMMONS, AL-LYNN V.** Burke Warren [...] PC 330 N Wabash Av 22nd [...] **(312)840-7055** Fax: [...] asymmons@burkelaw.com • www.bur[...] 08) *Corp Law, R.E. Law*

**SYNCHEF, JAMES S.** James S Synchef [...] Suite 500A Chgo 60603 **(312)263-[...]** Fax: (312)372-1221 (yob 52; adm IL [...]

**SYNEK, RICHARD J.** 1024 Whitfield [...] 60062 **(847)498-6265** (yob 61; adm [...]

**SYNOL, STEPHANIE J.** Sr Csl Gordon [...] Franklin St Suite 1800 Chgo 60606 [...] Fax: (312)565-6511 ssyno[...] www.gordonrees.com (yob 66; adm IL [...] *Environmental & Toxic Tort Lit*

**SYPOLT, JEFFREY S.** Pomaro & Sypolt LL[...] field Rd Suite 1101 Schaumburg [...] **(847)609-1100** (yob 59; adm IL 96) [...]

**SYPULSKI, JAMIE G.** 122 S Michigan Av [...] 60603 **(312)360-0960** Fax: [...] jsype@aol.com (yob 57; adm IL 92; adm [...] *Rights Law, Wage & Hour Law*

**SYRACUSE, RUSSELL D.** Syracuse & Syra[...] North Av Suite 401 Melrose Park [...] **(708)681-9295** Fax: (708)681-9296 (adm [...] *Pract*

**SYRACUSE, SAM N.** Syracuse & Syracuse [...] North Av Suite 401 Melrose Park [...] **(708)681-9295** Fax: (708)681-9296 (adm [...] *Pract*

**SYREGELAS, CHRISTOPHER C.** Law Office[...] Kuzas Ltd 222 N La Salle St Suite 200[...] **(312)629-1400** Fax: [...] csyregelas@comcast.net (yob 64; adm IL [...] *tense, Civil Law*

**SYREGELAS, CHRISTOPHER S.** Law Offices [...] slas 19 N Green St Chgo 60607 [...] Fax: (312)243-0901 csyregelas[...] www.dussiaslaw.com (yob 74; adm IL 00) *Pre[...] nuptial Agreements, Paternity*

**SYREGELAS, NICHOLAS C.** Nicholas C Syregela[...] ates 19 N Green St Chgo 60607 [...] Fax: (312)243-0901 ns@syregelaslaw.com [...] *P.I./MedMal, Comm Lit, Crim Law*

**SYREGELAS, PETER G.** Law Clerk to the Hon [...] Gordon First Div IL Appellate Court 1st Dist [...] St Suite N-1613 Chgo 60601 **(312)793-40[...]**

**SYSLO, JENNIFER A.** Cassiday Schade LLP 20 [...] Suite 1000 Chgo 60606 **(312)641-3100** [...] 1669 jas@cassiday.com (adm IL 06) CA CA [...] *Construction Law*

**SZABAD, MELISSA** McGuireWoods LLP 77 [...] Suite 4100 Chgo 60601-1818 [...] Fax: (312)920-6172 mszabad@mcguire[...] 72; adm IL 00) CS *Health Care Law*

**[...], JR.** 2222 Chestnut Av Suite 305 [...] **(847)657-6385** Fax: (847)657-6386 [...] *Genl Pract, R.E. Law, Probate Law* [...]ustin & Lundblad Ltd 100 W Monroe [...] 60603 **(312)263-1250** Fax: (312)263-[...]-85) CST *P.I./Plaintiff, MedMal, Prod-[...]*

[...]nston & Strawn LLP 35 W Wacker Dr [...])558-5875 Fax: (312)558-5700 [...] www.winston.com (yob 53; adm IL [...]

[...]R. Hearing Ofcr Bureau of Hearings & [...] Retirement Board 844 N Rush St Chgo [...] Fax: (312)751-7159 (yob 51; adm [...]

