# EXHIBIT 6

# State Bar of Texas

TexasBarCLE | Texas Bar Journal | Texas Young Lawyers | MyBarPage



- Sections & Committees
- Other Bar Groups
- Pro Bono
- Client Assistance & Grievance
- Professional Requirements
- News & Publications
- Other Services
- Additional Information for the Public
- **About the State Bar**
  - Leadership
  - Rules and Procedures
  - State Bar Departments
  - Events
  - Member Directory
  - Center for Legal History
  - Employment Opportunities
  - Contact Us
  - Staff Directory
- Diversity Resources
- eFiling for Courts
- Member Benefits
- Marketplace

## ABOUT THE STATE BAR

Home » About the State Bar » Member Directory

### Search Results

You may re-sort your search results by clicking on the column titles. | Return to Search

**Results For:** Last Name: eolas

Your search has returned no result.

Return to Search

The Online Membership Directory provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

### FIND A LAWYER

Bar Card #:
First Name:
Last Name:

[Search]

**Need a Lawyer?** Get a Referral

[Advanced Search]

Print this page


Life, Health & Disability Insurance for You and Your Family


Check your MCLE records. Click here.


STATE BAR OF TEXAS PIPELINE PROJECT


TEN MINUTE MENTOR — Concise. Practical. Free.


Starting Your Law Practice? Click here.


American Juror — The Decision is Yours



## ABOUT THE STATE BAR

Home → About the State Bar → Member Directory

### Search Results

You may re-sort your search results by clicking on the column titles. | **Return to Search**

Results For: Last Name: stetson

Please click on the name to view details for the lawyer

| Last Name | First\Middle\Maiden Name | Organization/Firm | City | State | Phone Number | Status |
|---|---|---|---|---|---|---|
| Stetson | Barrett W. | Law Firm of Barrett W Stetson | DALLAS | TX | (214) 220-9090 | 🟢 |
| Stetson | Christine Lynne | Germer Gertz LLP | BEAUMONT | TX | (409) 654-6700 | 🟢 |

**Legend**

| | |
|---|---|
| ✉ | Lawyer has an email address |
| 🖼 | Lawyer has a photo |
| 🌐 | Lawyer has a firm link |

**Member Status**

| | |
|---|---|
| 🟢 | Eligible to Practice in Texas |
| 🔴 | Not Eligible to Practice in Texas |
| 🟠 | Inactive or MCLE Non-Practicing |
| ⚪ | Deceased |

**Return to Search**

The Online Membership Directory provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.













# About the State Bar

Home > About the State Bar > Member Directory

## Search Results

You may re-sort your search results by clicking on the column titles. | Return to Search

Results For: Last Name: swords

Your search has returned no result.

Return to Search

The Online Membership Directory provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. Texas grievance/disciplinary information will not appear on the profile until a final determination is reached. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.








