# EXHIBIT 8

# David Martin

CTO at Dell
San Francisco Bay Area



- Contact David Martin
- Add David Martin to your network

| | |
|---|---|
| Current | • CTO Health Care & Life Sciences at Dell |
| Past | • Chief Software Architect at IBM<br>• Senior Manager at IBM<br>• Senior Manager at IBM Almaden Research Labs<br>6 more... |
| Education | • University of Wisconsin-Madison<br>• University of California, Berkeley |
| Recommended | 3 people have recommended David |
| Connections | 115 connections |
| Industry | Computer Software |
| Websites | • My Company |

Public profile powered by: LinkedIn
Create a public profile: Sign In or Join Now

**View David Martin's full profile:**
- See who you and David Martin know in common
- Get introduced to David Martin
- Contact David Martin directly

View Full Profile

**Name Search:**
Search for people you know from over 55 million professionals already on LinkedIn.

First Name | Last Name
(example: David Martin) | Search

NEW on LinkedIn
Profile Organizer
- Save profiles and add notes
- Develop the relationships you need to grow your business



Take a tour

## David Martin's Summary

David C Martin is currently Chief Technology Officer (CTO) for Dell's Healthcare & Life Sciences organization and is responsible for defining and executing the technical strategy and tactics of Dell's solution offerings in HCLS.

Prior to joining Dell, Mr. Martin held numerous positions in information technology, including Chief Software Architect for IBM's Healthcare & Life Sciences solutions; world-wide technical lead for IBM's HCLS solutions; world-wide development manager for IBM's business intelligence solutions; CTO for Infomediary Technology Solutions, a distributed Internet CRM start-up; Senior Scientist for Molecular Simulations (now Accelrys); Assistant Director for UCSF's Knowledge Management organization; and Member of the Technical Staff for Sun Microsystems.

During his career, Mr. Martin has played key roles in the development of Berkeley UNIX, CommonLisp Object System, X Window System and Internet browsers, including inventing the method and apparatus for embedded browser applications, a.k.a. "applets" (US patent 5838906).

Mr. Martin received his B.A. degree in 1988 from UC Berkeley and his M.S. degree in computer science from UW Madison. Mr. Martin is a recognized expert in data mining and machine learning, software solutions and information discovery and analysis, including applications in CRM, SFA, supply chain and intellectual property.

Mr. Martin is married with four children and lives with five dogs and a cat in San Jose, California, USA.

## David Martin's Experience

### CTO Health Care & Life Sciences
**Dell**
(Public Company; DELL; Computer Hardware industry)
May 2008 — Present (1 year 10 months)

Responsible for future directions for Dell, Inc. in the Health Care and Life Sciences industries globally.

### Chief Software Architect
**IBM**
(Public Company; Computer Hardware industry)
2002 — 2008 (6 years )

### Senior Manager
**IBM**
(Public Company; IBM; Information Technology and Services industry)
April 1995 — December 1999 (4 years 9 months)

Responsible for start-up and development of business intelligence software systems at IBM, including Decision Edge, Intelligent Miner for Relationship Marketing, Intelligent Miner for Data (and Text), Lotus Discovery Server, SurfAid, WebSphere Commerce Analyzer.

### Senior Manager
**IBM Almaden Research Labs**
(Computer Software industry)
1995 — 1997 (2 years )

### Assistant Director
**University of California San Francisco**
(Computer Software industry)
September 1992 — April 1995 (2 years 8 months)

Responsible for the development of Red Sage, GALEN II and the

<mark>invention of embedded program objects in distributed hypermedia systems (US patent # 5838906) also known as applets or indicated by the <EMBED> tag.</mark>

### Senior Software Engineer
**Molecular Simulations**
(Computer Software industry)
September 1991 — September 1992 (1 year 1 month)

Develop software for rational drug design; spin-out of company called Scitegic was re-acquired by new parent company, Accelrys.

### Systems Engineer
**Innovision**
(Computer Software industry)
December 1990 — August 1991 (9 months)

Developed real-time image processing software and associated systems controls.

### Research Assistant
**University of Wisconsin-Madison**
(Educational Institution; Higher Education industry)
September 1988 — December 1990 (2 years 4 months)

Developed object-oriented database user-interface for Exodus database.

### Member of the Technical Staff
**Sun Microsystems**
(Public Company; JAVA; Information Technology and Services industry)
June 1989 — September 1989 (4 months)

Graduate summer internship with Artificial Intelligence team to develop windowing interfaces for CommonLisp Object System.

### Member of the Technical Staff
**Sun Microsystems**
(Public Company; JAVA; Information Technology and Services industry)
September 1984 — June 1985 (10 months)

Developed applications for SunView graphical user interface as part of Systems Group.

## David Martin's Education

**University of Wisconsin-Madison**
MS, Computer Science, 1988 — 1990

*Activities and Societies:* Hoofers; Riding Club; Sailing Club

**University of California, Berkeley**
BA, Computer Science, Social Science, 1982 — 1988

## Additional Information

**David Martin's Websites:**
My Company

**David Martin's Interests:**
Entertainment, Electronics, Fishing, Gardening, Dogs, Children, Cooking, Hiking

**David Martin's Groups:**
ACM, IEEE Computer Society, USENIX, Hackers Guild

 Wisconsin Alumni Association

 HITSP

 Cloud Computing

 Data Mining

 Text Analytics

 Enterprise Search Engine Professionals

 Founders Network

 X Window System

**David Martin's Honors:**
US Patents 5,838,906, et. al.

## David Martin's Contact Settings

Interested In:
job inquiries        expertise requests
business deals       reference requests

getting back in touch

View Full Profile

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2010 | User Agreement | About LinkedIn | Privacy Policy