# EXHIBIT 9

# Summary Report

**Date:** 11/25/09
**Reference Code:** ███████████

## Subject Information
**(Best Information for Subject)**

Name: DAVID C MARTIN
Date of Birth: ████████
Age: █
SSN: ████████ issued in ██████
between ████████ and ████████

## AKAs
**(Names Associated with Subject)**

DAVID C MARTIN
  DOB: ████ Age: ██ SSN: ████████
DAVID CHARLES MARTIN
  DOB: ████████ Age: ██ SSN: ████████
DAVID MARTIN
  DOB: **12/xx/1963** Age: ██ SSN: ████████

## Address Summary   (✔ - **Probable Current Address**)

✔ ████████████████ SAN JOSE CA ████████ SANTA CLARA COUNTY (Nov 1996 - Nov 2009)

████████████████████████████████████████