# EXHIBIT 10

Basic Account: Upgrade | Welcome, Ben Chase **Add Connections** Settings Help Sign Out

**Linked in** ® | Home | Profile | Contacts | Groups | Jobs | Inbox | More... | People ▼ [search] Advanced

Become a teacher - Earn a prestigious online Master's degree from USC! - From Master of Arts in Teaching

## People

« Go back to Search Results | « Prev | Next »

### Cheong Ang
IT Solution Specialist at IBM
San Francisco Bay Area | Information Technology and Services

| Current | • IT Solution Specialist at IBM |
|---|---|
| Past | • Director, IPTV Product Management at Minerva Networks<br>• Director, Business Intelligence Applications at AllAdvantage.com |
| Education | • Santa Clara University<br>• University of Illinois<br>• University of Illinois |
| Connections | 130 connections |
| Public Profile | http://www.linkedin.com/in/cheong |

- Send InMail
- Add Cheong to your network
- Forward this profile to a connection
- Search for references
- **NEW** Save Cheong's Profile


Find your next $100K+ destination today!
FIND A GREAT JOB NOW >>
Find $100K+ jobs in your area — The Ladders

⚠ Expanded profile views are available only to premium account holders. **Upgrade your account.**

### Summary
Results-oriented consultant/manager with 15 years of experience in information management and Web technologies, and background in Internet, Software, and Healthcare industries

### Specialties
Consulting, designing, leading delivery of software solutions per business needs

### Contact Settings
**Interested In**
- career opportunities
- new ventures
- reference requests
- consulting offers
- expertise requests
- getting back in touch

#### Send a message to Cheong Ang
→ Send InMail

« Go back to Search Results | « Prev | Next »

**Viewers of this profile also viewed...**

**Clive Hannah**
Experienced in designing and implementing enterprise class solutions worldwide using best of breed technologies.

**Raj Muralidharan**
Consulting IT Specialist at IBM

**Juergen Allgayer**
Director Productivity, EMEA at Google

**Eric Vogan**
Practice Manager for IBM Professional Services

**Peter Huber**
Software ITS at IBM

**Wade Shaw**
Executive IT Consultant at IBM

**Joe Eskey**
District Sales Manager at Informatica Corporation

**David Martin**
CTO at Dell

**Ed Peet**
Software Sales Manager

Customer Service | About | Blog | Careers | Advertising | Recruiting Solutions | Research Surveys | Tools | Developers | Language | Upgrade Your Account
By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.
LinkedIn Corporation © 2010 | User Agreement | Privacy Policy | Copyright Policy | Send us your feedback.