# EXHIBIT 11

# Summary Report

**Date:** 11/25/09
**Reference Code:** ▇▇▇▇▇▇▇▇

## Subject Information
**(Best Information for Subject)**

Name: CHEONG SHENG ANG SR
Date of Birth: ▇▇▇▇
Age: ▇
SSN: ▇▇▇▇ issued in ▇▇ between ▇▇▇▇ and ▇▇▇▇

## AKAs
**(Names Associated with Subject)**

CHEONG S ANG
DOB: ▇▇  Age: ▇  SSN: ▇▇▇

CHEONG S ANG
DOB: ▇▇  Age: ▇  SSN: ▇▇▇

CHEONG ANG
DOB: ▇▇  Age: ▇  SSN: ▇▇▇

ANG CHEONG
DOB: ▇▇  Age: ▇  SSN: ▇▇▇

## Address Summary  (✓ - Probable Current Address)

✓ ▇▇▇▇▇▇▇▇ SAN FRANCISCO  CA ▇▇▇▇ SAN FRANCISCO COUNTY (Apr 2005 - Jul 2006)
Neighborhood Profile (2000 Census)
Average Age: **31**   Median Household Income: **$33,715**   Median Home Value: **$0**   Average Years of Education: **15**

▇▇▇▇▇▇▇▇ LOS ALTOS  CA ▇▇▇▇ SANTA CLARA COUNTY (Oct 2002 - Sep 2009)
Neighborhood Profile (2000 Census)
Average Age: **40**   Median Household Income: **$147,969**   Median Home Value: **$1,000,001**   Average Years of Education: **16**