United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title

NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.

**Total Assignments: 1**

**Patent #:** 5838906 **Issue Dt:** 11/17/1998 **Application #:** 08324443 **Filing Dt:** 10/17/1994

**Inventors:** MICHAEL D. DOYLE, DAVID C. MARTIN, CHEONG S. ANG

**Title:** DISTRIBUTED HYPERMEDIA METHOD FOR AUTOMATICALLY INVOKING EXTERNAL APPLICATION PROVIDING INTERACTION AND DISPLAY OF EMBEDDED OBJECTS WITHIN A HYPERMEDIA DOCUMENT

**Assignment: 1**

**Reel/Frame:** 007229/0820 **Recorded:** 12/05/1994 **Pages:** 5

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors:** DOYLE, MICHAEL **Exec Dt:** 11/22/1994

MARTIN, DAVID **Exec Dt:** 11/22/1994

ANG, CHEONG **Exec Dt:** 11/22/1994

**Assignee:** UNIVERSITY OF CALIFORNIA
1320 HARBOR BAY PARKWAY,
SUITE 150
ALAMEDA,, CALIFORNIA 94502

**Correspondent:** CHARLES J. KULAS
TOWNSEND AND TOWNSEND KHOURIE ET AL.
TWENTIETH FLOOR, STEUART STREET TOWER
ONE MARKET PLAZA
SAN FRANCISCO, CA 94105-1492

Search Results as of: 02/04/2010 02:23 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2006 v.2.0.2

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT