THE STATE BAR OF CALIFORNIA

Friday, February 5, 2010    State Bar Home    Search Calbar Site 

Home > Attorney Search > Attorney Profile

Attorney Resources
Public Services
About the Bar
Member Services

# ATTORNEY SEARCH

## Charles John Kulas - #157498

**Current Status: Active**

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| Bar Number | 157498 | | |
| Address | Trellis IP Law Group, PC<br>1900 Embarcadero Rd Ste 109<br>Palo Alto, CA 94303 | Phone Number | (650) 842-0300 |
| | | Fax Number | Not Available |
| | | e-mail | Not Available |
| District | District 3 | Undergraduate School | Univ of Illinois; IL |
| County | Santa Clara | Law School | UC Hastings COL; San Francisco CA |
| Sections | None | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 1/27/1992 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**
This member has no public record of discipline.

**Administrative Actions**
This member has no public record of administrative actions.

Start New Search >