THE STATE BAR OF CALIFORNIA

Friday, February 5, 2010 | State Bar Home

Search Calbar Site [____] Go

Attorney Resources
Public Services
About the Bar
Member Services

Home > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

**Michael Eugene Woods - #135855**

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| Bar Number | 135855 | | |
| Address | Patent Law Ofc Michael E Woods<br>16 Hazel Ct<br>San Rafael, CA 94901 | Phone Number | (415) 419-5524 |
| | | Fax Number | (415) 419-5523 |
| | | e-mail | mewoods@yourpatentguy.com |
| District | District 4 | Undergraduate School | Oregon St Univ; Corvallis OR |
| County | Marin | Law School | George Washington Univ LS; Washington DC |
| Sections | Intellectual Property Law | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 12/7/1988 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**
This member has no public record of discipline.

**Administrative Actions**
This member has no public record of administrative actions.

Start New Search >