
# THE STATE BAR OF CALIFORNIA

## ATTORNEY SEARCH

### Charles Eugene Krueger - #113168

**Current Status: Active**

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| Bar Number | 113168 | | |
| Address | P O Box 5607<br>Walnut Creek, CA 94596 | Phone Number | Not Available |
| | | Fax Number | (925) 944-3363 |
| | | e-mail | ckrueger@sbcglobal.net |
| District | District 3 | Undergraduate School | Univ of California Santa Barbara; CA |
| County | Contra Costa | Law School | Georgetown Univ Law Ctr; Washington DC |
| Sections | None | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 6/13/1984 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**
This member has no public record of discipline.

**Administrative Actions**
This member has no public record of administrative actions.

Start New Search >