# EXHIBIT 18

08/324443

TOWNSEND and TOWNSEND KHOURIE and CREW
Steuart Street Tower
One Market Plaza
San Francisco, CA 94105
(415) 543-9600

PATENT APPLICATION
COMMISSIONER OF PATENT AND TRADEMARKS
Washington, D. C. 20231

Atty. Docket No. __02307-553__

"Express Mail" Label No. __TB380892941US__

Date of Deposit __October 17, 1994__

Sir:

Transmitted herewith for filing is the
  [X] patent application of
  [ ] design patent application of
  [ ] continuation-in-part patent application of
      /OO GTAL
Inventors: Michael Doyle, David Martin and Cheong Ang

I hereby certify that this is being deposited with the
United States Postal Service "Express Mail Post Office
to Addressee" service under 37 CFR 1.10 on the date
indicated above and is addressed to the Commissioner
of Patents and Trademarks, Washington, D. C. 20231

By _____
        Sunil Dutt

For:  EMBEDDED PROGRAM OBJECTS IN DISTRIBUTED HYPERMEDIA SYSTEMS

Enclosed are:

[X] ____10____ sheets of [ ] formal [X] informal drawings.
[ ] An assignment of the invention to _____.
[ ] A [ ] signed [ ] unsigned Declaration & Power of Attorney.
[X] A [ ] signed [X] unsigned Declaration.
[ ] A Power of Attorney.
[ ] A verified statement to establish small entity status under 37 CFR 1.9 and 37 CFR 1.27.
[ ] A certified copy of a _____ application.
[ ] Information Disclosure Statement under 37 CFR 1.97.
[X] Appendix A; Appendix B

In view of the Unsigned Declaration as filed with this application and pursuant to 37 CFR §1.53(d),
Applicant requests deferral of the filing fee until submission of the Missing Parts of Application.

DO NOT CHARGE THE FILING FEE AT THIS TIME.

Telephone:
(415) 543-9600
APPNOFEE.TRN 12/92

Charles J. Kulas
Reg. No.:35,809
Attorneys for Applicant

Attorney Docket No. 2307U-553



# PATENT APPLICATION

## EMBEDDED PROGRAM OBJECTS IN DISTRIBUTED HYPERMEDIA SYSTEMS

Inventors:
    Michael Doyle,
    David Martin,
    Cheong Ang

Assignee:
    University of California
    1320 Harbor Bay Parkway, Suite 150
    Alameda, CA 94502

TOWNSEND and TOWNSEND KHOURIE and CREW
Steuart Street Tower, 20th Floor
One Market Plaza
San Francisco, California 94105
(415) 543-9600

08/324443

PATENT

Attorney Docket No. 2307U-553

# EMBEDDED PROGRAM OBJECTS IN

# DISTRIBUTED HYPERMEDIA SYSTEMS

## Notice Regarding Copyrighted Material

A portion of the disclosure of this patent document
contains material which is subject to copyright protection.
The copyright owner has no objection to the facsimile
reproduction by anyone of the patent document or the patent
disclosure as it appears in the Patent and Trademark Office
file or records, but otherwise reserves all copyright rights
whatsoever.

## BACKGROUND OF THE INVENTION

This invention relates generally to manipulating
data in a computer network, and specifically to retrieving,
presenting and manipulating embedded program objects in
distributed hypermedia systems.

