

## Why use Google Chrome?

Google Chrome is a web browser that runs web pages and applications with lightning speed. Read about why we built a browser.



### Speed: Fast to launch, fast to load web pages

- Quick to start up from your desktop
- Loads web pages in a snap
- Runs web applications faster than ever



### Simplicity: Designed for efficiency and ease of use

- Search and navigate to web pages from the same box
- Arrange and organize tabs however you wish — quickly and easily
- Get to your favorite websites with just a click, from the thumbnails of your most visited sites in the New Tab page



### Style: Themes to add delight to your browser

Try Minimalist, Star Gazing, or Google Chrome Artist Themes.

Watch the Google Chrome Artist Themes YouTube Experience »

Download Google Chrome »

For more on Google Chrome's features, check out the Google Chrome Help Center.

For the latest updates, read the Google Chrome Blog.

## Learn more

### What is a browser?



A web browser is the application you use to view websites. Watch a 1 minute video to learn more.

Go to Whatbrowser.org

### Read about the technology



Look under the hood of Google Chrome and learn about key engineering decisions:

The comic book, by Scott McCloud

A video by the development team

### Google Chrome in Action



Take a look at interactive web experiments for Google Chrome created by JavaScript designers and programmers from around the world.

Play with Chrome Experiments