# EXHIBIT 24

# ADOBE® FLASH® PLAYER 10

Deliver breakthrough, cross-platform Web experiences



Gain unprecedented creative control with new expressive features and visual performance improvements in Adobe Flash Player 10, the pervasive browser plug-in for cross-platform, rich Internet experiences.

Ground-breaking new features in Flash Player 10 enable designers and developers to:

### Get expressive with custom filters and effects using Adobe Pixel Bender™

Developers now have the flexibility to create and share their own high performance, real time effects to create cinematic experiences that quickly engage users. Using Adobe Pixel Bender, the same technology behind many filters and effects in Adobe After Effects®, these dynamic and interactive effects can be used in both production with After Effects CS4 and live on Flash Player 10. Shorten production times with complex filters that have minimal impact on application size.



Apply Adobe Pixel Bender filters to live video to create dynamic and interactive special effects.

### Add a new dimension to Web experiences with 3D effects

Create more intuitive, engaging interfaces using built-in support for 3D effects. Get started quickly without being a 3D master by designing in 2D and easily transforming and animating in 3D. Fast, extremely lightweight, and simple-to-use with 3D tools in Adobe Flash® CS4 Professional, make motion that was previously accessible to expert users via ActionScript or custom third-party libraries available to everyone. Enhancements to the Drawing API add the "z" dimension, real perspective, textured meshes in 3D space and a retained graphics model, while improving rendering performance and developer productivity.



Transform and animate interactive text in 3D.

Easily position, rotate and animate 2D objects without compromising on performance.



## Flash Player 10 System requirements

**Windows®**
- 450MHz Intel® Pentium® II (or compatible) processor
- Microsoft® Windows 2000, Windows XP, Windows Vista,® or Windows Server® 2003–2008
- 128MB of RAM and 128MB of VRAM
- Microsoft Internet Explorer 6 or 7, Firefox 1.x–3.x, AOL 9, Safari 3.x, or Opera 9.5

**Mac OS**
- 500MHz PowerPC® G3 or 1.33GHz Intel Core™ Duo processor
- Mac OS X v10.4 or v10.5
- 128MB of RAM and 128MB of VRAM
- PowerPC: Firefox 2.x or 3.x, AOL for Mac OS X, Opera 9.5, or Safari 3.x
- Intel: Firefox 2.x or 3.x, Opera 9.5, or Safari 3.x

**Linux®**
- 800MHz or faster processor
- Red Hat® Enterprise Linux 5, openSUSE™ 11, or Ubuntu 7 or 8
- 512MB of RAM and 128MB of VRAM
- Advanced Linux Sound Architecture (ALSA)
- Firefox 2.x or 3.x

**Solaris™**
- Solaris 10
- 128MB of RAM and 128MB of VRAM
- Firefox 1.5.x or Mozilla 1.7.x

For complete and up-to-date system requirements, visit *www.adobe.com/products/flashplayer/productinfo/systemreqs*.

**Related products**
- Adobe Flash® CS4 Professional
- Adobe Flex® Builder™ 3
- Adobe Pixel Bender™

**For more information**
For more details on Flash Player, visit *www.adobe.com/products/flashplayer*.

For the latest Flash Player adoption statistics, visit *www.adobe.com/products/player_census/flashplayer*.

For more details on Pixel Bender, visit *www.adobe.com/go/pixelbender_toolkit*.

To view or share custom filters and effects, visit the Pixel Bender Exchange at *www.adobe.com/go/pixelbender*.



**Adobe Systems Incorporated**
345 Park Avenue
San Jose, CA 95110-2704
USA
www.adobe.com

## Bring print-quality, world-class Adobe text to the Web

Building on over 25 years of Adobe expertise in typography, gain complete control over text layout to flow text and sophisticated typographic elements like ligatures, across multiple columns, around inline images, bi-directionally, vertically or chain together multiple text flows. Create multi-lingual rich Internet applications using device fonts that can now be anti-aliased, rotated, and styled or build your own unique text components.


Create multi-lingual rich Internet applications and online publications

## Process sound in new ways

Enhanced sound APIs enable developers to dynamically generate audio and create new types of audio applications such as music mixers and sequencers, real-time audio for games or even produce audio visualizers. Work with loaded MP3 audio at a lower level by extracting audio data and supplying it to the sound buffer. Process, filter and mix audio in real-time through the high performance Pixel Bender calculation engine.


Dynamic visualization of sound waveform

## What Designers and Developers Are Saying about Adobe Flash Player 10

**Grant Skinner, CEO and chief architect of gskinner.com:**
"With Flash Player 10, developers can enable SWF content to render through the memory bandwidth and computational horsepower of the GPU hardware processor, freeing up the CPU to do more -- such as render 3D content and intricate effects, and process complex business logic. No other browser runtime has these capabilities."

**Ralph Hauwert, owner of UnitZeroOne and a Core Developer of Papervision 3D:**
"For interactive designers and developers well-versed in creating 3D experiences, the revamped drawing API and Pixel Bender language will enable an entirely new depth of graphics unseen on the Web today."

**Matthew Rechs, chief technology officer at Schematic:**
"The 3D effects now available in Adobe Flash Player 10 will enable us to bring truly cinematic interfaces to the Web, helping us create experiences that are just as compelling as those in TV and film."

**Freddie Laker, CEO and founder of iChameleon Group (now Sapient):**
"Our design team continually challenges us with innovative designs that in the past we couldn't always duplicate in our websites. Now, Adobe Flash Player 10 lets us push our creative vision to the final product."

Adobe, the Adobe logo, Acrobat, Adobe AIR, ConnectNow, Creative Suite, Dreamweaver, Fireworks, Flash, Flex, Illustrator, InDesign, Kuler, Photoshop, and Version Cue are either registered trademarks or trademarks of Adobe Systems Incorporated in the United States and/or other countries. Mac and Mac OS are trademarks of Apple Computer, Inc., registered in the United States and other countries. Intel is a trademark of Intel Corporation or its subsidiaries in the United States and other countries. PowerPC is a trademark of International Business Machines Corporation in the United States, other countries, or both. Microsoft, Windows, and Vista are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. All other trademarks are the property of their respective owners. **This product may allow you to access certain features that are hosted online ("online services"), provided you have a high-speed Internet connection. The online services, and some features thereof, may not be available in all countries, languages and/or currencies and may be discontinued in whole or in part without notice. Use of the online services is governed by separate terms of use and by the Adobe privacy policy, and access to these services may require user registration. Some online services, including services that are initially offered at no charge, may be subject to additional fees. For additional details and to review the terms of use and privacy policy, please visit *www.adobe.com*. © 2008 Adobe Systems Incorporated. All rights reserved. Printed in the USA. 09/16/08