# TechNote

## Shockwave Player support FAQ

Ratings: 4 of 5 people found this helpful
If you are using Flash Player, please see the "Flash Player Support FAQ" (TechNote 15511).

**Adobe Shockwave Player**
About Adobe Shockwave Player
How to get Adobe Shockwave Player?
The difference between the Adobe Shockwave and Flash Players
What are the Shockwave players system requirements?
What is Shockwave Player version 10.1?

**Troubleshooting**
Trouble with Macintosh OS X installation
Trouble with Windows XP installation
How to fix an error message stating a restart is need?
How to fix almost all Adobe Shockwave Player issues
How to improve the performance of Shockwave Player?
How permissions affect installing the Shockwave Player with Windows 2000 and Windows XP
How to check if Shockwave Player is working?
How to remove Shockwave Player from my computer?
How can I get a version of Shockwave Player for my non-Netscape, non Internet Explorer web browser?
Why can't I install Shockwave Player properly with Netscape 6.0?
How to create Shockwave content
I need help with Director. Where can I get it?

**Security**
About Adobe Shockwave Security
Does Adobe Shockwave Player protect my privacy?

**Google Toolbar Offer**
Google Toolbar Offer
What is the Google Toolbar?
Why is the Google Toolbar being distributed with Shockwave Player?
How will this agreement benefit users?
How will the Google Toolbar be offered with Shockwave Player?
Is the Google Toolbar included within the Shockwave Player installer?
Why is the Google Toolbar offered by default?
Is this a global agreement, or just for users in certain geographic areas?
Does the Google Toolbar contain spyware?
What Web browsers does the Google Toolbar support?
Do you expect the Google Toolbar offer to decrease Shockwave Player install rates from the Shockwave Player download center?
Is it possible to remove the Google Toolbar once it has been installed?
Does Adobe currently offer users the option to install Google Toolbar with Adobe Reader and Adobe Flash Player?
Can my visitors, or my clients visitors, install Shockwave Player without receiving the Google Toolbar offer?

**I need more information**
I still have questions!

## About Adobe Shockwave Player

Shockwave Player is the web standard for powerful multimedia playback. The Shockwave Player allows you to view interactive web content like games, business presentations, entertainment, and advertisements from your web browser.



**SEARCH SUPPORT**

**DOCUMENT DETAILS**
ID: tn_15508
Browser: Chrome
Internet Explorer
Netscape
Opera
Safari
Firefox

Last updated: 2008-05-05

http://go.adobe.com/kb/ts_tn_15508_en-us

**PRODUCTS AFFECTED:**
Director
Shockwave Player

## How to get Adobe Shockwave Player

The Shockwave Player is free, easy to get, and available to everyone on the web.

Download the latest version of the Shockwave Player.

Over 200 million web users have installed the Adobe Shockwave Player. These people now have access to some of the best content the web has to offer including dazzling 3D games and entertainment, interactive product demonstrations, and online learning applications. The Shockwave Player displays web content that has been created by Adobe Director, including content made with previous versions and Director MX 2004.

## The difference between the Adobe Flash and Shockwave Players

Flash and Shockwave Players are both free web Players from Adobe. Together, they bring you the best rich media content on the Internet. Each has a distinct purpose. Flash Player delivers fast loading front-end web applications, high-impact web site user interaction, interactive online advertising, and short to medium form animation.

Shockwave Player displays destination web content such as interactive multimedia product demos and training, e-merchandising applications, and rich-media multi-user games. Through Xtras, Shockwave Player is also extendable to playback custom-built applications.

## What are the Shockwave Player's system requirements?

The Shockwave Player is supported on many operating systems and browsers. Please see the System Requirements for details about specific operating systems.

## What is Shockwave Player version 10.1?

Shockwave Player version 10.1 is the latest update of the Player. It includes fixes for issues identified since the release of Shockwave Player version 10.0, signed components for Microsoft Windows XP SP2 compatibility, changes to the installation process, which includes an offer to install the Yahoo Companion Toolbar for Windows Internet Explorer users, and an updated Flash Asset Xtra to support the use of Flash 8 authored SWF files.

