

# QuickTime 7.6
# User Guide

Includes instructions for using QuickTime Pro

For Mac OS X version 10.5 or later, and Windows

# Welcome to QuickTime

Preface

## Want to play movies from your hard disk or the Internet? QuickTime Player makes it easy.

### What Is QuickTime?

QuickTime Player is a free multimedia player. You can use it to view many kinds of files, including video, audio, still images, graphics, and virtual reality (VR) movies. QuickTime supports the most popular formats on the Internet for news, sports, education, movie trailers, and other entertainment.

QuickTime is also a multimedia architecture that other applications can leverage. Some of the most popular software—such as iTunes, iMovie, and Final Cut Pro from Apple, as well as many third-party programs—uses the QuickTime architecture for important multimedia functions. These applications require QuickTime to be installed in order to function properly.

### What Is QuickTime Pro?

You can easily add a host of useful features to your QuickTime software by purchasing QuickTime Pro. With QuickTime Pro, you can:

- Save files from the Internet
- Edit audio and video
- Record audio (Mac OS X and Windows) and video (Mac OS X only)
- Add special effects
- Create slideshows
- Convert and save video, audio, and images to more than a hundred standard formats

For information about how to start using QuickTime Pro, see "Getting QuickTime Pro" on page 23.