Java | Search

Java in Action | Downloads | Help Center



## Learn About Java Technology

To date, the Java platform has attracted more than 6.5 million software developers. It's used in every major industry segment and has a presence in a wide range of devices, computers, and networks.

Java technology's versatility, efficiency, platform portability, and security make it the ideal technology for network computing. From laptops to datacenters, game consoles to scientific supercomputers, cell phones to the Internet, Java is everywhere!

Java powers more than 4.5 billion devices including:

- 800+ million PCs
- 2.1 billion mobile phones and other handheld devices (source: Ovum)
- 3.5 billion smart cards
- Set-top boxes, printers, Web cams, games, car navigation systems, lottery terminals, medical devices, parking payment stations, and more.

[−] Feedback

To see places of Java in Action in your daily life, explore java.com.

### Why Software Developers Choose Java

Java has been tested, refined, extended, and proven by a dedicated community. And numbering more than 6.5 million developers, it's the largest and most active on the planet. With its versatility, efficiency, and portability, Java has become invaluable to developers by enabling them to:

- Write software on one platform and run it on virtually any other platform
- Create programs to run within a Web browser and Web services
- Develop server-side applications for online forums, stores, polls, HTML forms processing, and more
- Combine applications or services using the Java language to create highly customized applications or services
- Write powerful and efficient applications for mobile phones, remote processors, low-cost consumer products, and practically any other device with a digital heartbeat

### Some Ways Software Developers Learn Java

Today, many colleges and universities offer courses in programming for the Java platform. In addition, developers can also enhance their Java programming skills by reading Sun's java.sun.com Web site, subscribing to Java technology-focused newsletters, using the Java Tutorial and the New to Java Programming Center, and signing up for Web, virtual, or instructor-led courses.

### What Is JavaFX

JavaFX extends your web experience by delivering rich media and content across all the screens of your life. As users, you will be able to run JavaFX applications in a browser or drag and drop them onto the desktop. It's a seamless interface!



**JavaFX is powered by Java:** JavaFX extends the power of Java by allowing developers to use any Java library within JavaFX applications. This way developers can expand their capabilities in Java and make use of the revolutionary presentation technology that JavaFX provides to build engaging visual experiences.

[−] Feedback

**Highlights of JavaFX:**

- Allows users to view JavaFX applications in a browser or break free of the browser by dragging and dropping the same application onto the desktop
- Enables an efficient designer-to-developer workflow with Project Nile: designers can work in their tools of choice while collaborating with Web scripters who use the NetBeans IDE with JavaFX
- Extends Java technology by enabling use of any Java library within a JavaFX application
- Allows developers to integrate vector graphics, animation, audio, and video Web assets into a rich, interactive, immersive application

To learn more about JavaFX technology, visit javafx.com or java.sun.com/javafx web sites for more information.

Back to top

Select Language | Newsletter | About Java | Partner with Us | Developers
Privacy | Terms of Use | Trademarks | License | Disclaimer

 

Feedback