# EXHIBIT 28





## JAVAFX™ TECHNOLOGY
# THE EXPRESSIVE PLATFORM FOR ALL THE SCREENS OF YOUR LIFE

### Highlights

- Unifies the development and deployment model for building consistent, expressive RIAs across desktops, browsers, and mobile devices

- Enables rapid development of rich client UIs for mashups and enterprise applications through powerful Web services support

- Leverages the extreme ubiquity, power, performance, and security of Java™ technology and enables use of existing Java libraries

- Improves the working relationship between designers and developers

- Delivers an advanced rich-text rendering with multilingual support to create RIAs with a global reach

- Free for commercial and non-commercial use



JavaFX™ software extends the capabilities of the Java™ platform by delivering high-fidelity audio and video, rich text, vector graphics, animation, and Web services via a simple but powerful scripting language. As a student learning Java programming, you can use JavaFX technology to easily build applications and games that use rich user interfaces and mashups. The JavaFX SDK has the essential set of technologies, tools, and resources developers and designers need to create and deploy expressive and powerful content across multiple platforms and devices.

### Expressive RIA platform for all screens

JavaFX software provides a unified development and deployment model for building rich client applications that can run across browsers, desktops, mobile devices, and TVs. You can even drag applications from your browser to your desktop and run the applications from there. JavaFX software allows you to creatively program in a visual context, helping you bring your ideas to life quicker and better.

### Benefit from a huge Java ecosystem

JavaFX software lets you use Java libraries in JavaFX applications, opening up a wealth of resources available through preexisting libraries built by the Java ecosystem. Plus, JavaFX software allows access to device-level capabilities on mobile devices. Developers can continue to leverage the global Java ecosystem with its vast knowledge base and marketplace. And JavaFX software can help companies deliver compelling brand-name content and richer experiences that can differentiate their offerings — while leveraging their existing technology investments.

## Seamless workflow

JavaFX software allows designers and developers to simply and swiftly combine graphics and media assets to unleash their creative potential. Using the JavaFX Production Suite, a set of tools and plugins for Adobe Photoshop and Adobe Illustrator, designers can seamlessly create and export graphics from their existing tools into the JavaFX format. The plugins allow one-click conversion and provide a preview that lets designers make modifications prior to conversion. Also included is the JavaFX Media Factory, enabling designers to use Scalable Vector Graphics (SVG) editors such as Inkscape with JavaFX software.

## Simple, declarative language for creative minds

JavaFX applications are written in JavaFX Script, a language designed for Web developers and technical designers who like to program in a visual context. It's a simple, easy-to-learn, declarative scripting language that enables developers to write code that closely matches the layout of the GUI. And JavaFX Script has a powerful data binding feature — a simple syntax for synchronizing the state of multiple objects — that allows GUI components to automatically change state with changes in underlying data.

## Java technology broadens your market reach

Deployed on billions of devices, Java technology provides developers with a proven, mature, high-performance platform — and JavaFX applications can take advantage of performance-enhancing features such as Java HotSpot software, garbage collection, and an advanced set of libraries. What's more, JavaFX software provides advanced graphics, audio, and video rendering with support for hardware acceleration.

## Be part of the community

Become part of a vibrant global community: Communicate with other students, professionals, and hobby developers on our discussion forums, and access the community's knowledge base of tutorials, blogs, podcasts and screencasts.

## Start here

**Download the JavaFX SDK for free:**
Javafx.com/downloads
**Get started with software development:**
JavaFX.com/learn
**Join the developer community:**
reg.sun.com/register?program=sdn
**Join the discussion and get help at the JavaFX forums:**
forums.sun.com/category.jspa?categoryID=132
**Stay up to date with the JavaFX blog:**
blogs.sun.com/javafx



Sun microsystems

©2009 Sun Microsystems, Inc. All rights reserved. Sun, Sun Microsystems, the Sun logo, JavaFX, Java, and Java HotSpot are trademarks or registered trademarks of Sun Microsystems, Inc. or its subsidiaries in the United States and other countries. Information subject to change without notice.
SunWIN #568802 Lit. #GNDS15020-0 9/09