**BLOCKBUSTER**

RENT | BUY | ON DEMAND | GAMES | **STORES** | GIFTS

Movies, Actors, Directors | **Search**

Store Locator | In-store Programs ▶ | Games ▶ | Gift Cards | Membership | Careers ▶ | Deals

# Find a Blockbuster Store Near You

## Start Your Search Here

Street Address or Intersection: 

City: San Francisco

State: California

Or

Zip Code: 

**Find Stores**

» Find BLOCKBUSTER stores with Live Nation outlets

» Find a BLOCKBUSTER Outlet store (PDF)

### Finding Your Local Store
- Please enter either your address or zip code to find stores nearest you.

**Results: 29 Stores Found**

See Map of the Five Stores Nearest to You

Most franchise stores have due dates for BLOCKBUSTER Total Access in-store exchanges. Product kept beyond the due date may incur additional daily rates. See your local store for more information.

| Position | Store Number | Distance (miles) | Intersection | Address | Total Access | Hours | Phone Number | Preferred Store |
|---|---|---|---|---|---|---|---|---|
| 1 | 6001 | 0 | Church/Market | 160 Church Street San Francisco, CA 94114-1111 | Yes | Mon - Thu: 10:00AM - 11:00PM Fri - Sat: 10:00AM - Midnight Sun : 10:00AM - 11:00PM | (415) 255-0600 | Add |
| 2 | 6486 | 0 | 16th/Potrero | 2300 16th Street, Suite 295 San Francisco, CA 94103-4848 | Yes | Mon - Sun: 10:00AM - Midnight | (415) 552-1090 | Add |
| 3 | 6873 | 1.37 | Bush/Leavenworth | 1098 Bush Street San Francisco, CA 94109-6214 | Yes | Mon : 11:00AM - Midnight Tue : 10:00AM - Midnight Wed - Sun: 11:00AM - Midnight | (415) 776-6126 | Add |
| 4 | 6066 | 3.06 | Geary/17th | 5240 Geary Blvd. San Francisco, CA 94118-2818 | Yes | Mon - Sat: 10:00AM - Midnight Sun : 11:00AM - Midnight | (415) 668-2675 | Add |
| 5 | 6179 | 4.74 | Sloat/Everglade | 1503 Sloat Blvd. San Francisco, CA 94132-1222 | Yes | Mon - Sun: 10:00AM - 11:00PM | (415) 753-1404 | Add |

1 | 2 | 3 | 4 | 5 > ... 6

## Quick Links

**Email Exclusives**  Enter Email Address  **Sign Up**

   

### FIND MOVIES

| | | | |
|---|---|---|---|
| Action Movies | Family Movies | Music Movies | Staff Picks |
| Adventure Movies | Fantasy Movies | Mystery Movies | Suspense Movies |
| Animation Movies | Fitness Movies | New Release Movies | Top 100 Movies |
| Award Winning Movies | Foreign Movies | Performing Arts Movies | War Movies |
| Comedy Movies | Horror Movies | Romance Movies | Western Movies |
| Documentary Movies | Independent Movies | Sci-Fi Movies | View All Categories |
| Drama Movies | Kids Movies | Special Interest Movies | Watch Trailers |

### BLOCKBUSTER CORPORATE

About Us
News and Public Relations
Careers
Business Opportunities
Investor Relations
Contact Us
Become an Affiliate

**ALL MOVIES**  Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

**ALL ACTORS AND DIRECTORS**  Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

Terms and Conditions | Privacy Policy | How BLOCKBUSTER Online Works | Movies | Movie Downloads | Help | Site Map | Mobile Site | Feedback [-]

BLOCKBUSTER name, design and related marks are trademarks of Blockbuster Inc. ©2010 Blockbuster Inc. All rights reserved.

 Portions of Content Provided by All Movie Guide ℗ a trademark of All Media Guide, LLC. ©2010 All Media Guide, LLC.



