# EXHIBIT 30

## Citigroup Inc.

1 Sansome St Ste 2490
San Francisco, CA 94104-4448 United States (Map)    Phone: 415-658-4400



http://www.citigroup.com

**LINE OF BUSINESS**

FOREIGN TRADE/INTERNATIONAL BANK

**KEY INFORMATION**

| | |
|---|---|
| **D-U-N-S Number** | 038124574 |
| | Buy a D&B credit report. |
| **Doing Business As** | "Citibank" |
| **Company Type** | Public<br>Branch |
| **Ultimate Parent** | Citigroup Inc. (NYSE: C) |
| **Ultimate Parent D-U-N-S** | 197329691 |
| **Year Of Founding or Change In Control** | 1988 |

**KEY NUMBERS**

| | |
|---|---|
| **Fiscal Year-End** | December |
| **Employees At This Location** | 10 |

**KEY PERSON**

| | | |
|---|---|---|
| **Manager** | Alex Wan | Network | E-mail |

**PEOPLE PROFILES PROVIDED BY CITIGROUP INC. EMPLOYEES**

There are currently no people listed with this company. Be the first:

Add yourself to this company record

**CONNECTMAIL CONTACTS POWERED BY JIGSAW**

| By Department | By Title |
|---|---|
| Sales - 23 | C-Level - 4 |
| Marketing - 2 | VP-Level - 15 |
| Finance & Administration - 19 | Director-Level - 4 |
| Human Resources - 1 | Manager-Level - 14 |
| Support - 1 | Staff - 29 |
| Engineering & Research - 6 | |
| Operations - 1 | |
| IT & IS - 2 | |
| Other - 11 | |

**LINKEDIN CONNECTIONS**

**1 connection** works at
**Citigroup Inc.**

- **John Cavalone**

See this connection »

Get the most out of your professional network. Reach the people you need faster on LinkedIn. Take a look

**INDUSTRY INFORMATION**

**First Research Industry Profiles**

Finance and Insurance Sector **(primary)**

**Hoover's Industries**

Banking **(primary)**

**Primary SIC Code**

6082: Foreign trade & international banks

**Primary NAICS Code**
522293: International Trade Financing

### Navigate The Site
- **Companies**
- **People**
- **Industries**
- **Expert Advice**
- **About My Subscription**
- **IPO Central**

- **Build A List**
- **Hoover's Books**
- **Help**
- **Training**
- **Feedback**

### Learn About Hoover's
- **About Hoover's**
- **Affiliate Program**
- **Advertise With Us**
- **Careers**
- **Contact A Sales Representative**

### Hoover's Network Sites
- **Hoover's Business Insight Zone**
- **Bizmology**
- **Small Business Resources From All Business**
- **Industry Intelligence From First Research**

**Copyright** © 2009, Hoover's, Inc., All Rights Reserved. **Legal Terms** | **Privacy Policy**