# Locations Hours and Details
## Search Results

San Francisco, California, United States



Search for New Location

| No. | Distance | Location Name | Location Type | Additional Services |
|---|---|---|---|---|
| 1 | 0.55 Miles | San Francisco-Cathedral Hill<br>1399 Post St<br>San Francisco, CA, United States<br>94109 | citibank | • Drive It<br>• Hours and Details |
| 2 | 0.92 Miles | San Francisco-Van Ness<br>1801 Van Ness Ave<br>San Francisco, CA, United States<br>94109 | citibank | • Drive It<br>• Hours and Details |
| 3 | 1.12 Miles | San Francisco-Post<br>99 Post St<br>San Francisco, CA, United States<br>94104 | citibank | • Drive It<br>• Hours and Details |
| 4 | 1.22 Miles | Market St<br>590 Market St<br>San Francisco, CA, United States<br>94104 | citibank | • Drive It<br>• Hours and Details |
| 5 | 1.31 Miles | Chinatown<br>845 Grant Ave<br>San Francisco, CA, United States<br>94108 | citibank | • Drive It<br>• Hours and Details |
| 6 | 1.35 Miles | Potrero Hill<br>350 Rhode Island Street, Suite 140<br>San Francisco, CA, United States<br>94103 | citibank | • Drive It<br>• Hours and Details |
| 7 | 1.37 | International Banking Center | | • Drive It |

| | | | | |
|---|---|---|---|---|
| | Miles | 451 Montgomery St<br>San Francisco, CA, United States<br>94104 | citibank | • Hours and Details |
| 8 | 1.39 Miles | San Francisco-Chinatown<br>1000 Grant Ave<br>San Francisco, CA, United States<br>94133 | citibank | • Drive It<br>• Hours and Details |
| 9 | 1.46 Miles | San Francisco-Castro<br>444 Castro St<br>San Francisco, CA, United States<br>94114 | citibank | • Drive It<br>• Hours and Details |
| 10 | 1.48 Miles | California St<br>260 California St<br>San Francisco, CA, United States<br>94111 | citibank | • Drive It<br>• Hours and Details |

Search for New Location          Next Results >

Legend

● Citibank Branches / ATMs          ● Other Surcharge Free ATMs for Citibank Customers

Featuring Microsoft MapPoint Technology. Terms of Use, Privacy Statement.

Copyright © 2009 Citigroup Inc.

# Locations Hours and Details
## Search Results

San Francisco, California, United States



Search for New Location

| No. | Distance | Location Name | Location Type | Additional Services |
|---|---|---|---|---|
| 11 | 1.54 Miles | North Beach<br>580 Green St<br>San Francisco, CA, United States<br>94133 | citibank | • Drive It<br>• Hours and Details |
| 12 | 1.59 Miles | PG & E Plaza<br>245 Market St<br>San Francisco, CA, United States<br>94105 | citibank | • Drive It<br>• Hours and Details |
| 13 | 1.81 Miles | San Francisco-Marina<br>2198 Chestnut St<br>San Francisco, CA, United States<br>94123 | citibank | • Drive It<br>• Hours and Details |
| 14 | 2.58 Miles | San Francisco-Richmond<br>4455 Geary Blvd<br>San Francisco, CA, United States<br>94118 | citibank | • Drive It<br>• Hours and Details |
| 15 | 2.69 Miles | San Francisco-Sunset / Irving<br>701 Irving St<br>San Francisco, CA, United States<br>94122 | citibank | • Drive It<br>• Hours and Details |
| 16 | 3.25 Miles | San Francisco-Glen Park<br>2895 Diamond St<br>San Francisco, CA, United States<br>94131 | citibank | • Drive It<br>• Hours and Details |
| 17 | 3.43 | 21st & Irving | | • Drive It |

| | | | | |
|---|---|---|---|---|
| | Miles | 2000 Irving St<br>San Francisco, CA, United States<br>94122 | citibank | • Hours and Details |
| 18 | 3.55 Miles | San Francisco-Outer Richmond<br>6100 Geary Blvd<br>San Francisco, CA, United States<br>94121 | citibank | • Drive It<br>• Hours and Details |
| 19 | 3.79 Miles | West Portal<br>130 W. Portal<br>San Francisco, CA, United States<br>94127 | citibank | • Drive It<br>• Hours and Details |
| 20 | 3.90 Miles | Excelsior<br>4638 Mission St<br>San Francisco, CA, United States<br>94112 | citibank | • Drive It<br>• Hours and Details |

‹ Previous Results         Search for New Location         Next Results ›

Legend

● Citibank Branches / ATMs          ● Other Surcharge Free ATMs for Citibank Customers

Featuring Microsoft MapPoint Technology. Terms of Use, Privacy Statement.
Copyright © 2009 Citigroup Inc.

# Locations Hours and Details
## Search Results

San Francisco, California, United States



Search for New Location

| No. | Distance | Location Name | Location Type | Additional Services |
|---|---|---|---|---|
| 21 | 3.93 Miles | San Francisco-Sunset / Noriega<br>1900 Noriega St<br>San Francisco, CA, United States<br>94122 | citibank | • Drive It<br>• Hours and Details |
| 22 | 3.94 Miles | 19th & Taraval<br>2400 19th Ave<br>San Francisco, CA, United States<br>94116 | citibank | • Drive It<br>• Hours and Details |
| 23 | 4.36 Miles | San Francisco-Lakeside<br>2499 Ocean Ave<br>San Francisco, CA, United States<br>94127 | citibank | • Drive It<br>• Hours and Details |
| 24 | 4.54 Miles | San Francisco-Stonestown<br>3146 20th Ave<br>San Francisco, CA, United States<br>94132 | citibank | • Drive It<br>• Hours and Details |
| 25 | 6.81 Miles | Daly City-Westlake<br>950 John Daly Blvd<br>Daly City, CA, United States<br>94015 | citibank | • Drive It<br>• Hours and Details |
| 26 | 7.84 Miles | Alameda<br>1526 Webster St<br>Alameda, CA, United States<br>94501 | citibank | • Drive It<br>• Hours and Details |
| 27 | 8.13 Miles | Business Banking Center<br>400 Oyster Point Blvd, Suite 106<br>South San Francisco, CA, | citibank | • Drive It<br>• Hours and Details |

| | | | | |
|---|---|---|---|---|
| | | United States 94080 | | |
| 28 | 8.19 Miles | **Oakland-Chinatown** 801 Franklin St Oakland, CA, United States 94607 | citibank | • Drive It • Hours and Details |
| 29 | 8.30 Miles | **Oakland-Downtown** 1325 Broadway Oakland, CA, United States 94612 | citibank | • Drive It • Hours and Details |
| 30 | 8.38 Miles | **Daly City-Serramonte** 495 Hickey Blvd Daly City, CA, United States 94015 | citibank | • Drive It • Hours and Details |

‹ Previous Results    Search for New Location    Next Results ›

Legend

● Citibank Branches / ATMs              ● Other Surcharge Free ATMs for Citibank Customers

Featuring Microsoft MapPoint Technology. Terms of Use, Privacy Statement.

Copyright © 2009 Citigroup Inc.