# EXHIBIT 32

You searched for **frito lay**

## Company Search Results
1 - 49 of **49**

| COMPANY NAME | LOCATION | SALES ($ MIL) | LOCATION TYPE | CONTACT |
|---|---|---|---|---|
| Frito- Lay, Inc<br>D-U-N-S#792518508<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | El Toro, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc.<br>D-U-N-S#153762026<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Ventura, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc.<br>D-U-N-S#126061381<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Brisbane, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc<br>D-U-N-S#945623536<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Victorville, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc.<br>D-U-N-S#134570555<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Concord, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc<br>D-U-N-S#126673292<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | West Sacramento, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc<br>D-U-N-S#034313747<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | City Of Industry, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc<br>D-U-N-S#622677342<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Pleasanton, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc<br>D-U-N-S#947619243<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Fortuna, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc.<br>D-U-N-S#105921105<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Fort Bragg, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc.<br>D-U-N-S#945619682<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Ridgecrest, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc.<br>D-U-N-S#947642120<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Merced, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc.<br>D-U-N-S#183855444<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Vista, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc<br>D-U-N-S#860040534<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Visalia, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc<br>D-U-N-S#611187519<br>dba: Frito- **Lay**<br>Record Depth: ●●○ | Rancho Cucamonga, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc<br>D-U-N-S#617646369 | Watsonville, CA, United States | -- | Branch | Network |

| | | | | |
|---|---|---|---|---|
| dba: Frito- **Lay** Record Depth: ⬤⬤○ | | | | |
| Frito- Lay, Inc D-U-N-S#960048890 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Bakersfield, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc D-U-N-S#185569696 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Salinas, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc D-U-N-S#123168986 dba: Frito- **Lay** Record Depth: ⬤⬤○ | San Jose, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc D-U-N-S#125081443 dba: Frito- **Lay** Record Depth: ⬤⬤○ | North Palm Springs, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc. D-U-N-S#931087258 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Lakeport, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc D-U-N-S#969170208 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Redding, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc D-U-N-S#002068406 dba: Frito- **Lay** Record Depth: ⬤⬤○ | San Rafael, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc D-U-N-S#932501299 dba: Frito- **Lay** Record Depth: ⬤⬤○ | El Segundo, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc. D-U-N-S#611469172 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Modesto, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc. D-U-N-S#113894385 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Sylmar, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc D-U-N-S#197715360 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Newark, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc D-U-N-S#618345375 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Auburn, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc D-U-N-S#155927841 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Alameda, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc D-U-N-S#859790834 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Angels Camp, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc. D-U-N-S#959973009 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Foothill Ranch, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc D-U-N-S#199091224 dba: Frito- **Lay** Record Depth: ⬤⬤○ | Bloomington, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc. D-U-N-S#166728415 | San Diego, CA, United States | -- | Branch | Network |

| | | | | |
|---|---|---|---|---|
| dba: Frito- **Lay** <br> Record Depth: ●●○ | | | | |
| Frito- Lay, Inc. <br> D-U-N-S#111726159 <br> dba: Frito- **Lay** <br> Record Depth: ●●○ | Lancaster, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc <br> D-U-N-S#860153436 <br> dba: Frito- **Lay** <br> Record Depth: ●●○ | Nipomo, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc. <br> D-U-N-S#183854405 <br> dba: Frito- **Lay** <br> Record Depth: ●●○ | Fairfield, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc. <br> D-U-N-S#140017612 <br> dba: Frito- **Lay**, Warehouse <br> Record Depth: ●●○ | Durham, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc <br> D-U-N-S#127624989 <br> dba: Frito- **Lay** <br> Record Depth: ●●○ | Bakersfield, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc <br> D-U-N-S#093086767 <br> dba: Frito- **Lay** <br> Record Depth: ●●○ | Fresno, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc <br> D-U-N-S#062885137 <br> dba: Frito- **Lay** <br> Record Depth: ●●○ | Manteca, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc. <br> D-U-N-S#051986503 <br> dba: Frito- **Lay** <br> Record Depth: ●●○ | Rancho Cucamonga, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc <br> D-U-N-S#038450560 <br> dba: Frito- **Lay** <br> Record Depth: ●●○ | Torrance, CA, United States | -- | Branch | Network |
| Frito- Lay, Inc <br> D-U-N-S#806486507 <br> dba: Frito- **Lay** <br> Record Depth: ●●○ | Pollock Pines, CA, United States | -- | Branch | Network |
| Frito Lay Inc <br> D-U-N-S#022166453 <br> Record Depth: ●●○ | Yuba City, CA, United States | -- | Single Location | Network |
| Frito Lay 49859 <br> D-U-N-S#555604912 <br> Record Depth: ●●○ | Winchester, CA, United States | -- | Single Location | Network |
| Frito Lay Inc <br> D-U-N-S#790175405 <br> Record Depth: ●●○ | Yreka, CA, United States | 0.1 | Single Location | Network |
| Frito Lay Inc <br> D-U-N-S#788881212 <br> Record Depth: ●●○ | Truckee, CA, United States | 0.2 | Single Location | Network |
| Felbro <br> D-U-N-S#008239477 <br> Overview: ... Marine , and **Frito**- **Lay** . Felbro was... <br> Record Depth: ●●● | Los Angeles, CA, United States | 20.9 | Single Location | Network |
| Landor Associates <br> D-U-N-S#074635079-104693 <br> Record Depth: ●●● | San Francisco, CA, United States | -- | Single Location | Network |

Page 1 of **1**

Copyright © 2009, Hoover's, Inc., All Rights Reserved. Legal Terms | Privacy Policy