# JCPenney
*Every Day Matters*

 join us on facebook    track order | customer service

find a store ▸ | store ads ▸ | store services ▸ | gifts + registry ▸ | sign up for offers ✉    [search]

women | home store | men | teens | kids | baby | shoes | jewelry | clearance

AMERICAN LIVING | SEPHORA | ST. JOHN'S BAY    jcp shopping bag    0 items    $0.00

## store locations



Your search returned the following JCPenney, Catalog Outlet store, or Catalog Merchant locations. To zoom in on a particular location, click the store's number in the map or the listing below. To get driving directions, click on the 'Directions' link next to the desired store within this listing.

[more locations] [new search]

| # | Store Address | Hours | Phone | Distance | Directions |
|---|---|---|---|---|---|
| 1 | JCPenney<br>Tanforan S/C<br>1122 El Camino Real<br>San Bruno, CA 94066 | Mon-Sat 10:00-9:00<br>Sun 10:30-7:00 | 650-873-4100 | 9.9 miles | Driving Directions |
| 2 | JCPenney<br>Hilltop Mall<br>1000 Hilltop Mall<br>Richmond, CA 94806 | Mon-Fri 10:00-9:00<br>Sat 10:00-8:00<br>Sun 11:00-6:00 | 510-222-4411 | 14.9 miles | Driving Directions |
| 3 | JCPenney<br>Southland Mall<br>340 Southland Mall<br>Hayward, CA 94545 | Mon-Sat 10:00-9:00<br>Sun 11:00-7:00 | 510-783-0300 | 19.4 miles | Driving Directions |
| 4 | JCPenney<br>Sun Valley Mall<br>484 Sun Valley Mall<br>Concord, CA 94520 | Mon-Sat 10:00-9:00<br>Sun 11:00-7:00 | 925-687-6000 | 23.5 miles | Driving Directions |
| 5 | JCPenney Home Furnishings Store<br>685 Contra Costa Blvd<br>Pleasant Hill, CA 94523 | Mon-Sat 10:00-9:00<br>Sun 11:00-7:00 | 925-798-8006 | 23.6 miles | Driving Directions |

home | other products & services | store locator | gift cards | catalogs | para ayuda | credit card | about us | contact us | copyright privacy

Featuring Microsoft MapPoint Technology. Terms of Use. Privacy Statement.