# EXHIBIT 34

# Jpmorgan Chase & Co

50 California St Ste 2940
San Francisco, CA 94111-4779 United States (Map)

Phone: 510-594-8929

http://www.jpmorganchase.com

## LINE OF BUSINESS
INVESTMENT MGMT

## KEY INFORMATION

| | |
|---|---|
| **D-U-N-S Number** | 175102016 |
| | Buy a D&B credit report. |
| **Company Type** | Public |
| | Branch |
| **Ultimate Parent** | JPMorgan Chase & Co. (NYSE: JPM) |
| **Ultimate Parent D-U-N-S** | 047675947 |
| **Year Of Founding or Change In Control** | 1824 |

## KEY NUMBERS

| | |
|---|---|
| **Fiscal Year-End** | December |
| **Employees At This Location** | 25 |

## KEY PERSON

| | | |
|---|---|---|
| **Branch Manager** | Shahan Soghikian | Network \| E-mail |

## PEOPLE PROFILES PROVIDED BY JPMORGAN CHASE & CO EMPLOYEES

There are currently no people listed with this company. Be the first:

- Add yourself to this company record

## LINKEDIN CONNECTIONS

**3 connections** work at
**Jpmorgan Chase & Co**

- **Lisa Gluck**
- **Vaughan Turner**
- **Robert Spinelli**

See all 3 connections »

Get the most out of your professional network. Reach the people you need faster on LinkedIn. Take a look

## INDUSTRY INFORMATION

First Research Industry Profiles

### Hoover's Industries
Investment Funds **(primary)**

### Primary SIC Code
6722: Management investment, open-end

### Primary NAICS Code
525910: Open-End Investment Funds

| Navigate The Site | | Learn About Hoover's | Hoover's Network Sites |
|---|---|---|---|
| Companies | Build A List | About Hoover's | Hoover's Business Insight Zone |
| People | Hoover's Books | Affiliate Program | Bizmology |
| Industries | Help | Advertise With Us | Small Business Resources From All Business |
| Expert Advice | Training | Careers | Industry Intelligence From First Research |
| About My Subscription | Feedback | Contact A Sales Representative | |
| IPO Central | | | |

Copyright © 2009, Hoover's, Inc., All Rights Reserved. Legal Terms | Privacy Policy