Here's a list of Chase branches near you. For more information, click any number we've displayed on the map, or refer to the table below.

Use the magnifying glass icons to zoom each branch's country, state, city or street. You can also shift the map north, south, east or west using the arrow keys.

Click "New Search" to look for Chase branches near a different location.

Print this page

**Center of San Francisco, CA**

**Now showing results 1 - 5 of 30**

1 - 2 - 3 - 4 - 5 - 6 | Next >

| Branch Address/Phone | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | Type | Distance[1] |
|---|---|---|---|---|---|---|---|---|---|
| 1 CHASE Market and Hyde 1201 Market St San Francisco, CA 94103 (415) 241-8700 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | Freestanding | 0.55 miles |
| 2 CHASE Potrero 2300 16th St, Ste 290 San Francisco, CA 94103 (415) 703-0443 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 0.68 miles |
| 3 CHASE Market and 15th 2112 15th St San Francisco, CA 94114 (415) 355-9340 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | Freestanding | 0.7 miles |
| 4 CHASE Polk 1500 Polk St San Francisco, CA 94109 (415) 749-6535 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | Freestanding | 1.32 miles |

| 5 | CHASE | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | Freestanding | 1.41 miles |
|---|---|---|---|---|---|---|---|---|---|---|
| | Market and Kearny<br>700 Market St<br>San Francisco,<br>CA 94102<br>(415) 274-3500<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | closed | closed | | |

**Now showing results 1 - 5 of 30**

**1** - 2 - 3 - 4 - 5 - 6 | Next >

New Search  Help

All rights reserved. Use subject to License/Copyright.

[1]Distance is calculated from the address you entered. Our calculations may not represent the actual driving distance.

Here's a list of Chase branches near you. For more information, click any number we've displayed on the map, or refer to the table below.

Use the magnifying glass icons to zoom each branch's country, state, city or street. You can also shift the map north, south, east or west using the arrow keys.

Click "New Search" to look for Chase branches near a different location.

Print this page

 **Center of San Francisco, CA**

**Now showing results 6 - 10 of 30**

< Previous | 1 - 2 - 3 - 4 - 5 - 6 | Next >

| Branch Address/Phone | Lobby Hours | | | | | | | Type | Distance[1] |
|---|---|---|---|---|---|---|---|---|---|
| | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | | |
| 6 CHASE<br>Fulton St and Central<br>1720 Fulton St<br>San Francisco, CA 94117<br>(415) 409-4820<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 1.46 miles |
| 7 CHASE<br>Mission St<br>2900 Mission St<br>San Francisco, CA 94110<br>(415) 824-3313<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | Freestanding | 1.47 miles |
| 8 CHASE<br>Noe Valley<br>3998 24th St<br>San Francisco, CA 94114<br>(415) 285-3040<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | Freestanding | 1.51 miles |
| 9 CHASE<br>Mission Bay King St<br>255 King St, Ste D, E & F<br>San Francisco, CA 94107 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 1.51 miles |

(415) 348-1002
Directions

| | | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | CHASE<br>California St<br>401 California St<br>San Francisco, CA 94104<br>(415) 788-1037<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | closed | closed | Freestanding | 1.78 miles |

**Now showing results 6 - 10 of 30**

< Previous | 1 - 2 - 3 - 4 - 5 - 6 | Next >

New Search   Help

All rights reserved. Use subject to License/Copyright.

[1]Distance is calculated from the address you entered. Our calculations may not represent the actual driving distance.

Here's a list of Chase branches near you. For more information, click any number we've displayed on the map, or refer to the table below.

Use the magnifying glass icons to zoom each branch's country, state, city or street. You can also shift the map north, south, east or west using the arrow keys.

Click "New Search" to look for Chase branches near a different location.

Print this page

Center of San Francisco, CA

**Now showing results 11 - 15 of 30** < Previous | 1 - 2 - 3 - 4 - 5 - 6 | Next >

| | Branch Address/Phone | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | Type | Distance[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | CHASE<br>Pine St and Front<br>100 Pine St<br>San Francisco, CA 94111<br>(415) 984-0472<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | closed | closed | Freestanding | 1.84 miles |
| 12 | CHASE<br>Chinatown San Francisco<br>1040 Grant Ave<br>San Francisco, CA 94133<br>(415) 421-5421<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | Freestanding | 1.87 miles |
| 13 | CHASE<br>Embarcadero<br>2 Embarcadero Ctr, St Level<br>San Francisco, CA 94111<br>(415) 984-0960<br>Directions | 8:00-6:00 | 8:00-6:00 | 8:00-6:00 | 8:00-6:00 | 8:00-6:00 | closed | closed | In-line | 1.97 miles |
| 14 | CHASE<br>Lombard<br>2750 Van Ness Ave<br>San Francisco, CA 94109 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | Freestanding | 2.07 miles |

(415) 474-5052
Directions

| | | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | CHASE<br>Chestnut St<br>2166 Chestnut St<br>San Francisco,<br>CA 94123<br>(415) 931-3393<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 2.25 miles |

**Now showing results 11 - 15 of 30**

< Previous | 1 - 2 - 3 - 4 - 5 - 6 | Next >

New Search Help

All rights reserved. Use subject to License/Copyright.

