




# Find a Store

**Store Results**

Zoom Out

Zoom In

We ship via UPS

Pick up time is 4:30PM or later. (Contact your local store for specific time)

**Need Help?**

- Email Assistance
- FAQs

**Search Results**

To locate additional stores, click search.

**Legend**

Look for these icons next to participating locations

Expanded Furniture Showroom    Tech Depot Services

| Map | Address | Phone | Hours | Distance |
|---|---|---|---|---|
| 1 | 33 THIRD STREET<br>CORNER OF 3RD ST. & MARKET ST<br>Store# 2217<br>SAN FRANCISCO, CA 94103 | (415) 777-1728 | Mon 08:00-07:00<br>Tue 08:00-07:00<br>Wed 08:00-07:00<br>Thu 08:00-07:00<br>Fri 08:00-07:00<br>Sat 10:00-05:00<br>Sun 00:00-00:00 | 1.08 miles<br>Choose this Store |
| 2 | 2300 16TH STREET<br>POTRERO CENTER<br>Store# 946<br>SAN FRANCISCO, CA 94103 | (415) 252-8280 | Mon 08:00-08:00<br>Tue 08:00-08:00<br>Wed 08:00-08:00<br>Thu 08:00-08:00<br>Fri 08:00-08:00<br>Sat 09:00-07:00<br>Sun 10:00-06:00 | 1.1 miles<br>Choose this Store |
| 3 | 2675 GEARY BLVD., #100<br>THE CITY SHOPPING CENTER<br>Store# 898<br>SAN FRANCISCO, CA 94118 | (415) 441-3044 | Mon 08:00-09:00<br>Tue 08:00-09:00<br>Wed 08:00-09:00<br>Thu 08:00-09:00<br>Fri 08:00-09:00<br>Sat 10:00-07:00<br>Sun 10:00-06:00 | 1.49 miles<br>Choose this Store |
| 4 | 307 GELLERT BLVD.<br>SERRAMONTE & GELLERT BLVD.<br>Store# 933<br>DALY CITY, CA 94015 | (650) 755-2624 | Mon 08:00-09:00<br>Tue 08:00-09:00<br>Wed 08:00-09:00<br>Thu 08:00-09:00<br>Fri 08:00-09:00<br>Sat 09:00-09:00<br>Sun 10:00-07:00 | 8.08 miles<br>Choose this Store |
| 5 | 3535 HOLLIS STREET<br>EAST BAY BRIDGE SHOPPING CENTER<br>Store# 2299<br>EMERYVILLE, CA 94608 | (510) 547-9660 | Mon 08:00-09:00<br>Tue 08:00-09:00<br>Wed 08:00-09:00<br>Thu 08:00-09:00<br>Fri 08:00-09:00<br>Sat 10:00-08:00 | 8.12 miles<br>Choose this Store |

| # | Address | Phone | Hours | Distance | |
|---|---------|-------|-------|----------|--|
| 6 | 1025 GILMAN STREET<br>GILMAN & 10TH<br>Store# 926<br>BERKELEY, CA 94710 | (510) 525-0176 | Mon 08:00-09:00<br>Tue 08:00-09:00<br>Wed 08:00-09:00<br>Thu 08:00-09:00<br>Fri 08:00-09:00<br>Sat 09:00-07:00<br>Sun 10:00-07:00 | 9.67 miles | Choose this Store |
| 7 | 3010 EAST 9TH STREET<br>I-880 & FRUITVALE AVE.<br>Store# 961<br>OAKLAND, CA 94601 | (510) 534-2355 | Mon 08:00-09:00<br>Tue 08:00-09:00<br>Wed 08:00-09:00<br>Thu 08:00-09:00<br>Fri 08:00-09:00<br>Sat 10:00-07:00<br>Sun 10:00-06:00 | 10.38 miles | Choose this Store |
| 8 | 959 EL CAMINO REAL<br>MILLBRAE SHOPPING CENTER<br>Store# 979<br>MILLBRAE, CA 94030 | (650) 652-6700 | Mon 08:00-09:00<br>Tue 08:00-09:00<br>Wed 08:00-09:00<br>Thu 08:00-09:00<br>Fri 08:00-09:00<br>Sat 10:00-07:00<br>Sun 10:00-07:00 | 12.05 miles | Choose this Store |
| 9 | 869 FRANCISCO BLVD, WEST<br>FRANCISCO & ANDERSON<br>Store# 829<br>SAN RAFAEL, CA 94901 | (415) 721-0507 | Mon 08:00-09:00<br>Tue 08:00-09:00<br>Wed 08:00-09:00<br>Thu 08:00-09:00<br>Fri 08:00-09:00<br>Sat 10:00-07:00<br>Sun 10:00-06:00 | 13.5 miles | Choose this Store |
| 10 | 1933 DAVIS ST SUITE #105<br>I-880 & DAVIS<br>Store# 860<br>SAN LEANDRO, CA 94577 | (510) 633-2582 | Mon 08:00-09:00<br>Tue 08:00-09:00<br>Wed 08:00-09:00<br>Thu 08:00-09:00<br>Fri 08:00-09:00<br>Sat 10:00-07:00<br>Sun 10:00-06:00 | 13.72 miles | Choose this Store |

Find Another Store

Mapping Locator Powered by Where2getit.
Copyright © 2010. All Rights Reserved.

## Gift Cards
Gift cards have no expiration dates and can be shipped free.
Buy a Gift Card

## Credit Cards
Special financing options available everyday.
Learn More

## Worklife Rewards™
10% Back on Ink, Toner, Paper, and Copy & Print PLUS 1% on almost everything else (Excludes HP Ink & Toner)
Join Today

## Smart Email Deals
Receive exclusive discounts and offers
Sign-up Now!

## Mobile Alerts
Receive offers on your phone. Text the word "offer" to Depot (33768).
Text "stop" to quit and "help" for more info.
Standard message rates apply.

### Site Info
Site Map
Top Categories
International
Office Depot en Español
Terms of Use
Privacy Policy

### Company Info
Store Locator
Company Overview
About Office Depot®
Career Opportunities
Affiliate Program
Government Programs
Diversity
Community Involvement
Women in Business
Environmental Programs
Media Relations
Investor Relations
Office Depot Racing
Office Depot Foundation
Strange Little Office Beings

### Customer Service
Customer Service
Customer Survey
Refunds and Exchanges
Contact Us
Order Tracking
Delivery Info
Re-order
Order by item#
My Account
Request a Catalog
Gift & Rewards Cards
Website Feedback
Recall Notices

### Specials
Worklife Rewards™
Mail-In Savings Center
Weekly Ad
5% Back to Schools Program
Star Teacher
Survival of the Smartest
Apply for Credit Card

### Products
Tech Depot
Ink Depot
Furniture Depot
Copy & Print Depot
Christopher Lowell
Ativa™
Foray™
Products A-Z
Your Greener Office
Office Products
Office Supplies
Office Furniture
Technology
Write a Product Review

Copyright © 2010 by Office Depot, Inc. All rights reserved. Prices shown are in U.S. Dollars. Please login for country specific pricing. Prices are subject to change based on your order and delivery location(s) and the applicable retail store location. All orders are subject to the Terms of Use.
The Tony Stewart®, Stewart-Haas Racing™ and #14™ are trademarks of Stewart-Haas Racing and are used under license.