

## 10 Nearest Locations

to the center of ZIP code **94102**

| # | Address | Distance | Hours | |
|---|---|---|---|---|
| 1 | 2853 MISSION ST<br>SAN FRANCISCO, CA 94110<br>415-282-2522 | 2.25 miles | M-F 10 a.m. - 7 p.m.<br>Sa 9 a.m. - 6 p.m.<br>Su Closed | Map & Directions |
| 2 | 3400 INTERNATIONAL BLVD<br>OAKLAND, CA 94601<br>510-532-0210 | 10.98 miles | M-F 10 a.m. - 7 p.m.<br>Sa 9 a.m. - 6 p.m.<br>Su Closed | Map & Directions |
| 3 | 4200 BROADWAY<br>OAKLAND, CA 94611<br>510-653-0198 | 11.25 miles | M-F 10 a.m. - 7 p.m.<br>Sa 9 a.m. - 6 p.m.<br>Su Closed | Map & Directions |
| 4 | 301 SAN PABLO TOWNE CTR<br>SAN PABLO, CA 94806<br>510-236-8770 | 14.03 miles | M-F 10 a.m. - 7 p.m.<br>Sa 9 a.m. - 6 p.m.<br>Su Closed | Map & Directions |
| 5 | 26905 MISSION BLVD, #A<br>HAYWARD, CA 94544<br>510-733-6374 | 21.84 miles | M-F 10 a.m. - 7 p.m.<br>Sa 9 a.m. - 6 p.m.<br>Su Closed | Map & Directions |
| 6 | 30065 INDUSTRIAL PKWY SW<br>UNION CITY, CA 94587<br>510-475-7368 | 24.00 miles | M-F 10 a.m. - 7 p.m.<br>Sa 9 a.m. - 6 p.m.<br>Su Closed | Map & Directions |
| 7 | 3475 SONOMA BLVD, #20<br>VALLEJO, CA 94590<br>707-643-1733 | 24.28 miles | M-F 10 a.m. - 7 p.m.<br>Sa 9 a.m. - 6 p.m.<br>Su Closed | Map & Directions |
| 8 | 2912 DELTA FAIR BLVD<br>ANTIOCH, CA 94509<br>925-757-4141 | 36.57 miles | M-F 10 a.m. - 7 p.m.<br>Sa 9 a.m. - 6 p.m.<br>Su Closed | Map & Directions |
| 9 | 988 W EL CAMINO REAL<br>SUNNYVALE, CA 94087<br>408-733-5500 | 36.58 miles | M-F 10 a.m. - 7 p.m.<br>Sa 9 a.m. - 6 p.m.<br>Su Closed | Map & Directions |
| 10 | 1070 N TEXAS ST<br>FAIRFIELD, CA 94533<br>707-429-1666 | 41.34 miles | M-F 10 a.m. - 7 p.m.<br>Sa 9 a.m. - 6 p.m.<br>Su Closed | Map & Directions |

PRINT  CLOSE