
STAPLES
that was easy™

Home | Favorites Lists | Easy Reorder | Order by catalog item #

Contact Us | Log in

Search


0 items $0.00 Checkout

Show All Products | My Account ▼ | Customer Service ▼ | Hot Deals Center ▼ | Questions? 1-800-STAPLES

Welcome, Log in please. | Help for Haiti: learn how you can donate today.

Store Locator

Buy Online & ship to store — Fast and FREE DELIVERY on all orders over $50


Weekly Ad
Valid 2/7-2/13

## Your local stores:

Be the first to know about our best deals!
Enter Email Address [Go]



View map of all stores located closest to you.

Staples® Copy & Print Shops offer a wide range of copy & print services, a full service sign and banner shop, a complete selection of ink and toner, paper, and essential office supplies.

Store hours are subject to change. Please call ahead on holidays or when shopping early or late in the day. Thank you for shopping at Staples®.

Start a new search | Printer friendly

**20 results within 50 miles of San Francisco, CA**

| # | Address | Distance | Hours | Store Details |
|---|---|---|---|---|
| 1 | 1700 Van Ness Ave.<br>San Francisco, CA 94109<br>415-771-7030 | 1.19 miles | **Monday - Friday:** 8:00am-8:00pm<br>**Saturday:** 9:00am-6:00pm<br>**Sunday:** 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 2 | 300 California St.<br>San Francisco, CA 94104<br>415-394-6648 | 1.65 miles | **Monday - Friday:** 8:00am-7:00pm<br>**Saturday:** 11:00am-3:00pm<br>**Sunday:** Closed | Store Information<br>Driving Directions<br>Weekly Ad |
| 3 | 470 Noor Ave<br>S. San Francisco, CA 94080<br>650-869-6882 | 9.25 miles | **Monday - Friday:** 8:00am-8:00pm<br>**Saturday:** 9:00am-7:00pm<br>**Sunday:** 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 4 | 2352 Shattuck Ave.<br>Berkeley, CA 94704<br>510-704-0872 | 10.40 miles | **Monday - Friday:** 8:00am-9:00pm<br>**Saturday:** 10:00am-7:00pm<br>**Sunday:** 11:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 5 | 11545 San Pablo Ave.<br>El Cerrito, CA 94530<br>510-231-0388 | 11.69 miles | **Monday - Friday:** 8:00am-8:00pm<br>**Saturday:** 9:00am-7:00pm<br>**Sunday:** 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 6 | 655 Irwin Street<br>San Rafael, CA 94901<br>415-485-0507 | 14.45 miles | **Monday - Friday:** 7:00am-8:00pm<br>**Saturday:** 9:00am-7:00pm<br>**Sunday:** 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 7 | Pinole Vista Shopping Ctr<br>1230 Fitzgerald Drive<br>Pinole, CA 94564<br>510-223-0402 | 16.16 miles | **Monday - Friday:** 8:00am-8:00pm<br>**Saturday:** 9:00am-7:00pm<br>**Sunday:** 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 8 | 2230 Bridgepoint Pkwy<br>San Mateo, CA 94404<br>650-573-9972 | 16.72 miles | **Monday - Friday:** 8:00am-9:00pm<br>**Saturday:** 9:00am-7:00pm<br>**Sunday:** 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 9 | 15555 East 14th St Ste 200<br>San Leandro, CA 94578<br>510-276-0460 | 16.74 miles | **Monday - Friday:** 8:00am-8:00pm<br>**Saturday:** 9:00am-7:00pm<br>**Sunday:** 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |

