# EXHIBIT 39

![Texas Instruments]

Samples & Purchase Cart | Contact Us | TI Worldwide: United States | my.TI Login

- Products
- Applications
- Design Support
- Sample & Buy

All Searches  Search by Keyword [GO]  Search by Part Number [GO]

TI Home > Careers at TI > What's it Like at TI? > Locations Worldwide > United States

# Careers at TI

SHARE

- Search for Jobs
- What's it Like at TI?
- Students & New College Grads
- Events Calendar

**What's it Like at TI?**

- Career Choices
- **Locations Worldwide**
  - United States
  - Canada
- Top 10 Benefits
- Did you know?
- Employee Diversity
- Socially Responsible
- A Unique Legacy
- Worldwide Recognition
- Testimonials
- FAQ

## United States

TI has a long-standing presence in many of the world's major markets and the best geographic coverage in the semiconductor industry. Click the cities in the map below to learn more.



**Choose a location:**

**United States**

Arizona
- Tucson

California
- San Diego
- San Jose
- Santa Barbara
- Santa Rosa
- Sunnyvale

Illinois
- Warrenville

Maryland
- Germantown

Massachusetts
- Waltham

New Hampshire
- Manchester

North Carolina
- Cary

Pennsylvania
- Valley Forge

Texas
- Austin
- Dallas Area
- Plano
- Sherman
- Stafford (Houston)

More Locations

From California to Maine, TI has manufacturing, design and sales operations strategically located across the United States (and in more than 25 countries worldwide). Our larger U.S. offices are located in the cities shown on the map above. We also have smaller design centers and sales and marketing offices in other U.S. locations.

Click a city in the list to your left to learn more about TI's operations there, along with the city's unique offerings.

### Tucson, Arizona

### High-tech opportunities in the Arizona sunshine

TI-Tucson was formed in August 2000 with the acquisition of Burr-Brown Corporation, a leader in the development of high-performance analog and mixed-signal integrated circuits since 1956. TI-Tucson now continues that leadership role.

We're focused on electronics applications for components that include wireless communications, touch screen controllers, DSL, professional audio, medical and industrial equipment. Approximately 1,000 employees contribute to the IC development process. Our operations include design, marketing, wafer fabrication and assembly test.

### About Arizona

In Tucson, our employees enjoy a year-round sunny climate that lets them participate in a variety of outdoor activities such as biking, hiking, tennis and golf. Snow skiing is just a short distance away - along with the sandy beaches of San Diego and Mexico.

If you're looking for a great career opportunity with a high quality of life, TI Tucson is the place to be.

### Related Links:

- State of Arizona (Official Web Site)
- City of Tuscon Web Site
  - Information on Education
- Metropolitan Tucson Convention and Visitors Bureau
- Pima County Web Site

Back to Top

### San Diego, California

▸ Visit CareerFinder (U.S.)

**See Also**
- TI Worldwide
- Learn about TI
- TI Fact Sheet



**RFAB Job Opportunities**

Positions available at Richardson, TX Fab

▸ more

 **Pamela**

**Technical Sales Associate**

"In just the first few weeks, I could see my work making a positive impact with TI customers..."

▸ more

### The telecom forefront on the San Diego waterfront

TI San Diego is a major wireless design facility located in the heart of San Diego's high-tech Sorrento Valley and just a few miles away from the Pacific coast. Our center specializes in the design of next-generation wireless technology.

Our advancements are at the leading edge of research and development in 3G software, chipsets, reference designs and development tools. We are a recognized leader in the development of total 3G chipset solutions. These solutions allow for the convergence of voice and data applications, with an end result of anytime, anywhere real-time information that's widely available to consumers.

The business atmosphere in TI San Diego is like a start-up, with all of the large corporation resources. Our work environment is upbeat, fast-paced and friendly.

## About San Diego

A fulfilling, challenging job and a unique lifestyle await you in San Diego. The city is located in the southwest corner of California, bordering Mexico and sitting on miles of beautiful Pacific shoreline. Dubbed "America's Finest City," San Diego is known for its superb climate and offers a vast array of activities for all interests. In case you are a fan of snow instead of sand, there are also great skiing locations just a few hours drive from San Diego as well!

