# amazon.com

Hello. **Sign in** to get personalized recommendations. New customer? **Start here.**

**Free Two-Day Shipping on Valentine Gifts**

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Account | Help

Search [All Departments] [GO] Cart | Wish List

**Shop All Departments**
- Books
- Movies, Music & Games
- Digital Downloads
- Kindle
- Computers & Office
- Electronics
- Home & Garden
- Grocery, Health & Beauty
- Toys, Kids & Baby
- Clothing, Shoes & Jewelry
- Sports & Outdoors
- Tools, Auto & Industrial

## What Other Customers Are Looking At Right Now


▶ Play sample
**Bella Donna** MP3 Download ~ Stevie Nicks
**$2.99**


**CorningWare French White 12-Piece...**
**$71.35**


▶ Play sample
**Green River** ~ Creedence Clearwater Revival
**$1.99**

### Warm Your Feet in UGG

These twin-faced, breathable sheepskin UGG boots keep your feet warm and cozy at any time of year. Multiple styles and colors are available for men, women, and kids.
▸ Shop now

### Save with the Amazon.com Visa Card

Get the Amazon.com Visa Card instantly and you'll **automatically** get $30 back after your first purchase, plus up to 3% rewards.

**Check This Out**

**Valentine's Day** Find irresistible gifts at sweet prices.

**Get 'Lost' in the Final Season** Shop our 'Lost' Store and pre-order Season 6 right now.

## Hot Watch Brands, Cool Everyday Prices

  

| Save Up to 40% | Luxury Watches | Sports Watches |
|---|---|---|
| • Citizen | • Cartier | • Casio |
| • Invicta | • Omega | • Timex |
| • Seiko | • TAG Heuer | • Puma |
| ▸ See all | ▸ See more | ▸ See all |

**Features & Services**
- ⊕ Selling with Amazon
- ⊕ Amazon Exclusives
- ⊕ Partner Services
- ⊕ For Businesses
- ⊕ For Developers
- ⊕ For Advertisers

## Music Hot New Releases


**Michael Jackson: This Is It** DVD ~ Michael Jackson, Kenny Ortega
~~$28.95~~ **$15.99**


▶ Play sample
**Soldier of Love** Audio CD ~ Sade
~~$13.98~~ **$9.99**


▶ Play sample
**Need You Now** Audio CD ~ Lady Antebellum
~~$18.98~~ **$10.49**

▸ See all hot new releases in Music

---

### Your Recent History (What's this?)

**You have no recently viewed items or searches.**
After viewing product detail pages or search results, look here to find an easy way to navigate back to pages you are interested in.

**Continue Shopping:** Top Sellers        Page 1 of 17

◀  **The Apothecary's Daughter** (Kindle Edition) ★★★★ (29) $0.00 | **Talk of the Town** (Kindle Edition) ★★★★ (19) $0.00 | **Daisy Chain: A Novel** (Kindle Edition) ★★★★ (109) $0.00  ▶

---

**Get to Know Us**
- Careers
- Investor Relations
- Press Releases
- Amazon and Our Planet

**Make Money with Us**
- Sell on Amazon
- Join Associates
- Self-publish with Us
- ▸ See all

**Let Us Help You**
- Shipping Rates & Policies
- Amazon Prime
- Returns
- Help

## amazon.com®

Canada | China | France | Germany | Japan | United Kingdom

And don't forget: Amazon Windowshop | AmazonWireless | Askville | Audible | DPReview | Endless | IMDb | Shopbop | SoundUnwound | Warehouse Deals by Amazon | Zappos

Conditions of Use | Privacy Notice © 1996-2010, Amazon.com, Inc. or its affiliates