>> Sign In | Sign Up | My Queue | Help | Store Locator | Feedback [+]



BLOCKBUSTER | RENT | BUY | ON DEMAND | GAMES | STORES | GIFTS

Movies, Actors, Directors [Search]

Returning Members? Sign in | New to site? Sign up.

Tell us your favorite on-screen couple. >>VOTE NOW

Introducing the BLOCKBUSTER iPhone App — FIND OUT MORE

**WHAT'S NEW**

- >> Releasing This Week
  - >> Zombieland
  - >> Love Happens
  - >> Amelia
- >> Recently Released
- >> Older Titles New to DVD
- >> BLOCKBUSTER Recommends
- >> BLOCKBUSTER Premieres

>> See More What's New



Releasing this week: ZOMBIELAND

1 2 3 4 5



Movies delivered. TRY IT FREE! Learn how it works >>

**Already a member?**
email | password | Sign In

**New Releases** | Top Downloads | In Theaters | TV Spotlight

     

>> See More DVD Spotlight

BLOCKBUSTER On Demand IS NOW AVAILABLE ON SAMSUNG & TiVo — click here to activate your device

**Quick Links**

Email Exclusives: [Enter Email Address] [Sign Up]

BLOCKBUSTER BLOG | BLOCKBUSTER WIDGETS

**FIND MOVIES**

| | | | |
|---|---|---|---|
| Action Movies | Family Movies | Music Movies | Staff Picks |
| Adventure Movies | Fantasy Movies | Mystery Movies | Suspense Movies |
| Animation Movies | Fitness Movies | New Release Movies | Top 100 Movies |
| Award Winning Movies | Foreign Movies | Performing Arts Movies | War Movies |
| Comedy Movies | Horror Movies | Romance Movies | Western Movies |
| Documentary Movies | Independent Movies | Sci-Fi Movies | View All Categories |
| Drama Movies | Kids Movies | Special Interest Movies | Watch Trailers |

**BLOCKBUSTER CORPORATE**
- About Us
- News and Public Relations
- Careers
- Business Opportunities
- Investor Relations
- Contact Us
- Become an Affiliate

ALL MOVIES  Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

ALL ACTORS AND DIRECTORS  Popular | # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

BLOCKBUSTER name, design and related marks are trademarks of Blockbuster Inc. ©2010 Blockbuster Inc. All rights reserved.

 AMG  Portions of Content Provided by All Movie Guide ®, a trademark of All Media Guide, LLC. ©2010 All Media Guide, LLC.

 BBB ONLINE RELIABILITY PROGRAM