**CDW**

**Shop CDW** | **My Account**

Search for... | All Products ▾ | **Find It** | ▶ Browse All Categories

**Products** ▾ | **Services** ▾ | **Solutions Center** ▾ | **What CDW Offers** ▾

## Welcome to CDW
For targeted information, select from the options below:

▶ Small / Home Office
▶ Small Business
▶ Medium / Large Business
▶ Government / Education
▶ Healthcare

## HIGH QUALITY. LOW COST.
Visit **CDW Outlet** for big savings on thousands of carefully inspected, near-perfect items. Satisfaction guaranteed.

**Save at Outlet**

Best Deals | Outlet CDW Outlet | New to CDW? | Windows 7 | Print Supplies

### Account Log On
Enter User Name
Forgot User Name?

Forgot Password?
☐ Keep me logged on all day.
☐ Remember my User Name.

**Log On**

Need an account?
It's quick and easy to sign up.

---

Notebooks
View All
Top Sellers

Desktops
View All
Top Sellers

LCD Monitors
View All
Top Sellers

Printers
Laser
Multi-Function

Data Storage
View All
Top Sellers

---

**Featured Brands** | Select Brand ▾ | ▶ View All Brands

**CDW Recommends**

**lenovo**

**Lenovo ThinkPad T400s**
Think Vantage Technology
Built to boost efficiency and productivity

Was: $1,499.99
Now Only: $1,199.99

**More**

▶ More Lenovo Notebooks
▶ Lenovo Showcase

**hp**

**HP Compaq 6730b**
Notebook PC

Desktop replacement notebook for your business

Only
$1,029.99

**More**

▶ More HP Notebooks
▶ HP Showcase

**CDW Best Deals**
**Your Place to Save**
Desktops, notebooks and more.

**BEST DEALS**

Now on **twitter**

**Top Seller**
**APC Back-UPS ES 750VA**
Reduces wasted electricity
Only
$95.99

**More**

---

**Logitech**

**Professional Presenter**
**CDW Exclusive Savings**

Save $25 on R800 presentation remote control

Only
$74.99

**More**

▶ More Logitech Accessories
▶ Logitech Showcase

**InFocus**

**InFocus IN3114**
$120 Instant Savings

XGA or WXGA widescreen resolution

Only
$1,389.99

**More**

▶ More InFocus Projectors
▶ InFocus Showcase

**hp**

**HP ProCurve MSM422**
Access Point

Supports 802.11a/b/g and hi-speed 802.11n

Only
$779.99

**More**

▶ More HP Networking
▶ HP Showcase

**TOSHIBA**
Leading Innovation ⟫⟫

**Toshiba Tecra A11**
High Performance

Boosts productivity and efficiency for your business

Only
$879.99

**More**

▶ More Toshiba Notebook
▶ Toshiba Showcase

**Top Seller**
**Lenovo ThinkPad SL500**
Reliability plus advanced features - was $629.99
Only
$579.99

**More**

---



About CDW | Careers | Newsroom | Terms and Conditions | Contact Us

Copyright © 2007-2010 CDW. All rights reserved. **CDW**