# citi  Citi never sleeps

**Home** | About Citi | Investors | Individuals | Businesses | Corporations & Gov't | Institutional Investors | Sign-on to your Account



**The Citi® View:** Spending Smarter

Every person still needs to buy everyday things. We have ways to make those purchases more rewarding.

Discover ways to spend smarter ›

Previous  1  2  **3**  4  5  Next

**Looking for more information about Citi?**

Visit the links below for more information about Citi.

› Citi's Latest Ads
› For Investors
› For Media
› Careers at Citi

## How can we help you today?

**For Your Life...**
Spend smart. Save smart. Plan smart.

› Savings & Checking Accounts
› Credit Cards
› Citi Personal Wealth Management
› Mortgages

See all options ›

**For Your Business...**
You're all business. So is Citi.

› Banking & Cash Management
› Small Business Credit Cards
› Retirement Solutions

See all options ›

**For Corporations & Gov't...**
Trusted advisors, tailored solutions.

› Investment Banking
› Corporate and Commercial Bank
› Capital Markets Origination
› Global Transaction Services

See all options ›

**For Institutional Investors...**
Innovation. Execution. Distribution.

› Alternative Investments
› Citi Capital Advisors
› Sales & Trading
› Securities and Fund Services
› Citi Investment Research & Analysis

See all options ›

**› Find a Global Location**
We serve 200 million customers in over 100 countries.



› **Citi Foundation**
› **Citi Financial Education**
› **Citi Microfinance**

---



Citigroup.com is the global source of information about and access point to financial services provided by the Citi family of companies.
Copyright © 2010 Citigroup Inc.