

   



Straight talk on snacking.
There's more than just fun in our snacks ▶▶

1  2  3  4



46 steps towards a healthier planet.
▶ Learn More

### ChipTracker

See all the places across America where we make Lay's® chips and grow our potatoes

▶ Learn More

**In the News**   Frito-Lay's TrueNorth® Brand Shines the Spotlight on Inspir



**Find Your Favorite.** There are more great flavors than you think in the Frito-Lay family.
▶ Find Out More



**snack chat**
Get an insider's perspective on what's happening at Frito-Lay.
▶ Read our blog

© 2010 FRITO-LAY NORTH AMERICA, INC.   CONTACT US  |  PRIVACY POLICY  |  TERMS OF SERVICE  |  WHERE TO BUY

*John Deere's green and yellow color scheme is a trademark of Deere & Company.