
Username/Customer # | Password | Go!

24/7 Sales & Support (480) 505-8877

Create Account | Forgot Password | Sign Out | Deals of the Day

USD | empty

- HOME
- Domain Auctions
- Marketplace
- Support & Community
- Media
- Bob's Video Blog
- My Account

Domains | Hosting | Email | Site Builders | Business | SSL Certificates | Resellers | Start Domain Search | Go!

**Danica Patrick** Racing Star & Go Daddy Girl®

## Domains for just $1.99*
with any new, non-domain purchase**

**Buy Now!**

**New .COMs** per year & lower
**$10.69***

**.COM Transfers** FREE 1-yr ext!
**$6.99***

**Start your domain search here...**

.com | GO! | Express buy

Domains for just $1.99* · $6.99* Domain Transfers · Over $100† in Free Extras

Domain Options & Pricing · Bulk Registration · International Domains    *Plus ICANN fee of 18 cents/yr

**Go Daddy DEALS**
**Huge Email SALE!**
Save up to 30%
Personalized email that's fast, secure & spam-free!
Learn more

Connection Speed: High | Low

## SUPER BOWL® 2010 COMMERCIALS

Come back Super Bowl® Sunday for HOT Internet Only Versions!


**Spa**
Danica's day at the spa turns into a surprise audition.



**News**
Did Go Daddy go too far? How hot's too hot? Tune in now.



**Lola - BANNED**
Lola's gone from PRO Football to PROvocative.


See more commercials >



PLAY VIDEO

**Super Bowl® 2010: "Spa"**

RATE | TWEET | SHARE | CHANNEL | LINK | SUBSCRIBE

**Rate our videos!** Play one of our featured videos from the list and then tell us what you think of it.

---

**Bob's latest VIDEO BLOG**


BOB PARSONS.me
CEO & Founder of GoDaddy.com®

**5 Money Making Secrets I wish I learned in Business School**
PLUS ... a smoking hot blonde
VIEWER DISCRETION ADVISED
Watch Now >

**Product SPOTLIGHT**

**First visit to GoDaddy.com?**
Getting started is fast and easy with our new Product Advisor.
**Start here**



**Web Hosting you can trust**

**Go Daddy CELEBRITIES**



**DANICA PATRICK** Racing Star & Go Daddy Girl®

In the **NEWS**

**Show us YOUR Go Daddy Ad**


LIGHTS... CAMERA... ACTION!

Shoot your own Go Daddy commercial for a chance at BIG prizes! Plus, your ad could be seen by MILLIONS on GoDaddy.com.



GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: RegistrarSTATS.com

Copyright © 1999 - 2010 GoDaddy.com, Inc. All rights reserved.
© 2010 Hendrick Motorsports, LLC.
Indycar® and NASCAR® are registered trademarks of their respective owners. All rights reserved.
© 2010 JR Motorsports, LLC.



### Go Daddy Domains
Go Daddy has been offering the latest TLDs at the industry's lowest prices since 1997. Little wonder we're the world's premier domain name registrar (RegistrarSTATS.com). Because at Go Daddy, you can register a domain for up to 70% less than other registrars AND get hosting, an easy-to-use site-builder, personalized email account, blog/podcast tool, photo album and more - all absolutely FREE. We get you up and running on the Web for just the cost of your domain registration.

### Site Builders
WebSite Tonight® has helped thousands of people build and launch their own Web sites with absolutely no technical skills. Just choose a professional layout from the dozens of themes available (restaurant, how-to, etc), then click and type right into the text boxes provided. Select photos and music with a couple of clicks, add widgets, plus a forum, guestbook and links to any online photo albums. Go Daddy also sells SmartSpace®, an instant site builder, as well as blog/podcast software and Internet photo hosting for anyone who'd like to share photos online. For those who don't wish to build their own Web sites, the Go Daddy Dream Design Team is available to create sleek, professional Web sites.

### Web Hosting
According to Netcraft®, Go Daddy is the world's largest hostname provider. In addition to a range of reasonably-priced shared hosting plans, Go Daddy offers Dedicated and Virtual Dedicated servers. All plans come with a 99.9% uptime commitment, round-the-clock support and access to dozens of free downloadable applications through Go Daddy Hosting Connection. All Go Daddy data centers feature integrated monitoring and fire systems, cutting-edge security technology and 24/7 onsite security staff. You can be sure any Web site hosted by us is monitored 24-hours-a-day by experts.

### Email
At Go Daddy, each email account comes with a truly one-of-a-kind address. Forget those strings of nonsensical letters and numbers you get with other email accounts - each Go Daddy email address has your domain name right in it. This makes it super easy for friends, customers and colleagues familiar with your domain name to remember your Go Daddy email address. All Go Daddy email accounts are fast, ultra-reliable and secure. They're protected from spam and viruses and they're advertising-free. You can access your Go Daddy email through your Web browser or popular email clients like Microsoft® Outlook® and Outlook Express. You can even send SMS and text mail-right from your compose window! Choose from several email plans, with up to 10 email addresses.

### Business
Go Daddy offers a complete line of eCommerce and online marketing tools, all designed for the user with no knowledge of programming. Quick Shopping Cart® has everything you need to sell products online. Whether you use it as a stand-alone storefront or add it to an existing Web site, all you do is customize your product catalog, design your site and you're in business! Some companies require a monthly fee PLUS a percentage of the total transactions for a shopping cart but not Go Daddy. With Quick Shopping Cart®, you simply pay a monthly fee. The rest is all yours. Go Daddy customers may also order a professional logo, ad banners, a complete business identity and a Web site design from the experts on our Dream Design Team. They may also list and sell their products in Go Daddy Marketplace®, a bustling center of online commerce.

### SSL Certificates
Secure Sockets Layer Certificates-or SSLs, as they're commonly called-encrypt sensitive data as it moves to and from your Web site. With an SSL on your site, information such as social security and credit card numbers can never be intercepted by an outside party, regardless of their intentions. SSL certificates are the single-most powerful means of reassuring wary Internet shoppers. When they see the distinctive padlock icon in the lower corner of their Web browser, visitors know that information flowing both to and from your site is protected. So there's no need to worry that someone will view the private information they provide to you. It's absolutely safe. Go Daddy offers a variety of SSL Certificates with up to 256-bit encryption-the highest level available. All Go Daddy SSLs come with a warranty and offer 99.9% browser recognition-many can be had in a matter of minutes. All for up to 70% less than the other SSL Certificates out there.

### Resell domains and related services
Looking to start a home-based business or add to an existing one? Check out Wild West Domains®, a Go Daddy Group company. Open a Basic, Pro or Super Reseller plan with Wild West Domains and start selling a full suite of Go Daddy products. Domain names, Web hosting, site builders, email accounts, SSL Certificates, eCommerce tools - our reseller plans include over 50 products in all.

### About Go Daddy
Founded in 1997, Go Daddy now dominates the domain, Web site hosting and SSL industries. The Company owns and operates its own services and equipment, which enables it to keep prices low and quality high. Go Daddy is renowned for its controversial Super Bowl® commercials, the comely and accomplished Go Daddy Girls® and our round-the-clock live customer service. CEO and Founder Bob Parsons® produces a popular blog at www.bobparsons.me and weekly radio show called Radio Go Daddy®.

Read about us in Chinese