

**BRANDS OVERVIEW**    **BRAND FAMILIES**    **BRAND STRATEGY**



brands overview

## BRANDS OVERVIEW

At JCPenney, "Every Day Matters," and what matters to our customers, matters to us. That's why we offer the most desired brands in retail – brands developed with the unique needs and aspirations of our customers in mind. Spanning family apparel, home furnishings, fine jewelry, footwear, accessories and beauty, customers can choose from an array of merchandise available across our three integrated shopping channels: stores, jcp.com and catalog.

        

| American Living | a.n.a | Arizona | Bisou Bisou | C7P | Cindy Crawford | CONCEPTS |