# J.P.Morgan

**ASSET MANAGEMENT** | **COMMERCIAL BANKING** | **INVESTMENT BANK** | **PRIVATE BANKING** | **SECURITIES SERVICES** | **TREASURY SERVICES**

**CLIENT LOG ON** — More Services

-- Select One --

Select an option and click go. Some applications will require you to leave this site to log on. [GO]

- Corporations
- Financial Institutions
- Small & Midsized Businesses
- Public Sector & Non-Profit
- Individuals & Families



J.P. Morgan offers insight and experience to help individuals and their families advance towards their goals. Our teams deliver trusted advice and access to a world-class asset and wealth management platform.

Learn more

**NEWS & ANNOUNCEMENTS** — More News

J.P. Morgan supports Grameen Foundation's expansion of Bankers without Borders® microfinance program »

Steve Black Named Vice Chairman, JPMorgan Chase »

J.P. Morgan ranks among best undergraduate internships in Vault.com survey »

 The Way Forward »

 200 years, 100 countries »

Flagship Economic Research »



**Deal making in high definition**

J.P. Morgan and Thomson Reuters look at the industry sectors most suited for an increase in M&A activity.

Read more

J.P. Morgan / JPMorgan Chase / Chase

Terms of Use / Privacy and Security / Site Map   Copyright © 2010 JPMorgan Chase & Co. All rights reserved.