



FROZEN KISS — TERROR IS AS COLD AS ICE... BASED ON A TRUE STORY

## NEWS

### WESTMINSTER WIFE SHOW
Conflict erupts in a sleepy Middle American town when a cocky young entrepreneur inherits the community's beloved annual pageant and attempts to trans... ...more >>

### DAYS OF DARKNESS
Mankind's greatest fear has become a

## NEW FILMS



**WESTMINSTER WIFE SHOW**
Conflict erupts in a sleepy Middle American town when a cocky young entrepreneur inherits the commun...

...more on this movie



**DAYS OF DARKNESS**
Mankind's greatest fear has become a reality, as a comet plummets through the atmosphere on a dead...

...more on this movie



**KEMPER: THE CO-ED KILLER**
Inspired by the events surrounding Ed Kemper, the Santa Cruz serial killer Commonly referred to as t...

...more on this movie



**DIARY OF A SERIAL KILLER**
Tormented by the serial killer who took her Mother's life, Journalist LAURA NELSON investigates th...

...more on this movie

Mainline Releasing focuses on the **worldwide distribution** and licensing of independent film product. Its core business is representation of **quality theatrical films**, as well as product that has strong commercial value in ancillary markets.

## MARKETS & FESTIVALS

**MIPTV**
Dear Distributor, We will be attending MIPTV, from April 7-11, and would be happy to meet to disc...

...more on this festival

MAINLINE RELEASING · 301 Arizona Avenue · 4th Floor, Santa Monica, CA 90401 | P 310 255 1200 | F 310 255 1201
© 2010 MAINLINE RELEASING | Privacy Policy