

| Store Locator ▾ | Shop by Catalog ▾ | 🛒 0 item(s): $0.00  ● Delivery  ○ Pick-Up | Add $50.00 more for FREE Next Business Day Delivery!* |
|---|---|---|---|
| Enter Zip | Quick Order, Online Catalog... | ▾ View Cart | Checkout | Shopping List | |

Welcome, Guest - Log in - Register

| Office Supplies ▾ | Technology ▾ | Furniture ▾ | Our Services ▾ | My Account ▾ |

SEARCH [_____] [GO]        Ink & Toner | Paper | View All Products A-Z ⊞ | Order Tracking


your smarter tax destination. save on tax software    [SHOP NOW]


Samsung HDTVs UP TO $80 off
Plus Save — Save on Monitors, USB Drives & more
[SHOP NOW]
1 2 3 4 ‖

**Special Savings**


Weekly Ad — See it Now

- Online Deals
- Rebate Center
- Clearance Center

Exclusive Offers +
Shopping Tools +
Add A Coupon +

**Ink DEPOT**



[Select Manufacturer ▾]
— or —
[Search by Cartridge#] [GO]

**Paper DEPOT**
- Paper Buyer's Guide
- Shop Paper Depot

**Copy & Print DEPOT**
- Document & Copy Services
- Business Cards & Stationery
- Custom Stamps
- Signs & Banners

**Tech DEPOT**
- Services
- Software
- Networking
- Notebooks

**Business Resource Center**
- Business Web Sites
- Partner Services
- Free Forms
- Small Business Library


Save Up To 20% On Select Filing — 90% larger label area
▸ SHOP NOW


FREE 4GB USB Drive With HP Toner Purchase
▸ SHOP NOW

Samsung HDTVs Up to $80 off
PLUS SAVE on monitors, USB drives & more
▸ SHOP NOW


shop smarter — WATCH NOW
Office Depot's New TV Spot

---

**Gift Cards**
Gift cards have no expiration dates and can be shipped free.
Buy a Gift Card

**Credit Cards**
Special financing options available everyday.
Learn More

**Worklife Rewards™**
10% Back on Ink, Toner, Paper, and Copy & Print PLUS 1% on almost everything else (Excludes HP Ink & Toner)
Join Today

**Smart Email Deals**
Receive exclusive discounts and offers
Sign-up Now!

**Mobile Alerts**
Receive offers on your phone. Text the word "offer" to Depot (33768).
Text "stop" to quit and "help" for more info.
Standard message rates apply.

---

**Site Info**
Site Map
Top Categories
International
Office Depot en Español
Terms of Use
Privacy Policy

**Company Info**
Store Locator
Company Overview
About Office Depot®
Career Opportunities
Affiliate Program
Government Programs
Diversity
Community Involvement
Women in Business
Environmental Programs
Media Relations
Investor Relations
Office Depot Racing
Office Depot Foundation
Strange Little Office Beings

**Customer Service**
Customer Service
Customer Survey
Refunds and Exchanges
Contact Us
Order Tracking
Delivery Info
Re-order
Order by item#
My Account
Request a Catalog
Gift & Rewards Cards
Website Feedback
Recall Notices

**Specials**
Worklife Rewards™
Mail-in Savings Center
Weekly Ad
5% Back to Schools Program
Star Teacher
Survival of the Smartest
Apply for Credit Card

**Products**
Tech Depot
Ink Depot
Furniture Depot
Copy & Print Depot
Christopher Lowell
Ativa™
Foray™
Products A-Z
Your Greener Office
Office Products
Office Supplies
Office Furniture
Technology
Write a Product Review

---

Shop for office supplies at Office Depot

From basic office supplies such as printer paper and labels to office equipment like file cabinets and stylish office furniture, we have the office products you need to get the job done. Shop everyday office products to maintain a well-stocked office environment, browse our wide selection of school supplies or check out our Business Resource Center to find tools that can help you run your business. Whether you're starting a small business or maintaining a multi-office organization, you'll find information, solutions and outstanding service with Office Depot, including a Business Resource Center. From office supplies to office furniture to business advice, you're sure to find what you need at Office Depot.

Copyright © 2010 by Office Depot, Inc. All rights reserved. Prices shown are in U.S. Dollars. Please login for country specific pricing. Prices are subject to change based on your order and delivery location(s) and the applicable retail store location. All orders are subject to the Terms of Use.
The Tony Stewart®, Stewart-Haas Racing™ and #14™ are trademarks of Stewart-Haas Racing and are used under license.