**Perot Systems News:**



# INTRODUCING THE NEW DELL SERVICES

Helping you optimize your IT investments and create new technology solutions

**Perot Systems is now part of Dell Services**

---

### Application Services
→ Application Modernization
→ Custom Applications
→ Business Intelligence
→ Enterprise Applications
→ Industry Applications
→ Our Enablers

### Business Process Services
→ Finance and Accounting Solutions
→ Customer Contact Management Solutions
→ Process Improvement Consulting and Training

### Consulting Services
→ Strategy Consulting
→ Enterprise Consulting
→ Technology Consulting
→ Seminars, Conferences, and Education Events
→ Project Management Methodology

### Infrastructure Services
→ End-User Computing
→ Network Services
→ Enterprise Computing
→ Cross-Functional Services

### Virtual Services
→ Virtual Services Overview
→ Virtual Servers
→ Virtual Desktops
→ Cloud Integration Services
→ Why Choose Dell Perot Systems

---

### Dell Perot Systems

If you're looking to reduce expenses and control spending, Dell Perot Systems can help with a full range of cost-containment solutions. Here are just a few examples of how our technology and business process services are designed to:

- Contribute to revenue streams
- Reduce overhead
- Drive out costs
- Better manage resources
- Increase efficiencies
- Automate processes
- Improve decision-making

In addition to the capabilities above, chances are we have the right cost-efficiency offerings for your business. Our solutions are scalable so you can choose only the services needed. It's also good to know that Dell Perot Systems is a financially strong company so we'll be there for you in the future.

Let's get together and figure out ways to add value into your operations during these tough economic times. If you're feeling the crunch, let us know how we can help.



### Oakwood Physician Practices Division Leads EHR Adoption

By adopting EHR technology, OPPD physicians are better armed with patient data to make quick and accurate decisions.



### How would you like your IT?

New Virtual Services and Cloud Integration solutions blend security, cost control, and scalability for right-sized IT...right now



### Michael Dell and Ross Perot Jr. on CNBC

Michael Dell, CEO of Dell, and Ross Perot Jr., chairman of Perot Systems, discuss the acquisition deal with CNBC.

---

Contact Us
Corporate Responsibility
Privacy Policy
Terms of Use
Sitemap

© 1996-2010 Perot Systems All Rights Reserved

 SHARE