PLAYBOY

Search Girls, Articles & More    GO

Free Tour | Join Now | Login

ENTERTAINMENT | GIRLS | GAMES | MAGAZINE | ADVICE | NIGHTLIFE | PLAYBOY U | INTERVIEWS | FORUM | HUMOR | STYLE | SHOP | VOD



See Kim Kardashian's complete nude pictorial now!    4 of 5