

PRODUCT: [    ]  SEARCH    ZIP: [    ]  FIND A STORE

MAKE YOUR PAYMENT ONLINE — ePay

| FURNITURE | APPLIANCES | COMPUTERS | ELECTRONICS | SPECIALS | HOW RAC WORKS | LOANS AND CASH SERVICES |

LIVING ROOMS | BEDROOMS | DINING | TV STANDS | LAMPS

**START YOUR ORDER TODAY**

START AN ORDER ONLINE [GO]

HAVE A STORE CALL ME [GO]

CALL FOR YOUR LOCAL STORE
(800) 665-5510



**No Credit Needed** to Get the Complete Room You Want!
7-Pc. Living Room Groups
Your Choice for only $29.99 per week

SEE OUR ADVERTISING


ENJOY A NEW BEDROOM SET
BROWSE ITEM >


GET A WASHER DRYER
BROWSE ITEM >


TAKE HOME THIS ALL-IN-ONE
BROWSE ITEM >


GET DEALS AND MORE
SIGN UP NOW


WE'RE HIRING
FIND OUT MORE

## SHOP BY BRAND

| SONY | Whirlpool | Ashley | hp | LG | TOSHIBA |
| --- | --- | --- | --- | --- | --- |
| Sony Products | Whirlpool Products | Ashley Products | HP Products | LG Products | Toshiba Products |
| Serta | klaussner | PHILIPS | acer | ClassicFlame | Panasonic |
| Serta Products | Klaussner Products | Philips Products | Acer Products | ClassicFlame Products | Panasonic Products |

| RENTAL PRODUCTS | OTHER PRODUCTS | INFO AND TOOLS | ABOUT RENT-A-CENTER | OUR OTHER BRANDS |
| --- | --- | --- | --- | --- |
| Furniture | Loans and Cash Services | How RAC Works | Company Information | RAC Financial Services |
| Appliances | TRACFONE Wireless | Help/FAQ | Investors | Get It Now! |
| Computers | dPi Home Phone Service | Contact Us | RACommunity | RAC Corporate Leasing |
| Electronics | RAC Benefits Plus Coverage | Sign Up For Specials | Employment | RAC Canada |
| Specials | | Site Map | | |
| See Our Current Ads | | | | |

© 2010 Rent-A-Center® All Rights Reserved. | Privacy Policy | Web Accessibility | ePay Terms

The advertised transaction is a rental-purchase agreement (or in NV, a lease agreement with an option to purchase; in IA, SC and NE, a consumer rental-purchase agreement; in CT and NH, a rent-to-own agreement; in AK, DC, DE, HI, ID, KS, ME, OR, SD, VA, and WA, a lease-purchase agreement; in MA and RI, a lease). Not available in MN or WI. **$29.99 a week for 91 weeks; Total of All Payments: $2,729.09; applies to promotional package Ashley models 359PAC and 988PAC. In GA/PA, $29.99 a week for 91 weeks; Cost of Lease Services: $1,364.54; Total of All Payments: $2,729.09; applies to promotional package Ashley models 359PAC and 988PAC. In CA, $29.99 a week for 72 weeks; Total of All Payments: $2,159.28; applies to promotional package Ashley model 359PAC and $29.99 a week for 78 weeks; Total of All Payments: $2,339.22; applies to promotional package Ashley model 988PAC. In WV, $29.99 a week for 67 weeks; Retail Value: $849.00; Rent-To-Own Charges: $1,160.33; Total of All Payments: $2,009.33; applies to promotional package Ashley model 359PAC and $29.99 a week for 73 weeks; Total of All Payments: $2,189.27; applies to promotional package Ashley model 988PAC. In HI, $29.99 a week for 68 weeks; Total of All Payments: $2,039.32; applies to promotional package Ashley model 359PAC and $29.99 a week for 73 weeks; Total of All Payments: $2,189.27; applies to promotional package Ashley model 988PAC. In ME, $29.99 a week for 85 weeks; Total of All Payments: $2,549.15; applies to promotional package Ashley model 359PAC and $29.99 a week for 91 weeks; Total of All Payments: $2,729.09; applies to promotional package Ashley model 988PAC. Offer good while supplies last and cannot be combined with any other promotion. The "Total of All Payments" does not include applicable sales taxes or optional fees and other charges (such as late charges) that you may incur. Super Value product pricing applies to new and pre-leased items as marked in the store. Advertised rental rates and terms are for new merchandise. Advertised rate ends 3/13/10. Product availability may vary by store. Free-rent offers will not reduce total rent or purchase-option amounts. You will not own the merchandise until the total amount necessary to acquire ownership is paid in full or you exercise your early purchase option. Ownership is optional. In VT, minimum 18-week rental period applies. MA and RI consumers: At any time after the initial payment you may purchase the merchandise for 60% of the remaining Total Cost, plus sales tax, calculated at the time. See Store Manager for complete details. Consulta con el Gerente de la Tienda para los detalles completos. WiiTM, ® and the Wii logo are trademarks of Nintendo. © 2010 Nintendo. MIDWAY® is a trademark of Midway Games, Inc. ***Serta "2 Free Pillows" Offer" valid between February 1, 2010 and March 31, 2010. Offer is only available with a qualified purchase of a Serta Queen or King mattress set. Voucher redeemable for "2 free pillows" provided at time of purchase. Only one submission per household. "RAC's "Worry-Free Guarantee" includes (1) Matching Any Local Rent-To-Own Business's Advertised Price (competing advertised price must be for similar payment, delivery and product service terms for in-stock new merchandise on the same brand and model), (2) Delivery, Set-Up and Service (delivery and set-up are included and RAC services and maintains the merchandise while on rent or in NJ for duration stated in agreement. Set up does not include connection of gas appliances.) and (3) Money Back Guarantee must be exercised within your first week of possession to receive either merchandise replacement or a refund. (4) Payment Protection (re-rent the same or comparable item you returned and pick up where you left off on your payments).