
that was easy:

Home | Favorites Lists | Easy Reorder | Order by catalog item #

Contact Us | **Log in**

[Search]

0 items  **$0.00** Checkout

**Show All Products**

My Account ▾   Customer Service ▾   Hot Deals Center ▾   Questions? 1-800-STAPLES

- Staples® Brand Products ›
- Ink & Toner ›
- Paper & Pads ›
- Office Supplies ›
- Technology ›
- Filing & Storage ›
- Cleaning & Paper Supplies ›
- Coffee, Water & Snacks ›
- Mailing & Shipping Supplies ›
- Furniture ›
- Copy & Print ›
- Custom Stamps & Promotional Products ›

Welcome, Log in please. | Help for Haiti: learn how you can donate today.

Store Locator

**Fast and FREE DELIVERY** on all orders over **$50**



Save your business money in 2010.
Visit our special page dedicated to business deals each week.
Business savings for the new year.
Only $19.49 after easy rebate
HOT offer!
HammerMill® CopyPlus® copy paper, 8 1/2" x 11", case
Plus, get $3.89 back in Staples Rewards®
Ends 2/6/10. Limit 2 rebates per household.
See all the deals



NEW LOW PRICES! Cleaning supplies, food and more. Learn more

Customers liked these best sellers:     1 2 3 4     1-4 of 16 items




| HammerMill® Copy Plus Copy Paper, 8 1/2" x 11", Case | Staples® Copy Paper, 8 1/2" x 11", Case | Staples® Multipurpose Paper, 8 1/2" x 11", Case | HP Office Paper, 8 1/2" x 11", Case |
|---|---|---|---|
| (755 reviews) Details | (1214 reviews) Details | (1574 reviews) Details | (30 reviews) Details |

Expand to See All ▾



Need help? Call Customer Support 1 (800) STAPLES

Recommended for You     1 2 3 4     1-4 of 16 items



| Nestle® Pure Life™ Bottled Purified Water, 24pk | Bounty® Basic Paper Towel Rolls, 1 Ply | Poland Spring Bottled Water, Office Pack, 24/Case | Dixie® PerfecTouch® Hot Cups, 12-oz. |
|---|---|---|---|
| (43 reviews) Details | Details | (21 reviews) Details | (15 reviews) Details |

Expand to See All ▾



Request a Catalog    Go

Get deals delivered right to your inbox! Sign up for emails now.



Earn 10% back in Staples Rewards® Sign up now



## Ways to Save
- Staples® Rewards
- Rebate Center
- Staples® Credit Center
- Corporate Customers
- Staples® Service Plans
- Email SignUp

## Policies
- Delivery & Returns
- F.A.Q.'s
- Legal Terms & Conditions
- Privacy Statement
- Warranty & Re-call Info
- Price Match Guarantee

## Corporate Information
- About Staples
- Corporate Responsibility
- Investor Information
- Media Information
- Community Relations
- International Sites
- STAPLES Center
- Affiliate Program
- Jobs



## Site Help & Feedback
- Favorites Lists
- Easy Reorder
- Order By Catalog Item #
- Track an Order
- My Account
- Store Locator
- Request a Catalog
- Email SignUp
- Contact Us

## Exclusively at Staples
- Staples® Easy Button
- Downloadable Easy Button
- Easy Tech
- OXO Products
- InkDrop
- Staples® Gift Cards
- Recycling Programs

## Staples Brand Products
- Papers & Pads
- Binders & Presentation
- File Folders & Accessories
- Pens, Writing & Correction
- Shredders
- CD/DVD Media
- View All Products

Staples makes buying office products easy.
From basic office supplies such as printer ink, toner cartridges and paper to office equipment like file cabinets, chairs, shredders and stylish office furniture, we have the office products you need to get the job done. You'll find great savings on file folders, binders, address labels, and all the everyday supplies you need. Our wide selection of cleaning supplies, snacks, and refreshments make it easy to keep your breakroom clean and well stocked. Staples makes it easy to run your office.
Staples technology services and electronics will keep you on the cutting edge. Enjoy our everyday low prices on the newest technology products, from computers, netbooks and laptops to mp3 players, Bluetooth headsets and GPS systems. All this, plus the software titles you need from Microsoft, Norton, Quickbooks and more. Our wide selection of all in one printers, laser printers and inkjet printers will keep you printing for less. Staples makes technology easy.
From office supplies and office furniture to technology consulting, you're sure to find what you need at Staples.

This Web site is intended for use by US residents only. See International Sites
See our delivery policy for full details
Copyright 2010, Staples, Inc. All Rights Reserved.
Questions? Call 1-800-STAPLES (1-800-782-7537) or email us at http://www.staples.com/emailus

Site Map | RSS Feed