

Samples & Purchase Cart | Contact Us | ▼TI Worldwide: United States | 简体中文 | 日本語 | my.TI Login

● Products   ● Applications   ● Design Support   ● Sample & Buy   ▼All Searches   Search by Keyword [GO]   Search by Part Number [GO]

● Explore 150+ end-equipment possibilities from TI

From **inspiration** to **generation**...

# You and TI can make it happen.

● Launch your next **smart energy** design.

**14-bit, 250 MSPS ADC**
30% Power Savings
Learn more ●

High-Speed Data Converter
ADS4149



**Visit TI at Mobile World Congress**
Learn more ●



## ▼ Products

Semiconductors:
> Amplifiers & Linear
> Clocks & Timers
> Data Converters
> High-Reliability Products
> Interface
> Logic
> Micro-Electro-Mechanical Systems (MEMS)
> Power Management
> Processors
  – ARM
  – Digital Signal Processors (DSP)
  – Microcontrollers (MCU)
> RFID
> RF/IF & ZigBee® Solutions
> Switches & Multiplexers
> Temperature Sensors & Control ICs

DLP® Technology – Projection, Digital Cinema & HDTV

Calculators & Education Technology

View new products ●

‡ Most Popular Products

‡ New Products

## ▼ Applications

> Audio
> Automotive
> Communications & Telecom
> Computers & Peripherals
> Consumer Electronics
> Energy
> Industrial
> Medical
> Security
> Space, Avionics and Defense
> Video & Imaging
> Wireless

‡ Most Popular Applications

## ▼ Design Support

Find technical documents:
[Select Product Group ▼]
[Select Document Type   ] [GO]

> Contact Technical Support
> TI E2E Community
> Quality, Reliability, Packaging & Eco-Info
> KnowledgeBase
> Training & Events
  – Technology Days
> Developer & Design House Network
> Analog eLAB™ Design Center
> Sign Up for Email Alerts

‡ TI E2E Community

‡ Most Popular Design Support

## ▼ Sample & Buy

🛒 **Samples & Purchase Cart**

**Sample Items**
Existing Customer?
[Log in to Get Samples]
New Customer?
Create a my.TI Account

**Purchase Items**
You have 0 item(s) in Your Cart.
[View Cart]

> Pricing & Availability
> TI eStore: Evaluation Modules, Development Kits & Software
> Semiconductor Distributors
> Sales Representatives

‡ New Products Samples