# EXHIBIT 56




# About NCSA Mosaic



- Projects Home
- Software and Technologies
- Cybereducation
- Staff Publications

NCSA's Mosaic™ wasn't the first Web browser. But it was the first to make a major splash. In November 1993, Mosaic v 1.0 broke away from the small pack of existing browsers by including features -- like icons, bookmarks, a more attractive interface, and pictures -- that made the software easy to use and appealing to "non-geeks."

NCSA offered Mosaic free to the general public from its website, and soon more than 5,000 copies were being downloaded each month; the center was receiving hundreds of thousands of email inquiries a week. By 1994, Mosaic had a user base of several million users worldwide.

The technology was quickly transferred to the private sector, with Marc Andreessen and several other Mosaic developers launching Netscape and more than 100 companies, including Microsoft, licensing the software through start-up Spyglass, Inc. NCSA discontinued support for Mosaic in 1997, shifting its focus to other research and development projects.

The availability of Mosaic and its offspring transformed communication and commerce. Today, calculations put global Web use at over 1 billion individuals, with use growing by more than 300 percent in the past eight years. In the United States, online sales now generate more than $200 billion in revenue a year.

In 2003, NCSA celebrated Mosaic's tenth birthday by bringing together a panel of computer science luminaries to discuss the impact of Mosaic and its progeny on science, business, and society and what the future might hold for computing, networking, and technology.

NCSA Mosaic screenshots and logos are available here.

Contact webmaster with questions regarding this page. Last updated February 5, 2009.
All rights reserved. ©2010 Board of Trustees of the University of Illinois.

