# EXHIBIT 57

# Summary Report

**Date:** 01/13/10
**Reference Code:** ▮▮▮▮▮▮▮▮▮▮

## Subject Information
**(Best Information for Subject)**

Name: MARC LOWELL ANDREESSEN

Date of Birth: ▮▮▮
Age: ▮▮
SSN: ▮▮▮▮▮ issued in ▮▮▮▮▮ between ▮▮▮ and ▮▮▮

Others Associated with SSN:
(DOES NOT usually indicate any type of fraud or deception)
ARSHO AVETIAN
 Age:
ARSHO AVETIANBE
 Age:

## AKAs
**(Names Associated with Subject)**

MARC L ANDREESSEN
DOB: ▮▮ Age: ▮▮ SSN: ▮▮▮▮▮
MARC L ANDRESESSEN
DOB: ▮▮ Age: ▮▮ SSN: ▮▮▮▮▮
MARC L ANDRESSEN
DOB: ▮▮ Age: ▮▮ SSN: ▮▮▮▮▮
MARK L ANDREESSEN
DOB: ▮▮ Age: **38** SSN: ▮▮▮▮▮
MARC ANDREESSEN
DOB: ▮▮ Age: ▮▮ SSN: ▮▮▮▮▮
MARC L ANDREESSEN
DOB: ▮▮ Age: ▮▮ SSN: ▮▮▮▮▮

## Indicators

Bankruptcy: ▮
Property: ▮
Corporate Affiliations: ▮

## Address Summary  (✓ - Probable Current Address)

▮▮▮▮▮ LOS ALTOS  CA ▮▮▮▮▮ SANTA CLARA COUNTY ( 2006 - Nov  2009)

▮▮▮▮▮ PALO ALTO  CA ▮▮▮▮▮ SANTA CLARA COUNTY (Sep  2004 - Jul  2009)
[No Data Available]

▮▮▮▮▮ PALO ALTO  CA ▮▮▮▮▮ SANTA CLARA COUNTY (Feb  1996 - Jul  2009)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