**Bill Janssen**

Human-Information Interaction research area
Intelligent Systems Laboratory
Palo Alto Research Center, Inc.

*research projects*

Productive Reading
*UpLib*


*Ubitext*


*Plucker*


*HTTPNG*

ILU
*ILU*

*research interests*  e-books & personal digital libraries;
distributed document systems;
sensemaking and complexity management;
deconstructed and thin-client computing

*mail*  PARC
3333 Coyote Hill Rd
Palo Alto, CA 94304

*email*  bill@janssen.org *or*
janssen@parc.com

*phone*  (650) 812-4763

*recent publications*
*(more)*

**ReadUp: A Widget for Reading**
William C. Janssen
ECDL 2005

**Document Icons and Page Thumbnails**
**Issues in Construction of Document Thumbnails for Page-Image Digital Libraries**
William C. Janssen
ECDL 2004

**Collaborative Extensions for the UpLib System**
William C. Janssen
ICDL 2004

**UpLib: A Universal Personal Digital Library System**
William C. Janssen and Kris Popat
DocEng 2003

**Paper to PDA**
Thomas M. Breuel, William C. Janssen, Kris Popat, and Henry S. Baird
ICPR 2002

**HTTP "Next Generation" Final Report**
William C. Janssen and Michael Spreitzer
WWW 2000

Last tinkered with 1 October 2005   Thanks, Jay, for the template