# EXHIBIT 59

Basic Account: Upgrade

Welcome, Ben Chase  Add Connections  Settings  Help  Sign Out

LinkedIn  Home  Profile  Contacts  Groups  Jobs  Inbox  More...    People ▼  [search]  Advanced

Become a teacher - Earn a prestigious online Master's degree from USC! - From Master of Arts in Teaching

# People

« Go back to Home Page

## George Toye
President & CEO at wiTHinc Inc.
San Francisco Bay Area | Information Technology and Services

| | |
|---|---|
| **Current** | • **Professor (Consulting)** at **Stanford University**<br>• **President** at **wiTHinc Inc.** |
| **Past** | • Associate Director - Technology at Stanford Learning Lab<br>• Associate Director at Stanford Center for Design Research<br>• Engineer at Systems Control |
| **Education** | • Stanford University<br>• U.C. Berkeley<br>• U.C. Berkeley |
| **Connections** | 32 connections |
| **Public Profile** | http://www.linkedin.com/pub/george-toye/0/8b/815 |

- Send InMail
- Add George to your network
- Forward this profile to a connection
- Search for references
- NEW Save George's Profile

⚠ Expanded profile views are available only to premium account holders. **Upgrade your account.**

### Contact Settings
**Interested In**

- career opportunities
- new ventures
- expertise requests
- reference requests
- consulting offers
- job inquiries
- business deals
- getting back in touch

**Send a message to George Toye**
→ Send InMail

« Go back to Home Page

The Ladders — Find $100K+ jobs in your area — FIND A GREAT JOB NOW »

**Viewers of this profile also viewed...**

**Henry Walthery**
President at Smart Start Building Systems

**Bill Wiedemann** billwied@yahoo.com
Director Strategic Accounts at Napatech

**Barbara Singer**
Dir., Strategic Media Information at Kraft Foods

**Jack Hong**
Entrepreneur and Investor

**Sam Yen**
Software Design

**Winston M. A. Williams, Jr., PMP LEED AP**
Project Manager at Turner Construction

**Tomas Ambrosetti**
Strategic Initiatives Director at The Coca-Cola Company

**Margot Brereton**
Prof at Queensland University of Technology

**Sanjay Rajagopalan**
Design, Innovation and Technology Strategy

**William Cockayne**
CEO

Customer Service | About | Blog | Careers | Advertising | Recruiting Solutions | Research Surveys | Tools | Developers | Language | Upgrade Your Account

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2010 | User Agreement | Privacy Policy | Copyright Policy | Send us your feedback.