# EXHIBIT 60

# Summary Report

**Date:** 11/25/09
**Reference Code:** ▮▮▮▮▮▮▮▮

## Subject Information
**(Best Information for Subject)**

Name: GEORGE TOYE
Date of Birth: ▮▮▮▮
Age: ▮
SSN: ▮▮▮▮▮▮ issued in ▮▮▮▮ between ▮▮▮▮ and ▮▮▮▮

## AKAs
**(Names Associated with Subject)**

[No Data Available]

## Address Summary  (✓ - Probable Current Address)

✓ ▮▮▮▮▮▮▮ FOSTER CITY CA ▮▮▮▮▮ SAN MATEO COUNTY (Mar 1994 - Nov 2009)
Phone at address: ▮▮▮▮▮▮▮ TOYE GEORGE
Neighborhood Profile (2000 Census)
Average Age: **35**    Median Household Income: **$129,907**    Median Home Value: **$701,500**    Average Years of Education: **16**