# EXHIBIT 61


