# EXHIBIT 62

# Summary Report

**Date:** 11/25/09
**Reference Code:** ▮▮▮▮▮

## Subject Information
**(Best Information for Subject)**

Name: DALE P DOUGHERTY
Date of Birth: ▮▮▮
Age: ▮
SSN: ▮▮▮▮ issued in ▮▮▮ between ▮▮▮ and ▮▮▮

## AKAs
**(Names Associated with Subject)**

DALE P DOUGHERTY
DOB: ▮▮▮  Age: ▮  SSN: ▮▮▮
DALE DOUGHERTY
SSN: ▮▮▮

## Address Summary  (✓ - Probable Current Address)

✓ ▮▮▮ SEBASTOPOL CA ▮▮▮ SONOMA COUNTY (May 2007 - Nov 2009)