# EXHIBIT 63

Need a CA expert witness? - Search for free! Sort by name, location, expertise. Since 2001. - From Dawn Zuhlke-Bramhall

# People

« Go back to Search Results   « Prev   Next »



**Karl Jacob**
CEO and Founder at Coveroo
San Francisco Bay Area | Internet

| | |
|---|---|
| Current | • CEO and Founder at Coveroo |
| Past | • Managing Partner at Elixir Fund<br>• CEO and Founder at Wallop<br>• CEO at Cloudmark<br>  see all... |
| Education | • University of Southern California |
| Recommendations | 6 people have recommended Karl |
| Connections | 500+ connections |
| Websites | • My Company<br>• My Blog |
| Twitter NEW | • karl |
| Public Profile | http://www.linkedin.com/in/karljacob |

- Send InMail Free
- Add Karl to your network
- Forward this profile to a connection
- Search for references
- NEW Save Karl's Profile



### Summary

Karl Jacob is a four-time entrepreneur and has been building and advising companies for the last 14 years. He also worked as a manager at Sun Microsystems and an executive at Microsoft. In his career, Jacob raised over $200 million from prestigious investors like Amerindo, Microsoft, eBay, Integral Partners, Norwest Ventures, Bay Partners, Benchmark Capital, Deutsche Bank, Ignition Partners, Vulcan Ventures and others. He started four companies from no revenue to significant revenues or being acquired. One of his companies, Dimension X, was acquired by Microsoft in 1997; and another, Keen (now Ingenio), was acquired by AT&T in 2007. Companies with Jacob as CEO have generated over $300 million in returns to investors and over $150 million in revenue per year. He has received numerous awards, including being named one of BusinessWeek's top ten up-and-comers.

Jacob is currently the CEO and Founder of Coveroo, which enables consumers to personalize their cell phones, MP3 players and other personal electronics with their favorite artwork and designs. Previously, he took Cloudmark from no revenue and $50,000 in investment to $16 million in investment and millions in revenue. Prior to this, Jacob joined Benchmark Capital as an entrepreneur-in-residence and was charged with creating the "next big thing," which ended up being Keen, where he was CEO and President until May of 2002. While at Keen, Jacob led the company to be credited as one of the fastest growing ecommerce companies in history and recognized by Fortune as a Cool Company.

Jacob has advised and been a board member at several companies including Facebook, Dimension X, Keen, Cloudmark, IMMI, Protector USA and REAL Kiteboarding. He holds a B.S. in Computer Science from University of Southern California, where he sits on the school's board of counselors for the School of Engineering.

### Specialties

building companies negotiation mentoring business development raising money

### Karl Recommends (6)

**Robin Leidenthal**, VP, Online Merchant Services, Client: Wells Fargo Bank
  Robin made a huge impact on our company in its...

**Igor Vinogradsky**, QA Manager, Wallop
  Igor is one of the most dedicated and driven...

**Kaila Carty**, Business Development/Business Analyst, Wallop
  Kaila is smart, dedicated and loves a challenge.....

See all Recommendations »

### Viewers of this profile also viewed...

**Igor Vinogradsky**
QA Lead at IT Ascent

**Paul Irvine**
Director of Engineering at Wallop

**Andrew 'Flip' Filipowski**
flip@silkroadtech.com - Entrepreneur, World Renown Speaker & Philanthropist - CEO SilkRoad Equity - TopLinked.com

**Dave McClure**
Startup Investor (Founders Fund, FF Angel)

**Keith Jacob**
Director of Sales and Business Development at Coveroo

**Anita Garimella**
Internet & Software Product Management & Marketing Executive; Real Estate Developer

**Barack Obama**
President of the United States of America

**Benjamin Katz**
Director of Partnerships at CafePress.com

**Kaila Carty**
Business Development Manager at Simply Hired

**Margot Lee**
Director of Product at Coveroo, Inc.

## My Travel



karl is in Tiburon, CA

POWERED BY TripIt

Upcoming Trips
karl has no upcoming trips planned.

