# EXHIBIT 64

# Summary Report

**Date:** 11/25/09
**Reference Code:** ▮

## Subject Information
**(Best Information for Subject)**

Name: KARL ADOLPH JACOB III
Date of Birth: ▮
Age: ▮
SSN: ▮ issued in ▮ between ▮ and ▮

Others Associated with SSN:
(DOES NOT usually indicate any type of fraud or deception)

CARL JACOB
  DOB: ▮   Age: ▮
CARL JACOB
  DOB: ▮   Age: ▮

## AKAs
**(Names Associated with Subject)**

KARL A JACOB
  DOB: ▮   Age: ▮   SSN: ▮
KARL JACOB
  DOB: ▮   Age: ▮   SSN: ▮
KARL A JACOB
  DOB: ▮   Age: ▮   SSN: ▮
KARL JACOB
  DOB: ▮   Age: ▮   SSN: ▮
KARL A JACOB
  DOB: ▮   Age: ▮   SSN: ▮
JACOB KARL
  DOB: ▮   Age: ▮   SSN: ▮
JACOB KARL
  DOB: ▮   Age: ▮   SSN: ▮

## Address Summary  (✔ - Probable Current Address)

✔ ▮

▮ BELVEDERE TIBURON CA ▮ MARIN COUNTY ( 2006 - Sep 2009)

▮