# EXHIBIT 65



## People

« Go back to Search Results   « Prev   Next »



→ Send InMail
→ Add James to your network
→ Forward this profile to a connection
→ Search for references
→ **NEW** Save James's Profile



Find $100K+ jobs in your area — The Ladders

⚠ Expanded profile views are available only to premium account holders.
**Upgrade your account.**

### Summary

I have extensive experience and a lifelong and passionate interest in analyzing, designing, and building large-scale systems of all types (computer softwares systems, data and telecommunications networks, energy systems, ecosystems, etc.). I have a large publication record (on request) including three books, published approximately 10 years apart. My latest books is entitled "Wireless Internet Security: Architecture and Protocols" and is published by Cambridge University Press in October 2008. You can find a description of the book here:

http://www.cambridge.org/catalogue/catalogue.asp?isbn=9780521887830

### Specialties

Programming languages (C, C++, Java, Objective C), operating systems design and implementation, network protocol design and implementation, network architecture, wireless networking, security protocols and systems for networking, technical writing, strategic technical management

### Contact Settings

**Interested In**

- career opportunities
- job inquiries
- business deals
- getting back in touch
- new ventures
- expertise requests
- reference requests

**Send a message to James Kempf**
→ Send InMail

« Go back to Search Results | « Prev | Next »

**Viewers of this profile also viewed...**

**Fujio Watanabe**
Project Manager at DOCOMO USA Labs

**Ulas Kozat**
Project Manager at DoCoMo USA Labs

**Christine Pepin**
Research Engineer at DoCoMo USA Labs

**Howard Green**
at Ericsson San Jose

**Hiroshi Inamura**
Director at DoCoMo USA Labs

**Chia-Chin Chong**
Senior Research Scientist at DOCOMO USA Labs

**Babis Papadopoulos**
Research Engineer at NTT DOCOMO USA Labs

**Sandeep Kanumuri**
Research Engineer at DoCoMo USA Labs

**Jun Sun**
CTO and co-founder at Netspectrum Inc

**Ismail Guvenc**
Research Engineer at DoCoMo USA Labs

Customer Service | About | Blog | Careers | Advertising | Recruiting Solutions | Research Surveys | Tools | Developers | Language | Upgrade Your Account

By using this site, you agree to LinkedIn's terms of use. Commercial use of this site without express authorization is prohibited.

LinkedIn Corporation © 2010 | User Agreement | Privacy Policy | Copyright Policy | Send us your feedback.