# EXHIBIT 66

# Summary Report

**Date:** 11/25/09
**Reference Code:** ▮▮▮▮▮▮▮▮

## Subject Information
**(Best Information for Subject)**

Name: JAMES A KEMPF
Date of Birth: ▮▮▮▮▮▮
Age: ▮▮
SSN: ▮▮▮▮▮▮ issued in ▮▮▮ between ▮▮▮▮ and ▮▮▮▮

## AKAs
**(Names Associated with Subject)**

[No Data Available]

## Address Summary (  - Probable Current Address)

✓ ▮▮▮▮▮▮▮▮ SAN JOSE CA ▮▮▮▮▮ SANTA CLARA COUNTY (May 1986 - Nov 2009)