# EXHIBIT 67

## Business Entity Detail

Data is updated weekly and is current as of Friday, February 05, 2010. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | O'REILLY MEDIA, INC. |
| Entity Number: | C2568708 |
| Date Filed: | 12/17/2003 |
| Status: | ACTIVE |
| Jurisdiction: | DELAWARE |
| Entity Address: | 1005 GRAVENSTEIN HIGHWAY NORTH |
| Entity City, State, Zip: | SEBASTOPOL CA 95472 |
| Agent for Service of Process: | TIMOTHY O'REILLY |
| Agent Address: | 1005 GRAVENSTEIN HIGHWAY NORTH |
| Agent City, State, Zip: | SEBASTOPOL CA 95472 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2010    California Secretary of State

**Business Entities (BE)**
Online Services
 - **Business Search**
 - **Disclosure Search**
 - **E-File Statements**
 - **Mail Processing Times**
**Main Page**
**Service Options**
**Name Availability**
**Forms, Samples & Fees**
**Annual/Biennial Statements**
**Filing Tips**
**Information Requests**
  (certificates, copies & status reports)
**Service of Process**
**FAQs**
**Contact Information**
Resources
 - **Business Resources**
 - **Tax Information**
 - **Starting A Business**
 - **International Business Relations Program**
**Customer Alert**
  (misleading business solicitations)