
townsend.

- Who We Are
  - 360 View
  - Firm History
  - Fact Sheet
  - Our Communities
  - Diversity
  - Our Offices
- Industries
- Practice Areas
- Attorneys & Professionals
- News & Events Center
- Resource Center
- Join Townsend



T



PA
S
SD
SF

San Francisco
Two Embarcadero Center
Eighth Floor
San Francisco, CA  94111
t. 415.576.0200
f. 415.576.0300

Overview
View Map
News & Media
Attorneys & Professionals
Local Events


WC

D


DC

Overview 

Townsend has been a stalwart of the San Francisco legal community for nearly 150 years. Founded in the wake of the California Gold Rush to serve the legal needs of technology innovators and risk-takers, the San Francisco office serves as the present-day headquarters of the firm and is home to more than 85 lawyers and legal professionals, providing a full range of intellectual property services in addition to antitrust and commercial litigation.

Languages | Privacy | Disclaimer | Site Credits
© 2010 Townsend and Townsend and Crew LLP