

| | Home | Profile | Contacts | Groups | Jobs | Inbox | More... | People ▾ | | Advanced |

# People

« Go back to Search Results   « Prev

## (Perry) Pei-Yuan Wei
**Software Architect**
San Francisco Bay Area | Telecommunications

| Past | • Senior Engineer at Access Systems Inc<br>• Senior Software Engineer at ACCESS Systems Americas<br>• Software Architect at PalmSource<br><br>see all... |
|---|---|
| Education | • University of California, Berkeley |
| Recommendations | **1** person has recommended (Perry) Pei-Yuan |
| Connections | **95** connections |
| Websites | • My Website |
| Public Profile | http://www.linkedin.com/pub/perry-pei-yuan-wei/0/710/960 |

→ Send InMail
→ Add (Perry) Pei-Yuan to your network
→ Forward this profile to a connection
→ Search for references
→ **NEW** Save (Perry) Pei-Yuan's Profile
   Report profile photo as...



The Ladders — Find $100K+ jobs in your area

⚠ Expanded profile views are available only to premium account holders.
**Upgrade your account.**

## Summary

By creating a browser called Viola in the early 1990's, I developed one of the first graphical web browsers, and most notably the first implementation of applets. See www.viola.org.

Much of this work was done as part of my work at O'Reilly & Associates, which was a great place to observe and cultivate innovation, particularly internet and knowledge processing related technology.

Recently, I was involved as consultant and fact witness for Microsoft on the Eolas case. The embedded interactive prior art in the Viola browser is helping to overturn the Eolas verdict and patent.

I've also worked at Global Network Navigator (America Online), which was one of the earliest commercial websites, creating a web resource directory.

At Internet Archive / Alexa Internet, I gained some invaluable insights in the field of knowledge processing technology.

As an architect at PalmSource, my professional experience turned more towards the PDA and mobile space. This career path has lead me to my current position with ACCESS Inc, a maker of embedded web browsers and creator of i-mode. www.access-us-inc.com

My other interests: search technology, semantic web.

### Specialties
Innovating and creating new products;
Web browser, mobile phone and PDA technology

## Contact Settings
**Interested In**

new ventures                 job inquiries
expertise requests           reference requests
getting back in touch

### Send a message to (Perry) Pei-Yuan Wei
→ Send InMail

### (Perry) Pei-Yuan Recommends (1)
**Sophia Chang**, *Senior SQA Engineer, ACCESS Co., Ltd.*
" As part of our Quality Engineering group, Sophia...

See all Recommendations »

### Viewers of this profile also viewed...

**Herry W**
Computer Engineer

**Chung Liu**
Director of Technology at DeviceVM

**Lisa Stephenson**
Senior Test Engineer at Nokia

**Eric Schoenman**
Sr. Consulting Electrical Engineer at Pacific Gas and Electric Company

**Dieu Nguyen**
java developer at winslim.com

**Sophia Chang**
Software Development Engineer in Test - Premium Mobile Experiences Group at Microsoft Corporation

**David M**
Sr. Project Manager at Sony Ericsson

**Duy Nguyen**
SAP Technical Architect Consultant

**Trevor Siegel**
PMO Master Scheduler/Earned Value Management (EVM) Specialist

**Ali Essa**
Director, Business Development and Licensing at ACCESS

« Go back to Search Results  | « Prev