# EXHIBIT 71

# Summary Report

**Date:** 11/25/09
**Reference Code:** ███████████

## Subject Information
**(Best Information for Subject)**

Name: PEI YUAN WEI
Date of Birth: ██████
Age: ██
SSN: ██████ issued in between ████ and ████

## AKAs
**(Names Associated with Subject)**

PEIYUAN Y WEI
  DOB: ██████  Age: ██  SSN: ██████
PEI-YUAN WEI
  DOB: ██████  Age: ██  SSN: ██████
P Y WEI
  DOB: ██████  Age: ██  SSN: ██████
PERRY WEI
  DOB: ██████  Age: ██  SSN: ██████
PEI Y WEI
  DOB: ██████  Age: ██  SSN: ██████
PEI WEI
  DOB: ██████  Age: ██  SSN: ██████

## Address Summary ( ✔ - Probable Current Address)

✔ ███████████████ BERKELEY CA ████████ ALAMEDA COUNTY (Apr 1986 - Jan 2005)

███████████████ NEWARK CA ████████ ALAMEDA COUNTY (Jun 2001 - 2008)

███████████████████████████████████████████████