

American Airlines - Book Flights - One-Way Flight Search by Schedule (ORD to SFO, Mon Mar 1, 2010, Economy)

Departing flight options:

| Select | Carrier | Flight # | Departing City | Departing Date & Time | Arriving City | Arriving Date & Time | Aircraft Type | Cabin | Flight Miles | Meals | Travel Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | American Airlines | 451 | ORD Chicago | Mar 01, 2010 10:00 AM | SFO San Francisco | Mar 01, 2010 12:55 PM | M83 | Economy View Seats | 1846 | $🍴 | 4 hr 55 min |
| ○ | American Airlines | 1613 | ORD Chicago | Mar 01, 2010 02:35 PM | SFO San Francisco | Mar 01, 2010 05:25 PM | M83 | Economy View Seats | 1846 | $🍴 | 4 hr 50 min |
| ○ | American Airlines | 1341 | ORD Chicago | Mar 01, 2010 07:35 AM | SFO San Francisco | Mar 01, 2010 10:25 AM | M83 | Economy View Seats | 1846 | $🍴 | 4 hr 50 min |
| ○ | American Airlines | 1779 | ORD Chicago | Mar 01, 2010 04:55 PM | SFO San Francisco | Mar 01, 2010 07:45 PM | M83 | Economy View Seats | 1846 | $🍴 | 4 hr 50 min |
| ○ | American Airlines | 1561 | ORD Chicago | Mar 01, 2010 06:50 PM | SFO San Francisco | Mar 01, 2010 09:35 PM | 763 | Economy View Seats | 1846 | $🍴 | 4 hr 45 min |



# Book Flights

Featuring:
Budget AVIS Up to 50% Savings + Miles
EARN 25 MILES PER $1 SPENT
15,000 Bonus Miles buyAAmiles
DealFinder Exclusive offers and discounts
Earn 25,000 bonus miles

1 Select Flights — 2 Passenger Details — 3 Flight Summary — 4 Payment — 5 Ticketing Options — 6 Finish

PRINT VERSION

## One-Way Flight Search by Schedule

**Your Request:**

Mon, Mar 1 12:00 PM    ORD - Chicago OHare International
TYR - Tyler Pounds Field

Service Preference: Economy

- Choose your Departing flight(s)
- Click **Continue**

Fares are not guaranteed until tickets are purchased.

**Modify Search** ?

From: City or Airport Code: ORD    and airports within: 0 Miles
To: City or Airport Code: TYR    and airports within: 0 Miles
Departure Date: Mar 1 All Day
Number of Flights to Display: 10
Number of Stops: No Preference

MORE OPTIONS  RESUBMIT

Get $50 off and earn 25,000 AAdvantage® bonus miles*
AAdvantage citi
*Learn More

## Departing

| Select | Carrier | Flight # | Departing City | Departing Date & Time | Arriving City | Arriving Date & Time | Aircraft Type | Cabin | Flight Miles | Meals | Travel Time |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | AMERICAN A RLINES | 2321 | ORD Chicago | Mar 01, 2010 11:20 AM | DFW Dallas/ Fort Worth | Mar 01, 2010 01:50 PM | M80 | Economy View Seats | 802 | | 6 h 5 min |
| | AMERICAN A RLINES OPERATED BY AMERICAN EAGLE | 3605 | DFW Dallas/ Fort Worth | Mar 01, 2010 04:40 PM | TYR Tyler | Mar 01, 2010 05:25 PM | ER4 | Economy View Seats | 103 | | |
| | **Alert:** Terminal change. | | | | | | | | | | |
| ○ | AMERICAN A RLINES | 2325 | ORD Chicago | Mar 01, 2010 12:50 PM | DFW Dallas/ Fort Worth | Mar 01, 2010 03:15 PM | M80 | Economy View Seats | 802 | | 4 h 35 min |
| | AMERICAN A RLINES OPERATED BY AMERICAN EAGLE | 3605 | DFW Dallas/ Fort Worth | Mar 01, 2010 04:40 PM | TYR Tyler | Mar 01, 2010 05:25 PM | ER4 | Economy View Seats | 103 | | |
| | **Alert:** Terminal change. | | | | | | | | | | |
| ○ | AMERICAN A RLINES | 2325 | ORD Chicago | Mar 01, 2010 12:50 PM | DFW Dallas/ Fort Worth | Mar 01, 2010 03:15 PM | M80 | Economy View Seats | 802 | | 7 h 0 min |
| | AMERICAN A RLINES OPERATED BY EXECUTIVE AS AMERICAN EAGLE | 4700 | DFW Dallas/ Fort Worth | Mar 01, 2010 07:00 PM | TYR Tyler | Mar 01, 2010 07:50 PM | AT7 | Economy View Seats | 103 | | |
| | **Alert:** Terminal change. | | | | | | | | | | |
| ○ | AMERICAN A RLINES | 321 | ORD Chicago | Mar 01, 2010 01:35 PM | DFW Dallas/ Fort Worth | Mar 01, 2010 04:10 PM | M80 | Economy View Seats | 802 | | 6 h 15 min |
| | AMERICAN A RLINES OPERATED BY EXECUTIVE AS AMERICAN EAGLE | 4700 | DFW Dallas/ Fort Worth | Mar 01, 2010 07:00 PM | TYR Tyler | Mar 01, 2010 07:50 PM | AT7 | Economy View Seats | 103 | | |
| | **Alert:** Terminal change. | | | | | | | | | | |
| ○ | AMERICAN A RLINES | 327 | ORD Chicago | Mar 01, 2010 02:40 PM | DFW Dallas/ Fort Worth | Mar 01, 2010 05:15 PM | M80 | Economy View Seats | 802 | | 5 h 10 min |
| | AMERICAN A RLINES OPERATED BY EXECUTIVE AS AMERICAN EAGLE | 4700 | DFW Dallas/ Fort Worth | Mar 01, 2010 07:00 PM | TYR Tyler | Mar 01, 2010 07:50 PM | AT7 | Economy View Seats | 103 | | |
| | **Alert:** Terminal change. | | | | | | | | | | |

