# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CALIFORNIA NORTHERN** | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | Numerical Standing | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 7,295 | 7,970 | 8,683 | 6,362 | 6,727 | 6,919 | | |
| | Terminations | | 7,402 | 6,777 | 6,983 | 6,966 | 6,471 | 7,094 | | |
| | Pending | | 8,882 | 9,005 | 8,157 | 6,557 | 7,267 | 7,567 | | |
| | % Change in Total Filings | Over Last Year | -8.5 | | | | | | 78 | 12 |
| | | Over Earlier Years | | | -16.0 | 14.7 | 8.4 | 5.4 | 20 | 1 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months** | | 5.9 | .0 | .0 | .0 | .0 | 3.1 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 521 | 569 | 620 | 455 | 480 | 494 | 22 | 6 |
| | | Civil | 441 | 505 | 558 | 390 | 413 | 424 | 10 | 2 |
| | | Criminal Felony | 42 | 33 | 37 | 39 | 44 | 47 | 78 | 14 |
| | | Supervised Release Hearings** | 38 | 31 | 25 | 26 | 23 | 23 | 19 | 8 |
| | Pending Cases | | 634 | 643 | 583 | 468 | 519 | 541 | 10 | 2 |
| | Weighted Filings** | | 592 | 624 | 621 | 543 | 581 | 631 | 10 | 3 |
| | Terminations | | 529 | 484 | 499 | 498 | 462 | 507 | 17 | 5 |
| | Trials Completed | | 6 | 8 | 8 | 10 | 10 | 11 | 93 | 14 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 11.2 | 12.4 | 11.2 | 12.6 | 11.1 | 11.7 | 72 | 13 |
| | | Civil** | 7.7 | 6.7 | 7.4 | 9.8 | 8.2 | 10.6 | 22 | 4 |
| | From Filing to Trial** (Civil Only) | | 30.0 | 24.9 | 25.0 | 28.0 | 22.5 | 30.3 | 61 | 8 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 488 | 393 | 528 | 530 | 430 | 377 | | |
| | | Percentage | 6.0 | 4.7 | 7.3 | 9.5 | 6.9 | 5.7 | 53 | 6 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.2 | 1.5 | 1.5 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 64.09 | 53.81 | 59.09 | 55.21 | 61.19 | 65.00 | | |
| | | Percent Not Selected or Challenged | 42.1 | 41.9 | 43.2 | 31.0 | 48.9 | 40.9 | | |

| 2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6175 | 97 | 326 | 1877 | 92 | 75 | 564 | 557 | 246 | 479 | 710 | 162 | 990 |
| Criminal* | 575 | 3 | 83 | 221 | 75 | 83 | 19 | 39 | 4 | 10 | 13 | 5 | 20 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."