# Exhibit A


## About Our Team

The team at Kinoma is made up of individuals with a broad mix of multidisciplinary experience and a proven ability to deliver products.

### Peter Hoddie

For nearly a decade, Peter played a central role in defining, building, and promoting Apple's trailblazing QuickTime technology.

In 2000, he founded Generic Media, with the goal of radically simplifying both the publishing and viewing of digital media by introducing the first on-demand, real-time media transcoding server. While at Generic Media, Peter, in partnership with Sony, helped to create the gMovie Player, the leading video technology for Palm handhelds. Peter has contributed to several digital media standards, including MPEG-4, JPEG-2000, and SMIL.

In 2002, Peter left Generic Media to explore new technologies in the area of mobile media.

### Brian Friedkin

Brian has been designing and engineering digital media software for more than 25 years.

As a Principal Engineer at Apple, Brian was a member of the small engineering team that brought QuickTime to Windows. He also researched and developed prototype QuickTime software targeted at small devices.

At Generic Media, Brian was responsible for handheld platforms and authoring tools, including the gMovie suite of applications for Palm OS.

Brian has created consumer-level multi-platform applications and embedded real-time software for key industry players, including Sony, Seiko Instruments, and HP.

### Michael Kellner

Michael has been involved in design and implementation of multimedia software tools for more than 20 years.

At Apple Computer he was involved in open systems platforms, focusing primarily on developing multimedia infrastructure and core system software that was used in multi-platform QuickTime and became the basis for the development authoring platform Carbon in Mac OS X.

At Entera, CacheFlow, and Generic Media, Michael honed his management and product design skills to produce internet infrastructure hardware and software, primarily focused on HTTP and streaming media protocols.



ABOUT
- About Our Team
- Special Thanks

Copyright © 2010 Kinoma Inc. All rights reserved. Kinoma is a registered trademark of Kinoma Inc. | Legal | Privacy Policy | Contact


## Contact Kinoma

**Email**
For general inquiries, email us at info@kinoma.com.
For press and analyst inquiries, email us at pr@kinoma.com.
For OEM licensing, sales, and other inquiries, email us at licensing@kinoma.com.

**Mail**
Kinoma, Inc.
855 El Camino Real
Building 4, Suite 240
Palo Alto, CA 94301

**Fax**
+1 650 618-1627

**Customer Support**
Please visit Support to get help with Kinoma products. On the support page, you can read our on-line product documentation and our list of frequently asked questions

Visit the Kinoma Forum to read questions and answers from other users of Kinoma products. You can even post your own questions to the Kinoma user community.

**Get Notified**
Join Kinoma's mailing list to be among the first to hear about software updates, new products, and additions to the Kinoma Media Guide. Click here to join.

✉ CONTACT
Mobile Operators
Device Makers
Content Providers
Get Notified

Copyright © 2010 Kinoma Inc. All rights reserved. Kinoma is a registered trademark of Kinoma Inc. | Legal | Privacy Policy | Contact |