# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADOBE SYSTEMS, INC., ET AL., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. 6:09-cv-446-LED |

## [PROPOSED] ORDER

Having read and considered all of the briefing and documents filed in support of and in opposition to Defendants' Adobe Systems, Inc., Amazon.com, Inc., Apple Inc., Blockbuster Inc., eBay Inc., The Go Daddy Group, Inc., Google Inc., New Frontier Media, Inc., Playboy Enterprises International, Inc., Sun Microsystems Inc., Yahoo! Inc., and YouTube LLC's Motion to Transfer to the U.S. District Court for the Northern District of California Pursuant to 28 U.S.C. § 1404(a), and having heard and considered the oral arguments of counsel, if any, IT IS HEREBY ORDERED that:

1. Defendants' motion to transfer is GRANTED pursuant to 28 U.S.C. § 1404(a). This action will be and hereby is transferred to the United States District Court for the District of Northern California; and

2. The Clerk of the Court will transmit the complete file in this case to the United States District Court for the District of Northern California.

Dated: _____, 2010          _____
                                        UNITED STATES DISTRICT JUDGE