# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 6:09-cv-446 |
| | ) | Judge Leonard E. Davis |
| Adobe Systems Inc., Amazon.com, Inc., | ) | |
| Apple Inc., Blockbuster Inc., CDW Corp., | ) | |
| Citigroup Inc., eBay Inc., Frito-Lay, Inc., | ) | |
| The Go Daddy Group, Inc., Google Inc., | ) | **JURY TRIAL DEMANDED** |
| J.C. Penney Company, Inc., JPMorgan | ) | |
| Chase & Co., New Frontier Media, Inc., | ) | |
| Office Depot, Inc., Perot Systems Corp., | ) | |
| Playboy Enterprises International, Inc., | ) | |
| Rent-A-Center, Inc., Staples, Inc., Sun | ) | |
| Microsystems Inc., Texas Instruments Inc., | ) | |
| Yahoo! Inc. and YouTube, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## DEFENDANT CDW CORPORATION'S JOINDER IN
## MOTION TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)

Defendant CDW Corporation ("CDW"), by its attorneys, Marshall, Gerstein & Borun LLP and Findlay Craft LLP, hereby joins in the request to transfer this action to the Northern District of California, made by Defendants Adobe Systems, Inc., Amazon.com, Inc., Apple Inc., Blockbuster Inc., Ebay Inc., The Go Daddy Group, Inc., Google Inc., New Frontier Media Inc., Playboy Enterprises International, Inc., Sun Microsystems Inc., Yahoo! Inc. and YouTube, LLC in their Motion for Transfer to the U.S. District Court for the Northern District of California Pursuant to 20 U.S.C. § 1404(a) (Docket No. 214). CDW agrees that transfer of this case to the Northern District of California, including all causes of action asserted against CDW, is appropriate

because the infringement allegations in Plaintiff's Complaint are (i) directed to the products of Northern California Defendants Apple, Sun, Adobe and Google, and (ii) raise defenses for which the testimony of numerous California-resident witnesses will be vital. To this extent, CDW joins in the request to transfer.

Dated:  February 11, 2010

Respectfully submitted,

  /s/  Eric H. Findlay
Eric H. Findlay
efindlay@findlaycraft.com
Brian Craft
bcraft@findlaycraft.com
Findlay Craft, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX  75703
903-534-1100
903-534-1137 FAX

Thomas L. Duston
tduston@marshallip.com
Anthony S. Gabrielson
agabrielson@marshallip.com
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

*Attorneys for Defendant CDW Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I, Eric H. Findlay, an attorney, hereby certify that on February 11, 2010, I caused a copy of the foregoing **DEFENDANT CDW CORPORATION'S JOINDER IN MOTION TO TRANSFER TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)** to be electronically filed using the CM/ECF system, which sent notification of such filing to all counsel of record.

   /s/ Eric H. Findlay      
Eric H. Findlay