# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated, § § Plaintiff, § § vs. § § Adobe Systems Inc., Amazon.com, Inc., § Apple Inc., Argosy Publishing, Inc., § Blockbuster Inc., CDW Corp., § Citigroup Inc., eBay Inc., Frito-Lay, Inc., § The Go Daddy Group, Inc., Google Inc., § J.C. Penney Company, Inc., JPMorgan § Chase & Co., New Frontier Media, Inc., § Office Depot, Inc., Perot Systems Corp., § Playboy Enterprises International, Inc., § Rent-A-Center, Inc., Staples, Inc., Sun § Microsystems Inc., Texas Instruments § Inc., Yahoo! Inc., and YouTube, LLC § § Defendants § | Civil Action No. 6:09-cv-446 |

**Defendant JP Morgan Chase & Co.'s Joinder in Motion to Transfer to the U.S. District Court for the Northern District of California Pursuant to 28 U.S.C. § 1404(a)**

Defendant, JP Morgan Chase & Co. ("JP Morgan"), hereby joins Defendants Adobe Systems, Inc., Amazon.com, Inc., Apple Inc., Blockbuster Inc., Ebay, Inc., The Go Daddy Group, Inc., Google, Inc., New Frontier Media Inc., Playboy Enterprises International, Inc., Sun Microsystems Inc., and YouTube, LLC in their Motion for Transfer to the U.S. District Court for the Northern District of California Pursuant to 28 U.S.C. §1404(a). JP Morgan is in agreement that the transfer of this case to the Northern District of California is appropriate because the infringement allegations in Plaintiff's Complaint are directed to the specific products of Northern California Defendants including

Apple, Sun, Adobe and Google.  Additionally, numerous witnesses relevant to the claims and defenses are located in the Northern District of California. Therefore, JP Morgan joins this Motion to Transfer to the U.S. District Court for the Northern District of California Pursuant to 28 U.S.C. §1404(a).

Dated:  February 11, 2010                    Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No.  22133500
Debby Gunter
Bar No. 24012752
Yarbrough ♦ Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Phone:  (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Joel Freed
VA Bar No. 06555
McDermott Will & Emery
600 13th St. N.W.
Washington, D.C. 20005
(202) 756-8080
Fax: (903) 756-8087
jfreed@mwe.com

Attorneys for Defendant, JP Morgan Chase & Co.

### Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 11, 2010.   All other counsel of record will be served via facsimile or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough