IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § § | |
| Plaintiff, | § § § | Civil Action No. 6:09-CV-00446-LED |
| vs. | § § | |
| **Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC** | § § § § § § § § § § § § § § § | JURY TRIAL |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW John B. Campbell, Texas State Bar No. 24036314, with the law firm of McKool Smith, P.C., 300 W. 6th Street, Suite 1700 Austin, Texas 78701 and enters an appearance as counsel of record for Plaintiff Eolas Technologies, Incorporated.

Mike McKool will remain designated as the Lead Attorney for Plaintiff Eolas Technologies, Incorporated. Mr. Campbell requests to receive notices from the Court on all issues related to this case.

Austin 56559v1

DATED: February 15, 2010                    Respectfully submitted,
                                            **MCKOOL SMITH, P.C.**

                                            /s/ John B. Campbell
                                            Mike McKool
                                            Lead Attorney
                                            Texas State Bar No. 13732100
                                            mmckool@mckoolsmith.com
                                            Douglas Cawley
                                            Texas State Bar No. 04035500
                                            dcawley@mckoolsmith.com
                                            Luke McLeroy
                                            Texas State Bar No. 24041455
                                            lmcleroy@mckoolsmith.com
                                            **MCKOOL SMITH, P.C.**
                                            300 Crescent Court, Suite 1500
                                            Dallas, Texas 75201
                                            Telephone: (214) 978-4000
                                            Telecopier: (214) 978-4044

                                            Sam F. Baxter
                                            Texas State Bar No. 01938000
                                            sbaxter@mckoolsmith.com
                                            **McKool Smith, P.C.**
                                            104 E. Houston St., Ste. 300
                                            P.O. Box O
                                            Marshall, Texas 75670
                                            Telephone: (903) 923-9000
                                            Telecopier: (903) 923-9095

                                            Kevin L. Burgess
                                            Texas State Bar No. 24006927
                                            kburgess@mckoolsmith.com
                                            Steven J. Pollinger
                                            Texas State Bar No. 24011919
                                            spollinger@mckoolsmith.com
                                            Josh W. Budwin
                                            Texas State Bar No. 24050347
                                            jbudwin@mckoolsmith.com
                                            **MCKOOL SMITH, P.C.**
                                            300 West Sixth Street, Suite 1700
                                            Austin, Texas 78701
                                            Telephone: (512) 692-8700
                                            Telecopier: (512) 692-8744
                                            **ATTORNEYS FOR PLAINTIFF
                                            EOLAS TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by electronic mail by agreement of the parties on this the 15th day of February 2010.

/s/ John B. Campbell
John B. Campbell