IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | |
| Plaintiff, | § | Civil Action No. 6:09-cv-00446-LED |
| vs. | § § | Jury Trial Demanded |
| ADOBE SYSTEMS INCORPORATED, et al. | § § | |
| Defendants. | § § | |

**NOTICE OF CHANGE OF ADDRESS FOR COUNSEL**

Please take notice that Christopher M. Joe, Brian A. Carpenter, and Eric W. Buether counsel for Defendants, Frito-Lay, Inc., J.C. Penny Company, Inc., and Rent-A-Center, Inc. have a new address and should be notified at the following address:

Christopher M. Joe
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue, Suite 2390
Dallas, TX 75201
Direct: (214) 466-1272
Fax: (214) 635-1828
Email: Chris.Joe@BJCIPLaw.com

Brian A. Carpenter
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue, Suite 2390
Dallas, TX 75201
Direct: (214) 466-1273
Fax: (214) 635-1829
Email: Brian.Carpenter@BJCIPLaw.com

Eric W. Buether
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue, Suite 2390
Dallas, TX 75201
Direct: (214) 466-1271
Fax: (214) 635-1827
Email: Eric.Buether@BJCIPLaw.com

Dated: February 18, 2010

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By:     /s/ Christopher M. Joe
       Christopher M. Joe
       State Bar No. 00787770
       Chris.Joe@BJCIPLaw.com
       Brian A. Carpenter
       State Bar No. 03840600
       Brian.Carpenter@BJCIPLaw.com
       Eric W. Buether
       State Bar No. 03316880
       Eric.Buether@BJCIPLaw.com
       1700 Pacific Avenue
       Suite 2390
       Dallas, Texas 75201
       Telephone:    (214) 466-1270
       Facsimile:     (214) 635-1842

**ATTORNEYS FOR DEFENDANTS FRITO-LAY, INC., RENT-A-CENTER, INC., AND J.C.PENNY INCORPORATED**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 18th day of February 2010. Any other counsel of record will be served by facsimile transmission and first class mail.

              */s/ Christopher M. Joe*
              Christopher M. Joe