## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | |
| PLAINTIFF, | § § | CIVIL ACTION NO. 6:09-CV-446-LED |
| v. | § § | JURY TRIAL DEMANDED |
| ADOBE SYSTEMS INC., ET AL, | § § § | |
| DEFENDANTS. | § | |

## NOTICE OF APPEARANCE

Apple Inc. ("Apple"), defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

Matthew C. Harris
Texas State Bar No. 24059904
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75601
(903) 757-8449 (phone)
(903) 758-7397 (fax)
mch@emafirm.com

Respectfully submitted,

/s/ Matthew C Harris
Eric M. Albritton
Texas State Bar No. 00790215
Matthew C. Harris
Texas State Bar No. 24059904
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com
mch@emafirm.com

David T. Pritikin – Lead Attorney
E-mail: dpritikin@sidley.com
Richard A. Cederoth
E-mail: rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036

Theodore W. Chandler
E-mail: tchandler@sidley.com
SIDLEY AUSTIN LLP
555 W. Fifth Street
Los Angeles, California 90013
Tel: (213) 896-6000
Fax: (213) 896-6600

Teague I. Donahey
E-mail: tdonahey@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

*Counsel for APPLE INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 23rd day of February, 2010.

_/s/ Matthew C. Harris_
Matthew C. Harris