IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:09-cv-446 |
| ADOBE SYSTEMS INC.; | § | |
| AMAZON.COM, INC.; APPLE INC.; | § | |
| ARGOSY PUBLISHING, INC.; | § | Jury Trial Demanded |
| BLOCKBUSTER INC.; CDW CORP.; | § | |
| CITIGROUP INC.; eBAY, INC.; | § | |
| FRITO-LAY, INC.; | § | |
| THE GO DADDY GROUP, INC.; | § | |
| GOOGLE INC.; J.C. PENNEY COMPANY, INC.; | § | |
| JPMORGAN CHASE & CO.; | § | |
| NEW FRONTIER MEDIA, INC.; | § | |
| OFFICE DEPO, INC.; PEROT SYSTEMS CORP.; | § | |
| PLAYBOY ENTERPRISES | § | |
| INTERNATIONAL, INC.; | § | |
| RENT-A-CENTER, INC.; STAPLES, INC.; | § | |
| SUN MICROSYSTEMS INC.; | § | |
| TEXAS INSTRUMENTS INC.; | § | |
| YAHOO! INC.; and YOUTUBE, LLC | § | |

## **DEFENDANT eBAY INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Defendant eBAY, Inc. files this Unopposed Motion to Withdraw as Counsel and respectfully requests that Michael E. Jones and the Potter Minton, PC law firm be permitted to withdraw herein as counsel of record for eBAY, Inc. in the above-captioned matter. eBAY, Inc. consents to this request and said Defendant is currently represented by other counsel in this matter. No other changes are requested at this time regarding the other attorneys acting as said defendant's counsel of record. Plaintiff does not oppose this motion.

Dated: February 24, 2010               Respectfully submitted,

                              By:    */s/ Michael E. Jones*
                                     Michael E. Jones
                                     State Bar No. 10929400
                                     POTTER MINTON
                                     A Professional Corporation
                                     110 N. College, Suite 500 (75702)
                                     P. O. Box 359
                                     Tyler, Texas 75710
                                     (903) 597 8311
                                     (903) 593 0846 (Facsimile)
                                     mikejones@potterminton.com

                                     ATTORNEYS FOR DEFENDANT
                                     eBAY INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 24, 2010. Any other counsel of record will be served by first class mail on this same date.

                                     */s/ Michael E. Jones*
                                     Michael E. Jones