IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | Civil Action No. 6:09-cv-446-LED |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| ADOBE SYSTEMS INC. ET AL. | § § § | |
| Defendants. | § | |

**UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR
<u>DEFENDANT NEW FRONTIER MEDIA, INC.</u>**

Defendant New Frontier Media, Inc. files this Motion to Withdraw and Substitute Counsel, and in support thereof would respectfully show the Court as follows:

New Frontier Media, Inc. asks that the Court allow Lead Counsel Dwayne L. Mason of the law firm Akin Gump Strauss Hauer & Feld LLP to withdraw as counsel for Defendant.

New Frontier Media, Inc. further asks that the Court allow Michael Simons of Akin Gump Strauss Hauer & Feld LLP to be substituted as lead counsel for New Frontier Media, Inc. in this action. His contact information is as follows:

> Michael Simons
> Texas Bar No. 24008042
> Akin Gump Strauss Hauer & Feld LLP
> 300 West 6th Street, Suite 2100
> Austin, Texas 78701
> 512-499-6253 (telephone)
> 512-499-6290 (facsimile)
> Email: msimons@akingump.com

New Frontier Media, Inc. approves of this substitution. The withdrawal and substitution will not delay these proceedings. Defendant New Frontier Media, Inc. respectfully requests that Michael Simons, who is enrolled in the Court's CM/ECF system and whose contact information is set forth above, be included on the Court's and parties' service lists.

1

WHEREFORE, Defendant New Frontier Media, Inc. respectfully requests that this Court grant its motion and enter an Order stating that Dwayne L. Mason is withdrawn as counsel for Defendant New Frontier Media, Inc., and that Michael Simons is substituted as counsel for Defendant New Frontier Media, Inc.

Dated: February 25, 2010

Respectfully submitted:

/s/ Dwayne L. Mason
Dwayne L. Mason
Texas State Bar #00787977
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Tel: (713) 220-5800
Fax: (713) 236-0822
Email: dmason@akingump.com

**ATTORNEY FOR DEFENDANT**
**NEW FRONTIER MEDIA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of February, 2009, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

/s/ Dwayne L. Mason