IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:09-CV-446-LED |
| ADOBE SYSTEMS INC., ET. AL., | § § | Jury Trial Demanded |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## DEFENDANT NEW FRONTIER MEDIA, INC.

Defendant New Frontier Media, Inc. notifies the Court, the Clerk and all parties of the appearance of Michael Simons as lead counsel on its behalf. Accordingly, Defendant respectfully requests that Michael Simons, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

Dated: February 25, 2010

Respectfully submitted,

 /s/ Michael Simons
Michael Simons
State Bar No. 24008042
msimons@akingump.com
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, Texas 78701
Telephone: 512.499.6253
Facsimile: 512.499.6290

**ATTORNEY FOR DEFENDANT
NEW FRONTIER MEDIA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of February, 2010, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Michael Simons*
Michael Simons