IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES INCORPORATED,** | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 6:09-CV-446 |
| **ADOBE SYSTEMS, INC., ET AL.,** | | |
| Defendant. | | |

### DEFENDANT OFFICE DEPOT, INC.'S
### UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendant Office Depot, Inc. ("Office Depot") is currently represented by McDermott Will & Emery as counsel for the above-captioned case ("Case"). Office Depot requests that Miriam Quinn and Dan D. Davison of Fulbright & Jaworski L.L.P. located at 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201 be allowed to withdraw as counsel of record for Office Depot and be removed from the electronic service list in this Case. Office Depot further requests that Kenneth Jurek of the McDermott law firm located at 227 West Monroe Street, Chicago, Illinois 60606, be substituted as lead counsel for Office Depot in this Case.

This withdrawal of the Fulbright & Jaworski L.L.P. attorneys has been agreed to by Plaintiff Eolas Technologies Incorporated, and is not sought for purpose of delay. Pursuant to Local Rule CV-7(h)(i), no Certificate of Conference is required for this unopposed motion.

For the reasons set forth above, Office Depot respectfully requests that the Court grant this Unopposed Motion to Withdraw.

Dated: February 26, 2010                    Respectfully submitted,


                                            */s/ Miriam Quinn*
                                            Miriam Quinn
                                            Texas Bar No. 24037313
                                            mquinn@fulbright.com
                                            Dan D. Davison
                                            Texas Bar No. 05590900
                                            ddavison@fulbright.com
                                            FULBRIGHT & JAWORSKI L.L.P.
                                            2200 Ross Avenue, Suite 2800
                                            Dallas, TX 75201-2784
                                            Telephone: (214) 855-8000
                                            Facsimile: (214) 855-8200

                                            **ATTORNEYS FOR DEFENDANT
                                            OFFICE DEPOT, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure to all counsel of record on the 26th day of February 2010.

*/s/ Miriam Quinn*_____
Miriam Quinn