IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:09-cv-446 |
| ADOBE SYSTEMS INC.; | § | |
| AMAZON.COM, INC.; APPLE INC.; | § | |
| ARGOSY PUBLISHING, INC.; | § | Jury Trial Demanded |
| BLOCKBUSTER INC.; CDW CORP.; | § | |
| CITIGROUP INC.; eBAY, INC.; | § | |
| FRITO-LAY, INC.; | § | |
| THE GO DADDY GROUP, INC.; | § | |
| GOOGLE INC.; J.C. PENNEY COMPANY, INC.; | § | |
| JPMORGAN CHASE & CO.; | § | |
| NEW FRONTIER MEDIA, INC.; | § | |
| OFFICE DEPO, INC.; PEROT SYSTEMS CORP.; | § | |
| PLAYBOY ENTERPRISES | § | |
| INTERNATIONAL, INC.; | § | |
| RENT-A-CENTER, INC.; STAPLES, INC.; | § | |
| SUN MICROSYSTEMS INC.; | § | |
| TEXAS INSTRUMENTS INC.; | § | |
| YAHOO! INC.; and YOUTUBE, LLC | § | |

## **ORDER GRANTING DEFENDANT eBAY INC.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

On this day, came on to be considered the Unopposed Motion to Withdraw Counsel of Defendant eBAY, Inc. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Michael E. Jones and Potter Minton, PC law firm be allowed to withdraw and is hereby withdrawn as attorney of record for Defendant eBAY, Inc. in the above referenced matter.

**So ORDERED and SIGNED this 26th day of February, 2010.**



_____

{A07\7713\0013\W0419230.1 }    **LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**