# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | Civil Action No. 6:09-cv-446-LED |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| ADOBE SYSTEMS INC. ET AL. | § § § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT NEW FRONTIER MEDIA, INC.

The Court, after having examined the foregoing Motion and being of the opinion that good cause has been shown and that the Motion should be granted, hereby

ORDERS that Dwayne L. Mason is permitted to withdraw as lead counsel for Defendant New Frontier Media, Inc. in this action, and Michael Simons of the law firm of Akin Gump Strauss Hauer & Feld LLP is permitted to substitute as lead counsel for Defendant New Frontier Media, Inc.

**So ORDERED and SIGNED this 26th day of February, 2010.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**