# CASE NO. 6:09-CV-446

# EOLAS TECHNOLOGIES, INC
# V
# ADOBE SYSTEMS INC., et al
## March 1, 2010 - STATUS CONFERENCE
### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Thad Heartfield | Office Depot |
| Matthew Harris | Apple, Inc. |
| Carl Roth | T.I. |
| Joel Freed | JPMorgan |
| Trey Yarbrough | JP Morgan |
| Brad Coffey | Staples, Inc. |
| Doug Kubehl | Perot Systems |
| Chris Joe | JC Penney, Rent A Center, Frito Lay |
| Michael Simons | New Frontier Media |
| Deborah Race | Yahoo Amazon EBay |
| Christian Hunt | Yahoo Amazon EBay |
| David Healey | Adobe |
| Josh Budwin | Eolas Technologies |
| Mike McKool | Eolas Technologies |
| David Weaver | Blockbuster/Playboy |
| Roy Hardin | Citi Group |
| Eric Findlay | CDW + Sun Microsystems |
| Neil McNabnay | GoDaddy |
| Mike Jones | Google & YouTube |
| Allen Gardner | Google & YouTube |
| Deron Dacus | Dell/Perot |

5