**Appendix K**

Revised: 1/24/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
___Tyler____ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

2010 MAR -1 AM 10: 22

TEXAS EASTERN

BY_____

1. This application is being made for the following: Case #_6:09-cv-00446-LED_____
Style:_Eolas Technologies Incorporated v. Adobe Systems Incorporated et al_____
2. Applicant is representing the following party/ies: _New Frontier Media, Inc._____
3. Applicant was admitted to practice in _Virginia_ (state) on ___10/09/1987_____ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. None.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__U.S. Supreme Court, U.S. District Court - District of Columbia District, Maryland District, Virginia Eastern District
__U.S. Bankruptcy Court - Virginia Eastern District, U.S Court of Appeals - 4th Circuit and D.C. Circuit
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, _Anthony T. Pierce_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 2/25/10      Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Anthony T. Pierce_____
State Bar Number _VA 27862_____
Firm Name:     _Akin Gump Strauss Hauer & Feld_____
Address/P.O. Box:   _1333 New Hampshire Avenue, N.W. _____
City/State/Zip: _Washington, D.C. 20036_____
Telephone #:  _202.887.4411_____
Fax #:   __202.887.4288_____
E-mail Address: _apierce@akingump.com_____
Secondary E-Mail Address: _psmoot@akingump.com_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____**3/2/10**_____

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0021240

## United States District Court

for the
Eastern District of Texas at Tyler

Date: Monday, March 1, 2010

Received from:

AKIN, GUMP, STRAUSS, HAUER & FELD

1333 NEW HAMPSHIRE AVE, N.W.

WASHINGTON, DC 20036

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $25.00 |
| **Total** | **$25.00** |

Payment method: Check

Case or other reference: 6:09-CV-446 LED

Comments: PHV FEE PAID FOR ANTHONY T PIERCE CHECK #286683

Received by: gg