Eolas Technologies Incorporated v. Adobe Systems Incorporated et al    Doc. 232

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **EOLAS TECHNOLOGIES INCORPORATED,** § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 6:09-CV-446 |
| § § | |
| **ADOBE SYSTEMS, INC., ET AL.,** § § | |
| Defendant. § § | |

### ORDER GRANTING OFFICE DEPOT, INC.'S
### UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendant Office Depot, Inc. ("Office Depot") filed its Unopposed Motion to Withdraw on February 26, 2010. The Court GRANTS the motion.

It is therefore ORDERED that Miriam Quinn and Dan D. Davison of the firm Fulbright & Jaworski L.L.P., 2200 Ross Avenue, Suite 2800, Dallas, Texas 75201, are withdrawn as counsel of record for Office Depot in the above-captioned case, and they shall be removed from the electronic service list in this case. Lead counsel for Office Depot shall be Kenneth Jurek of the McDermott law firm located at 227 West Monroe Street, Chicago, Illinois 60606.

So ORDERED and SIGNED this 2nd day of March, 2010.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

Dockets.Justia.com