IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:09-CV-446 |
| | § | PATENT CASE |
| **ADOBE SYSTEMS, INC., et al** | § | |
| | § | |
| Defendants. | § | |

**ORDER**

In accordance with the status conference held March 1, 2010, this case is set as follows:

*Markman* Hearing: March 3, 2011 at 9:00 a.m

Pretrial Conference:   September 22, 2011 at 9:00 a.m.

Jury Selection: October 3, 2011 at 9:00 a.m.

Jury Trial: October 11, 2011 at 9:00 a.m.

The parties are to submit agreed Docket Control and Discovery Orders to the Court by **March 15, 2010.**[1]   <u>The parties shall include in the Docket Control Order the name and contact information of their agreed mediator, with the first round of mediation taking place before the claim construction hearing.</u>  If the parties cannot agree on a mediator, the Court will appoint one.  Requests or motions for extension of time for parties to agree on a mediator will not be considered by the Court.

 If the parties are unable to resolve their disagreements concerning the Docket Control and

---

[1] The Court's standard Docket Control Order and Discovery Order are available on the Court's website at http://www.txed.uscourts.gov/Judges/Davis/Orders&Forms.htm.

Discovery Orders, the parties shall submit to the Court their competing proposals along with a summary of their disagreements. For purposes of computing the time deadlines under the local patent rules, the Court deems **March 15, 2010** as the effective Rule 16 Initial Case Management Conference date, and thus Plaintiff's P.R. 3-1 and 3-2 disclosures will be due **March 5, 2010.**

**So ORDERED and SIGNED this 5th day of March, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**