## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | § § | |
| Plaintiff, | § § | Civil Action No. 6:09-CV-00446-LED |
| vs. | § § § | |
| Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC | § § § § § § § § § § § § § § | JURY TRIAL |
| Defendants. | § | |

## **PLAINTIFF'S NOTICE OF P.R. 3-1 AND 3-2 DISCLOSURES**

Pursuant to the Court's March 5, 2010 Order, Plaintiff, Eolas Technologies, Inc. ("Eolas") provides notice to the Court that Eolas served its P.R. 3-1 and P.R. 3-2 disclosures required under the local patent rules to all Defendants on March 5, 2010.

| | |
|---|---|
| Dated: March 8, 2010. | **MCKOOL SMITH, P.C.**<br><br>/s/ Mike McKool<br>Mike McKool<br>Lead Attorney<br>Texas State Bar No. 13732100<br>mmckool@mckoolsmith.com<br>Douglas Cawley<br>Texas State Bar No. 04035500<br>dcawley@mckoolsmith.com<br>Luke McLeroy<br>Texas State Bar No. 24041455<br>lmcleroy@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Sam F. Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>**McKool Smith, P.C.**<br>104 E. Houston St., Ste. 300<br>P.O. Box O<br>Marshall, Texas 75670<br>Telephone: (903) 923-9000<br>Telecopier: (903) 923-9095<br><br>Kevin L. Burgess<br>Texas State Bar No. 24006927<br>kburgess@mckoolsmith.com<br>Steven J. Pollinger<br>Texas State Bar No. 24011919<br>spollinger@mckoolsmith.com<br>Josh W. Budwin<br>Texas State Bar No. 24050347<br>jbudwin@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 West Sixth Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**EOLAS TECHNOLOGIES, INC.** |

Austin 57429v1

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on March 8, 2010.

                                                                  /s/ Josh Budwin
                                                                  Josh Budwin