IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated, § § Plaintiff § v. § § Adobe Systems Inc., Amazon.com, Inc. § Apple Inc., Argosy Publishing, Inc., § Blockbuster Inc., CDW Corp., § Citigroup Inc., eBay Inc., Frito-Lay, Inc., § The Go Daddy Group, Inc., Google Inc., § J.C. Penney Company, Inc., JPMorgan § Chase & Co., New Frontier Media, Inc., § Office Depot, Inc., Perot Systems Corp., § Playboy Enterprises International, Inc., § Rent-A-Center, Inc., Staples, Inc., Sun § Microsystems Inc., Texas Instruments Inc., § Yahoo! Inc., and YouTube, LLC, § § Defendants. § | Civil Action No. 6:09-cv-00446-LED |

## DEFENDANT FRITO-LAY, INC.'S FIRST AMENDED
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of Federal Rule of Civil Procedure, Defendant Frito-Lay, Inc. discloses that it is wholly owned by Frito-Lay North America, Inc. which is wholly owned by PepsiCo, Inc . PepsiCo, Inc. is a publicly traded company.

                                                                        Respectfully submitted,
                                                                        FRITO-LAY, INC.,
                                                                         By its attorneys,

                                                                         */s/ Jeffrey F. Yee*
                                                                         Jeffrey K. Joyner (admitted *pro hac vice*)
                                                                         joynerj@gtlaw.com
                                                                         Jeffrey F. Yee (admitted *pro hac vice*)
                                                                         yeej@gtlaw.com
                                                                         GREENBERG TRAURIG
                                                                         2450 Colorado Avenue, Suite 400E
                                                                         Santa Monica, California 90404

Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Christopher M. Joe
chris.joe@bjciplaw.com
Brian Carpenter
brian.carpenterb@bjciplaw.com
Eric W. Buether
eric.buethere@bjciplaw.com
Buether Joe & Carpenter, LLC
1700 Pacific, Suite 2390
Dallas, Texas 75201
Telephone: (214) 466-1270
Facsimile: (214) 635-1842

**ATTORNEYS FOR DEFENDANT
FRITO-LAY, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 9th day of March, 2010. Any other counsel of record will be served by facsimile transmission and/or electronic mail pursuant to Local Rule CV-5(d).

*/s/ Jeffrey F. Yee*
Jeffrey F. Yee
