**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § | |
| | § | |
| **Plaintiff,** | § | Civil Action No. 6:09-cv-446 |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| **Adobe Systems Inc., Amazon.com, Inc.,** | § | **JURY TRIAL** |
| **Apple Inc., Blockbuster Inc., CDW Corp.,** | § | |
| **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** | § | |
| **The Go Daddy Group, Inc., Google Inc.,** | § | |
| **J.C. Penney Company, Inc., JPMorgan** | § | |
| **Chase & Co., New Frontier Media, Inc.,** | § | |
| **Office Depot, Inc., Perot Systems Corp.,** | § | |
| **Playboy Enterprises International, Inc.,** | § | |
| **Rent-A-Center, Inc., Staples, Inc., Sun** | § | |
| **Microsystems Inc., Texas Instruments** | § | |
| **Inc., Yahoo! Inc., and YouTube, LLC** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT AGREED MOTION FOR EXTENSION OF TIME TO FILE AGREED DOCKET
CONTROL ORDER AND AGREED DISCOVERY ORDER**

Plaintiff Eolas Technologies, Inc. ("Eolas") and Defendants Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC file this joint agreed motion to extend the deadline to file their agreed docket control and agreed discovery order from March 15, 2010 until March 22, 2010 and would show the Court as follows:

I.

Pursuant to the Court's Order dated March 5, 2010 (dkt. 233) the deadline for filing the agreed docket control and agreed discovery order is March 15, 2010. As set forth herein, the parties have been working diligently to meet this date. However, despite the efforts of the parties, the parties are presently unable to meet this date. The parties seek leave from the Court to extend the March 15, 2010 deadline by one week, until March 22, 2010. This additional one week extension will allow the parties to continue to meet and confer in good faith in an effort to reach an agreed docket control and agreed discovery order, or at least to narrow the scope of their dispute.

II.

In an effort to reach an agreed docket control and agreed discovery order, the parties have met and conferred on three occasions (March 5, March 10, and March 12, 2010). The parties presently believe that they are close to reaching an agreement on the docket control and discovery orders, or at least narrowing the scope of their dispute.

III.

This motion is not made for delay, and should not impact any other deadline applicable to this litigation.

IV.

Accordingly, the parties respectfully request that the Court grant this Motion and extend the deadline to file their agreed docket control order and discovery order from March 15, 2010 until March 22, 2010.

Dated: March 15, 2010.

| | |
|---|---|
| MCKOOL SMITH, P.C. | */s/ David J. Healey* (with permission) |
| */s/ Mike McKool* | David J. Healey |
| Mike McKool | Fish & Richardson PC |
| **Lead Attorney** | 1221 McKinney Street, Suite 2888 |
| Texas State Bar No. 13732100 | Houston, TX 77010 |
| mmckool@mckoolsmith.com | healey@fr.com |
| Douglas Cawley | **Lead Counsel for Adobe Systems** |
| Texas State Bar No. 04035500 | **Incorporated** |
| dcawley@mckoolsmith.com | |
| Luke McLeroy | */s/ Douglas E. Lumish* (with permission) |
| Texas State Bar No. 24041455 | Douglas E. Lumish |
| lmcleroy@mckoolsmith.com | Weil Gotshal & Manges |
| MCKOOL SMITH, P.C. | 201 Redwood Shores Parkway |
| 300 Crescent Court, Suite 1500 | Redwood City, CA 94065 |
| Dallas, Texas 75201 | doug.lumish@weil.com |
| Telephone: (214) 978-4000 | **Lead Counsel for Amazon.com, eBay Inc.,** |
| Telecopier: (214) 978-4044 | **and Yahoo! Inc.** |
| | |
| Sam F. Baxter | */s/ David T. Pritikin* (with permission) |
| Texas State Bar No. 01938000 | David T. Pritikin |
| sbaxter@mckoolsmith.com | Sidley Austin - Chicago |
| McKool Smith, P.C. | Bank One Plaza |
| 104 E. Houston St., Ste. 300 | One South Dearborn Ave |
| P.O. Box O | Chicago, IL 60603 |
| Marshall, Texas 75670 | dpritikin@sidley.com |
| Telephone: (903) 923-9000 | **Lead Counsel for Apple, Inc.** |
| Telecopier: (903) 923-9095 | |
| | */s/ Scott Wayne Breedlove* (with permission) |
| Kevin L. Burgess | Scott Wayne Breedlove |
| Texas State Bar No. 24006927 | Vinson & Elkins |
| kburgess@mckoolsmith.com | 2001 Ross Avenue |
| Steven J. Pollinger | 3700 Trammel Crow Center |
| Texas State Bar No. 24011919 | Dallas, TX 75201 |
| spollinger@mckoolsmith.com | sbreedlove@velaw.com |
| Josh W. Budwin | **Lead Counsel for Blockbuster Inc.** |
| Texas State Bar No. 24050347 | |
| jbudwin@mckoolsmith.com | */s/ Thomas L. Duston* (with permission) |
| MCKOOL SMITH, P.C. | Thomas L. Duston |
| 300 West Sixth Street, Suite 1700 | Marshall Gerstein & Borun |
| Austin, Texas 78701 | 233 S. Wacker Drive |
| Telephone: (512) 692-8700 | 6300 Sears Tower |
| Telecopier: (512) 692-8744 | Chicago, IL 60606 |
| **ATTORNEYS FOR PLAINTIFF** | tduston@marshallip.com |
| **EOLAS TECHNOLOGIES, INC.** | **Lead Counsel for CDW Corporation** |

