**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| Eolas Technologies Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google, Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC,<br><br>    Defendants. | Civil Action No. 6:09-cv-446<br><br><br>JURY TRIAL |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SUN MICROSYSTEMS, INC.**

Defendant Sun Microsystems, Inc. ("Sun") submits this Supplemental Corporate Disclosure Statement pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure. On February 15, 2010, Oracle USA, Inc. merged with and into Sun Microsystems, Inc. Sun Microsystems, Inc., the surviving corporation, was then renamed "Oracle America, Inc." ("OAI"). Non-party Oracle Corporation owns 100% of the common stock of OAI.

Dated:  March 17, 2010                    Respectfully submitted,


                                           /s/ Eric H. Findlay

                                          Eric H. Findlay (Bar No. 00789886)
                                          efindlay@findlaycraft.com
                                          **FINDLAY CRAFT, LLP**
                                          6760 Old Jacksonville Highway, Suite 101
                                          Tyler, TX 75703
                                          Telephone:  (903) 534-1100
                                          Facsimile:  (903) 534-1137

                                          Mark D. Fowler (Bar No. CA-124235)
                                          mark.fowler@dlapiper.com
                                          William G. Goldman (Bar No. CA-203630)
                                          bill.goldman@dlapiper.com
                                          **DLA PIPER US LLP**
                                          2000 University Avenue
                                          East Palo Alto, CA 94303-2215
                                          Telephone:  (650) 833-2000
                                          Facsimile:  (650) 833-2001

                                          Kathryn B. Riley (Bar No. CA-211187)
                                          kathryn.riley@dlapiper.com
                                          **DLA PIPER US LLP**
                                          401 B Street, Suite 1700
                                          San Diego, CA 92101
                                          Telephone:  (619) 699-2700
                                          Facsimile:  (619) 764-6692

                                          **Attorneys for Defendant**
                                          **ORACLE AMERICA, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2010, I electronically filed the foregoing **SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay
Eric H. Findlay