## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § | |
| | § | |
| **Plaintiff,** | § | Civil Action No. 6:09-cv-446 |
| | § | |
| vs. | § | |
| | § | |
| Adobe Systems Inc., Amazon.com, Inc., | § | JURY TRIAL |
| Apple Inc., Blockbuster Inc., CDW Corp., | § | |
| Citigroup Inc., eBay Inc., Frito-Lay, Inc., | § | |
| The Go Daddy Group, Inc., Google Inc., | § | |
| J.C. Penney Company, Inc., JPMorgan | § | |
| Chase & Co., New Frontier Media, Inc., | § | |
| Office Depot, Inc., Perot Systems Corp., | § | |
| Playboy Enterprises International, Inc., | § | |
| Rent-A-Center, Inc., Staples, Inc., Sun | § | |
| Microsystems Inc., Texas Instruments | § | |
| Inc., Yahoo! Inc., and YouTube, LLC | § | |
| | § | |
| **Defendants.** | § | |

### JOINT AGREED MOTION FOR EXTENSION OF TIME TO FILE AGREED DOCKET CONTROL AND AGREED DISCOVERY ORDER

The Court, having considered the parties' Joint Agreed Motion for Extension of Time to File Agreed Docket Control and Agreed Discovery Order, and finding good cause supporting it, finds the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the parties' Joint Agreed Motion for Extension of Time to File Agreed Docket Control and Agreed Discovery Order is hereby GRANTED, and that the parties have until March 22, 2010, to file their agreed docket control order and agreed discovery order.  No other deadline applicable to this litigation is affected by this Order.

**So ORDERED and SIGNED this 16th day of March, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**