# EXHIBIT 1



**Apple Store, Willow Bend**
6121 West Park Blvd. STE C120
Plano, TX 75093
willowbend@apple.com
972-202-5651

www.apple.com/retail/willowbend

---

September 19, 2009 04:27 PM

Luke MCLEROY

---

| | |
|---|---|
| Mac Mini 2.0/1X1G/120/SD/AP/BT | $ 599.00 |
| Part Number: MB463LL/A | |
| Serial Number: YM9332KT19X | |
| Warranty effective through: Sep. 18, 2010 | |
| Return Date: Oct. 03, 2009 | |
| $ 58.91 fee if opened | |
| For Support, Visit: APPLE.COM/SUPPORT | |
| Instant Savings | ($ 9.95) |

---

| | |
|---|---|
| Sub-Total | $ 589.05 |
| Tax@8.25% | $ 48.60 |
| Total | $ 637.65 |
| Amount Paid Via AmEx (A) | $ 637.65 |
| xxxxxxxxxx1009 | |
| 668455 | |

\*R 0 0 8 4 1 2 4 5 1 3\*