IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Eolas Technologies Incorporated,** § § | |
| Plaintiff, § § | Civil Action No. 6:09-CV-00446-LED |
| vs. § § | |
| **Adobe Systems Inc., Amazon.com, Inc.,** § **Apple Inc., Blockbuster Inc., CDW Corp.,** § **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** § **The Go Daddy Group, Inc., Google Inc.,** § **J.C. Penney Company, Inc., JPMorgan** § **Chase & Co., New Frontier Media, Inc.,** § **Office Depot, Inc., Perot Systems Corp.,** § **Playboy Enterprises International, Inc.,** § **Rent-A-Center, Inc., Staples, Inc., Sun** § **Microsystems Inc., Texas Instruments Inc.,** § **Yahoo! Inc., and YouTube, LLC** § § | JURY TRIAL |
| Defendants. § | |

## ORDER GRANTING EOLAS' MOTION FOR EXTENSION OF TIME UNTIL JUNE 18, 2010 TO FILE ITS RESPONSE TO MOVING DEFENDANTS' MOTION TO TRANSFER

The Court, having considered Eolas' Motion for Extension of Time until June 18, 2010 to file its Response to Moving Defendants' Motion to Transfer ("Motion for Extension of Time"), finds that good cause having been shown, the Motion for Extension of Time should be GRANTED.  Eolas has until June 18, 2010, to respond to the Moving Defendants' Motion to Transfer to the U.S. District Court for the Northern District of California Pursuant to 28 U.S.C. § 1404(a) (Dkt. 214). No other deadline applicable to this litigation is affected by this Order.