**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>ADOBE SYSTEMS, INC., ET AL.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 6:09-cv-446-LED |

**DEFENDANTS ADOBE SYSTEMS, INC., AMAZON.COM, INC., APPLE INC., BLOCKBUSTER INC., EBAY INC., THE GO DADDY GROUP, INC., GOOGLE INC., NEW FRONTIER MEDIA, INC., PLAYBOY ENTERPRISES INTERNATIONAL, INC., SUN MICROSYSTEMS INC., YAHOO! INC., AND YOUTUBE, LLC'S OPPOSITION-IN-PART TO EOLAS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOVING DEFENDANTS' MOTION TO TRANSFER**

Moving Defendants[1] are not opposed to Eolas taking, as it puts it, "limited" and "narrowly-tailored" discovery concerning factors relevant to transfer of venue on an expedited basis. *See* Mot. for Extension[2] at 8. But there is no need for the preliminary issue of venue transfer to be transformed into burdensome and costly side litigation that ties up this proceeding for months. Moving Defendants are entitled to have their Motion to Transfer adjudicated promptly and Eolas is not entitled to embark on an open-ended fishing expedition on such issues. *See Saleh v. Titan Corp.*, 361 F. Supp. 2d 1152, 1170-71 (S.D. Cal. 2005) (denying request for

---

[1] "Moving Defendants" are Adobe Systems, Inc., Amazon.Com, Inc., Apple Inc., Blockbuster Inc., eBay Inc., The Go Daddy Group, Inc., Google Inc., New Frontier Media, Inc., Playboy Enterprises International, Inc., Sun Microsystems Inc., Yahoo! Inc., and YouTube, LLC. (Sun Microsystems Inc. is now known as Oracle America Inc.)

[2] Docket No. 241.

venue-related discovery) ("[N]one of the cases cited by plaintiffs suggest that a plaintiff faced with a motion for transfer may embark on a fishing expedition in an attempt to find witnesses in support of its case or suggest that it is appropriate to allow discovery on an issue as trivial as whether witnesses will be inconvenienced by having to travel from the east coast to California for litigation.").

Moving Defendants therefore propose that Eolas be given a firm deadline of May 21, 2010 to complete its transfer-related discovery and to file its response to the Motion to Transfer. A firm deadline of May 21, 2010 is more than reasonable, for the following reasons:

1. The Motion to Transfer has been pending since February 10, 2010.[3]

2. Eolas's Motion for Extension states that it is already "prepared to respond to the substance" of the Motion to Transfer (Motion for Extension at 9), and the brief itself confirms that Eolas already has in its possession extensive information that it contends is pertinent to the venue issues (*see id.* at 3-8 & Exs. 1, 2).

3. Initial disclosures will be exchanged on April 14, 2010,[4] and thus by mid-April Defendants will have provided Eolas with "the name, address, and telephone number of persons having knowledge of relevant facts, a brief statement of each identified person's connection with the case, and a brief, fair summary of the substance of the information known by such person," which will provide Eolas with the geographic location of the relevant party witnesses.

4. The Moving Defendants are willing to provide on an expedited basis reasonable venue-related discovery that is, in fact, "limited" and "narrowly-tailored" to the issue of venue. *Cf.* Mot. for Extension at 8.

---

[3] *See* Docket No. 214.
[4] *See* Joint Agreed Discovery Order (Mar. 24, 2010) (Docket No. 245).

5.   Eolas has retained the law firm of McKool Smith P.C. to represent it in this litigation and eight different attorneys from that firm have made appearances on Eolas's behalf. Eolas thus has the resources to conduct any venue-related discovery on an expedited basis, without unnecessary delays.

Accordingly, the Court should deny Eolas's request for a three-month extension and, instead, should provide Eolas with a firm deadline of May 21, 2010 to complete its transfer-related discovery and to respond to the Motion to Transfer.

Dated:  April 5, 2010

/s/Richard A. Cederoth
David T. Pritikin
dpritikin@sidley.com
Richard A. Cederoth
rcederoth@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Theodore W. Chandler
tchandler@sidley.com
SIDLEY AUSTIN LLP
555 W. Fifth Street
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Teague I. Donahey
tdonahey@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas  75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Attorneys for Defendant
APPLE INC.


