**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | |
| Adobe Systems Inc., Amazon.com, Inc. | § | |
| Apple Inc., Argosy Publishing, Inc., | § | |
| Blockbuster Inc., CDW Corp., | § | Civil Action No. 6:09-cv-446 |
| Citigroup Inc., eBay Inc., Frito-Lay, Inc., | § | |
| The Go Daddy Group, Inc., Google Inc., | § | |
| J.C. Penney Company, Inc., JPMorgan | § | |
| Chase & Co., New Frontier Media, Inc., | § | |
| Office Depot, Inc., Perot Systems Corp., | § | |
| Playboy Enterprises International, Inc., | § | |
| Rent-A-Center, Inc., Staples, Inc., Sun | § | |
| Microsystems Inc., Texas Instruments Inc., | § | |
| Yahoo! Inc., and YouTube, LLC, | § | |
| | § | |
| Defendants. | § | |

**TEXAS INSTRUMENTS, INC.'S NOTICE OF DISCLOSURES**

Pursuant to Local Rule 26(c), the Court's Discovery Order (Dkt. No. 247) and the Court's Amended Discovery Order (Dkt. No. 264), Defendant Texas Instruments, Inc. hereby notifies the Court that it timely served its Initial Disclosures required under Rule 26(a) of the Federal Rules of Civil Procedure, on counsel of record for Plaintiff on April 28, 2010.

                        Respectfully submitted,

                        */s/ Amanda A. Abraham*
                        Carl R. Roth
                        cr@rothfirm.com
                        Brendan C. Roth
                        br@rothfirm.com
                        Amanda A. Abraham
                        aa@rothfirm.com
                        THE ROTH LAW FIRM, P.C.
                        115 N. Wellington, Suite 200
                        Marshall, Texas 75670
                        Telephone: (903) 935-1665
                        Facsimile: (903) 935-1797

<u>Of Counsel</u>
Jay C. Johnson
Larry C. Schroeder
Mark A. Valetti
TEXAS INSTRUMENTS INCORPORATED
P.O. Box 655474
Mail Station 3999
Dallas, TX 75265
Telephone: (972)917-5640
Facsimile: (972)917-4418

                        **ATTORNEYS FOR DEFENDANT**
                        **TEXAS INSTRUMENTS INCORPORATED**

### **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 28th day of April, 2010. Any other counsel of record will be served by facsimile transmission and/or first class mail.

                                                  */s/ Amanda A. Abraham*
                                                  Amanda A. Abraham