**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **EOLAS TECHNOLOGIES, INC.** § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:09-CV-446 |
| § | PATENT CASE |
| **ADOBE SYSTEMS, INC., et al** § | |
| § | |
| Defendants. § | |

### ORDER

The parties' Joint Motion for Entry of Protective Order (Docket No. 403) is before the Court. The parties dispute two provisions of the Protective Order. Having reviewed the parties' arguments, the Court **ADOPTS** Eolas's proposals as to both provisions. The Court **ORDERS** the parties to resubmit the proposed Protective Order accordingly.

**So ORDERED and SIGNED this 7th day of September, 2010.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**