# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § § | |
| Plaintiff, | § § § | Civil Action No. 6:09-cv-446 |
| vs. | § § | |
| Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC | § § § § § § § § § § § § § § | JURY TRIAL |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL BETWEEN EOLAS TECHNOLOGIES INCORPORATED AND JPMORGAN CHASE & CO.

Plaintiff Eolas Technologies Incorporated ("Eolas") on the one hand, and Defendant, JPMorgan Chase & Co. ("JPMorgan") on the other hand, each acting through their duly authorized undersigned counsel of record, pursuant to a Settlement and License Agreement dated May 12, 2011 hereby stipulate that all claims by Eolas against JPMorgan, and all claims by JPMorgan against Eolas in this action are hereby dismissed with prejudice, and that an order of dismissal to this effect may be entered forthwith. Each of the aforementioned parties shall bear its own costs and attorneys' fees with respect to these claims.

Austin 67551v1

| | |
|---|---|
| **MCKOOL SMITH, P.C.**<br>/s/ Mike McKool<br>Mike McKool<br>Lead Attorney<br>Texas State Bar No. 13732100<br>mmckool@mckoolsmith.com<br>Douglas Cawley<br>Texas State Bar No. 04035500<br>dcawley@mckoolsmith.com<br>J.R. Johnson<br>Texas State Bar No. 24070000<br>jjohnson@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Kevin L. Burgess<br>Texas State Bar No. 24006927<br>kburgess@mckoolsmith.com<br>John B. Campbell<br>Texas State Bar No. 24036314<br>spollinger@mckoolsmith.com<br>Josh W. Budwin<br>Texas State Bar No. 24050347<br>jbudwin@mckoolsmith.com<br>Matthew B. Rappaport<br>Texas State Bar No. 24070472<br>mrappaport@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 West Sixth Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**EOLAS TECHNOLOGIES, INC.** | /s/ David Crump by Trey Yarbrough with permission<br>David Crump<br>Bar No. 477464<br>Stephen K. Shahida<br>Bar No. 454970<br>MCDERMOTT WILL & EMERY LLP<br>600 13th Street, N.W.<br>Washington, DC 20005-3096<br>Tel: (202) 756-8327<br>Fax: (202) 756-8087<br><br>Trey Yarbrough<br>Bar No. 22133500<br>Debby E. Gunter<br>Bar No. 24012752<br>YARBROUGH ♦ WILCOX, PLLC<br>100 E. Ferguson Street, Ste 1015<br>Tyler , TX 75702<br>Tel: (903) 595-3111<br>Fax: (903) 595-0191<br>trey@yw-lawfirm.com<br>debby@yw-lawfirm.com<br><br>**ATTORNEYS FOR DEFENDANT JPMORGAN CHASE & CO.** |

2

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 18th day of May, 2011.   All other counsel of record will be served via facsimile or first class mail.

>                          /s/ Trey Yarbrough
>                          Trey Yarbrough