# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § | |
| | § | |
| **Plaintiff,** | § | Civil Action No. 6:09-cv-446 |
| | § | |
| vs. | § | |
| | § | |
| **Adobe Systems Inc., Amazon.com, Inc.,** | § | **JURY TRIAL** |
| **Apple Inc., Blockbuster Inc., CDW Corp.,** | § | |
| **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** | § | |
| **The Go Daddy Group, Inc., Google Inc.,** | § | |
| **J.C. Penney Company, Inc., New Frontier** | § | |
| **Chase & Co., New Frontier Media, Inc.,** | § | |
| **Office Depot, Inc., Perot Systems Corp.,** | § | |
| **Playboy Enterprises International, Inc.,** | § | |
| **Rent-A-Center, Inc., Staples, Inc., Sun** | § | |
| **Microsystems Inc., Texas Instruments** | § | |
| **Inc., Yahoo! Inc., and YouTube, LLC** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT STIPULATION OF DISMISSAL BETWEEN EOLAS TECHNOLOGIES INCORPORATED AND NEW FRONTIER MEDIA, INC.

Plaintiff Eolas Technologies Incorporated ("Eolas") on the one hand, and Defendant, New Frontier Media, Inc. ("New Frontier") on the other hand, each acting through their duly authorized undersigned counsel of record, pursuant to a Settlement and License Agreement dated May 24, 2011 hereby stipulate that all claims by Eolas against New Frontier, and all claims by New Frontier against Eolas in this action are hereby dismissed with prejudice, and that an order of dismissal to this effect may be entered forthwith. Each of the aforementioned parties shall bear its own costs and attorneys' fees with respect to these claims.

Austin 67727v1

| | |
|---|---|
| **MCKOOL SMITH, P.C.**<br>/s/ Mike McKool<br>Mike McKool<br>Lead Attorney<br>Texas State Bar No. 13732100<br>mmckool@mckoolsmith.com<br>Douglas Cawley<br>Texas State Bar No. 04035500<br>dcawley@mckoolsmith.com<br>J.R. Johnson<br>Texas State Bar No. 24070000<br>jjohnson@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Telecopier: (214) 978-4044<br><br>Kevin L. Burgess<br>Texas State Bar No. 24006927<br>kburgess@mckoolsmith.com<br>John B. Campbell<br>Texas State Bar No. 24036314<br>spollinger@mckoolsmith.com<br>Josh W. Budwin<br>Texas State Bar No. 24050347<br>jbudwin@mckoolsmith.com<br>Matthew B. Rappaport<br>Texas State Bar No. 24070472<br>mrappaport@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 West Sixth Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Telecopier: (512) 692-8744<br>**ATTORNEYS FOR PLAINTIFF**<br>**EOLAS TECHNOLOGIES, INC.** | */s/ Michael Simons*<br>Michael Simons (*Lead Attorney*)<br>State Bar No. 24008042<br>msimons@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>300 West 6th Street, Suite 1900<br>Austin, Texas 78701<br>Telephone: 512.499.6253<br>Facsimile: 512.499.6290<br><br>**ATTORNEY FOR DEFENDANT**<br>**NEW FRONTIER MEDIA, INC.** |

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A) on May 26, 2011.

/s/ Josh Budwin
Josh Budwin

Austin 67727v1