# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated,<br><br>*Plaintiff*,<br><br>vs.<br><br>Adobe Systems Inc.; Amazon.com, Inc.; Apple Inc.; CDW Corp.; Citigroup Inc.; eBay Inc.; Frito-Lay, Inc.; The Go Daddy Group, Inc.; Google Inc.; J.C. Penney Corporation, Inc.; Office Depot, Inc.; Staples, Inc.; Yahoo! Inc.; and YouTube, LLC,<br><br>*Defendants*.<br><br>Adobe Systems Inc.; Amazon.com, Inc.; Apple Inc.; CDW LLC; eBay Inc.; Frito-Lay, Inc.; The Go Daddy Group, Inc.; Google Inc.; J.C. Penney Corporation, Inc.; Office Depot, Inc.; Staples, Inc.; Yahoo! Inc.; and YouTube, LLC,<br><br>*Counterclaimants*,<br><br>vs.<br><br>Eolas Technologies Incorporated,<br><br>*Counterdefendant*. | No. 6:09-cv-00446-LED (filed Oct. 6, 2009) |

## ORDER GRANTING
## EXTENSION OF DEADLINES FOR EXPERT REPORTS

The Court having considered the parties' Joint Unopposed Motion to Extend Deadlines for Expert Reports, and finding good cause supporting it, finds the Motion should be granted.

IT IS THEREFORE ORDERED that the following deadlines are now in place, replacing deadlines for the same previously issued by the Court:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Parties with burden of proof designate expert witnesses on non-damages issues. | July 18, 2011 [Docket No. 768] | Wednesday, July 20, 2011 |
| Parties designate rebuttal expert witnesses on non-damages issues. | August 15, 2011 [Docket No. 768] | Wednesday, August 17, 2011 |

No other deadlines are affected by this Order.

**So ORDERED and SIGNED this 18th day of July, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

Austin 68487v1