UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated,<br><br>*Plaintiff*,<br><br>vs.<br><br>Adobe Systems Inc.; Amazon.com, Inc.; Apple Inc.; CDW Corp.; Citigroup Inc.; eBay Inc.; Frito-Lay, Inc.; The Go Daddy Group, Inc.; Google Inc.; J.C. Penney Corporation, Inc.; Office Depot, Inc.; Staples, Inc.; Yahoo! Inc.; and YouTube, LLC,<br><br>*Defendants*. | No. 6:09-cv-00446-LED (filed Oct. 6, 2009) |
| Adobe Systems Inc.; Amazon.com, Inc.; Apple Inc.; CDW LLC; eBay Inc.; Frito-Lay, Inc.; The Go Daddy Group, Inc.; Google Inc.; J.C. Penney Corporation, Inc.; Office Depot, Inc.; Staples, Inc.; Yahoo! Inc.; and YouTube, LLC,<br><br>*Counterclaimants*,<br><br>vs.<br><br>Eolas Technologies Incorporated,<br><br>*Counterdefendant*. | |

## JOINT UNOPPOSED MOTION TO EXTEND DEADLINES FOR EXPERT REPORTS ON DAMAGES ISSUES AS BETWEEN EOLAS AND EBAY

This Motion is made jointly and is unopposed.  On August 2, 2011, the Court entered the

parties' agreement on expert report deadlines as between Eolas and eBay [Docket No. 813].

Subsequently, Eolas Technologies, Inc. ("Eolas") and eBay, Inc. ("eBay") discussed modifying

the deadlines for expert reports exchanged between Eolas and eBay on damages issues. The

parties propose modifying the deadlines for expert reports exchanged between Eolas and eBay

on damages issues as set forth below:

| Event | Existing Deadline | New Deadline Requested by this Motion |
|---|---|---|
| Parties with burden of proof designate expert witnesses on damages issues. | August 5, 2011 [Docket No. 813] | August 8, 2011 (Eolas' submissions to eBay only) |
| Parties designate rebuttal expert witnesses on damages issues. | September 2, 2011 [Docket No. 813] | September 5, 2011 (eBay's submissions to Eolas only) |

This motion is not made for delay, and should not impact any other deadline applicable to this litigation, including the trial setting.  Specifically, this motion does not seek to modify the dates for any parties' submission of expert reports on damages issues other than between Eolas and eBay. Accordingly, the parties respectfully move the Court for an Order setting the deadlines provided above.

DATED: August 5, 2011

By: /s/ Mike McKool

    Mike McKool (Bar No. 13732100)
       <mmckool@mckoolsmith.com>
    Douglas Cawley (Bar No. 04035500)
       <dcawley@mckoolsmith.com>
    Rosemary T. Snider (Bar No. 18796500)
       <rsnider@mckoolsmith.com>
    J.R. Johnson (Bar No. 24070000)
       <jjohnson@mckoolsmith.com>
    MCKOOL SMITH, P.C.
    300 Crescent Court, Suite 1500
    Dallas, TX 75201
    Telephone:   (214) 978-4000
    Facsimile:    (214) 978-4044

    Sam F. Baxter (Bar No. 01938000)
       <sbaxter@mckoolsmith.com>
    MCKOOL SMITH, P.C.
    104 E. Houston St., Ste. 300
    P.O. Box O
    Marshall, TX  75670
    Telephone:   (903) 923-9000
    Facsimile:    (903) 923-9099

    Kevin L. Burgess (Bar No. 24006927)
       <kburgess@mckoolsmith.com>
    John B. Campbell (Bar No. 24036314)
       <jcampbell@mckoolsmith.com>
    Josh W. Budwin (Bar No. 24050347)
       <jbudwin@mckoolsmith.com>
    Matt Rappaport (Bar No. 24070472)
       mrappaport@mckoolsmith.com
    Lindsay K. Martin (Bar No. 24049544
       lmartin@mckoolsmith.com
    MCKOOL SMITH, P.C.
    300 West Sixth Street, Suite 1700
    Austin, TX  78701
    Telephone:   (512) 692-8700
    Facsimile:    (512) 692-8744

*Attorneys for Plaintiff and*
*Counterdefendant Eolas Technologies, Inc.*

By: /s/ Jared Bobrow

    Edward Reines
       <edward.reines@weil.com>
    Jared B. Bobrow
       <jared.bobrow@weil.com>
    Douglas W. McClellan
       <doug.mcclellan@weil.com>
    Sonal N. Mehta
       <sonal.mehta@weil.com>
    Andrew L. Perito
       <andrew.perito@weil.com>
    Aaron Y. Huang
       <aaron.huang@weil.com>
    WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
    Redwood Shores, CA  94065
    Telephone:  (650) 802-3000
    Facsimile:  (650) 802-3100

    Jennifer H. Doan
    jdoan@haltomdoan.com
    Joshua R. Thane
    jthane@haltomdoan.com
    HALTOM & DOAN
    6500 Summerhill Road, Suite 100
    Texarkana, TX  75503
    Telephone:  (903) 255-1000
    Facsimile:  (903) 255-0800

*Attorneys for Defendant and*
*Counterclaimant eBay, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 5, 2011.


/s/ Aaron Y. Huang