# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated,<br><br>*Plaintiff*,<br><br>vs.<br><br>Adobe Systems Inc.; Amazon.com, Inc.; Apple Inc.; CDW Corp.; Citigroup Inc.; eBay Inc.; Frito-Lay, Inc.; The Go Daddy Group, Inc.; Google Inc.; J.C. Penney Corporation, Inc.; Office Depot, Inc.; Staples, Inc.; Yahoo! Inc.; and YouTube, LLC,<br><br>*Defendants*.<br><br>Adobe Systems Inc.; Amazon.com, Inc.; Apple Inc.; CDW LLC; eBay Inc.; Frito-Lay, Inc.; The Go Daddy Group, Inc.; Google Inc.; J.C. Penney Corporation, Inc.; Office Depot, Inc.; Staples, Inc.; Yahoo! Inc.; and YouTube, LLC,<br><br>*Counterclaimants*,<br><br>vs.<br><br>Eolas Technologies Incorporated,<br><br>*Counterdefendant*. | No. 6:09-cv-00446-LED (filed Oct. 6, 2009) |

## ORDER GRANTING EXTENSION OF DEADLINES FOR EXPERT REPORTS ON DAMAGES ISSUES AS BETWEEN EOLAS AND EBAY

The Court having considered the parties' Joint Unopposed Motion to Extend Deadlines for Expert Reports on Damages Issues as between Eolas and eBay, and finding good cause supporting it, finds the Motion should be granted.

IT IS THEREFORE ORDERED that the following deadlines are now in place, replacing deadlines for the same previously issued by the Court:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Parties with burden of proof designate expert witnesses on damages issues. | August 5, 2011 [Docket No. 813] | August 8, 2011 (Eolas' submissions to eBay) |
| Parties designate rebuttal expert witnesses on damages issues. | September 2, 2011 [Docket No. 813] | September 5, 2011 (eBay's submissions to Eolas only) |

No other deadlines are affected by this Order, including the trial setting. This Order does not modify the dates for any parties' submission of expert reports on damages issues other than between Eolas and eBay.

**So ORDERED and SIGNED this 9th day of August, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**