# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § § | |
| Plaintiff, | § § | Civil Action No. 6:09-CV-00446-LED |
| vs. | § § § | |
| **Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Argosy Publishing, Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC** | § § § § § § § § § § § § § § | JURY TRIAL |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THEIR INFRINGEMENT CONTENTIONS WITH RESPECT TO STAPLES, INC.'S NEW WAY WEBSITES

The Court, having considered Plaintiffs' Motion for Leave to Supplement Their Infringement Contentions with Respect to Staples, Inc.'s New Way Websites finds that, good cause having been shown, the motion is meritorious and should be GRANTED.

Plaintiffs shall serve their infringement contentions for the New Way websites within three days of this Order.

So ORDERED and SIGNED this 3rd day of January, 2012.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**