**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| Eolas Technologies Incorporated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 6:09-cv-446 |
| | ) | Judge Leonard E. Davis |
| Adobe Systems Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |

<u>**ORDER GRANTING EXTENSION OF DEADLINES FOR**
**MOTIONS TO STRIKE AND DAUBERT MOTIONS**</u>

The Court having considered CDW's Unopposed Motion for Extension of Deadlines for Motions to Strike and Daubert Motions related to supplemental expert reports, and finding good cause supporting it, finds the Motion should be granted.

IT IS THEREFORE ORDERED that the following deadlines are now in place for CDW:

| <u>Event</u> | <u>Existing Deadline</u> | <u>New Deadline Requested by this Motion</u> |
|---|---|---|
| Deadline for Motions to Strike and Daubert Motions related to supplemental expert reports | December 22, 2011 | December 23, 2011 |

No other deadline applicable to this litigation is affected by this Order.

So ORDERED and SIGNED this 3rd day of January, 2012.

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**