**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § § | |
| Plaintiff, | § § § § | **Civil Action No. 6:09-cv-446** |
| vs. | § § | |
| **Adobe Systems Inc., Amazon.com, Inc., Apple Inc., Blockbuster Inc., CDW Corp., Citigroup Inc., eBay Inc., Frito-Lay, Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Staples, Inc., Sun Microsystems Inc., Texas Instruments Inc., Yahoo! Inc., and YouTube, LLC** | § § § § § § § § § § § § § | **JURY TRIAL** |
| **Defendants.** | § | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO
WITHDRAW PLAINTIFFS' MOTION TO COMPEL DISCOVERY
FROM STAPLES, INC. [DKT. NO. 1090]**

The Court, having considered Plaintiffs' Unopposed Motion to Withdraw Plaintiffs' Motion to Compel Discovery from Staples, Inc. [Dkt. No. 1090], finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Compel Discovery from Staples, Inc. [Dkt. No. 1090] is withdrawn.

**So ORDERED and SIGNED this 3rd day of January, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**