IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Eolas Technologies Incorporated,** § | |
| § | |
| Plaintiff, § | Civil Action No. 6:09-CV-00446-LED |
| § | |
| vs. § | |
| § | |
| **Adobe Systems Inc., Amazon.com, Inc.,** § | JURY TRIAL |
| **Apple Inc., Argosy Publishing, Inc.,** § | |
| **Blockbuster Inc., CDW Corp.,** § | |
| **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** § | |
| **The Go Daddy Group, Inc., Google Inc.,** § | |
| **J.C. Penney Company, Inc., JPMorgan** § | |
| **Chase & Co., New Frontier Media, Inc.,** § | |
| **Office Depot, Inc., Perot Systems Corp.,** § | |
| **Playboy Enterprises International, Inc.,** § | |
| **Rent-A-Center, Inc., Staples, Inc., Sun** § | |
| **Microsystems Inc., Texas Instruments Inc.,** § | |
| **Yahoo! Inc., and YouTube, LLC** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF APPEARANCE OF COUNSEL
## THOMAS G. FASONE III

Please take notice that the following attorney is entering an appearance for Plaintiffs

Eolas Technologies Incorporated and The Regents of the University of California:

Thomas G. Fasone III
Texas State Bar No. 24042679
tfasone@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:  (214) 978-4927
Telecopier:  (214) 978-4044

Mr. Fasone is currently admitted to practice in the United States District Court for the

Eastern District of Texas.  Mike McKool of McKool Smith, P.C. remains as lead counsel.

Dated: January 3, 2012.	**MCKOOL SMITH, P.C.**


	*/s/ Tom Fasone III*
	Mike McKool
	Lead Attorney
	Texas State Bar No. 13732100
	mmckool@mckoolsmith.com
	Douglas Cawley
	Texas State Bar No. 04035500
	dcawley@mckoolsmith.com
	Holly Engelmann
	Texas State Bar No. 24040865
	hengelmann@mckoolsmith.com
	J.R. Johnson
	Texas State Bar No. 24070000
	jjohnson@mckoolsmith.com
	**MCKOOL SMITH, P.C.**
	300 Crescent Court, Suite 1500
	Dallas, Texas 75201
	Telephone: (214) 978-4000
	Telecopier: (214) 978-4044

	Kevin L. Burgess
	Texas State Bar No. 24006927
	kburgess@mckoolsmith.com
	Josh W. Budwin
	Texas State Bar No. 24050347
	jbudwin@mckoolsmith.com
	Gretchen K. Curran
	Texas State Bar No. 24055979
	gcurran@mckoolsmith.com
	Matthew B. Rappaport
	Texas State Bar No. 24070472
	mrappaport@mckoolsmith.com
	**MCKOOL SMITH, P.C.**
	300 West Sixth Street, Suite 1700
	Austin, Texas 78701
	Telephone: (512) 692-8700
	Telecopier: (512) 692-8744

McKool 406190v1

        Robert M. Parker
        Texas State Bar No. 15498000
        rmparker@pbatyler.com
        Robert Christopher Bunt
        Texas Bar No. 00787165
        rcbunt@pbatyler.com
        Andrew T. Gorham
        Texas State Bar No. 24012715
        tgorham@pbatyler.com
        **PARKER, BUNT & AINSWORTH, P.C.**
        100 E. Ferguson, Suite 1114
        Tyler, Texas 75702
        Telephone: (903) 531-3535
        Telecopier: (903) 533-9687

        **ATTORNEYS FOR PLAINTIFF**
        **EOLAS TECHNOLOGIES INC.**
        **AND THE REGENTS OF THE**
        **UNIVERSITY OF CALIFORNIA**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on January 3, 2012. Local Rule CV-5(a))3)(A).

        */s/ Tom Fasone III*
        Thomas G. Fasone III

McKool 406190v1