IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | Civil Action No. 6:09-CV-446-LED |
| PLAINTIFF, | § § | |
| | § | JURY TRIAL DEMANDED |
| v. | § § | |
| ADOBE SYSTEMS INC., et al., | § § | |
| DEFENDANTS. | § § § | |

**GOOGLE, INC. AND YOUTUBE, LLC'S NOTICE OF JOINDER OF DEFENDANTS' DAUBERT MOTION REGARDING PORTIONS OF THE EXPERT TESTIMONY OF DAVID MARTIN (D.I. 1151)**

Defendants Google Inc. and YouTube LLC (collectively, "Google") hereby join Defendants' December 12, 2011 *Daubert* Motion Regarding Portions Of The Expert Testimony Of David Martin (D.I. 1151). For the same reasons expressed in Defendants' Motion, Google believes that Defendants' Motion should be granted, and that Dr. Martin's testimony regarding the "location" issues identified in Defendants' Motion should be excluded as irrelevant and unreliable under Fed. R. Evid. 702, and that the parts of Dr. Martin's expert reports that deal with these issues should also be stricken from the record.

Respectfully submitted,

Dated: January 3, 2012

By: */s/ Brandon H. Story, with permission by Michael E. Jones*
Douglas E. Lumish (pro hac vice)
  dlumish@kasowitz.com
Jeffrey G. Homrig (pro hac vice)
  jhomrig@kasowitz.com
Jonathan K. Waldrop (pro hac vice)
  jwaldrop@kasowitz.com
Joseph H. Lee (pro hac vice)
  jlee@kasowitz.com
Parker C. Ankrum (pro hac vice)
  pankrum@kasowitz.com

James R. Batchelder (pro hac vice)
  james.batchelder@ropesgray.com
Sasha G. Rao (pro hac vice)
  sasha.rao@ropesgray.com
Mark D. Rowland
  mark.rowland@ropesgray.com
Brandon Stroy (pro hac vice)
  brandon.stroy@ropesgray.com
Lauren Robinson (pro hac vice)
  lauren.robinson@ropesgray.com
Rebecca R. Hermes (pro hac vice)
  rebecca.wight@ropesgray.com
Han Xu (pro hac vice)
  han.xu@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Telephone:  (650) 617-4000
Facsimile:   (650) 617-4090

Michael E. Jones (Bar No. 10929400)
  mikejones@potterminton.com
Allen F. Gardner (Bar No. 24043679)
  allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-8311
Facsimile:   (903) 593-0846

**ATTORNEYS FOR DEFENDANTS GOOGLE, INC. AND YOUTUBE, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 3rd day of January, 2012.  All other counsel of record will be served via facsimile or first class mail.

                                                 */s/ Michael E. Jones*