IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | |
| PLAINTIFF, | § | Civil Action No. 6:09-CV-446-LED |
| v. | § § § | |
| ADOBE SYSTEMS INC., et al., | § | JURY TRIAL DEMANDED |
| DEFENDANTS. | § § § | |

**DEFENDANTS' IDENTIFICATION OF ISSUES TO BE TRIED BY THE COURT**

Pursuant to the Court's Order Amending Pretrial Deadlines (D.N. 1140), Defendants identify the following issues to be tried to the bench in this case:

1. **Licensing/Exhaustion; Scope Of Conduct Licensed By Eolas-Microsoft, Eolas-Apple, And Eolas-Oracle Licensing Agreements [EXCEPTING Defenses Of Third-Party Beneficiaries: CDW, J.C. Penney, Go Daddy]**[1]

2. **Willful Infringement**

3. **Laches**

4. **Equitable Estoppel**

5. **Injunctive Or Other Equitable Relief, If Appropriate**

6. **Enhanced Damages, If Appropriate**

7. **Attorneys' Fees And Costs, If Appropriate**

8. **Prejudgment Interest, If Appropriate**

---

[1] These defendants have filed motions for summary judgment with respect to their license defenses based upon the absence of any disputed factual issues which would preclude judgment in their favor on this defense. However, should the Court deny the motions of these defendants, these defendants believe that the jury must resolve the issue of their defense that Eolas' suit is a breach of the Microsoft License Agreement to which they are acknowledged beneficiaries.

29051916_5

Respectfully submitted,

Dated: January 5, 2012

By: */s/ Douglas E. Lumish, with permission by Michael E. Jones*
Douglas E. Lumish
  dlumish@kasowitz.com
Jeffrey G. Homrig
  jhomrig@kasowitz.com
Jonathan K. Waldrop (pro hac vice)
  jwaldrop@kasowitz.com
Joseph H. Lee (pro hac vice)
  jlee@kasowitz.com
Parker C. Ankrum (pro hac vice)
  pankrum@kasowitz.com
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dophin Dr., Suite 200
Redwood Shores, CA 94065
Telephone:   (650) 453-5170
Facsimile:    (650) 453-5171

James R. Batchelder (pro hac vice)
  james.batchelder@ropesgray.com
Sasha G. Rao (pro hac vice)
  sasha.rao@ropesgray.com
Mark D. Rowland
  mark.rowland@ropesgray.com
Brandon Stroy (pro hac vice)
  brandon.stroy@ropesgray.com
Lauren Robinson (pro hac vice)
  lauren.robinson@ropesgray.com
Rebecca R. Hermes (pro hac vice)
  rebecca.wight@ropesgray.com
Han Xu (pro hac vice)
  han.xu@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Telephone:   (650) 617-4000
Facsimile:    (650) 617-4090

Michael E. Jones (Bar No. 10929400)
  mikejones@potterminton.com
Allen F. Gardner (Bar No. 24043679)
  allengardner@potterminton.com
POTTER MINTON

29051916_5

A Professional Corporation
110 N. College, Suite 500
Tyler, TX  75702
Telephone:   (903) 597-8311
Facsimile:     (903) 593-0846

**ATTORNEYS FOR DEFENDANTS
GOOGLE, INC. AND YOUTUBE, LLC**

By: */s/ Proshanto Mukherji (with permission by Michael E. Jones)*
Thomas M. Melsheimer (txm@fr.com)
Texas Bar No. 13922550
Neil J. McNabnay (njm@fr.com)
Texas Bar No. 24002583
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

Proshanto Mukherji
E-mail: pvm@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110-1878
617-542-5070 (Telephone)
617-542-8906 (Facsimile)

**ATTORNEYS FOR DEFENDANT
THE GO DADDY GROUP, INC.**

By: */s/ Mark G. Matuschak (with permission by Michael E. Jones)*
Joe W. Redden, Jr.
Michael Ernest Richardson
BECK REDDEN & SECREST
1221 McKinney
Suite 4500
Houston, TX 77010
713.951.6284
jredden@brsfirm.com
mrichardson@brsfirm.com

