**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **Eolas Technologies Incorporated,** § | |
| § | |
| Plaintiff, § | Civil Action No. 6:09-CV-00446-LED |
| § | |
| vs. § | |
| § | |
| **Adobe Systems Inc., Amazon.com, Inc.,** § | |
| **Apple Inc., Argosy Publishing, Inc.,** § | |
| **Blockbuster Inc., CDW Corp.,** § | |
| **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** § | |
| **The Go Daddy Group, Inc., Google Inc.,** § | |
| **J.C. Penney Company, Inc., JPMorgan** § | |
| **Chase & Co., New Frontier Media, Inc.,** § | |
| **Office Depot, Inc., Perot Systems Corp.,** § | |
| **Playboy Enterprises International, Inc.,** § | |
| **Rent-A-Center, Inc., Staples, Inc., Sun** § | |
| **Microsystems Inc., Texas Instruments Inc.,** § | |
| **Yahoo! Inc., and YouTube, LLC** § | |
| § | |
| Defendants. § | |

**PLAINTIFFS' NOTICE OF ISSUES
TO BE TRIED TO THE BENCH**

Pursuant to the Court's Docket Control Order Plaintiffs The Regents of the University of California and Eolas Technologies Incorporated (collectively "Plaintiffs") respectfully submit this notice of issues to be tried to the bench. Plaintiffs identify the following issues as issues to be tried to the bench:

1. Defendants' Inequitable Conduct Claim

2. Defendants' License Defense

3. Defendants' Laches Claim (if Defendants are maintaining this claim, even though Plaintiffs are not seeking pre-suit damages)

Plaintiffs additionally propose that the license issue be resolved based upon the already-filed license related briefing on the motions for summary judgment as opposed to filing findings of fact / conclusions of law on the issue that would substantively be duplicative of the already-filed briefing.

Dated: January 5, 2012.                **MCKOOL SMITH, P.C.**
/s/ Mike McKool
Mike McKool
Lead Attorney
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Holly Engelmann
Texas State Bar No. 24040865
hengelmann@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Gretchen K. Curran
Texas State Bar No. 24055979
gcurran@mckoolsmith.com
Matthew B. Rappaport
Texas State Bar No. 24070472
mrappaport@mckoolsmith.com
J.R. Johnon
Texas State Bar No. 24070000
jjohnson@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas Bar No. 00787165
rcbunt@pbatyler.com
Andrew T. Gorham
Texas State Bar No. 24012715
tgorham@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687- Facsimile
**ATTORNEYS FOR PLAINTIFF
EOLAS TECHNOLOGIES INC.
AND THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on January 5, 2012. Local Rule CV-5(a)(3)(A).

*/s/ John B. Campbell*
John B. Campbell