**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:09-CV-446 (LED) |
| | § | |
| ADOBE SYSTEMS, INC. ET AL., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT STAPLES, INC.'S NOTICE OF ESTIMATED TRIAL TIME

Defendant Staples, Inc. ("Staples") hereby submits its estimate of the amount of time requested for jury selection and trial in this matter and state:

Currently, ten (10) defendants remain in this litigation. As it has requested is own trial, Staples proposes times for its own trial. It also proposes times for the grouping proposed to the Court by Staples and six other defendants. Staples reserves the right to amend this pleading in the event that it is grouped with other disparate technologies or with defendants with whom it does not share trial efficiencies.

Specifically, Staples proposes the following time limit:

<u>Trial of Staples Only</u>

(1) Voir Dire - 30 min

(2) Opening - 30 min

(3) Testimony - 15 hr

(4) Closing - 45 min

<u>Trial of Staples with four other website defendants</u>

(1) Voir Dire – 1 hr

(2) Opening - 90 min

(3) Testimony - 24 hr

(4) Closing - 3 hr

Dated: January 9, 2011

        Respectfully submitted,

        WILMER CUTLER PICKERING HALE AND DORR LLP

        By: /s/ *Alexandra Boudreau*___

Mark Matuschak (*admitted pro hac vice*)
mark.matuschak@wilmerhale.com
Donald R. Steinberg (*admitted pro hac vice*)
don.steinberg@wilmerhale.com
Alexandra Boudreau(*admitted pro hac vice*)
alexandra.boudreau@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6559
Telecopier: (617) 526-5000

Kate Hutchins (*admitted pro hac vice*)
kate.hutchins@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 295-6414
Telecopier: (212) 230-8888

Michael E. Richardson (TX Bar No. 24002838)
Beck Redden & Secrest
1221 McKinney, Suite 4500
Houston, TX 77010
Telephone: (713) 951-6284
Telecopier: (713) 951-3720
mrichardson@brsfirm.com

**ATTORNEYS FOR DEFENDANT STAPLES, INC.**

ACTIVEUS 91961515v1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 9th day of January, 2012.

By: /s/ *Alexandra Boudreau*
    Alexandra Boudreau

- 4 -