UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES, INC. AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>*Plaintiffs,*<br><br>v.<br><br>ADOBE SYSTEMS INC., ET AL.,<br><br>*Defendants.* | Civil Action No. 6:09-CV-446 LED<br><br>**JURY TRIAL DEMANDED** |

## ADOBE SYSTEMS INCORPORATED'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL TIME REPORTING

Pursuant to the Court's Docket Control Order (as amended), Defendant Adobe Systems Incorporated ("Adobe") notifies the Court and the parties that it requests both daily transcripts and real time reporting of court proceedings.

A copy of this notice has been emailed to the Court Reporter Shea Sloan at shea_sloan@txed.uscourts.gov.

Dated:  January 11, 2012                    Respectfully submitted,

                                                                    FISH & RICHARDSON P.C.


By: */s/ David J. Healey*
     David J. Healey
     E-mail: Healey@fr.com
     **FISH & RICHARDSON P.C.**
     1 Houston Center
     1221 McKinney Street, Suite 2800
     Houston, TX 77010
     (713) 654-5300 (Telephone)
     (713) 652-0109 (Facsimile)

     OF COUNSEL:

     Frank E. Scherkenbach
     E-mail: Scherkenbach@fr.com
     Proshanto Mukherji
     Email: Mukherji@fr.com
     **FISH & RICHARDSON P.C.**
     One Marina Park Drive
     Boston, MA 02110-1878
     (617) 542-5070 (Telephone)
     (617) 542-8906 (Facsimile)

     Jason W. Wolff
     E-mail: Wolff@fr.com
     **FISH & RICHARDSON P.C.**
     12390 El Camino Real
     San Diego, CA 92130
     (858) 678-5070 (Telephone)
     (858) 678-5099 (Facsimile)

     Counsel for Defendant
     ADOBE SYSTEMS INCORPORATED

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 11, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                          */s/ David J. Healey*

11146665.doc