**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **Eolas Technologies Incorporated,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:09-CV-00446-LED |
| | § | |
| vs. | § | |
| | § | |
| **Adobe Systems Inc., Amazon.com, Inc.,** | § | JURY TRIAL |
| **Apple Inc., Argosy Publishing, Inc.,** | § | |
| **Blockbuster Inc., CDW Corp.,** | § | |
| **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** | § | |
| **The Go Daddy Group, Inc., Google Inc.,** | § | |
| **J.C. Penney Company, Inc., JPMorgan** | § | |
| **Chase & Co., New Frontier Media, Inc.,** | § | |
| **Office Depot, Inc., Perot Systems Corp.,** | § | |
| **Playboy Enterprises International, Inc.,** | § | |
| **Rent-A-Center, Inc., Staples, Inc., Sun** | § | |
| **Microsystems Inc., Texas Instruments Inc.,** | § | |
| **Yahoo! Inc., and YouTube, LLC** | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' NOTICE OF REQUEST FOR DAILY TRANSCRIPT**
**AND REAL TIME REPORTING OF TRIAL PROCEEDINGS**

Plaintiffs The Regents of the University of California and Eolas Technologies, Inc. (collectively, "Plaintiffs") files this Notice of Request for Daily Transcript and Real Time Reporting of Trial Proceedings, as follows:

**I.**

Pursuant to the Court's Amended Docket Control Order entered September 15, 2011, Plaintiffs hereby provide notice to the Court of its request for a daily transcript and real time reporting during the January 24, 2012 pretrial conference, February 6, 2012 jury selection and February 6, 2012 trial proceedings of this matter.

**II.**

A copy of this Notice is being provided via e-mail to the Court Reporter, Shea Sloan, at

shea_sloan@txed.uscourts.gov.

| | |
|---|---|
| January 11, 2012. | **MCKOOL SMITH, P.C.** |
| | /s/ Mike McKool |
| | Mike McKool |
| | Lead Attorney |
| | Texas State Bar No. 13732100 |
| | mmckool@mckoolsmith.com |
| | Douglas Cawley |
| | Texas State Bar No. 04035500 |
| | dcawley@mckoolsmith.com |
| | Holly Engelmann |
| | Texas State Bar No. 24040865 |
| | hengelmann@mckoolsmith.com |
| | **MCKOOL SMITH, P.C.** |
| | 300 Crescent Court, Suite 1500 |
| | Dallas, Texas 75201 |
| | Telephone: (214) 978-4000 |
| | Telecopier: (214) 978-4044 |
| | |
| | Kevin L. Burgess |
| | Texas State Bar No. 24006927 |
| | kburgess@mckoolsmith.com |
| | Josh W. Budwin |
| | Texas State Bar No. 24050347 |
| | jbudwin@mckoolsmith.com |
| | Gretchen K. Curran |
| | Texas State Bar No. 24055979 |
| | gcurran@mckoolsmith.com |
| | Matthew B. Rappaport |
| | Texas State Bar No. 24070472 |
| | mrappaport@mckoolsmith.com |
| | J.R. Johnson |
| | Texas State Bar No. 24070000 |
| | jjohnson@mckoolsmith.com |
| | **MCKOOL SMITH, P.C.** |
| | 300 West Sixth Street, Suite 1700 |
| | Austin, Texas 78701 |
| | Telephone: (512) 692-8700 |
| | Telecopier: (512) 692-8744 |

        Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas Bar No. 00787165
rcbunt@pbatyler.com
Andrew T. Gorham
Texas State Bar No. 24012715
tgorham@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
(903) 531-3535
(903) 533-9687- Facsimile
**ATTORNEYS FOR PLAINTIFF
EOLAS TECHNOLOGIES INC.
AND THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  This document was served on all counsel by email on January 11, 2012.

        /s/ John Campbell
        John Campbell