# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES, INC. and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA<br><br>*Plaintiffs,*<br><br>v.<br><br>ADOBE SYSTEMS, INC., ET AL.,<br><br>*Defendants.* | § § § § § § § § § § § § | CIVIL ACTION NO. 6:09-CV-446 (LED) |

## ORDER

Defendants Adobe Systems, Inc., Amazon.com, Inc., CDW LLC, Citigroup Inc., The Go Daddy Group, Inc., Google, Inc., J.C. Penney Corp., Inc., Staples, Inc., Yahoo! Inc., and YouTube LLC (collectively the "Defendants") filed their Unopposed Motion for Defendants to Submit Revised Deposition Designations.

Being well-advised, the Court is of the opinion that the motion is well-taken and should be and is hereby GRANTED.  It is therefore

ORDERED that a pretrial deadline for submission of revised deposition designations is set forth and extension of the deadline for providing rebuttal designations and objections to the revised deposition designations is granted as indicated below:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Defendants' Revised Video and Stenographic Deposition Designations due. | January 11, 2012 |
| Defendants' Objections and Rebuttal Designations to Plaintiffs' Video and Stenographic Deposition Designations due. | January 12, 2012 |

| | |
|---|---|
| Plaintiffs' Rebuttal Designations and Objections to Defendants' Revised Video and Stenographic Deposition Designations due. | January 18, 2012 |
| Defendants' Objections to Plaintiffs' Rebuttal Deposition Designations due. | January 21, 2012 |

**So ORDERED and SIGNED this 11th day of January, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**