IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES, INC., AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 6:09-cv-00446-LED |
| ADOBE SYSTEMS, INC., *et al.*, | § § | |
| Defendants. | § § | |

## CITIGROUP INC.'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL-TIME REPORTING

Defendant Citigroup respectfully notifies the Court and all parties that it requests both daily transcripts and real-time reporting of all Court proceedings in this matter.

Citigroup verifies that an electronic copy of this Notice has been delivered via electronic mail to the Court's Reporter, Shea Sloan, at shea_sloan@txed.uscourts.gov.

Respectfully submitted:

/s/  M. Scott Fuller
Edwin R. DeYoung
Texas Bar No. 05673000
Roy W. Hardin
Texas Bar No. 08968300
Roger Brian Cowie
Texas Bar No. 00783886
M. Scott Fuller
Texas Bar No. 24036607
Galyn Gafford
Texas Bar No. 24040938
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800
E-mail: edeyoung@lockelord.com

**ATTORNEYS FOR DEFENDANT CITIGROUP INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 11th day of January, 2012, the foregoing document was served on Plaintiff's counsel of record via electronic mail in compliance with Local Rule CV-5(d).

/s/ M. Scott Fuller