# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **Eolas Technologies Incorporated,** § § | |
| **Plaintiff,** § § | Civil Action No. 6:09-CV-00446-LED |
| vs. § § | |
| **Adobe Systems Inc., Amazon.com, Inc.,** § **Apple Inc., Argosy Publishing, Inc.,** § **Blockbuster Inc., CDW Corp.,** § **Citigroup Inc., eBay Inc., Frito-Lay, Inc.,** § **The Go Daddy Group, Inc., Google Inc.,** § **J.C. Penney Company, Inc., JPMorgan** § **Chase & Co., New Frontier Media, Inc.,** § **Office Depot, Inc., Perot Systems Corp.,** § **Playboy Enterprises International, Inc.,** § **Rent-A-Center, Inc., Staples, Inc., Sun** § **Microsystems Inc., Texas Instruments Inc.,** § **Yahoo! Inc., and YouTube, LLC** § § | **JURY TRIAL** |
| **Defendants.** § | |

### PLAINTIFF EOLAS' TRIAL WITNESS LIST AND REBUTTAL TRIAL WITNESS LIST

**Trial Witnesses:**

Pursuant to the Court's Docket Control Order, Plaintiff Eolas Technologies, Inc. ("Eolas") hereby provides its list of witnesses whom Eolas expects to present at trial and those whom Eolas may call if the need arises, whether live or by deposition.

   (1) Eolas expects to call the following witnesses to testify by live testimony at the trial:

      Dr. Michael Doyle
      Dr. David Martin
      Roy Weinstein

(2) Eolas may call the following witnesses to testify by live testimony at the trial if the need arises:

>Cheong S. Ang
>David C. Martin
>James L. Stetson
>Mark C. Swords
>Charles E. Krueger
>Jon Bari
>Lawrence Goffney
>Brandy Hernandez
>Alicia Gackle
>William Tucker
>Sunita Rajdev
>Google/YouTube Corporate Representative
>Yahoo Corporate Representative
>Amazon Corporate Representative
>J.C. Penney Corporate Representative
>Staples Corporate Representative
>CDW Corporate Representative
>Adobe Corporate Representative
>Go Daddy Corporate Representative
>Citigroup Corporate Representative

(3) Eolas may present the testimony of the following witnesses at trial by deposition if the need arises:

>Brown, Rick        (Adobe)
>Murarka, Anup      (Adobe)
>Lynch, Kevin       (Adobe)
>Rasmussen, MeMe    (Adobe)
>Betlam, Paul       (Adobe)
>Nemeth, Joe        (Adobe)
>Dhalgren, Sheila   (Adobe)
>Hansen, Blaire     (Adobe)
>Wulff, Robert      (Adobe)
>Gay, Jonathan      (Adobe)
>Tatsumi, Robert    (Adobe)
>Zanoni, Michael    (Amazon)
>Quek, Karen        (Amazon)
>Mills, Brent       (Amazon)
>Scott, Sean        (Amazon)
>Desjardins, Chad   (Amazon)
>Freshwater, Jenny  (Amazon)
>Dicker, Russell    (Amazon)

| | |
|---|---|
| Gonzalez, Ivan | (Amazon) |
| Wood, James | (Amazon) |
| Hayden, Scott | (Amazon) |
| Janes, Cameron | (Amazon) |
| Sadow, Laurie | (CDW) |
| Brown, Sean | (CDW) |
| Scarpino, Michael | (CDW) |
| Adams, Robert | (CDW) |
| Tzau, David | (CDW) |
| Ramasubramanian, Krams | (CDW) |
| Van Leishout, Paul | (CDW) |
| Mousigian, Barbara | (CDW) |
| Parsons, Donald | (Citi) |
| Chalifoux, Paul | (Citi) |
| Jacobson, Leigh | (Citi) |
| Benowitz, Leigh | (Citi) |
| Colella, Vanessa | (Citi) |
| Wood, Neal | (Go Daddy) |
| Hertz, Ronald | (Go Daddy) |
| Franklin, Rachel | (Go Daddy) |
| Hartman, Lary | (Go Daddy) |
| Brickner, Cory | (Go Daddy) |
| Harrelson, Chris | (Google) |
| Rakowski, Brian | (Google) |
| Gough, Kevin | (Google) |
| Lawrence, Job | (Google) |
| Miller, Jason | (Google) |
| Coleman, Keith | (Google) |
| Brougher, Bill | (Google) |
| Pichai, Sundar | (Google) |
| Sears, Bart | (Google) |
| Mehrotra, Shishir | (Google) |
| Bodenhamer, Albert | (Google) |
| Ganesh, Shankar | (Google) |
| Kaustuv | (Google) |
| Lewis, Ben | (Google) |
| Stern, Leor | (Google) |
| Pizano, Carlos | (Google) |
| Wald, Gideon | (Google) |
| Martel, Mark | (Google) |
| Webber, Joel | (Google) |
| Boyd, John | (Google) |
| Fitzpatrick, Brian | (Google) |
| Coultas, Kate | (JCPenney) |
| Wilson, Jerred | (JCPenney) |
| Horsley, Craig | (JCPenney) |

