# EXHIBIT 6

**IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED § § § <br>   PLAINTIFF, § § <br> v. § § <br> ADOBE SYSTEMS INC., § <br> AMAZON.COM, INC., APPLE INC., § <br> ARGOSY PUBLISHING, INC., § <br> BLOCKBUSTER INC., CDW CORP., § <br> CITIGROUP INC., EBAY INC., FRITO-§ <br> LAY, INC., THE GO DADDY GROUP, § <br> INC., GOOGLE INC., J.C. PENNEY § <br> COMPANY, INC., JPMORGAN CHASE § <br> & CO., NEW FRONTIER MEDIA, INC., § <br> OFFICE DEPOT, INC., PEROT § <br> SYSTEMS CORP., PLAYBOY § <br> ENTERPRISES INTERNATIONAL, INC., § <br> RENT-A-CENTER, INC., STAPLES, § <br> INC., SUN MICROSYSTEMS INC., § <br> TEXAS INSTRUMENTS INC., YAHOO! § <br> INC., and YOUTUBE, LLC § § <br>   DEFENDANTS. § | CIVIL ACTION NO. 6:09-CV-446 <br><br> JURY TRIAL DEMANDED |

**DEFENDANTS GOOGLE INC. AND YOUTUBE LLC'S FIRST AMENDED TRIAL WITNESS LIST**

Pursuant to the Court's Discovery Order and Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendants Google Inc. and YouTube LLC ("together, "Google") submit the following lists of witnesses whom Google expects to present at trial, may call if the need arises, or expects to present by deposition testimony.  Google hereby incorporates by reference the witness lists of the other defendants in this case.  Google also reserves the right to call any Google, other Defendant, Eolas, or third party witness who has been or may be deposed in this case.  Google reserves the right

to call as witnesses any individuals found on Plaintiff Eolas Technologies Inc.'s ("Eolas") witness list, or the witness list of any of the other defendants in this lawsuit, and reserves the right to call additional rebuttal witnesses. Google further identifies any persons identified in Eolas' initial disclosures, interrogatory responses, and expert reports not identified below.

Google reserves the right so supplement, augment, or otherwise modify this list based on circumstances as they may evolve. At this time, Google identifies the following witnesses for trial:

| | Witness | Topic | Expect to Present at Trial | May Call if Need Arises | Expect to Present by Deposition |
|---|---|---|---|---|---|
| 1. | **Albert Bodenhamer** Google, Inc. | Google Products & Services | X | | |
| 2. | **Keith Coleman** Google, Inc. | Google Products & Services | | X | |
| 3. | **Jonathan Effrat** Google, Inc. | Google Products & Services | | X | |
| 4. | **Matthew Gray** Google, Inc. | Google Products & Services | | X | X |
| 5. | **Mark Martel** Google, Inc. | Google Products & Services | X | | |
| 6. | **Shishir Mehrotra** Google, Inc. | Google Products & Services | | X | |
| 7. | **Jason Miller** Google, Inc. | Google Products & Services | | X | |
| 8. | **Sundar Pichai** Google, Inc. | Google Products & Services | | X | |
| 9. | **Brian Rakowski** Google, Inc. | Google Products & Services | X | | |
| 10. | **Bart Sears** Google, Inc. | Google Products & Services | | X | |
| 11. | **Hunter Walk** Google, Inc. | Google Products & Services | | X | |
| 12. | **Peter Alexander** Expert Witness | Non-Infringement | X | | |
| 13. | **M. Ray Perryman** Expert Witness | Damages | X | | |
| 14. | **Dan Sadowski** Expert Witness | Prior Art & Invalidity | X | | |
| 15. | **Richard Phillips** Expert Witness | Prior Art & Invalidity | X | | |

| | | | | | |
|---|---|---|---|---|---|
| 16. | **Nick Godici**<br>Expert Witness | Invalidity/Inequitable Conduct | X | | |
| 17. | **Tim Berners-Lee**<br>Massachusetts Institute of Technology, W3C | Prior Art & Invalidity | | X | X |
| 18. | **Chris McRae**<br>NetApp, Inc. | Prior Art & Invalidity | | X | X |
| 19. | **Bill Janssen**<br>Palo Alto Research Center, Inc. | Prior Art & Invalidity | | X | X |
| 20. | **Eric Bina** | Prior Art & Invalidity | | X | X |
| 21. | **Pei-Yuan Wei** | Prior Art & Invalidity | X | | |
| 22. | **David Raggett**<br>W3C | Prior Art & Invalidity | | X | X |
| 23. | **Dale Dougherty**<br>O'Reilly & Associates Publishing; Maker Media | Prior Art & Invalidity | | X | X |
| 24. | **Scott Silvey**<br>Ohio St. University Medical Ctr. | Prior Art & Invalidity | X | | |
| 25. | **Karl Jacob**<br>Coveroo, Inc. | Prior Art & Invalidity | | | X |
| 26. | **Bill Tucker** | | | X | X |
| 27. | **Bill Baker** | | | X | |
| 28. | **Chuck Rzeszutko** | | | X | |
| 29. | **Sunita Rajdev** | | | X | |
| 30. | **Charles Krueger** | | | X | X |
| 31. | **Charles Kulas** | | | X | |
| 32. | **Cheong Ang** | | | X | |
| 33. | **James Stetson** | | | X | |
| 34. | **Mark Swords** | | | X | |
| 36. | **Michael D. Doyle** | | | X | |
| 37. | **David C. Martin** | | | X | |
| 38. | **Alicia Gackle** | | | X | |
| 39. | **Brandy Hernandez** | | | X | |

3

Dated:  January 16, 2012                     */s/ Brandon H. Stroy*

Douglas E. Lumish
 dlumish@kasowitz.com
Jeffrey G. Homrig
 jhomrig@kasowitz.com
Jonathan K. Waldrop (pro hac vice)
 jwaldrop@kasowitz.com
Joseph H. Lee (pro hac vice)
 jlee@kasowitz.com
Parker C. Ankrum (pro hac vice)
 pankrum@kasowitz.com
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dophin Dr., Suite 200
Redwood Shores, CA 94065
Telephone:  (650) 453-5170
Facsimile:     (650) 453-5171

James R. Batchelder (pro hac vice)
 james.batchelder@ropesgray.com
Sasha G. Rao (pro hac vice)
 sasha.rao@ropesgray.com
Mark D. Rowland
 mark.rowland@ropesgray.com
Brandon Stroy (pro hac vice)
 brandon.stroy@ropesgray.com
Rebecca R. Hermes (pro hac vice)
 rebecca.hermes@ropesgray.com
Lauren N. Robinson (pro hac vice)
 lauren.robinson@ropesgray.com
Han Xu (pro hac vice)
 han.xu@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Telephone:  (650) 617-4000
Facsimile:   (650) 617-4090

Michael E. Jones (Bar No. 10929400)
 mikejones@potterminton.com
Allen F. Gardner (Bar No. 24043679)
 allengardner@potterminton.com
POTTER MINTON

4

A Professional Corporation
110 N. College, Suite 500
Tyler, TX  75702
Telephone:	(903) 597-8311
Facsimile:	(903) 593-0846

*ATTORNEYS FOR DEFENDANTS*
*GOOGLE INC. & YOUTUBE LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3), on this 16th day of January, 2012.

                                                                         _/s/ Brandon H. Stroy_____
                                                                         Brandon H. Stroy