**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **EOLAS TECHNOLOGIES, INC., AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA** | § § § § |
| Plaintiffs, | § § |
| v. | §  No. 6:09-cv-00446-LED |
| **ADOBE SYSTEMS, INC.,** *et al.*, | § § § |
| Defendants. | § § |

## ORDER

Before the Court is Defendant Citigroup Inc. and Plaintiffs Eolas Technologies, Inc. and The Regents of the University of California Agreed Motion to Extend Deadlines. After careful consideration, the Court is of the opinion that the Motion is meritorious and should be granted.

It is therefore Ordered that the deadline for Citigroup to file its Reply in Support of its *Daubert* Motion be extended to January 27, 2012, and the corresponding deadline for Plaintiffs to file their Sur-Reply be extended to February 3, 2012.

**So ORDERED and SIGNED this 18th day of January, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**