[...]EN M. Dir & Assoc Genl Csl Legal Dept [...] S Wacker Dr Chgo 60606 **(312)648-[...]** Fax: (312)930-3323 [...]cmegroup.com (yob 62; adm IL 87) [...]ommodities Law

[...]ARTHA C. Johnson & Bell Ltd 33 W [...] 2700 Chgo 60603-5404 **(312)984-0234** [...]72-9818 szatkowskim@jbltd.com [...]bell.com (yob 62; adm IL 04) CSA *Toxic Tort,*

[...]F. David F Szczecin & Assoc Ltd 205 W [...] 1230 Chgo 60606 **(312)436-0855** [...]09 dfsesq@aol.com (yob 70; adm IL 98) [...]d *Lit, Wkrs Comp*

[...]OBERT S. Dir Litigated Claims Law Dept [...]lroad Co 101 N Wacker Dr 19th Fl Chgo [...])777-2025 Fax: (312)777-2065 [...]m (yob 49; adm IL 78) *Risk Mgmt, P.I.*

[...]ARY Legal Advocacy Svc Atty IL Guardian-[...]cy Comm 7400 W 183rd St Tinley Park IL [...])814-4321 Fax: (708)614-4376 [...]ac.state.il.us (adm IL 95) *Mental Health*

[...] SLAWOMIR (STEVEN) Z. Foley & Lardner [...] rk St Suite 2800 Chgo 60654 **(312)832-[...]** [...]2-832-4700 sszczepanski@foley.com (yob [...] am NY 76; adm IL 77) CAPAp *I.P. Lit,* [...]rmaceuticals

[...] URSULA Owens Owens & Rinn Ltd 444 N [...] wy Suite 350 Park Ridge IL 60068-3277 [...] (773)693-3565 Fax: (773)693-3567 [...]owsnsrinn.com • www.owensowensrinn.com [...] IL 01) CSA *R.E. Law, Bus. Law*

[...] C. Henry C Szesny & Assoc PO Box 81289 [...]-0289 **(312)541-8686** Fax: (312)726-2659 [...]com (yob 48; adm IL 73) CSADpDf *P.I., Wkrs* [...]ights Law

[...]EVEN E. Law Offices of Steven E Szeszel 39 S [...] St Suite 200 Chgo 60603 **(815)451-1131** [...]omcast.net (yob 57; adm IL 83) [...]cidents, Automobile Accidents, Negligence Law

[...]CONRAD Conrad Szewczyk & Associates 205 [...]t St Suite 850 Chgo 60606 **(312)855-1411** [...]5-1412 (yob 59; adm IL 85) *P.I., Lit, Crim*

[...] PAUL O. 4880 Euclid Av Suite 108 Palatine IL [...]221-2300 Fax: (847)934-8713 (adm IL 77) [...] *Traffic Law, R.E. Law*

**SZILAGYI, GRE[...]** Dr Suite 800 [...] 5520 gs@tail[...] *Services*

**SZILAK, MAYA [...]** Ofc of the Sta[...] [...]I Chgo 60[...] maya.szilak@[...]

**SZOGA, RONA [...]** ations Chicag[...] Co 171 N C[...] **2202** (800)[...] ronald.szopa[...] *Insurance*

**SZOSTAK, JO[...]** [...] jes17@ntrs.c[...]

**SZOT, ANDRE[...]** Dr Suite [...] [...] law.com (yob [...] *Law, Insuran[...]*

**SZOTT, MICH[...]** Commissione[...] Chgo 60602[...] (yob 80; adm[...]

**SZPAGER, KA[...]** Ck Cnty Pub [...] 2425 (708)9[...] 79) S *Crim [...]*

**SZPONDOWSK[...]** Madison St [...] 2165 Fax: [...] www.nirosca[...]

**SZREDER, DO[...]** born St Sui[...] Fax: [...] www.sapen[...] Comm Lit [...]

**SZROMBA, JI[...]** ment Oppor[...] 2000 Chgo [...] jeanne.szron[...]

**SZROMBA, TI[...]** N Riverside [...] **3067** [...] thomas.w.sz[...] DC 93) *Lit,*

**SZUKALA, D[...]** PC 330 N[...] **(312)840-7[...]** dszukala@[...] C Class Act[...]

**SZULC, ISAB[...]** Chgo 60606[...] (312)832-1[...]

**SZWAJKOWSK[...]** Chgo 60606[...] mszwajkow[...]

**SZYMANSKI,** [...] **(312)742-5[...]** gszymanski[...]

**SZYMANSKI,** [...] manski 179[...]

**Uncover new business in**
**locate the type of clients**

Contact **Law Bulletin Info**
312.644.4787 • LBINsales@