Computer networks are becoming increasingly popular
as a medium for locating and accessing a wide range of data
from locations all over the world.  The most popular global
network is the Internet with millions of computer systems
connected to it.  The Internet has become popular due to
widely adopted standard protocols that allow a vast
interconnection of computers and localized computer networks
to communicate with each other.  Computer systems connected to
a network such as the Internet may be of varying types, e.g.,
mainframes, workstations, personal computers, etc.  The
computers are manufactured by different companies using
proprietary hardware and operating systems and thus have
incompatibilities in their instruction sets, busses, software,
file formats and other aspects of their architecture and
operating systems.  Localized computer networks connected to
the Internet may be incompatible with other computer systems
and localized networks in terms of the physical layer of
communication including the specific hardware used to

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Assistant Commissioner for Patents,
Washington, D.C. 20231,

8-6-96

TOWNSEND and TOWNSEND and CREW LLP

By _____

GB
2317

Attorney Docket No. 02307I-553

#5/
/A
/BH
10-9-94

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: )
)
MICHAEL D. DOYLE et al. ) Examiner: D. Dinh
)
Application No.: 08/324,443 ) Art Unit: 2317
)
Filed: 10/17/94 ) AMENDMENT
)
For: EMBEDDED PROGRAM OBJECTS IN)
DISTRIBUTED HYPERMEDIA )
SYSTEMS )
_____)

RECEIVED

AUG 20 1996

GROUP 2300

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Responsive to the Office Action mailed May 6, 1996,
please amend the above identified application as follows:

IN THE CLAIMS:

Please cancel claim 16.

Please amend the following claims:

1. (Amended)   A method for running an application
program in a computer network environment, comprising:
providing at least one client workstation and one
network server coupled to said network environment, wherein said
network environment is a distributed hypermedia environment;
executing, at said client workstation, a browser
application, that parses a distributed hypermedia document to
identify text formats included in the distributed hypermedia
document and for responding to predetermined text formats to
initiate processes specified by the text format;

If the Examiner believes a telephone conference would expedite prosecution of this application, please telephone the undersigned at (415) 576-0200.

Respectfully submitted,

Charles E. Krueger
Reg. No. 30,077

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(415) 576-0200
Fax (415) 576-0300
CEK:db
s:\02307I\553\amend.01

Amendment

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111-3834
(415) 576-0200

In re application of MICHAEL D. DOYLE et al.

Appln. No. 08/324,443

Filed 10/17/94

Group Art Unit 2317
For     EMBEDDED PROGRAM OBJECTS IN
        DISTRIBUTED HYPERMEDIA SYSTEMS

THE ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

Sir:

Atty. Docket No. _____ 02307I-055300US _____

Date _____ August 6, 1996 _____

I hereby certify that this is being deposited with the United States Postal Service as first class mail in an envelope addressed to:

Assistant Commissioner for Patents
Washington, D. C. 20231.

Date: _____ 8-6-96 _____

_____

RECEIVED

AUG 2 0 1996

GROUP 2300

Transmitted herewith is an amendment in the above-identified application.

[ ]   Enclosed is a petition to extend time to respond.
[X]   Small entity status of this application under 37 CFR 1.9 and 1.27 has been established by a verified statement previously submitted.
[ ]   A verified statement to establish small entity status under 37 CFR 1.9 and 1.27 is enclosed.
[X] A document entitled *USC Mercury Project: Interface*
If any extension of time is needed, then this response should be considered a petition therefor.
The filing fee has been calculated as shown below:

| | (Col. 1) | | (Col. 2) | (Col. 3) | SMALL ENTITY | | | OTHER THAN A SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
| TOTAL | 56* | MINUS | 43** | = 13 | x11= | $143 | | x22= | $ |
| INDEP. | 8* | MINUS | 4*** | = 4 | x39= | $156 | | x78= | $ |
| [ ] FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +125= | $ | | +250= | $ |
| | | | | | TOTAL ADDIT. FEE | $299 | OR | TOTAL | $ |

\*     If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.
\*\*    If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
\*\*\*   If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.
      The "Highest Number Previously Paid For" (Total or Independent) is the highest number found from the equivalent box in Col. 1 of a prior amendment or the number of claims originally filed.

        [ ] No fee is due.

Please charge Deposit Account No. 20-1430 as follows:

       [x]    Claims fee                 \             $ 299.00 _____
       [X]    Any additional fees associated with this paper or during the pendency of this application.