For more information, see Common questions about Shockwave Player 10.1 (TechNote tn_19354).

## Trouble with Macintosh OS X installation

In order to install Shockwave player you must have admin rights. Make sure to log on as a user with admin privileges.

Shockwave Player has not yet been ported to run natively on the new Intel-based Macintosh computers and currently only runs in Rosetta emulation mode. To install and use Shockwave Player on an Intel-based Macintosh, you will need to run the browser in Rosetta emulation mode. See Using Adobe Shockwave Player on an Intel-based Macintosh (TechNote 82216d24).

Macintosh OS X requires that users have admin rights in order to install software that will be available for all users to use. An error can be produced when the user is attempting to install the Shockwave Player, but does not have permission install software. The problem of permissions may be caused by a previous installer incorrectly resetting privileges to the root folder. Read detailed information to resolve this issue in The Shockwave Player cannot be installed on Mac OS X (TechNote 16172).

If you have any comments or suggestions about the Shockwave Player for Macintosh OS X please feel free to contact us.

### Trouble with Windows XP installation

Users of the Microsoft Windows XP operating system receive the following message when attempting to install the free Shockwave Player:

"A file replacement was attempted on the protected system file file_name. To maintain system stability, the file has been restored to the correct Microsoft version. If problems occur with your application, please contact the application vendor for support"

To resolve this issue, Download the latest version of the Shockwave Player. For more information please see Installing the Shockwave Player on Microsoft Windows XP (TechNote 15924).

Users of the stand-alone installer of Shockwave need to download the latest version.

### How to fix an error message stating a restart is needed

Users attempting to install the Shockwave Player on Windows XP or Windows 2000 get the following error message at the end of the installation: *Your computer must be restarted in order to complete the installation of Shockwave Player. Would you like to restart now?*

Restarting the computer is not required for the Shockwave Player installation. Users get stuck in an endless loop and restarting will not help. The error message comes up every time the browser calls the Shockwave Player. The Shockwave Player will not work, and no content is viewable through the player.

To resolve this issue follow the steps listed in Computer must be restarted error message after installing Shockwave (TechNote 19304).

### How to fix almost all Shockwave issues?

A version of Shockwave Player is pre-installed with some popular Internet browsers. Sometimes, damage to the Shockwave Player that's already installed can prevent your upgrading to the latest Shockwave Player. You can resolve almost all difficulties encountered with the Adobe Shockwave Players by taking the following steps:

**To fix most Shockwave issues:**

1. Make sure you have the latest version of your Internet browser. Download the latest versions of Microsoft Internet Explorer, Netscape Navigator /Communicator, and America Online at their web sites. If there is a more recent version, download its installer to your desktop. Don't run this installer yet.
2. To remove the Shockwave player on Windows use the Add/Remove programs feature in the Control Panel to remove Shockwave. To remove the Shockwave player on a Macintosh OS, run the installer from the following link. This installer also contains an uninstaller:

    Shockwave Player installer/uninstaller (Macintosh)

    Save the uninstaller to your desktop, then quit/exit any applications you have open. Launch the uninstaller from your desktop and follow the instructions in the dialog boxes which appear.
3. If you downloaded the installer for a more recent version of your Internet browser, launch that installer now and follow its instructions.
4. Finally, reinstall the Shockwave Player.

    **Note**: If you are using Internet Explorer for Windows and no dialog boxes appear when attempting to download the Shockwave Player, you may be experiencing an issue with the Microsoft Install On Demand feature. Download the standalone installer available on the Shockwave download center under item 3.

    If you had previously indicated to Internet Explorer that you did not wish to install the Adobe web Players, Install On Demand will prevent their subsequent installation. You can undo this setting with the executables below:

    For Shockwave Player
    For all other players and uninstallers



#### How to improve the performance of Shockwave Player

Typically, a faster computer will play Shockwave content faster. A fast modem, ISDN or T1 connection to the Internet will enable Shockwave content to be downloaded to your computer more quickly. The best case scenario is to run only your web browser while viewing Shockwave content. Increase the amount of cache allocated to your browser to 10 MB and, if you're on a Macintosh, increase the amount of system memory allocated to your browser to at least 20 MB.