**BLOCKBUSTER**

RENT | BUY | ON DEMAND | GAMES | **STORES** | GIFTS

Movies, Actors, Directors | **Search**

Store Locator | In-store Programs ▶ | Games ▶ | Gift Cards | Membership | Careers ▶ | Deals

# Find a Blockbuster Store Near You

## Start Your Search Here

Street Address or Intersection: [               ]

City: San Francisco

State: California

Or

Zip Code: [               ]

**Find Stores**

» Find BLOCKBUSTER stores with Live Nation outlets

» Find a BLOCKBUSTER Outlet store (PDF)

### Finding Your Local Store

• Please enter either your address or zip code to find stores nearest you.

**Results: 29 Stores Found**

See Map of the Five Stores Nearest to You

Most franchise stores have due dates for BLOCKBUSTER Total Access in-store exchanges. Product kept beyond the due date may incur additional daily rates. See your local store for more information.

| Position | Store Number | Distance (miles) | Intersection | Address | Total Access | Hours | Phone Number | Preferred Store |
|---|---|---|---|---|---|---|---|---|
| 6 | 6835 | 5.8 | Mission/Como | 6835 Mission Street Daly City, CA 94014-2006 | Yes | Mon - Thu: 10:00AM - 10:00PM Fri - Sat: 10:00AM - Midnight Sun : 11:00AM - 10:00PM | (650) 755-6292 | Add |
| 7 | 6455 | 8.31 | Camaritas/Wborough | 74 Camaritas Avenue South San Francisco, CA 94080-3133 | Yes | Mon - Thu: 10:00AM - 10:00PM Fri - Sat: 10:00AM - Midnight Sun : 10:00AM - 10:00PM | (650) 583-7614 | Add |
| 8 | 6477 | 9.27 | Shore/Otis | 2202 S. Shore Center Alameda, CA 94501-5792 | Yes | Mon - Thu: 10:00AM - 10:00PM Fri - Sat: 10:00AM - Midnight Sun : 10:00AM - 10:00PM | (510) 865-9865 | Add |
| 9 | 6262 | 9.67 | Piedmont/Montell | 3868 Piedmont Avenue Oakland, CA 94611-5353 | Yes | Mon : 11:00AM - 11:00PM Tue : 10:00AM - 11:00PM Wed - Thu: 11:00AM - 11:00PM Fri - Sat: 10:00AM - Midnight Sun : 11:00AM - 11:00PM | (510) 658-8581 | Add |
| 10 | 6848 | 9.67 | Blackfield /Tiburon | 1 Blackfield Drive Tiburon, CA 94920-2053 | Yes | Mon : 11:00AM - 09:00PM Tue : 10:00AM - 09:00PM Wed - Thu: 11:00AM - 09:00PM Fri - Sat: 10:00AM - 10:00PM Sun : 10:00AM - 09:00PM | (415) 380-0706 | Add |

1 | **2** | 3 | 4 | 5 > ... 6

## Quick Links

**Email Exclusives** [Enter Email Address] **Sign Up**

  

### FIND MOVIES

| | | | |
|---|---|---|---|
| Action Movies | Family Movies | Music Movies | Staff Picks |
| Adventure Movies | Fantasy Movies | Mystery Movies | Suspense Movies |
| Animation Movies | Fitness Movies | New Release Movies | Top 100 Movies |
| Award Winning Movies | Foreign Movies | Performing Arts Movies | War Movies |
| Comedy Movies | Horror Movies | Romance Movies | Western Movies |
| Documentary Movies | Independent Movies | Sci-Fi Movies | View All Categories |
| Drama Movies | Kids Movies | Special Interest Movies | Watch Trailers |

### BLOCKBUSTER CORPORATE

About Us
News and Public Relations
Careers
Business Opportunities
Investor Relations
Contact Us
Become an Affiliate

**ALL MOVIES** Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

**ALL ACTORS AND DIRECTORS** Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

Terms and Conditions | Privacy Policy | How BLOCKBUSTER Online Works | Movies | Movie Downloads | Help | Site Map | Mobile Site | Feedback [+]

BLOCKBUSTER name, design and related marks are trademarks of Blockbuster Inc. ©2010 Blockbuster Inc. All rights reserved.

 Portions of Content Provided by All Movie Guide ®, a trademark of All Media Guide, LLC.©2010 All Media Guide, LLC.