[1]Distance is calculated from the address you entered. Our calculations may not represent the actual driving distance.

Here's a list of Chase branches near you. For more information, click any number we've displayed on the map, or refer to the table below.

Use the magnifying glass icons to zoom each branch's country, state, city or street. You can also shift the map north, south, east or west using the arrow keys.

Click "New Search" to look for Chase branches near a different location.

Print this page

 **Center of San Francisco, CA**

**Now showing results 16 - 20 of 30** < Previous | 1 - 2 - 3 - 4 - 5 - 6 | Next >

| Branch Address/Phone | Lobby Hours | | | | | | | Type | Distance[1] |
|---|---|---|---|---|---|---|---|---|---|
| | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | | |
| 16 CHASE Northpoint 360 Bay St San Francisco, CA 94133 (415) 477-9028 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 2.4 miles |
| 17 CHASE Clement St 301 Clement St San Francisco, CA 94118 (415) 386-8988 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 2.46 miles |
| 18 CHASE Geary 5655 Geary Blvd San Francisco, CA 94121 (415) 750-5273 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | Freestanding | 3.35 miles |
| 19 CHASE Noriega and 19th 1811 19th Ave San Francisco, CA 94122 (415) 759-4240 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | Freestanding | 3.35 miles |
| CHASE | | | | | | | | Freestanding | 3.39 miles |



Now showing results 16 - 20 of 30

< Previous | 1 - 2 - 3 - 4 - 5 - 6 | Next >

New Search Help

All rights reserved. Use subject to License/Copyright.

[1]Distance is calculated from the address you entered. Our calculations may not represent the actual driving distance.

Here's a list of Chase branches near you. For more information, click any number we've displayed on the map, or refer to the table below.

Use the magnifying glass icons to zoom each branch's country, state, city or street. You can also shift the map north, south, east or west using the arrow keys.

Click "New Search" to look for Chase branches near a different location.

Print this page

**Center of San Francisco, CA**

**Now showing results 21 - 25 of 30**

< Previous | 1 - 2 - 3 - 4 - 5 - 6 | Next >

| Branch Address/Phone | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | Type | Distance[1] |
|---|---|---|---|---|---|---|---|---|---|
| 21 CHASE Excelsior 4669 Mission St San Francisco, CA 94112 (415) 585-5054 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 3.43 miles |
| 22 CHASE Irving and 24th 2323 Irving St San Francisco, CA 94122 (415) 759-2070 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 3.52 miles |
| 23 CHASE Taraval St and 19th 926 Taraval St San Francisco, CA 94116 (415) 753-3711 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | Freestanding | 3.67 miles |
| 24 CHASE Southgate 5 Southgate Ave Daly City, CA 94015 (650) 301-1700 Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 6.07 miles |

| | Mon | Tues | Wed | Thurs | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| 25 CHASE<br>Junipero Serra<br>2800 Junipero Serra Blvd<br>Daly City, CA 94015<br>(650) 991-9122<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed |

**Now showing results 21 - 25 of 30**

< Previous | 1 - 2 - 3 - 4 - 5 - 6 | Next >

New Search | Help

All rights reserved. Use subject to License/Copyright.

[1]Distance is calculated from the address you entered. Our calculations may not represent the actual driving distance.

Here's a list of Chase branches near you. For more information, click any number we've displayed on the map, or refer to the table below.

Use the magnifying glass icons to zoom each branch's country, state, city or street. You can also shift the map north, south, east or west using the arrow keys.

Click "New Search" to look for Chase branches near a different location.

Print this page

**Center of San Francisco, CA**

**Now showing results 26 - 30 of 30**

< Previous | 1 - 2 - 3 - 4 - 5 - 6

| | Branch Address/Phone | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | Type | Distance[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | CHASE<br>Tiburon<br>1535 Tiburon Blvd<br>Tiburon, CA 94920<br>(415) 435-5051<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | Freestanding | 7.35 miles |
| 27 | CHASE<br>South San Francisco<br>101 Mclellan Dr, Ste 1034<br>South San Francisco, CA 94080<br>(650) 615-0300<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 7.54 miles |
| 28 | CHASE<br>Gellert Blvd<br>326 Gellert Blvd<br>Daly City, CA 94015<br>(650) 994-2903<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 7.66 miles |
| 29 | CHASE<br>Emeryville<br>5747 Christie Ave<br>Emeryville, CA 94608<br>(510) 547-9750 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 8.16 miles |

Directions

| | | Mon | Tues | Wed | Thurs | Fri | Sat | Sun | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | CHASE<br>Marina Village<br>951 Marina Village Pkwy, Ste A<br>Alameda, CA 94501<br>(510) 521-9080<br>Directions | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-6:00 | 9:00-4:00 | closed | In-line | 8.19 miles |

**Now showing results 26 - 30 of 30**

< Previous | 1 - 2 - 3 - 4 - 5 - 6

New Search  Help

All rights reserved. Use subject to License/Copyright.

[1]Distance is calculated from the address you entered. Our calculations may not represent the actual driving distance.