| | Address | Distance | Hours | Links |
|---|---|---|---|---|
| 10 | 2120 Contra Costa Blvd.<br>Pleasant Hill, CA 94523<br>925-691-4060 | 22.90 miles | Monday - Friday: 8:00am-9:00pm<br>Saturday: 9:00am-6:00pm<br>Sunday: 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 11 | 55 Rowland Way<br>Novato, CA 94945<br>415-897-0544 | 23.31 miles | Monday - Friday: 8:00am-8:00pm<br>Saturday: 9:00am-7:00pm<br>Sunday: 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 12 | 2710 Crow Canyon Rd.<br>San Ramon, CA 94583<br>925-552-1960 | 23.74 miles | Monday - Friday: 8:00am-9:00pm<br>Saturday: 9:00am-7:00pm<br>Sunday: 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 13 | 700 El Camino Real (Suite 120)<br>Menlo Park, CA 94025<br>650-329-9440 | 25.93 miles | Monday - Friday: 8:00am-9:00pm<br>Saturday: 9:00am-7:00pm<br>Sunday: 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 14 | 4498 Treat Blvd.<br>Concord, CA 94521<br>925-609-1014 | 26.71 miles | Monday - Friday: 8:00am-9:00pm<br>Saturday: 9:00am-7:00pm<br>Sunday: 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 15 | 43484 Boscell Rd.<br>Fremont, CA 94538<br>510-979-0511 | 30.63 miles | Monday - Friday: 8:00am-9:00pm<br>Saturday: 9:00am-7:00pm<br>Sunday: 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 16 | 207 South McDowell Blvd.<br>Petaluma, CA 94954<br>707-762-3131 | 34.39 miles | Monday - Friday: 8:00am-9:00pm<br>Saturday: 9:00am-7:00pm<br>Sunday: 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 17 | 2000 North Park Blvd.<br>Pittsburg, CA 94565<br>925-431-1004 | 34.40 miles | Monday - Friday: 8:00am-8:00pm<br>Saturday: 9:00am-7:00pm<br>Sunday: 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 18 | 627 East Calaveras Blvd.<br>Milpitas, CA 95035<br>408-956-9204 | 37.10 miles | Monday - Friday: 8:00am-9:00pm<br>Saturday: 9:00am-7:00pm<br>Sunday: 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 19 | 20830 Stevens Creek Blvd<br>Cupertino, CA 95014<br>408-252-1019 | 37.59 miles | Monday - Friday: 8:00am-9:00pm<br>Saturday: 9:00am-7:00pm<br>Sunday: 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |
| 20 | 4863 Lone Tree Way<br>Antioch, CA 94531<br>925-706-4038 | 38.10 miles | Monday - Friday: 8:00am-9:00pm<br>Saturday: 9:00am-7:00pm<br>Sunday: 10:00am-6:00pm | Store Information<br>Driving Directions<br>Weekly Ad |

View map of all stores located closest to you.

This map is informational only. No representation is made or warranty given as to its content or its usability. User assumes all risk of use. Staples, MapQuest and their suppliers assume no responsibility for any loss resulting from such use.







| Ways to Save | Policies | Corporate Information |
|---|---|---|
| Staples® Rewards | Delivery & Returns | About Staples |
| Rebate Center | F.A.Q.'s | Corporate Responsibility |
| Staples® Credit Center | Legal Terms & Conditions | Investor Information |
| Corporate Customers | Privacy Statement | Media Information |
| Staples® Service Plans | Warranty & Re-call Info | Community Relations |
| Email SignUp | Price Match Guarantee | International Sites |
| | | STAPLES Center |
| | | Affiliate Program |
| | | Jobs |

| Site Help & Feedback | Exclusively at Staples | Staples Brand Products |
|---|---|---|
| Favorites Lists | Staples® Easy Button | Papers & Pads |
| Easy Reorder | Downloadable Easy Button | Binders & Presentation |
| Order By Catalog Item # | Easy Tech | File Folders & Accessories |
| Track an Order | OXO Products | Pens, Writing & Correction |
| My Account | InkDrop | Shredders |
| Store Locator | Staples® Gift Cards | CD/DVD Media |
| Request a Catalog | Recycling Programs | View All Products |
| Email SignUp | | |
| Contact Us | | |

Staples makes buying office products easy.
From basic office supplies such as printer ink, toner cartridges and paper to office equipment like file cabinets, chairs, shredders and stylish office furniture, we have the office products you need to get the job done. You'll find great savings on file folders, binders, address labels, and all the everyday supplies you need. Our wide selection of cleaning supplies, snacks, and refreshments make it easy to keep your breakroom clean and well stocked. Staples makes it easy to run your office.
Staples technology services and electronics will keep you on the cutting edge. Enjoy our everyday low prices on the newest technology products, from computers, netbooks and laptops to mp3 players, Bluetooth headsets and GPS systems. All this, plus the software titles you need from Microsoft, Norton, Quickbooks and more. Our wide selection of all in one printers, laser printers and inkjet printers will keep you printing for less. Staples makes technology easy.
From office supplies and office furniture to technology consulting, you're sure to find what you need at Staples.

This Web site is intended for use by US residents only. See International Sites.
See our delivery policy for full details.
Copyright 2010, Staples, Inc., All Rights Reserved.
Questions? Call 1-800-STAPLES (1-800-782-7537) or email us at http://www.staples.com/emailus
Site Map | RSS Feed