Visitors and residents flock to attractions like Sea World, the San Diego Zoo, Balboa Park, historic Old Town and the lively streets of downtown's Gaslamp District. There's plenty of culture and art in San Diego as well. From ballet to musicals, and symphony performances to open-air rock concerts, San Diego offers something for every taste. If you're into professional sports, you'll love Padres baseball and Chargers football. And, San Diego is home to UCSD and San Diego State University, for those who might want to work on advanced degrees.

Work near the water's edge with technology that's on the cutting edge— choose a career at TI San Diego.

Related Links:

- State of California Web Site
- City of San Diego (Official Web Site)
- County of San Diego Web Site

Back to Top

## San Jose, California

### Developing speed in the heart of Silicon Valley

At the heart of a virtual hot bed of emerging technologies is San Jose — home to TI's Digital Subscriber Lines (DSL) Product Development Center. This center is part of TI's Broadband Communications business and is one of TI's Sales and Customer Design/Applications Centers.

Here, TI designs new catalog and off-the-shelf technologies which help eliminate bottlenecks that inhibit the flow of data on and off the Internet. We're enabling customers to satisfy their insatiable appetites for higher speed connections.

Our San Jose Sales and Customer Design/Applications Center has represented TI in the Silicon Valley for more than 25 years. The site employs talented technical sales professionals, field applications engineers, ASIC designers and systems engineers.

## About San Jose

The Northern California / Bay Area / Silicon Valley area is a fast-paced community that has it all — beautiful weather, diverse communities, cultural and sporting events.

How many cities in the world are less than a few hours away from ski slopes, beaches, world-class wine making, top-rated professional sports teams, opera and ballet companies — and the original garage where Hewlett and Packard started the information revolution?

If you'd like to work in an exciting, fast-paced environment that's located in a beautiful community, you might want to get here quickly!

Related Links:

- State of California Web Site

- City of San Jose (Official Web Site)
- San Jose The Fun Never Stops
- County of Santa Clara

*Back to Top*

### Santa Barbara, California

### Operating excellence along the South Coast Gateway

TI Santa Barbara is focused on targeted content for Digital Signal Processors (DSPs). The core of our business is the development of Real-Time Operating Systems (RTOS) and standard DSP algorithm interfaces.

TI Santa Barbara began as Spectron Microsystems, which was acquired by TI in 1998. Our group has been the driving force behind several DSP target-content programs, including XDAIS, DSP/BIOS and DSP/Bridge.

Leveraging TI's strength in the marketplace, TI Santa Barbara has been able to significantly broaden its customer base in recent years. Our TI technology is incorporated into thousands of new designs every year.

### About Santa Barbara

Located in Southern California just north of Goleta, Santa Barbara sits nestled between the mountains of the Los Padres National Forest and the Pacific Ocean.

Santa Barbara is a great place to work and live. Among the gorgeous scenery and landscapes reside favorite destinations such as the Mission, founded in 1786 by the Franciscans. There's also the Botanical Gardens, Zoological Gardens, The Santa Barbara Museum of Arts, Historic Downtown Santa Barbara and, of course, the famous Waterfront overlooking the Pacific Ocean.

If you love the surf and sand, shopping, the arts and high-tech business opportunities, you'll definitely want to check us out!

Related Links:

- State of California Web Site
- City of Santa Barbara
- Santa Barbara Visitor Information
- County of Santa Barbara

*Back to Top*

### Santa Rosa, California

### Harvesting networking solutions in California's wine country

Home to groundbreaking wireless Ethernet technology is TI Santa Rosa, a tight-knit technical community of committed employees with diverse interests and talents. Here, TI employees enjoy a casual work environment that's centered on creativity and individuality.

Our group is leading industry innovation. TI's IEEE802.11b (Wi-Fi™)-compliant wireless Ethernet LAN offerings embody the latest generation of technology in terms of performance and cost efficiency.

Our 22-Mbps baseband processor adds flexibility that cuts the OEM's time-to-market. At the same time, TI's WLAN product roadmap is focused on further integration with wireless networking innovations that will further simplify the OEM's design and development tasks.

### About Santa Rosa

It is impossible to speak of TI Santa Rosa without describing the beauty of its surroundings: diverse people, temperate weather patterns, a beautiful landscape and a bounty of food and wine that springs from its soil. It's a land of pure enchantment.