Stats
karl has traveled 1,903 mi to 2 locations

## SlideShare Presentations

You have not uploaded any presentations yet

## Experience

**CEO and Founder**
Coveroo
Privately Held; Consumer Electronics industry
November 2008 – Present (1 year 4 months)

Coveroo is the first company to offer custom phone covers from your favorite stars, movies, sports teams and even your own design. We offer designs from the Simpsons, MLB, NBA, NCAA, Hello Kitty and many more

**Managing Partner**
Elixir Fund
Internet industry
2007 – 2009 (2 years)

**CEO and Founder**
Wallop
Privately Held; Internet industry
September 2005 – November 2008 (3 years 3 months)
1 1 person has recommended this user at Wallop

### CEO
**Cloudmark**
Privately Held; 51-200 employees; Internet industry
May 2002 – March 2005 (2 years 11 months)

2 2 people have recommended this user at Cloudmark

### CEO
**Keen**
Privately Held; 51-200 employees; Internet industry
September 1999 – May 2002 (2 years 9 months)

1 1 person has recommended this user at Keen

### CEO
**Ingenio**
Internet industry
1999 – 2002 (3 years)

### Entrepreneur in Residence
**Benchmark Capital**
Partnership; 11-50 employees; Internet industry
June 1999 – September 1999 (4 months)

### General Manager
**Microsoft**
Public Company; 10,001 or more employees; MSFT; Internet industry
May 1997 – June 1999 (2 years 2 months)

### CEO and Founder
**Dimension X**
Privately Held; 11-50 employees; Internet industry
November 1995 – May 1997 (1 year 7 months)

2 2 people have recommended this user at Dimension X

### Manager
**Sun Microsystems**
Public Company; Internet industry
1991 – 1993 (2 years)

## Education

**University of Southern California**
Bachelors Computer Science
September 1987 – May 1992

*Activities and Societies:* Phi Delta Theta

## Recommendations For Karl

### CEO and Founder
**Wallop**

> Michael Neril, *Co-Founder & CEO, SpongeFish, Inc.*
> was with another company when working with Karl at Wallop

### CEO
**Cloudmark**

> Steve Wallen, *General manager - SafeGuard, IMMI*
> was with another company when working with Karl at Cloudmark

> Katsuhide Azuma
> was with another company when working with Karl at Cloudmark

### CEO
**Keen**

> Mitch Muroff, *Director, Risk Management, Ingenio, Inc.*
> worked indirectly for Karl at Keen

### CEO and Founder
**Dimension X**

> Darren Mckeeman, *Systems Administrator, Dimension X*
> reported to Karl at Dimension X

> Jon Werner
> was with another company when working with Karl at Dimension X

## Additional Information

| | |
|---|---|
| Websites | - My Company<br>- My Blog |
| Twitter: | - karl |
| Interests | kiteboarding, startups, personalization, cars |
| Groups and Associations | Board of Councilors University of Southern California, etre<br>USC Phi Delta Theta Alumni |



| | |
|---|---|
| | John Burroughs School |
| | Great Free Apps |
| | Microsoft - Alumni and FTEs (Official) |
| | Sun Alumni |
| | TED |
| | The Official USC Alumni Association Group |
| | MarketingExperiments Optimization |
| | The Chief Executive Council |
| | Silicon Valley Venture Community |

| | |
|---|---|
| Honors and Awards | Fortune Cool Company of the Year<br>Business Week top 10 Up and Comers |

## Contact Settings

**Interested In**

| | |
|---|---|
| career opportunities | consulting offers |
| new ventures | job inquiries |
| expertise requests | business deals |
| reference requests | getting back in touch |

**Send a message to Karl Jacob**
→ Send InMail Free OpenLink enabled

« Go back to Search Results | « Prev | Next »

Customer Service | About | Blog | Careers | Advertising | Recruiting Solutions | Research Surveys | Tools | Developers | Language | Upgrade Your Account

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2010 | User Agreement | Privacy Policy | Copyright Policy | Send us your feedback.