[+] FEEDBACK

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | AMERICAN AIRLINES | 303 | ORD Chicago | Mar 01, 2010 09:05 AM | DFW Dallas/Fort Worth | Mar 01, 2010 11:35 AM | M80 | Economy View Seats | 802 | $¥↑ | |
| ○ | AMERICAN AIRLINES OPERATED BY EXECUTIVE AS AMERICAN EAGLE | 4749 | DFW Dallas/Fort Worth | Mar 01, 2010 12:15 PM | TYR Tyler | Mar 01, 2010 01:05 PM | AT7 | Economy View Seats | 103 | $¥↑ | 4 hr 0 min |
| **Alert:** Please note connection time. Terminal change. | | | | | | | | | | | |
| | AMERICAN AIRLINES | 2337 | ORD Chicago | Mar 01, 2010 03:35 PM | DFW Dallas/Fort Worth | Mar 01, 2010 06:10 PM | M80 | Economy View Seats | 802 | $¥↑ | |
| ○ | AMERICAN AIRLINES OPERATED BY EXECUTIVE AS AMERICAN EAGLE | 4700 | DFW Dallas/Fort Worth | Mar 01, 2010 07:00 PM | TYR Tyler | Mar 01, 2010 07:50 PM | AT7 | Economy View Seats | 103 | $¥↑ | 4 hr 15 min |
| **Alert:** Please note connection time. Terminal change. | | | | | | | | | | | |
| | AMERICAN AIRLINES | 2305 | ORD Chicago | Mar 01, 2010 08:10 AM | DFW Dallas/Fort Worth | Mar 01, 2010 10:40 AM | M80 | Economy View Seats | 802 | $¥↑ | |
| ○ | AMERICAN AIRLINES OPERATED BY EXECUTIVE AS AMERICAN EAGLE | 4749 | DFW Dallas/Fort Worth | Mar 01, 2010 12:15 PM | TYR Tyler | Mar 01, 2010 01:05 PM | AT7 | Economy View Seats | 103 | $¥↑ | 4 hr 55 min |
| **Alert:** Terminal change. | | | | | | | | | | | |
| | AMERICAN AIRLINES | 2301 | ORD Chicago | Mar 01, 2010 06:00 AM | DFW Dallas/Fort Worth | Mar 01, 2010 08:30 AM | M80 | Economy View Seats | 802 | $¥↑ | |
| ○ | AMERICAN AIRLINES OPERATED BY AMERICAN EAGLE | 3464 | DFW Dallas/Fort Worth | Mar 01, 2010 09:45 AM | TYR Tyler | Mar 01, 2010 10:30 AM | ER4 | Economy View Seats | 103 | $¥↑ | 4 hr 30 min |
| **Alert:** Terminal change. | | | | | | | | | | | |
| | AMERICAN AIRLINES | 1864 | ORD Chicago | Mar 01, 2010 12:25 PM | ATL Atlanta | Mar 01, 2010 03:25 PM | M80 | Economy View Seats | 606 | N/A | |
| | AMERICAN AIRLINES | 875 | ATL Atlanta | Mar 01, 2010 04:35 PM | DFW Dallas/Fort Worth | Mar 01, 2010 06:10 PM | M80 | Economy View Seats | 732 | $¥↑ | |
| ○ | AMERICAN AIRLINES OPERATED BY EXECUTIVE AS AMERICAN EAGLE | 4700 | DFW Dallas/Fort Worth | Mar 01, 2010 07:00 PM | TYR Tyler | Mar 01, 2010 07:50 PM | AT7 | Economy View Seats | 103 | $¥↑ | 7 hr 25 min |
| **Alert:** Please note connection time. Terminal change. | | | | | | | | | | | |

Top of Page   START OVER  CONTINUE