|  | */s/ Edwin R. DeYoung* (with permission)<br>Edwin R. DeYoung<br>Locke Lord Bissell & Liddell LLP<br>2200 Ross Ave.<br>Suite 2200<br>Dallas, TX  75201<br>edeyoung@lockelord.com<br>**Lead Counsel for Citigroup Inc.**<br><br>*/s/ Jeffrey K. Joyner* (with permission)<br>Jeffrey K. Joyner<br>GREENBERG TRAURIG<br>2450 Colorado Avenue<br>Suite 400E<br>Santa Monica, CA 90404<br>joynerj@gtlaw.com<br>**Lead Counsel for Frito-Lay, Inc. and Rent-A-Center, Inc.**<br><br>*/s/ Thomas M. Melsheimer* (with permission)<br>Thomas M. Melsheimer<br>Fish & Richardson<br>1717 Main Street<br>Suite 5000<br>Dallas, TX  75201<br>melsheimer@fr.com<br>**Lead Counsel for The Go Daddy Group, Inc.**<br><br>*/s/Scott T. Weingaertner* (with permission)<br>Scott T. Weingaertner<br>King & Spalding, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036<br>sweingaertner@kslaw.com<br>**Lead Counsel for Google Inc. and YouTube, LLC**<br><br>*/s/ Christopher J. Joe* (with permission)<br>Christopher M. Joe<br>Buether Joe & Carpenter<br>1700 Pacific, Suite 2390<br>Dallas, TX  75201<br>Chris.Joe@BJCIPLaw.com<br>**Lead Counsel for J.C. Penney Inc.** |

|  | */s/ Joel Mark Freed* (with permission)<br>Joel Mark Freed<br>McDermott Will & Emery<br>600 13th Street, NW<br>12th Floor<br>Washington, DC  20005-3096<br>jfreed@mwe.com<br>**Lead Counsel for JPMorgan Chase & Co.**<br><br>*/s/ Michael Simons* (with permission)<br>Michael Simons<br>Akin Gump Strauss Hauer & Feld<br>300 W. 6th Street<br>Suite 2100<br>Austin, TX  78701<br>msimons@akingump.com<br>**Lead Counsel for New Frontier Media, Inc.**<br><br>*/s/ Kenneth Jurek* (with permission)<br>Kenneth Jurek<br>McDermott Law Firm<br>227 West Monroe Street<br>Chicago, IL  60606<br>kjurek@mwe.com<br>**Lead Counsel for Office Depot**<br><br>*/s/ Barton E. Showalter* (with permission)<br>Barton E. Showalter<br>Baker & Botts<br>2001 Ross Ave.<br>Suite 600<br>Dallas, TX  75201<br>**Lead Counsel for Perot Systems Corp.**<br><br>*/s/ Avelyn Marie Ross* (with permission)<br>Avelyn Marie Ross<br>Vinson & Elkins<br>2801 Via Fortuna<br>Suite 100<br>Austin, TX  78746<br>**Lead Counsel for Playboy Enterprises International**<br><br>*/s/ Michael Ernest Richardson* (with permission)<br>Michael Ernest Richardson |
|---|---|

|  | Beck Redden & Secrest<br>1221 McKinney<br>Suite 4500<br>Houston, TX  77010<br>**Lead Counsel for Staples, Inc.**<br><br>*/s/ Eric Hugh Findlay* (with permission)<br>Eric Hugh Findlay<br>Findlay Craft<br>6760 Old Jacksonville Highway<br>Suite 101<br>Tyler, TX  75703<br>**Lead Counsel for Sun Microsystems, Inc.**<br><br>*/s/ Carl R. Roth* (with permission)<br>Carl R. Roth<br>The Roth Law Firm<br>115 N. Wellington<br>Suite 200<br>P.O. Box 876<br>Marshall, TX  75671<br>**Lead Counsel for Texas Instruments, Inc.** |
|---|---|

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on March 15, 2010.  Local Rule CV-5(a)(3)(A).

/s/ Josh Budwin
Josh Budwin