                    /s/David J. Healey
David J. Healey
Texas State Bar No. 09327980
Healey@fr.com
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street, Suite 2800
Houston, Texas  77010
Telephone:  (713) 654-5300
Facsimile:  (713) 652-0109

OF COUNSEL:
Frank E. Scherkenbach
Scherkenbach@fr.com
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Joseph P. Reid
Reid@fr.com
Jason W. Wolff
Wolff@fr.com
FISH & RICHARDSON P.C.
12390 EI Camino Real
San Diego, California  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Attorneys for Defendant
ADOBE SYSTEMS INC.

4

/s/Douglas Lumish
Douglas Lumish
doug.lumish@weil.com
Jared Bobrow
jared.bobrow@weil.com
Joseph H. Lee
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Christian J. Hurt
Texas State Bar No. 24059987
christian.hurt@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Defendants
AMAZON.COM, INC., EBAY INC., AND
YAHOO! INC.


/s/David Kent Wooten
David Kent Wooten
Texas State Bar No. 24033477
dwooten@velaw.com
VINSON & ELKINS L.L.P.
1001 Fannin Street
2500 First City Tower
Houston, Texas 77002
Telephone: (713) 758-2222
Facsimile: (713) 615-5216

Scott Wayne Breedlove
Texas State Bar No. 00790361
sbreedlove@velaw.com
VINSON & ELKINS L.L.P.
2001 Ross Avenue
3700 Trammell Crow Center
Dallas, Texas 75201-2975
Telephone: (214) 220-7993
Facsimile: (214) 999-7993

Attorneys for Defendant
BLOCKBUSTER INC.


       /s/Neil J. McNabnay
Thomas M. Melsheimer
Texas State Bar No. 13922550
melsheimer@fr.com
Neil J. McNabnay
Texas State Bar No. 24002583
mcnabnay@fr.com
J. Nicholas Bunch
Texas State Bar No. 24050352
bunch@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for Defendant
THE GO DADDY GROUP, INC.


       /s/Scott T. Weingaertner
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Scott T. Weingaertner
sweingaertner@kslaw.com
Robert F. Perry
rperry@kslaw.com
Christopher C. Carnaval
ccarnaval@kslaw.com
Mark H. Francis

6

>mfrancis@kslaw.com
>KING & SPALDING LLP
>1185 Avenue of the Americas
>New York, NY 10036-4003
>Telephone: (212) 556-2100
>Facsimile: (212) 556-2222
>
>Attorneys for Defendants
>GOOGLE INC. AND YOUTUBE, LLC

>                    /s/Michael Simons
>Michael Simons
>Texas State Bar No. 24008042
>msimons@akingump.com
>AKIN GUMP STRAUSS HAUER & FELD LLP
>1111 Louisiana Street, 44th Floor
>Houston, Texas 77002
>Telephone: (713) 220-5800
>Facsimile: (713) 236-0822
>
>Attorneys for Defendant
>NEW FRONTIER MEDIA, INC.

>                    /s/Avelyn M. Ross
>David B. Weaver
>Texas State Bar No. 00798576
>dweaver@velaw.com
>Avelyn M. Ross
>Texas State Bar No. 24027871
>aross@velaw.com
>Gentry C. McLean
>Texas State Bar No. 24046403
>gmclean@velaw.com
>VINSON & ELKINS L.L.P.
>The Terrace 7
>2801 Via Fortuna, Suite 100
>Austin, Texas 78746-7568
>Telephone: (512) 542-8400
>Facsimile: (512) 236-3218
>
>Attorneys for Defendant
>PLAYBOY ENTERPRISES INTERNATIONAL,

INC.

/s/Eric H. Findlay
Eric H. Findlay
Texas State Bar No. 00789886
efindlay@findlaycraft.com
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Mark D. Fowler
mark.fowler@dlapiper.com
William G. Goldman
bill.goldman@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

Kathryn B. Riley
kathryn.riley@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2700
Facsimile: (619) 764-6692

Attorneys for Defendant
SUN MICROSYSTEMS, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 5th day of April, 2010.

/s/Duy D. Nguyen