Mark G. Matuschak
Donald R. Steinberg
WILMER CUTLER PICKERING HALE

AND DORR LLP
60 State Street
Boston, MA 02109
617.526.5000
mark.matuschak@wilmerhale.com
don.steinberg@wilmerhale.com

Kate Hutchins
WILMER CUTLER PICKERING HALE
   AND DORR LLP
399 Park Avenue
New York, NY 10022
212.230.8800
kate.hutchins@wilmerhale.com

Daniel V. Williams
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202.663.6012
daniel.williams@wilmerhale.com

**ATTORNEYS FOR DEFENDANT STAPLES, INC.**

By: */s/ Edward R. Reines (with permission by Michael E. Jones)*
Jennifer H. Doan (TX Bar No. 08809050)
Joshua R. Thane (TX Bar No. 24060713)
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Edward R. Reines
Jared B. Bobrow
Sonal N. Mehta
Aaron Y. Huang
Andrew L. Perito
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

Facsimile: (650) 802-3100
Email: edward.reines@weil.com
Email: jared.bobrow@weil.com
Email: sonal.mehta@weil.com
Email: aaron.huang@weil.com
Email: andrew.perito@weil.com

Doug W. McClellan
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: doug.mcclellan@weil.com

Otis Carroll (TX Bar No. 3895700)
Deborah Race (TX Bar No. 11648700)
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: fedserv@icklaw.com

**ATTORNEYS FOR DEFENDANT AMAZON.COM INC. AND YAHOO! INC.**

By: */s/ Thomas L. Duston (with permission by Michael E. Jones)*
Thomas L. Duston
tduston@marshallip.com
Anthony S. Gabrielson
agabrielson@marshallip.com
Scott A. Sanderson
ssanderson@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

Brian Craft
bcraft@findlaycraft.com
Eric H. Findlay
efindlay@findlaycraft.com
FINDLAY CRAFT, LLP

6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
(903) 534-1100

**ATTORNEYS FOR DEFENDANT
CDW LLC**

By: */s/ Christopher M. Joe (with permission by Michael E. Jones)*
Christopher M. Joe
chris.joe@bjciplaw.com
Eric W. Buether
eric.buether@bjciplaw.com
Niky Bukovcan
niky.bukovcan@bjciplaw.com
1700 Pacific, Suite 2390
Dallas, Texas 75201
Telephone: (214) 466-1272
Facsimile: (214) 635-1828

**ATTORNEYS FOR DEFENDANT
J.C. PENNEY CORPORATION, INC.**

By: */s/ M. Scott Fuller (with permission by Michael E. Jones)*
Edwin R. DeYoung
Texas Bar No. 05673000
Roy W. Hardin
Texas Bar No. 08968300
Roger Brian Cowie
Texas Bar No. 00783886
M. Scott Fuller
Texas Bar No. 24036607
Galyn Gafford
Texas Bar No. 24040938
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
E-mail: edeyoung@lockelord.com

**ATTORNEYS FOR DEFENDANT
CITIGROUP INC.**

By: /s/ *David J. Healey (with permission by Michael E. Jones)*
David J. Healey
E-mail: Healey@fr.com
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street, Suite 2800
Houston, TX 77010
713-654-5300 (Telephone)
713-652-0109 (Facsimile)

OF COUNSEL:
Frank E. Scherkenbach
E-mail: Scherkenbach@fr.com
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
617-542-5070 (Telephone)
617-542-8906 (Facsimile)

Joseph P. Reid
E-mail: Reid@fr.com
Jason W. Wolff
E-mail: Wolff@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
858-678-5070 (Telephone)
858-678-5099 (Facsimile)

**ATTORNEYS FOR DEFENDANT ADOBE SYSTEMS INCORPORATED**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 5, 2012.

/s/ Michael E. Jones

29051916_5