| | |
|---|---|
| Feuerborn, Tom | (JCPenney) |
| Mitchell, Phil | (JCPenney) |
| Moser, John | (JCPenney) |
| Candela, Adam | (Staples) |
| Vareschi, Robert | (Staples) |
| King, Karyn | (Staples) |
| Peck, Benjamin | (Staples) |
| Tobin, Thomas | (Staples) |
| Connolly, Mark | (Staples) |
| Moore, Ken | (Staples) |
| Tilzer, Brian | (Staples) |
| Bourke, Carrie | (Staples) |
| Wolf, Samuel | (Yahoo) |
| Croot, Amy | (Yahoo) |
| Simpson, Scott | (Yahoo) |
| Sud, Seema | (Yahoo) |
| Spiegelman, Michael | (Yahoo) |
| Tucker, Eileen | (Yahoo) |
| Klahr, Joshua | (Yahoo) |
| Jansen, Colleen | (Yahoo) |
| Strong, Ben | (Yahoo) |
| Fischer, Paul | (Yahoo) |
| Motes, Chris | (Yahoo) |
| Culligan, Jay | (Yahoo) |
| Zitzer, Aaron | (Yahoo) |
| McDowell, David | (Yahoo) |
| Roufas, Kimon | (Yahoo) |
| Malcolm, Mary Beth | (Yahoo) |
| Yeh, Luke | (Yahoo) |
| Jansen, Collenn | (Yahoo) |
| Tesler, Larry | (Third Party) |

Any other witness deposed during the litigation

Eolas reserves the right to supplement or amend this list if justified. Eolas also reserves the right to call any witness that Defendants identify or call during the trial, including in Eolas' case-in-chief.

**Rebuttal Trial Witnesses:**

Pursuant to the Court's Docket Control Order, Plaintiff Eolas Technologies, Inc. ("Eolas") hereby provides its list of witnesses whom Eolas expects to call as rebuttal witnesses at trial and those whom Eolas may call if the need arises, whether live or by deposition.

(1) Eolas expects to call the following rebuttal witnesses to testify by live testimony at the trial:

>Dr. David Martin

(2) Eolas may call the following rebuttal witnesses to testify by live testimony at the trial if the need arises:

>Dr. Michael Doyle
>Roy Weinstein
>Cheong S. Ang
>David C. Martin
>James L. Stetson
>Mark C. Swords
>Charles E. Krueger
>Jon Bari
>Lawrence Goffney
>Brandy Hernandez
>Alicia Gackle
>William Tucker
>Sunita Rajdev
>Google/YouTube Corporate Representative
>Yahoo Corporate Representative
>Amazon Corporate Representative
>J.C. Penney Corporate Representative
>Staples Corporate Representative
>CDW Corporate Representative
>Adobe Corporate Representative
>Go Daddy Corporate Representative
>Citigroup Corporate Representative

(3) Eolas may present the testimony of the following rebuttal witnesses at trial by deposition if the need arises:

| Name | Affiliation |
|---|---|
| Becker, Marilyn | (Adobe) |
| Brown, Rick | (Adobe) |
| Murarka, Anup | (Adobe) |
| Lynch, Kevin | (Adobe) |
| Rasmussen, MeMe | (Adobe) |
| Betlam, Paul | (Adobe) |
| Nemeth, Joe | (Adobe) |
| Dhalgren, Sheila | (Adobe) |
| Hansen, Blaire | (Adobe) |
| Wulff, Robert | (Adobe) |
| Gay, Jonathan | (Adobe) |
| Tatsumi, Robert | (Adobe) |
| Flosnik, Lisa | (Adobe) |