    TWO     extra copies of this sheet are enclosed.

TOWNSEND and TOWNSEND and CREW LLP

Michael E. Woods / Reg. No.: 33,466
Attorneys for Applicant

AMEND.TRN 4\96

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Assistant Commissioner for Patents,
Washington, D.C. 20231,
on

_____8 - 6 -96_____

TOWNSEND and TOWNSEND and CREW LLP

By _____

<u>PATENT</u>

Attorney Docket No. 023071-553

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | ) |
| MICHAEL D. DOYLE et al. | )   Examiner: D. Dinh |
| Application No.: 08/324,443 | )   Art Unit: 2317 |
| Filed: 10/17/94 | )   <u>AMENDMENT</u> |
| For: EMBEDDED PROGRAM OBJECTS IN DISTRIBUTED HYPERMEDIA SYSTEMS | ) |

RECEIVED

SEP 4 1996

OFFICIAL

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

      Responsive to the Office Action mailed May 6, 1996,
please amend the above identified application as follows:

<u>IN THE CLAIMS</u>:

      Please cancel claim 16.

      Please amend the following claims:

1       1. (Amended)  A method for running an application
2 program in a computer network environment, comprising:
3       providing at least one client workstation and one
4 network server coupled to said network environment, wherein said
5 network environment is a distributed hypermedia environment;
6       <u>executing, at said client workstation, a browser</u>
7 <u>application, that parses a distributed hypermedia document to</u>
8 <u>identify text formats included in the distributed hypermedia</u>
9 <u>document and for responding to predetermined text formats to</u>
10 <u>initiate processes specified by the text format;</u>

MICHAEL D. DOYLE et al.                                                    PATENT
Application No.: 08/324,443
Page 20

        If the Examiner believes a telephone conference would

expedite prosecution of this application, please telephone the

undersigned at (415) 576-0200.

                              Respectfully submitted,

                              Charles E. Krueger
                              Reg. No. 30,077

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(415) 576-0200
Fax (415) 576-0300
CEK:db
s:\02307I\553\amend.01



I hereby certify that this correspondence is being
sent by facsimile transmission to: D. Dinh
Fax No.:  1-703-308-5359
Assistant Commissioner for Patents,
Washington, D.C. 20231,
on

_____/ - 8- 9 7_____

TOWNSEND and TOWNSEND and CREW LLP

By _Irene Corlas_

#8

PATENT

Attorney Docket No. 02307I-553

# OFFICIAL

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                    )
                                         )
MICHAEL D. DOYLE et al.                  )   Examiner: D. Dinh JAN 0 8 1997
                                         )
Application No.: 08/324,443              )   Art Unit: 2317
                                         )
Filed: 10/17/94                          )   RESPONSE AFTER FINAL
                                         )
For: EMBEDDED PROGRAM OBJECTS IN)
     DISTRIBUTED HYPERMEDIA         )
     SYSTEMS                        )
_____   )

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

        The following is responsive to the Office Action mailed
December 13, 1996:

### REMARKS

        Claims 1-15 and 17-56 are now pending in the
application.  Reexamination and reconsideration are requested.

        Claims 1 and 44 are rejected under 35 U.S.C. §103 as
being unpatentable over Vetter "Mosaic and the World-Wide Web"
and further in view of Hansen "Andrew as a Multiparadigm
Environment for Visual Languages."

        In claim 1, the distributed hypermedia document
includes an embed text format that specifies the location of an
object external to the distributed hypermedia document and that
specifies type information utilized by the browser to identify
and locate an executable application external to the distributed
hypermedia document.  The browser invokes the executable
application to display and process the object within the browser
window.

MICHAEL D. DOYLE et al.                                    <u>PATENT</u>
Application No.: 08/324,443
Page 4

   If the Examiner believes a telephone conference would expedite prosecution of this application, please telephone the undersigned at (415) 576-0200.