#### How permissions affect installing the Shockwave Player with Windows 2000 and XP

If you don't have administrator access to your Windows NT, 2000, or XP-equipped computer, you may not be able to install the Shockwave Player successfully. Permissions can be tricky, but, in general, you should be able to install and use the Shockwave player if your administrator gives you full access to the Adobe directory: C:\Winnt\System32\Adobe\ for Win 2000 and NT, and C:\WINDOWS\system32\Macromed for XP.

If this does not allow you to install and access the Shockwave and Flash Players, your administrator may need to experiment with varying levels of restriction to determine what works. Shockwave 10 is not compatible nor supported with Windows NT.

#### How to check if Shockwave Player is working

You can test your Shockwave Player here. The two movies will show if you have Flash and Shockwave Players installed. The version numbers of the both Players will be displayed in the test movie. To find out what the current version of the Shockwave Player is, check the Shockwave download page.

#### How to remove Shockwave Player from my computer

In order to remove the Shockwave player, simply use the file UNWISE.EXE located in C:\WINDOWS\system32\Macromed\Shockwave 10. Windows users can also use the Add/Remove programs located in the Windows control panel. This will remove the Shockwave 10 player

For the Shockwave 8 and 8.5 there is an uninstaller available from the Adobe Web Players page.

**Note:** The Shockwave Player installers for Macintosh also function as uninstallers.

#### How can I get a version of Shockwave Player for my non-Netscape, non Internet Explorer web browser?

Browsers that Adobe officially supports are listed in Shockwave System Requirements. Many other browsers provide support for Netscape and Internet Explorer plug-ins and ActiveX controls. Usually, the Shockwave Player can be installed in these browsers in the same manner as with Netscape and Internet Explorer.

Although support for functionality depends on the browser, users can usually successfully install Adobe Shockwave Player directly from Adobe's Shockwave Player Download Center. Refer to your browser manufacturer's web site for details or assistance.

#### Why can't I install Shockwave Player properly with Netscape 6.0?

Netscape Navigator 6.0 does not support the Shockwave Player. Update to the latest version of Netscape to view Shockwave content. See Shockwave support in Netscape Navigator 6.0 (TechNote 14859) for more information.

## How to create Shockwave content

Shockwave content is created with Adobe Director. See theDirector product page for details about using Director to create rich multimedia applications and web content.

## I need help with Director. Where can I get it?

For support options, please see the following sites:

Director Support Center
http://www.adobe.com/support/director

Adobe Support Programs
http://www.adobe.com/support/programs/

Adobe Online Forums
http://www.adobe.com/support/forums/

## About Adobe Shockwave Player Security

Security is one of our highest priorities. Refer to Adobe's Security Zone for security bulletins and information regarding security and Adobe products, including Shockwave Player.

## Does Adobe Shockwave Player protect my privacy?

Please see Adobe's Shockwave Player Privacy Frequently Asked Questions.

## Google Toolbar Offer

Adobe has entered into a distribution agreement with Google, and as part of that agreement, will be offering its customers the option to install the free Google Toolbar as part of the Shockwave Player installation process. More information on this offer and the agreement between Adobe and Google is included in the following FAQ.

## What is the Google Toolbar?

The Google Toolbar is a free download that adds a Google search box to your Internet Explorer Web browser. The Toolbar also includes innovative features that make browsing more efficient, such as a Web form filler, spellchecker, word translator, and pop-up blocker.

The Google Toolbar includes customization features that enable users to personalize their browsing experience and share information with friends. Users can add buttons to the Google Toolbar to search their favorite websites, stay up to date on their favorite feeds, and more.

Developers can easily create buttons using the Google XML-based Custom Button API and share them with millions of Toolbar users in the Google Button Gallery.

The Google Toolbar also offers bookmarks that are accessible from any computer, query suggestions as you type, and the ability to easily share content from web pages with other users via Gmail, SMS (US phone numbers only), or posting directly to a blog.

Additional info is available at toolbar.google.com.