**BLOCKBUSTER**

RENT | BUY | ON DEMAND | GAMES | **STORES** | GIFTS

Movies, Actors, Directors | Search

Store Locator | In-store Programs ▸ | Games ▸ | Gift Cards | Membership | Careers ▸ | Deals

# Find a Blockbuster Store Near You

## Start Your Search Here

Street Address or Intersection: [                    ]

City: [San Francisco]

State: [California ▾]

Or

Zip Code: [                    ]

**Find Stores**

» Find BLOCKBUSTER stores with Live Nation outlets
» Find a BLOCKBUSTER Outlet store (PDF)

**Finding Your Local Store**
- Please enter either your address or zip code to find stores nearest you

**Results: 29 Stores Found**
See Map of the Five Stores Nearest to You

Most franchise stores have due dates for BLOCKBUSTER Total Access in-store exchanges. Product kept beyond the due date may incur additional daily rates. See your local store for more information.

| Position | Store Number | Distance (miles) | Intersection | Address | Total Access | Hours | Phone Number | Preferred Store |
|---|---|---|---|---|---|---|---|---|
| 11 | 6391 | 9.86 | Lakeshore/Lake Park | 3300 Lakeshore Avenue Oakland, CA 94610-2306 | Yes | Mon : 11:00AM - 11:00PM Tue : 10:00AM - 11:00PM Wed - Thu: 11:00AM - 11:00PM Fri - Sat: 10:00AM - Midnight Sun : 11:00AM - 11:00PM | (510) 835-2294 | Add |
| 12 | 6303 | 10.41 | Shattuck/Durant | 2352 Shattuck Avenue, #100 Berkeley, CA 94704-5207 | Yes | Mon : 11:00AM - Midnight Tue : 10:00AM - Midnight Wed - Thu: 11:00AM - Midnight Fri - Sat: 10:00AM - 01:00AM Sun : 11:00AM - Midnight | (510) 849-9585 | Add |
| 13 | 6301 | 10.59 | San Pablo/Brigton | 501 San Pablo Ave Albany, CA 94706-1126 | Yes | Mon : 12:00PM - 10:00PM Tue : 10:00AM - 10:00PM Wed - Thu: 12:00PM - 10:00PM Fri - Sat: 10:00AM - Midnight Sun : 11:00AM - 10:00PM | (510) 528-1584 | Add |
| 14 | 6487 | 11.99 | Mountain/Mercedes | 2110 Mountain Boulevard Oakland, CA 94611-2921 | Yes | Mon : 11:00AM - 10:00PM Tue : 10:00AM - 10:00PM Wed - Thu: 11:00AM - 10:00PM Fri - Sat: 10:00AM - Midnight Sun : 10:00AM - 10:00PM | (510) 530-7110 | Add |
| 15 | 6160 | 13.25 | San Pablo/San Pablo Dam | 2415 San Pablo Dam Road San Pablo, CA 94806-3919 | Yes | Mon - Thu: 10:00AM - 11:00PM Fri - Sat: 10:00AM - Midnight Sun : 11:00AM - 11:00PM | (510) 232-2202 | Add |

1 | 2 | 3 | 4 | 5 > … 6

## Quick Links

**Email Exclusives** [Enter Email Address] **Sign Up**

   

### FIND MOVIES

| | | | |
|---|---|---|---|
| Action Movies | Family Movies | Music Movies | Staff Picks |
| Adventure Movies | Fantasy Movies | Mystery Movies | Suspense Movies |
| Animation Movies | Fitness Movies | New Release Movies | Top 100 Movies |
| Award Winning Movies | Foreign Movies | Performing Arts Movies | War Movies |
| Comedy Movies | Horror Movies | Romance Movies | Western Movies |
| Documentary Movies | Independent Movies | Sci-Fi Movies | View All Categories |
| Drama Movies | Kids Movies | Special Interest Movies | Watch Trailers |

### BLOCKBUSTER CORPORATE

About Us
News and Public Relations
Careers
Business Opportunities
Investor Relations
Contact Us
Become an Affiliate

**ALL MOVIES** Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

**ALL ACTORS AND DIRECTORS** Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

BLOCKBUSTER name, design and related marks are trademarks of Blockbuster Inc. ©2010 Blockbuster Inc. All rights reserved.