Santa Rosa residents enjoy the very best that Northern California has to offer. In less than an hour, you can be in the heart of San Francisco, at the world-renowned vineyards of Sonoma and Napa Counties, on the breathtaking beaches of the Pacific coast or walking among the giant redwoods.

Santa Rosa is the county seat and center of trade, government, commerce and medical facilities for the North Bay and beyond. The

city maintains a small-town environment in neighborhoods that feature many beautiful, older Victorian homes.

Come and see why Santa Rosa is such a great place to work and play!

*Back to Top*

### Sunnyvale, California

### High-tech development in the heart of Silicon Valley

TI Sunnyvale specializes in the development of leading-edge software, embedded systems, protocols, signal processing, modems and RF CMOS. We also develop radio frequency (RF) semiconductor, subsystem, signal processing and networking technologies for 802.11 wireless local area networking (WLAN) multi-band/multi-mode radios.

Our dynamic team of approximately 60 people is part of TI's Broadband Communications Group. Come join us and you'll enjoy the excitement of working with a small team, along with all of the benefits that come with working for a large corporation!

### About Sunnyvale

Sunnyvale is the place to be. We're located in the heart of Silicon Valley, which is a perfect location for getting down to business. It's also a great place to have fun—Northern California style. From sporting and recreational activities to the Bay Area's finest wine makers and local microbreweries, our residents are never at a loss for something fun to do and enjoy mild weather year-round.

Downtown Sunnyvale is alive with major stores, shops, and fine restaurants. And just 15 minutes away is the fabulous Shoreline Amphitheater, which brings outstanding live entertainment for all ages.

Whether you're searching for business or leisure, you're sure to find exactly what you're looking for in Sunnyvale.

Related Links:

- State of California Web Site
- City of Sunnyvale
- Sunnyvale - Your Guide to the Heart of Sillicon Valley
- County of Santa Clara

*Back to Top*

### Warrenville, Illinois

### A source of power in America's heartland

TI Warrenville is a leading designer, manufacturer and supplier of on-board, low-voltage, modular power solutions. Our business is focused on three end-product segments: computer systems, communications and industrial equipment.

We design, build and deliver new products to key beta site customers in a very short time window. Our direct sales and engineering design groups work closely to identify emerging high-volume power module opportunities and leading edge products.

This methodology has proven extremely successful in building relationships with key customers and developing state-of-the-art products to meet the market demand for next generation ICs and systems.

### About Warrenville

Located approximately 40 minutes west of Chicago, Warrenville is a great place to live, work and raise a family. Warrenville is a small, "hometown" refuge nestled in the center of the dynamic high-tech, big city conglomerate. This suburban community boasts fine and affordable homes, wide-open spaces and well-equipped parks. The heavily wooded terrain of DuPage County Forest Preserves surrounds the city on three sides.

Warrenville's unique charm is reflected in its downtown area. The downtown boasts the Illinois Prairie Path and the DuPage River, both creating beauty and recreation opportunities. The city's municipal center is surrounded by lush gardens in a park-like setting.

Downtown Warrenville is also home to the Park District's Leisure Center, the Chamber of Commerce office and the Public Library.

State Route 59, a heavily trafficked highway on the city's west side, is lined with small shopping centers and other commercial enterprises.

The city keeps its rich history alive by preserving it's chronicled past, yet remains on the cutting -edge of technology.

Related Links:

- State of Illinois Web Site
- City of Warrenville (Official Web Site)
- County of DuPage Web Site

Back to Top

### Germantown, Maryland

### Bringing voice to the Internets

Our dynamic team, located in beautiful Germantown, develops complete silicon and software solutions for voice, fax and data over packet networks. TI's programmable DSPs, combined with award-winning Telogy Software®, offer complete Voice over IP (VoIP) solutions for equipment manufacturers and designers who want to integrate this functionality into their networking products.

TI has developed the industry's most comprehensive VoIP gateway solutions product suite. Only TI provides a roadmap from two channel devices to OC-3 (2,016 channels), offering a common, scalable VoIP platform with increased expandability options for the implementation of new features

- Learn more about our Products by Technology: VoIP Solutions



### About Germantown

Germantown is in the heart of the "I-270 Technology Corridor" just outside Washington, DC. It is an area known for enriching educational opportunities, exciting recreation and all around high quality of life. The Montgomery County home page also offers lots of information about life in our community.