| | |
|---|---|
| Zanoni, Michael | (Amazon) |
| Quek, Karen | (Amazon) |
| Mills, Brent | (Amazon) |
| Scott, Sean | (Amazon) |
| Desjardins, Chad | (Amazon) |
| Freshwater, Jenny | (Amazon) |
| Dicker, Russell | (Amazon) |
| Gonzalez, Ivan | (Amazon) |
| Wood, James | (Amazon) |
| Hayden, Scott | (Amazon) |
| Janes, Cameron | (Amazon) |
| Kelly, Fay | (Amazon) |
| Kruger, Les | (Amazon) |
| Sadow, Laurie | (CDW) |
| Brown, Sean | (CDW) |
| Scarpino, Michael | (CDW) |
| Adams, Robert | (CDW) |
| Tzau, David | (CDW) |
| Ramasubramanian, Krams | (CDW) |
| Van Leishout, Paul | (CDW) |
| Mousigian, Barbara | (CDW) |
| Parsons, Donald | (Citi) |
| Chalifoux, Paul | (Citi) |
| Jacobson, Leigh | (Citi) |
| Benowitz, Leigh | (Citi) |
| Colella, Vanessa | (Citi) |
| Wood, Neal | (Go Daddy) |
| Hertz, Ronald | (Go Daddy) |
| Franklin, Rachel | (Go Daddy) |
| Hartman, Lary | (Go Daddy) |
| Brickner, Cory | (Go Daddy) |
| Setty, Prasad | (Google) |
| Harrelson, Chris | (Google) |
| Rakowski, Brian | (Google) |
| Gough, Kevin | (Google) |
| Lawrence, Job | (Google) |
| Miller, Jason | (Google) |
| Coleman, Keith | (Google) |
| Brougher, Bill | (Google) |
| Pichai, Sundar | (Google) |
| Sears, Bart | (Google) |
| Mehrotra, Shishir | (Google) |
| Bodenhamer, Albert | (Google) |
| Ganesh, Shankar | (Google) |
| Kaustuv | (Google) |
| Lewis, Ben | (Google) |

| | |
|---|---|
| Stern, Leor | (Google) |
| Pizano, Carlos | (Google) |
| Wald, Gideon | (Google) |
| Martel, Mark | (Google) |
| Webber, Joel | (Google) |
| Boyd, John | (Google) |
| Fitzpatrick, Brian | (Google) |
| Deprey, Benigne | (Google) |
| Walk, Hunter | (Google) |
| Effrat, Jonathan | (Google) |
| Coultas, Kate | (JCPenney) |
| Wilson, Jerred | (JCPenney) |
| Horsley, Craig | (JCPenney) |
| Feuerborn, Tom | (JCPenney) |
| Mitchell, Phil | (JCPenney) |
| Moser, John | (JCPenney) |
| Donahue, Joanne | (Staples) |
| Van Camp, Paul | (Staples) |
| Candela, Adam | (Staples) |
| Vareschi, Robert | (Staples) |
| King, Karyn | (Staples) |
| Peck, Benjamin | (Staples) |
| Tobin, Thomas | (Staples) |
| Connolly, Mark | (Staples) |
| Moore, Ken | (Staples) |
| Tilzer, Brian | (Staples) |
| Bourke, Carrie | (Staples) |
| Baball, Kavita | (Staples) |
| Mastovsky, David | (Staples) |
| Risher, Mark | (Yahoo) |
| Wolf, Samuel | (Yahoo) |
| Croot, Amy | (Yahoo) |
| Simpson, Scott | (Yahoo) |
| Sud, Seema | (Yahoo) |
| Spiegelman, Michael | (Yahoo) |
| Tucker, Eileen | (Yahoo) |
| Klahr, Joshua | (Yahoo) |
| Jansen, Colleen | (Yahoo) |
| Strong, Ben | (Yahoo) |
| Fischer, Paul | (Yahoo) |
| Motes, Chris | (Yahoo) |
| Culligan, Jay | (Yahoo) |
| Zitzer, Aaron | (Yahoo) |
| McDowell, David | (Yahoo) |
| Roufas, Kimon | (Yahoo) |
| Malcolm, Mary Beth | (Yahoo) |

| | |
|---|---|
| Yeh, Luke | (Yahoo) |
| Jansen, Collenn | (Yahoo) |
| Church, Justin | (Yahoo) |
| Batrasky, Ethan | (Yahoo) |
| Tesler, Larry | (Third Party) |
| Hilberg, Loren | (Third Party) |
| Sundermeyer, Michael | (Third Party) |
| Bina, Eric | (Third Party) |
| Sadowski, Daniel | (Third Party) |
| Raggett, David | (Third Party) |
| Martin, David | (Third Party) |
| Jansen, William | (Third Party) |

Any other witness deposed during the litigation

Eolas reserves the right to supplement or amend this list if justified. Eolas also reserves the right to call any witness that Defendants identify or call during the trial, including in Eolas' case-in-chief or in rebuttal.