         Respectfully submitted,

Charles E. Krueger
Reg. No. 30,077

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(415) 576-0200
Fax (415) 576-0300
CEK:db

s:\02307I\553\amend.02

I hereby certify that this correspondence is being
sent by facsimile transmission to: D. Dinh
Fax No.:  1-703-308-5359
Assistant Commissioner for Patents,
Washington, D.C. 20231,
on     *2/19/97*

<u>PATENT</u>

Attorney Docket No. 02307I-553

TOWNSEND and TOWNSEND and CREW LLP

FEB 1 9 1997   # 10
(NOT)
BY
By 2-20-97

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: ) | |
| ) | |
| MICHAEL D. DOYLE et al. ) | Examiner: D. Dinh |
| ) | |
| Application No.: 08/324,443 ) | Art Unit: 2317 |
| ) | |
| Filed: 10/17/94 ) | <u>COMMUNICATION</u> |
| ) | |
| For: EMBEDDED PROGRAM OBJECTS IN) | |
| DISTRIBUTED HYPERMEDIA ) | |
| SYSTEMS ) | |

*OFFICIAL*

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

        The following is responsive to the Office Action mailed
January 24, 1997:

### REMARKS

        It is believed that the Office Action contains a minor
typographical error in the first paragraph in referring to
applicant's Rule 131 Declaration.   The reference which was the
subject matter of that declaration was Vetter "Mosaic and the
World-Wide Web," not Wynne as stated in the Office Action.

        Accordingly, this communication is submitted to call
the examiner's attention to this error so that the record can be
corrected.

        Further, this to confirm that one of the co-inventors,
Michael Doyle, and his attorney, Charles Krueger, will appear at
the examiner's office for an interview at 9:00 A.M. on Monday,
February 24, 1997.

MICHAEL D. DOYLE et al.                                      <u>PATENT</u>
Application No.: 08/324,443
Page 2

        If the Examiner has any comments or questions, please
telephone the undersigned at (415) 576-0200.

                         Respectfully submitted,

                         Charles E. Krueger
                         Reg. No. 30,077

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(415) 576-0200
Fax (415) 576-0300
CEK:db

s:\02307I\553\comm.1



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
**Address: COMMISSIONER OF PATENTS AND TRADEMARKS**
**Washington, D.C. 20231**

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKETT NO. |
|---|---|---|---|---|
| 08/324,443<br>08/324,443 | 10/17/94 | DOYLE | M | 02307553 |

B3M1/0226

TOWNSEND AND TOWNSEND
KHOURIE AND CREW
STEUART STREET TOWER
ONE MARKET PLAZA
SAN FRANCISCO CA 94105

| EXAMINER |
|---|
| DINH, D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2317 | 14 |

DATE MAILED: 02/26/97

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) _Michel Doyle_

(2) _Charles Krueger_

(3) _Thomas Lee_

(4) _Dung Dinh_

Date of Interview 2/24/97 _2/24/97_

Type: ☐ Telephonic ☒ Personal (copy is given to ☒ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☒ Yes ☐ No. If yes, brief description: _____

_How HyperNet work and different from the present invention._

Agreement ☒ was reached with respect to some or all of the claims in question. ☐ was not reached.

Claims discussed: _____All_____

Identification of prior art discussed: _____Wyree_____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _____

_1) HyperNet is a compiled system, 2)Tag in document to activate external program (delayed binding),_

_3) display and process by the external application within Browser's controlled window._

_Applicant's argument is persuasive to overcome the Hypernet ref. The claims are distinguished over_

_the prior art of record._

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

☒ 1. It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph below has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1-7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ 2. Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the substance of the interview unless box 1 above is also checked.