## Why is the Google Toolbar being distributed with Shockwave Player?

Google and Adobe are interested in providing our customers with great user experiences, and

that includes allowing people to take advantage of the Google Toolbar by offering it as part of the Shockwave Player installation process. Customers who do not wish to take advantage of this offer can opt out of the installation.

#### How will this agreement benefit users?

Users will benefit because the Google Toolbar allows them to access Google search capabilities from any website without first having to visit the Google homepage. For more information on other features of the Google Toolbar, please visit toolbar.google.com.

#### How will the Google Toolbar be offered with Shockwave Player?

The Google Toolbar will be offered as part of the Shockwave Player installation process for Internet Explorer on Windows only.

#### Is the Google Toolbar included within the Shockwave Player installer?

Only users who accept the Google Toolbar offer will download the Google Toolbar as part of the installation process. Users who decline the offer will only download and install Shockwave Player.

#### Why is the Google Toolbar offered by default?

Both Adobe and Google want this relationship to be as successful as possible, and therefore we have set the default settings to encourage installation of the Google Toolbar. Users can opt out of the toolbar offer without impacting the installation and use of the Shockwave Player. We will continue to monitor installation rate statistics as well as user feedback and can adjust the installation process as necessary to ensure continued success for both Shockwave Player and our partnership with Google.

#### Is this a global agreement or just for users in certain geographic areas?

This is a global agreement. The initial release is for English product only with additional language support expected in the near future.

#### Does the Google Toolbar contain spyware?

No, the Google Toolbar does not contain nor is it a spyware application. Adobe is committed to protecting your privacy and as such will not distribute software that is considered spyware. For more information on Googles privacy policy with respect to their toolbar product, please visit www.google.com/support/toolbar/bin/topic.py?topic=938.

#### What web browsers does the Google Toolbar support?

The Google Toolbar distributed as part of the Shockwave Player installation process is available only for use with Internet Explorer on Windows, and the Google Toolbar offer is presented only to users who do not already have Google Toolbar installed on their systems. Users running any other browser or operating system are not presented with the offer to download the Google Toolbar.

#### Do you expect the Google Toolbar offer to decrease Shockwave Player installation rates from the Shockwave Player download center?

No. We have made every effort to minimize the impact on Shockwave Player installation rates,

### Is it possible to remove the Google Toolbar once it has been installed?

Yes. You can find instructions on how to remove the toolbar in the Google Toolbar help, or you can remove it using Windows Add/Remove Programs. For more information visit: www.google.com/support/toolbar/bin/answer.py?answer=9231&topic=915.

### Does Adobe currently offer users the option to install Google Toolbar with Adobe Reader and Adobe Flash Player?

Adobe now offers the option to install the free Google Toolbar as part of the web download process for Adobe Reader and Adobe Flash Player. For Adobe Reader and Adobe Flash Player, the Google Toolbar is only being offered from the Adobe website and is not part of the Reader or Flash Player installers. Visitors to the Reader Download Center and Flash Player Download Center on Adobe.com may be presented with the option to install the Google Toolbar as part of the download process. For more information on the Google Toolbar offer, please see "Google Toolbar offer for Adobe Reader, Adobe Flash Player and Adobe Shockwave Player - FAQ" (TechNote 333616).

### Can my visitors, or my clients visitors, install Shockwave Player without receiving the Google Toolbar offer?

The Google Toolbar offer is included by default in all installers for Windows Internet Explorer. However, Adobe offers free licenses for redistribution of Shockwave Player installers for intranet distribution, and with software products and services, the licensed installers do not contain any third-party offers. For more information about the distribution licensing program, or to contact a Player Licensing representative to inquire about a custom license, please visit Adobe Player Licensing.

### I still have questions!

Most Shockwave Player issues are resolved using information in this document. Be sure to read this document thoroughly and try all suggested troubleshooting steps.

Additional information is also available from the Adobe Shockwave Player Support Center.

After checking the above resources, if you still have more questions, please contact us.

**Note:** Support is only provided via e-mail.

Please sign in to rate this article.



Copyright © 2010 Adobe Systems Incorporated. All rights reserved.
Use of this website signifies your agreement to the Terms of Use and Online Privacy Policy (updated 07-14-2009).

Search powered by Google™