 Portions of Content Provided by All Movie Guide ®, a trademark of All Media Guide, LLC. ©2010 All Media Guide, LLC.



**BLOCKBUSTER**

RENT | BUY | ON DEMAND | GAMES | STORES | GIFTS

Movies, Actors, Directors          Search

Store Locator | In-store Programs ▶ | Games ▶ | Gift Cards | Membership | Careers ▶ | Deals

# Find a Blockbuster Store Near You

## Start Your Search Here

| | |
|---|---|
| Street Address or Intersection | |
| City | San Francisco |
| State | California |
| | Or |
| Zip Code | |

**Find Stores**

» Find BLOCKBUSTER stores with Live Nation outlets

» Find a BLOCKBUSTER Outlet store (PDF)

### Finding Your Local Store
- Please enter either your address or zip code to find stores nearest you.

**Results: 29 Stores Found**

See Map of the Five Stores Nearest to You

Most franchise stores have due dates for BLOCKBUSTER Total Access in-store exchanges. Product kept beyond the due date may incur additional daily rates. See your local store for more information.

| Position | Store Number | Distance (miles) | Intersection | Address | Total Access | Hours | Phone Number | Preferred Store |
|---|---|---|---|---|---|---|---|---|
| 16 | 6389 | 14.72 | Davis/14th | 265 Davis Street San Leandro, CA 94577-2742 | Yes | Mon - Thu: 10:00AM - 11:00PM Fri - Sat: 10:00AM - Midnight Sun : 10:00AM - 11:00PM | (510) 357-6828 | Add |
| 17 | 6383 | 15.53 | 4th/El Camino | 44 E. 4th Avenue San Mateo, CA 94401-4002 | Yes | Mon : 11:00AM - 11:00PM Tue : 10:00AM - 11:00PM Wed - Thu: 11:00AM - 11:00PM Fri - Sat: 10:00AM - Midnight Sun : 11:00AM - 11:00PM | (650) 548-0342 | Add |
| 18 | 90301 | 15.59 | Greenhouse Mrkt/Hardin | 116 Greenhouse Market Place San Leandro, CA 94579 | Yes | Mon - Thu: 10:00AM - 11:00PM Fri - Sat: 10:00AM - 01:00AM Sun : 10:00AM - 11:00PM | (510) 357-5707 | Add |
| 19 | 6489 | 15.82 | Fitzgerald/Appian | 1376 Fitzgerald Drive Pinole, CA 94564-2249 | Yes | Mon - Thu: 10:00AM - 10:00PM Fri - Sat: 10:00AM - 11:00PM Sun : 10:00AM - 10:00PM | (510) 758-3844 | Add |
| 20 | 6451 | 18.19 | Oak Hill/Highway 24 | 1009 Oak Hill Road Lafayette, CA 94549-3869 | Yes | Mon : 12:00PM - 09:00PM Tue : 10:00AM - 09:00PM Wed - Thu: 12:00PM - 09:00PM Fri - Sat: 10:00AM - 11:00PM Sun : 11:00AM - 09:00PM | (925) 299-0756 | Add |

1 ... < 2 | 3 | 4 | 5 | 6

## Quick Links

Email Exclusives    Enter Email Address    **Sign Up**



### FIND MOVIES

| | | | |
|---|---|---|---|
| Action Movies | Family Movies | Music Movies | Staff Picks |
| Adventure Movies | Fantasy Movies | Mystery Movies | Suspense Movies |
| Animation Movies | Fitness Movies | New Release Movies | Top 100 Movies |
| Award Winning Movies | Foreign Movies | Performing Arts Movies | War Movies |
| Comedy Movies | Horror Movies | Romance Movies | Western Movies |
| Documentary Movies | Independent Movies | Sci-Fi Movies | View All Categories |
| Drama Movies | Kids Movies | Special Interest Movies | Watch Trailers |

### BLOCKBUSTER CORPORATE

About Us
News and Public Relations
Careers
Business Opportunities
Investor Relations
Contact Us
Become an Affiliate

**ALL MOVIES** Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

**ALL ACTORS AND DIRECTORS** Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

Terms and Conditions | Privacy Policy | How BLOCKBUSTER Online Works | Movies | Movie Downloads | Help | Site Map | Mobile Site | Feedback [-]

BLOCKBUSTER name, design and related marks are trademarks of Blockbuster Inc. ©2010 Blockbuster Inc. All rights reserved.