If you enjoy spectator sports, you will be entertained year round by the Washington Redskins, Washington Nationals, Baltimore Ravens, the Baltimore Orioles, the NBA's Washington Wizards and the NHL's Washington Capitals. Maryland also hosts annual events in golf (The Kemper) and thoroughbred horse racing (The Preakness).

Outdoor enthusiasts will find the nearby mountain ranges ideal for hiking and biking as well as downhill and cross country skiing in the winter. Local rivers like the Potomac and Patuxent are great for fishing and white water rafting. If you want to get away for the weekend, go sailing on the Chesapeake Bay or just relax on the beach in Ocean City, MD. Our location, less than 30 miles from the nation's capital, makes it convenient to take a day trip to Washington, DC. These are just a few of the myriad of alternatives available to local residents. The Washington metropolitan region is a vibrant, exiting place to live and work.

Related Links:

- State of Maryland Web Site
- County of Montgomery Web Site
- CVB Montgomery

Back to Top

### Waltham, Massachusetts

### High-tech solutions made in a thriving cultural city

TI Waltham is the place for providing custom ASIC solutions. Our Northeast ASIC Design Center has the proven technology, the

As a global supplier of ASICs, TI is uniquely positioned to provide ASIC solutions. Our leadership in SERDES integration is evidenced by repeated first-pass silicon success of our customers' ASIC designs. Our package solutions range from the most complex flip-chip package to the most cost-conscious Quad Flat Pack.

## About Waltham

Waltham is a place that has something for everyone. This thriving Massachusetts area offers everything from art and sports to museums and recreational opportunities.

If you're an arts aficionado, you've come to the right place. From string quartets to hip-hop dance, Old Masters to contemporary sculpture, you'll find a thriving cultural scene. Or, take a deep breath of fresh air and choose your sport, like racing down a mountain or paddling down a river on a sun-splashed afternoon.

Sports fans abound in Massachusetts. The area is home to professional hockey, basketball, baseball, football and soccer teams. Venues like historic Fenway Park and the state-of-the-art TD Banknorth Garden in Boston routinely pack in thousands of loyal fans. And why wouldn't they be loyal with Waltham being such a great place to work and play!

Related Links:

- Massachusetts Government Web Site
- City of Waltham, Massachusetts Web Site
- Discover Waltham

Back to Top

## Manchester, New Hampshire

### High technology situated in the middle of history

Located along the Merrimack River in the historic 19th century mill buildings stand the home of TI's Power Supply Control and Small Computer Standard Interface product groups. TI acquired the business (formerly Unitrode) in 1999. More than 150 design, process and applications engineers, as well as marketing and support people, work in this unique facility.



## About Manchester

Manchester, the largest city in New Hampshire, has a rich and dramatic past. Fueled by the urban development that began in the 1830s, Manchester established its place as the economic center of the region by the end of the 19th century. Now, more than 100 years later, Manchester is undergoing a major resurgence in growth and vitality.

Named "Best City in the Nation to Live" by Money Magazine in 1998, this primary commercial center of the state is close to everything. Within an hour, one can be in downtown Boston or at New Hampshire's seacoast beaches, Lakes Region or in the state's famous White Mountains with world class skiing, hiking and camping areas. Yet, many people find they never have to leave home to pursue their favorite activities. From community festivals and outdoor recreation, to sophisticated dining and first-class theater and art exhibits, Manchester offers something for everyone. With the benefits of a city and the charm of a small town, Manchester offers its people a lifestyle rich in culture, history and opportunity.

Related Links:

- New Hampshire Government Web Site
- Manchester, NH Government Web Site

- County of Hillsborough Web Site

Back to Top

## Cary, North Carolina

### Implementing high-tech solutions in the Triangle

TI has two facilities in Cary, NC. Our ASIC Customer Design Center (CDC) works with customers in the Southeast and Northeast to implement TI's world-class process technology into their ASIC designs. Customer end-equipments range from routers to wireless handsets and telecommunications equipment. TI has four CDCs in North America: San Jose, Dallas, Raleigh and Ottawa.