Examiner's Signature

PTOL-413 (REV. 2 -93)

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Assistant Commissioner for Patents,
Washington, D.C. 20231,
on   June 2, 1997

TOWNSEND and TOWNSEND and CREW LLP

By

#14/
B

PATENT

Attorney Docket No. 023071-553

BK
6-19-97

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:          )
                               )
MICHAEL D. DOYLE et al.        )   Examiner: D. Dinh
                               )
Application No.: 08/324,443    )   Art Unit: 2317
                               )
Filed: 10/17/94                )   AMENDMENT
                               )
For: EMBEDDED PROGRAM OBJECTS IN)
     DISTRIBUTED HYPERMEDIA      )
     SYSTEMS                     )
_____)

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

        Responsive to the Office Action mailed March 26, 1997,
please amend the above identified application as follows:

IN THE CLAIMS:

        Please cancel claim 6-15, 17-43, and 49-56.

        Please amend the following claims:

1       1. (Twice Amended)  A method for running an application
2   program in a computer network environment, comprising:
3           providing at least one client workstation and one
4   network server coupled to said network environment, wherein said
5   network environment is a distributed hypermedia environment;
6           executing, at said client workstation, a browser
7   application, that parses a first distributed hypermedia document
8   to identify text formats included in [the] said distributed
9   hypermedia document and for responding to predetermined text
10  formats to initiate processing specified by said text formats;
11  utilizing said browser to display, on said client workstation, at

707.07(j) in order that the undersigned can place this application in allowable condition as soon as possible and without the need for further proceedings.

In view of the foregoing, Applicants believe all claims now pending in this application are in condition for allowance. The issuance of a formal Notice of Allowance at an early date is respectfully requested.

If the Examiner believes a telephone conference would expedite prosecution of this application, please telephone the undersigned at (415) 576-0200.

Respectfully submitted,

Charles E. Krueger
Reg. No. 30,077

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(415) 576-0200
Fax (415) 576-0300
CEK:db


i:\cek\share\02307i\553\june2.amd

I hereby certify that this correspondence is being
sent by facsimile transmission to: D. Dinh
Fax No.: 1-703-308-5359
Assistant Commissioner for Patents,
Washington, D.C. 20231,
on _____10·31·97_____

TOWNSEND and TOWNSEND and CREW LLP

By _Irene Rodas_



**PATENT**

Attorney Docket No. 02307I-553

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | ) |
| | ) |
| MICHAEL D. DOYLE et al. | ) Examiner: D. Dinh |
| | ) |
| Application No.: 08/324,443 | ) Art Unit: 2317 |
| | ) |
| Filed: 10/17/94 | ) <u>COMMUNICATION</u> |
| | ) |
| For: EMBEDDED PROGRAM OBJECTS IN | ) |
|     DISTRIBUTED HYPERMEDIA | ) |
|     SYSTEMS | ) |

Assistant Commissioner for Patents
Washington, D.C. 20231

### REMARKS

In the Office Action mailed June 25, 1997, the claims
pending in the present application were rejected over Koppolu
reference (U.S. Patent No. 5,581,686 "the '686 patent").

The '686 patent was filed June 6, 1996 and is a
continuation of parent Appln. No. 229,264, filed April 15, 1994,
which is a C-I-P of grandparent Appln. No. 984,868 filed
December 1, 1992.

The file history of the grandparent application has
been examined and it has been determined that Figs. 32-56 and
Secs. 6.0 to 6.4.4 of the '686 patent were added as new matter in
the C-I-P parent application.

Attached hereto is a declaration and evidence proving
that the claimed invention was conceived and reduced to practice
prior to the filing date of the C-I-P parent application.
Accordingly, Figs. 32-56 and Secs. 6.0 to 6.4.4 of the '686
patent are not prior art.

Further, this to confirm that one of the co-inventors,
Michael Doyle, and his attorney, Charles Krueger, will appear at

the examiner's office for an interview at 9:00 A.M. on Thursday,
November 6, 1997.

    If the Examiner has any comments or questions, please
telephone the undersigned at (415) 576-0200.