AMG  Portions of Content Provided by All Movie Guide ®, a trademark of All Media Guide, LLC.©2010 All Media Guide, LLC.



# Find a Blockbuster Store Near You

## Start Your Search Here

Street Address or Intersection [ ]

City [San Francisco]

State [California ▼]

Or

Zip Code [ ]

[ **Find Stores** ]

» Find BLOCKBUSTER stores with Live Nation outlets

» Find a BLOCKBUSTER Outlet store (PDF)

**Finding Your Local Store**

- Please enter either your address or zip code to find stores nearest you

**Results: 29 Stores Found**

See Map of the Five Stores Nearest to You

Most franchise stores have due dates for BLOCKBUSTER Total Access in-store exchanges. Product kept beyond the due date may incur additional daily rates. See your local store for more information.

| Position | Store Number | Distance (miles) | Intersection | Address | Total Access | Hours | Phone Number | Preferred Store |
|---|---|---|---|---|---|---|---|---|
| 21 | 6058 | 19.14 | Hesperian/Winton | 24554 Hesperian Drive Hayward, CA 94545-2034 | Yes | Mon : 12:00PM - 10:00PM Tue : 10:00AM - 10:00PM Wed - Thu: 12:00PM - 10:00PM Fri - Sat: 10:00AM - Midnight Sun : 11:00AM - 10:00PM | (510) 732-6923 | [ Add ] |
| 22 | 6525 | 19.23 | El Camino/Ralston | 990 El Camino Real Belmont, CA 94002-2306 | Yes | Mon - Sun: 10:00AM - 11:00PM | (650) 596-9184 | [ Add ] |
| 23 | 90327 | 19.28 | Castro Vall/San Miquel | 3090 Castro Valley Blvd. Castro Valley, CA 94546-5510 | Yes | Mon : 11:00AM - Midnight Tue : 10:00AM - Midnight Wed - Thu: 11:00AM - Midnight Fri - Sat: 10:00AM - Midnight Sun : 11:00AM - Midnight | (510) 727-1845 | [ Add ] |
| 24 | 6479 | 21.66 | Alamo Pz/Danville Blvd | 180 C Alamo Plaza Alamo, CA 94507-1560 | Yes | Mon : 11:00AM - 09:00PM Tue : 10:00AM - 09:00PM Wed - Thu: 11:00AM - 09:00PM Fri - Sat: 10:00AM - 10:00PM Sun : 10:00AM - 09:00PM | (925) 743-9211 | [ Add ] |
| 25 | 6328 | 22.63 | El Camino/Jefferson | 1073 El Camino Real Redwood City, CA 94063-1689 | Yes | Mon - Sat: 10:00AM - Midnight Sun : 11:00AM - Midnight | (650) 361-8233 | [ Add ] |

1 ... < 2 | 3 | 4 | 5 | 6

## Quick Links

**Email Exclusives** [Enter Email Address] [ **Sign Up** ]

    

### FIND MOVIES

| | | | |
|---|---|---|---|
| Action Movies | Family Movies | Music Movies | Staff Picks |
| Adventure Movies | Fantasy Movies | Mystery Movies | Suspense Movies |
| Animation Movies | Fitness Movies | New Release Movies | Top 100 Movies |
| Award Winning Movies | Foreign Movies | Performing Arts Movies | War Movies |
| Comedy Movies | Horror Movies | Romance Movies | Western Movies |
| Documentary Movies | Independent Movies | Sci-Fi Movies | View All Categories |
| Drama Movies | Kids Movies | Special Interest Movies | Watch Trailers |

### BLOCKBUSTER CORPORATE

About Us
News and Public Relations
Careers
Business Opportunities
Investor Relations
Contact Us
Become an Affiliate

**ALL MOVIES** Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

**ALL ACTORS AND DIRECTORS** Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

Terms and Conditions | Privacy Policy | How BLOCKBUSTER Online Works | Movies | Movie Downloads | Help | Site Map | Mobile Site | Feedback [-]

BLOCKBUSTER name, design and related marks are trademarks of Blockbuster Inc. ©2010 Blockbuster Inc. All rights reserved.