Our second facility in Cary houses the South East Design Center (SEDC). SEDC focuses on the design and development of power management control ICs. These range from traditional line-voltage to DC converter controllers to high frequency controllers in the fast expanding DC-to-DC market. SEDC makes use of both TI's analog and digital technologies. Go Wolfpack!

### About Cary

TI's Cary, NC facilities are located in Research Triangle Park (also known as the Triangle area), which was named to reflect the three schools (NC State University in Raleigh, Duke University in Durham and University of NC in Chapel Hill) located in the general area. The Triangle was developed to create interaction between area businesses and schools.

This area has many things to offer its residents. The seasons look at the calendar and begin on time, so you get to enjoy all four. We're just a few hours from some of the most beautiful silky white sand beaches and gorgeous sand dunes. Raleigh is only four hours from the Blue Ridge Mountains, which offers good skiing and some of the prettiest fall foliage you'll ever see.

The Triangle is a great place to live and work. We're big city, but we're also just plain country.

Related Links:

- State of North Carolina Official Web Site
- Wake County Web Site

Back to Top

## Valley Forge, Pennsylvania

### A place where history and technology converge

The TI Valley Forge Design Center is on the leading edge of technology design and development. This center has design operations supporting two TI High Performance Analog (HPA) organizations: Audio and Imaging Products and System Power Management.

Our team has expertise that encompasses the full range of integrated circuit (IC) design including analog, mixed-signal, RF/wireless, logic design and power management. Designers at the center have developed advanced audio amplifiers, high performance analog-to-digital and digital-to-analog converters, radio frequency front ends, audio codecs and DC/DC controllers.

The TI Valley Forge Design Center is a place where you will be technically challenged, learn from highly experienced and trained designers and be exposed to a tremendous breadth of IC designs.

### About Valley Forge

Valley Forge, Pennsylvania has it all. You can follow in George Washington's footsteps, discover beautiful gardens and world-class art museums enjoy an afternoon of golf or go rafting down a pristine river. The city of Philadelphia is only minutes away while New York City and Washington D.C. are just a couple of hours by car.

Residents delight in a region blessed with a remarkable spectrum of attractions — from our scenic natural beauty and amazing outdoor activities to our vibrant history, fairs and festivals. Award-winning schools, boundless shopping and fun things to do year-round make Valley Forge a great place to live for everyone in your family.

Related Links:

- Valley Forge - Convention and Visitors Bureau

- State of Pennsylvania

Back to Top

## Dallas, Texas

## Inventing the future in the silicon prairie

Dallas is a telecommunications and electronics mecca. TI engineer Jack Kilby invented the integrated circuit in this city in 1956—sparking the digital revolution.

TI's multi-billion dollar Semiconductor Products business is headquartered in Dallas. This business has built its leadership position on the core technologies behind Real World Signal Processing™ solutions, making TI the world's leading designer and supplier of digital signal processor (DSP) and analog technologies.

Dallas is also home to other TI businesses including Digital Light Processing™ (DLP™) Products, Educational & Productivity Solutions (E&PS), and Radio Frequency Identification (TI-RFid™).

More than 30 TI facilities are located in the Dallas area, with the best and the brightest working on challenge-filled projects that bring unique opportunities for professional development and the potential for significant financial rewards.



## About Dallas

The Dallas-Ft. Worth Metroplex has it all. From great art, shopping and dining to sports and entertainment, we've got something for everyone.

It's sport heaven here, with the Dallas Cowboys, Texas Rangers, Dallas Mavericks, Dallas Stars and the Dallas Sidekicks hosting games practically year-round. Racing fans can enjoy the action at the Texas Motor Speedway, or watch the horses run at Lone Star Park.

The Dallas Symphony orchestra holds court in Dallas, while the Bass Performance Hall is a Fort Worth treasure. Fabulous art exhibits can be found at the Dallas Museum of Art, along with the Amon Carter and Kimbell Art Museums in Fort Worth.

The region is also home to several science museums, including The Science Place and TI Founders IMAX Theater in Dallas, the Dallas Museum of Natural History, the Fort Worth Museum of Science and History and The Women's Museum: An Institute for the Future.

Come to Dallas, where you'll have the opportunity to invent the future and have fun while doing it!