                              Respectfully submitted,

                              Charles E. Krueger
                              Reg. No. 30,077

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(415) 576-0200
Fax (415) 576-0300
CEK:db

i:\cek\share\02307I\553\com.2



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
**Address:** COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKETT NO. |
|---|---|---|---|
| 08/324 443 | | | |

| EXAMINER |
|---|
| D. DINH |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2317 | 16 |

DATE MAILED:

## EXAMINER INTERVIEW SUMMARY RECORD

All participants (applicant, applicant's representative, PTO personnel):

(1) _DONG DINH_

(3) _____

(2) _CHARLES KRUEGER_

(4) _MICAELE DOYLE_

Date of interview _11/6/97_

Type: ☐ Telephonic ☒ Personal (copy is given to ☐ applicant ☐ applicant's representative).

Exhibit shown or demonstration conducted: ☒ Yes ☐ No. If yes, brief description: _____

_document OLE object showing "window overlayed" in document_

Agreement ☐ was reached with respect to some or all of the claims in question. ☒ was not reached.

Claims discussed: _all_

Identification of prior art discussed: _all_

_____

Description of the general nature of what was agreed to if an agreement was reached, or any other comments: _cures of claim invention_
_"automatic invoke of external application to provide interactive_
_control. Applicant argues the prior art does not teach_
_nor suggest this feature._

_____

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendments which would render the claims allowable is available, a summary thereof must be attached.)

☒ 1. It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph below has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW (e.g., items 1-7 on the reverse side of this form). If a response to the last Office action has already been filed, then applicant is given one month from this interview date to provide a statement of the substance of the interview.

☐ 2. Since the examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the substance of the interview unless box 1 above is also checked.

Examiner's Signature

PTOL-413 (REV. 2-93)

ORIGINAL FOR INSERTION IN RIGHT HAND FLAP OF FILE WRAPPER


DEC 2 9 1997

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231,
on

*12·23·97*

TOWNSEND and TOWNSEND and CREW LLP

By *V. Bullont*

#17
G+D
PATENT

Attorney Docket No. 02307I-553

*1/22/98*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: )
)
MICHAEL D. DOYLE et al. )  Examiner: D. Dinh
)
Application No.: 08/324,443 )  Art Unit: 2317
)
Filed: 10/17/94 )  PETITION TO EXTEND TIME UNDER
)  37 CFR §1.136(a)
For: EMBEDDED PROGRAM OBJECTS IN)
     DISTRIBUTED HYPERMEDIA )
     SYSTEMS )
——————————————————————— )

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Applicant petitions the Assistant Commissioner of Patents to extend the time for response to the Office Action dated August 25, 1997 for one month, from November 25, 1997 to December 25, 1997.  An appropriate response to the Office Action is enclosed herewith.

Please charge $110, pursuant to 37 CFR §1.17, to Deposit Account No. 20-1430.  Please charge any additional fees or credit overpayment to the above deposit account.  This petition is submitted in triplicate.

Respectfully submitted,

Charles E. Krueger
Reg. No. 30,077

01/12/1998 SDAVIS    00000084 DA01201430    08324443
01 FC:115    110.00 CH

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(415) 576-0200
Fax (415) 576-0300
CEK:db
i:\cek\share\02307i\553\pet.Ext

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Assistant Commissioner for Patents,
Washington, D.C. 20231,
on      _12-23-97_

TOWNSEND and TOWNSEND and CREW LLP

By _V. P. Sullent_

Attorney Docket No. 02307X-553

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                    )
                                         )
MICHAEL D. DOYLE et al.                  )   Examiner: D. Dinh
                                         )
Application No.: 08/324,443              )   Art Unit: 2317
                                         )
Filed: 10/17/94                          )   RESPONSE
                                         )
For: EMBEDDED PROGRAM OBJECTS IN)
     DISTRIBUTED HYPERMEDIA        )
     SYSTEMS                       )
_____)

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

The following is responsive to the Office Action mailed
August 25, 1997, setting a response period expiring on
November 25, 1997.