 Portions of Content Provided by All Movie Guide ®, a trademark of All Media Guide, LLC. ©2010 All Media Guide, LLC.



RENT | BUY | ON DEMAND | GAMES | STORES | GIFTS

Movies, Actors, Directors | Search

Store Locator | In-store Programs ▸ | Games ▸ | Gift Cards | Membership | Careers ▸ | Deals

# Find a Blockbuster Store Near You

## Start Your Search Here

| | |
|---|---|
| Street Address or Intersection | |
| City | San Francisco |
| State | California |
| Or | |
| Zip Code | |

**Find Stores**

» Find BLOCKBUSTER stores with Live Nation outlets
» Find a BLOCKBUSTER Outlet store (PDF)

### Finding Your Local Store
- Please enter either your address or zip code to find stores nearest you.

**Results: 29 Stores Found**

See Map of the Five Stores Nearest to You

Most franchise stores have due dates for BLOCKBUSTER Total Access in-store exchanges. Product kept beyond the due date may incur additional daily rates. See your local store for more information.

| Position | Store Number | Distance (miles) | Intersection | Address | Total Access | Hours | Phone Number | Preferred Store |
|---|---|---|---|---|---|---|---|---|
| 26 | 6580 | 22.91 | Contra Costa/Greg | 2150 Contra Costa Blvd. Pleasant Hill, CA 94523-3742 | Yes | Mon - Thu: 10:00AM - 11:00PM Fri - Sat: 10:00AM - Midnight Sun : 11:00AM - 11:00PM | (925) 691-1771 | Add |
| 27 | 6513 | 22.95 | Arnold/Morello | 1150 Arnold Drive Martinez, CA 94553-6858 | Yes | Mon : 12:00PM - 09:00PM Tue : 10:00AM - 09:00PM Wed - Thu: 12:00PM - 09:00PM Fri - Sat: 11:00AM - 11:00PM Sun : 11:00AM - 09:00PM | (925) 335-9601 | Add |
| 28 | 6555 | 24.22 | Diablo/George | 975 Diablo Blvd. Novato, CA 94947-7322 | Yes | Mon - Thu: 10:00AM - 11:00PM Fri - Sat: 10:00AM - Midnight Sun : 11:00AM - 11:00PM | (415) 898-9092 | Add |
| 29 | 90394 | 24.57 | Crow Canyon/Camino | 3121-A Crow Canyon Place San Ramon, CA 94583-1361 | Yes | Mon - Thu: 10:00AM - 11:00PM Fri - Sat: 10:00AM - Midnight Sun : 10:00AM - 11:00PM | (925) 866-2081 | Add |

1 ... < 2 | 3 | 4 | 5 | 6

## Quick Links

**Email Exclusives** | Enter Email Address | **Sign Up**

   

**FIND MOVIES**

| | | | |
|---|---|---|---|
| Action Movies | Family Movies | Music Movies | Staff Picks |
| Adventure Movies | Fantasy Movies | Mystery Movies | Suspense Movies |
| Animation Movies | Fitness Movies | New Release Movies | Top 100 Movies |
| Award Winning Movies | Foreign Movies | Performing Arts Movies | War Movies |
| Comedy Movies | Horror Movies | Romance Movies | Western Movies |
| Documentary Movies | Independent Movies | Sci-Fi Movies | View All Categories |
| Drama Movies | Kids Movies | Special Interest Movies | Watch Trailers |

**BLOCKBUSTER CORPORATE**

About Us
News and Public Relations
Careers
Business Opportunities
Investor Relations
Contact Us
Become an Affiliate

**ALL MOVIES** Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

**ALL ACTORS AND DIRECTORS** Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

Terms and Conditions | Privacy Policy | How BLOCKBUSTER Online Works | Movies | Movie Downloads | Help | Site Map | Mobile Site | Feedback [+]

BLOCKBUSTER name, design and related marks are trademarks of Blockbuster Inc. ©2010 Blockbuster Inc. All rights reserved.

 Portions of Content Provided by All Movie Guide ®, a trademark of All Media Guide, LLC. ©2010 All Media Guide, LLC.