Related Links:

- State of Texas
- City of Dallas Web Site
- The Dallas Convention & Visitors Bureau
- County of Dallas
- County of Allen
- County of Richardson
- McKinney Habitat for Humanity

Back to Top

## Austin, Texas

## High-performance development in The Hill Country

TI's Las Cimas office, located in the Austin, Texas area, is focused on all aspects of high-performance embedded microprocessor development for application in future TI wireless platform products

(e.g., OMAP).

As part of this development, our team is responsible for implementing new microprocessors, along with the architectural and methods definition used for implementation. Our team works on leading-edge microprocessor definition and implementation in aggressive TI semiconductor manufacturing geometries.

## About Austin

The Greater Austin area ranks high on the livability scale. The area has a cosmopolitan atmosphere without big city hassle. A reasonable cost of living, great music and fun culture scene make Austin a great place to live and work.

Austin is nestled among the rolling hills and lakes of Central Texas, offering great scenery and outstanding recreational opportunities. The seat of state government is located in this city. The area also boasts an entertainment complex that features the best of live music, the arts and all of the fun of the great outdoors.

In Austin, an education mecca also awaits. Seven area universities offer education and training programs that can add skills to your résumé. Austin is unique and exciting – come for a visit and you'll see why!

Related Links:

- State of Texas
- City of Austin
- Austin - Events, Attraction, Convention Info
- County of Travis

Back to Top

## Plano, Texas

### Cutting-edge technology in a high-tech Dallas suburb

Just a few miles north of Dallas is the thriving city of Plano, Texas, where TIers live and work in great harmony. Our large Plano facility is home to TI's exciting DLP® Products, Radio Frequency Identification (TI-RFid™) Systems and Information Technology (IT) Services organizations.

TI's DLP® technology is revolutionizing the world of big-screen HDTVs, projectors and cinema by delivering a picture that is so razor sharp, so lifelike and so real it's like being there. At the heart of DLP technology is the remarkable DLP chip, which uses an array of up to 2.2 million micromirrors to reproduce images with razor sharp, digital precision.

From this same facility, TI's RFid™ business provides automated asset identification, management and data collection solutions. Applications for RFID technology include everything from pay at the pump gasoline sales and vehicle security to identification and tracking of retail goods, livestock and library books.

And, TI's talented IT Services organization provides innovative technology solutions that allow TI to execute, win with customers and gain market share. In addition to four support groups, this organization is made up of five technology-specific groups that include Enterprise Applications, Design Systems, IT Operations, Semiconductor Business IT, Sales & Marketing IT and Worldwide Manufacturing IT.

## About Plano

With a thriving economy, award-winning schools, outstanding libraries, spacious parkland, internationally recognized accredited Police and Fire Departments and easy access to four airports, Plano's 243,500 residents have it all.

Located 20 miles north of downtown Dallas, Plano continues to garner national accolades for its quality of lifestyle, environmental initiatives and opportunities for economic development. In 2004, CNN Money designated Plano its top place to live in the Western United States (cities over 100,000).

Plano remains the only city in Texas to hold an "AAA" Bond rating by three of the nation's top bond rating companies, attesting to its strong tax base and financial management. A revitalized, award-winning downtown and cultural arts theatre has made the area a regional "destination," with the influx of a public light rail system opening Plano to thousands of new faces who chose to work, shop and even relocate here.

From great art, shopping and dining to sports and entertainment, Plano has something for everyone!

Related Links:

- State of Texas
- City of Plano
- Austin - Convention & Visitors Bureau
- County of Collin

Back to Top

### Sherman, Texas

### Engineering diverse technologies

The TI Sherman site was established in 1965 and sits on more than 600 acres, making it the largest TI facility in terms of land area. TI Sherman is the headquarters for two of TI's most profitable businesses, Standard Linear and Logic (SLL) and HiRel Defense & Aerospace Products (HiRel).

TI Sherman produces a wide range of products to fit a diverse base of end-equipment applications. With a world-class wafer fab on site (SFAB), TI Sherman manufactures numerous products from simple to complex circuits and stands at the forefront of the global technology revolution.

TI Sherman's location on a major freeway allows for easy access to work from several cities including Sherman, McKinney and several smaller communities. This location allows people working in TI Sherman to choose from a variety of lifestyles when selecting where and how they want to live.