### REMARKS

Claims 1,2, 5, and 44, 45, 48 are rejected over the
Applicants' disclosed prior art (Mosaic + HTTP + HTML + "World
Wide Web), referred to herein as "Mosaic," in view of Koppolu et
al.  The Examiner is thanked for extending the courtesy of an
interview to one of the inventors, Professor Doyle, and his
attorney, Mr. Krueger.


### THE EXAMINER'S REASONING REJECTING CLAIM 1

The Examiner states that Mosaic does not have embed
text format specifying an external object which automatically
invokes an external application to execute and enable interactive
processing within a portion of the browser controlled window.

Claim 4 recites the additional steps over Claim 3 "wherein said additional instructions for controlling said controllable application reside on said client workstation."

None of the claimed references show this feature. This feature produces the additional surprising and unexpected results of enabling a client and network server system to be self-contained on the client workstation.

Claims 44-48 are apparatus claims of the same scope as claims 1-5 and are thus allowable for the reasons recited above.

In view of the foregoing, Applicants believe all claims now pending in this application are in condition for allowance. The issuance of a formal Notice of Allowance at an early date is respectfully requested.

If the Examiner believes a telephone conference would expedite prosecution of this application, please telephone the undersigned at (415) 576-0200.

Respectfully submitted,

Charles E. Krueger
Reg. No. 30,077

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(415) 576-0200
Fax (415) 576-0300
CEK:db
i:\cek\share\02307i\553\dec23.res

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: BOX AF, Assistant Commissioner for Patents, Washington, D.C. 20231,

on  2-25-98

TOWNSEND and TOWNSEND and CREW LLP

By _X C Sueen_

AF/GAU 2782
#20
27X S. 3rd
3

Attorney Docket No. 02307I-553

305,9655

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | ) |
| DOYLE et al. | ) Examiner: D. Dinh |
| Application No.: 08/324,443 | ) Art Unit: ~~2317~~ 2756 |
| Filed: 10/17/94 | ) PETITION TO EXTEND TIME UNDER |
| For: EMBEDDED PROGRAM OBJECTS IN | ) 37 CFR §1.136(a) |
| DISTRIBUTED HYPERMEDIA | ) |
| SYSTEMS | ) |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Applicants petition the Assistant Commissioner of Patents to extend the time for response to the Office Action dated August 25, 1997 for two months, from December 25, 1997 to February 25, 1998. A one-month extension of time was previously granted.

An appropriate response to the Office Action in the form of a Notice of Appeal is enclosed herewith.

Please charge $840, pursuant to 37 CFR §1.17, to the Deposit Account No. 20-1430. Please charge any additional fees or credit overpayment to the above Deposit Account. This Petition is submitted in triplicate.

Respectfully submitted,

Charles E. Krueger
Reg. No. 30,077

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111-3834
(415) 576-0200 Fax (415) 576-0300
CEK:db

charge any additional fees or credit overpayment to the
above Deposit Account.  This Notice is submitted in
triplicate.

Respectfully submitted,

Charles E. Krueger
Reg. No. 30,077

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(415) 576-0200
Fax (415) 576-0300
CEK:db

i:\cek\share\02307i\553\nappeal



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/324,443 | 10/17/94 | DOYLE | M | 02307553 |

| EXAMINER |
|---|
| DINH, D |

020350                    LM21/0330
TOWNSEND AND TOWNSEND AND CREW
TWO EMBARCADERO CENTER EIGHTH FLOOR
SAN FRANCISCO CA 94111

| ART UNIT | PAPER NUMBER |
|---|---|
| 2756 | 23 |

DATE MAILED:                    03/30/98

## NOTICE OF ALLOWABILITY

PART I.
1. ☒ This communication is responsive to _____ paper file 12/29/97 _____
2. ☐ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are _____ 1 - 5, 44-48 _____ .
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____, filed on _____ .
6. ☒ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☒ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☒ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

PART II.
A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _4_. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☒ Formal drawings are now REQUIRED.