### About Sherman

Sherman is located only 60 miles north of Dallas, close enough to enjoy the urban amenities of the Dallas/Fort Worth area, while still retaining the unhurried and friendly atmosphere of a small town. As home to approximately 36,000 residents, it offers excellent schools, including Austin College, beautiful scenery and a variety of shopping, restaurants and community businesses.

Sherman is only 10 miles south of Lake Texoma, one of the largest bodies of water in the state of Texas, with a temperate climate that allows families to enjoy year round fishing, sailing, camping and hiking.

Come find a home in a city where tomorrow's technology is interwoven with a richly diverse history.

Related Links:

- State of Texas
- City of Sherman
- About Sherman
- Sherman Chamber of Commerce
- County of Grayson

Back to Top

### Stafford (Houston), Texas

### Designing and building the semiconductor chips of the future

Located just 20 miles outside of Houston, TI's worldwide DSP center has a design and development facility that collaborates to produce the semiconductors used in computers, automobiles, PC games and wireless telephones. At the same location, our Broadband Cable

Group, Advanced Embedded Control (AEC) product (auto, digital control systems) teams, SPARC group and members of our fabrication facility are making high-tech visions a reality every day.

TI Stafford's fast-paced environment thrives on creativity and innovation. So whether you're experienced or just starting a career in engineering, our site offers numerous advancement opportunities in a friendly, comfortable and diverse work environment.

TI Stafford is always looking for the best talent in the engineering and computer science fields, including electrical, software and process engineers, wafer fab technicians and operators. We also place great importance on student co-op programs in our search for up and coming talent.



## About Stafford (Houston)

A close neighbor to Houston, residents of Stafford enjoy all of the exciting attractions that this dynamic city has to offer. Houston is an International Port city that offers all of the cultural benefits you might expect, from the Livestock Show and Rodeo and the annual International Festival to the recently renovated downtown theatre district.

With ocean vistas and a national forest preserve nearby, enthusiasts find plenty of opportunity to enjoy the year round outdoor opportunities. Museum lovers will enjoy Houston's acclaimed museum district, and food connoisseurs will undoubtedly enjoy the world-class restaurants.

Stafford offers unique opportunities that you just won't find anywhere else!

Related Links:

- State of Texas
- City of Stafford
- County of Fort BEnd
- Fort Bend Chamber of Commerce
- City of Missouri
- City of Sugar Land

Back to Top

## More Locations

TI has a long-standing presence in many of the world's major markets and the best geographic coverage in the semiconductor industry.

## United States

Huntsville, Alabama*
Tempe, Arizona*
Tucson, Arizona
Irvine, California*
Palo Alto, California
San Diego, California
San Jose, California
Santa Barbara, California
Sunnyvale, California
Woodland Hills, California*
Longmont, Colorado*
Ft. Lauderdale, Florida*
St. Petersburg, Florida*
Alphretta, Georgia*
Duluth, Georgia*
Chicago, Illinois*
Warrenville, Illinois
Indianapolis, Indiana*
Kokomo, Indiana*
Baltimore, Maryland*
Germantown, Maryland
Attleboro, Massachusetts
Boston, Massachusetts*
Burlington, Massachusetts*

Burlington, Massachusetts
Mansfield, Massachusetts
Detroit, Michigan*
Minneapolis, Minnesota*
Rochester, Minnesota
Jackson, Mississippi
St. Louis, Missouri*
Manchester, New Hampshire
Laurence Harbor, NJ*
Warren, New Jersey*
Fishkill, New York*
Rochester, New York*
Raleigh, North Carolina
Portland, Oregon*
Philadelphia, Pennsylvania*
Pittsburgh, Pennsylvania
Warwick, Rhode Island
Austin, Texas
Dallas, Texas
Houston, Texas
Plano, Texas
Sherman, Texas
Seattle, Washington*
Milwaukee, Wisconsin*

*Sales or Support Office

## Asia

China
India
Japan
Malaysia
Philippines
Singapore
South Korea
Taiwan

## Australia

## Canada

## Central & South America

Brazil

## Europe Middle East

Austria
Belgium
Denmark
Finland
France
Germany
Israel
Italy
Netherlands
Norway
Spain
Sweden
Switzerland
United Kingdom

## Mexico

Back to Top