--------------------------------------------------------------------------------------------------

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
X Examiner's Amendment
X Examiner Interview Summary Record, PTOL-413
X Reasons for Allowance
X Notice of References Cited, PTO-892
_ Information Disclosure Citation, PTO-1449

_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

#24

| **Interview Summary** | Application No. 08/326,443 | Applicant(s) Doyle et al | |
|---|---|---|---|
| | Examiner Dung Dinh | Group Art Unit 2756 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Dung Dinh_      (3) _____

(2) _Charles E. Krueger_      (4) _____

Date of Interview _____ _Jan 2⸍, 1998_ _____

Type: ☒ Telephonic   ☐ Personal (copy is given to   ☐ applicant   ☐ applicant's representative).

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No. If yes, brief description:

_____

Agreement ☒ was reached. ☐ was not reached.

Claim(s) discussed: _1 and 44_

Identification of prior art discussed:
_None_

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_The applicant agreed to amend "display window" in line 28 of claim 1 to --display area-- to distinguish that it is an area within the hypermedia document that displays the object and not a separate window. The same amendment was made to claim 44, line 39. Further in line 17 of claim 44, "said by the text formats" was amended to read --by said text formats--._

(A fuller description, if necessary, and a copy of the amendments, if available, which the examiner agreed would render the claims allowable must be attached. Also, where no copy of the amendents which would render the claims allowable is available, a summary thereof must be attached.)

1. ☒ It is not necessary for applicant to provide a separate record of the substance of the interview.

Unless the paragraph above has been checked to indicate to the contrary, A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION IS NOT WAIVED AND MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04). If a response to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.

2. ☒ Since the Examiner's interview summary above (including any attachments) reflects a complete response to each of the objections, rejections and requirements that may be present in the last Office action, and since the claims are now allowable, this completed form is considered to fulfill the response requirements of the last Office action. Applicant is not relieved from providing a separate record of the interview unless box 1 above is also checked.

FRANK J. ASTA
Dung Dinh SUPERVISORY PATENT EXAMINER
GROUP 2700

Examiner Note: You must sign and stamp this form unless it is an attachment to a signed Office action.

① DS                    LOC                3͞9͞5/200.320
                        2762                            E

I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to:
Box Issue Fee
Assistant Commissioner for Patents,
Washington, D.C. 20231,
on ___4 - 3 - 98___

        TOWNSEND and TOWNSEND and CREW LLP

    By _____

PATENT

Attorney Docket No. 02307-553

#26ᴿᵀ

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                )
                                     )  Examiner: D. Dinh
DOYLE et al.                         )
                                     )  Art Unit: 2756
Application No.: 08/324,443          )
                                     )  Batch No.: C26
Filed: 10/17/94                      )
                                     )  LETTER TO OFFICIAL
For: DISTRIBUTED HYPERMEDIA          )  DRAFTSPERSON
     METHOD FOR AUTOMATICALLY        ) .
     INVOKING EXTERNAL               )
     APPLICATION PROVIDING           )
     INTERACTION AND DISPLAY OF      )
     EMBEDDED OBJECTS WITHIN A       )
     HYPERMEDIA DOCUMENT (as         )
     amended)                        )
                                     )

**RECEIVED**
Publishing Division

APR 0 7 1998

**11**

Box Issue Fee
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

        Pursuant to the Notice of Allowability dated March 30,
1998, applicants submit nine sheets of formal drawings to be made
of record in the above-identified case.

                    Respectfully submitted,


                    Charles E. Krueger
                    Reg. No. 30,077

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
(415) 576-0200
Fax (415) 576-0300
CEK:db

i:\cek\share\02307i\553\dwngs.pto