# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **EOLAS TECHNOLOGIES INCORPORATED,**<br><br>Plaintiff,<br><br>v.<br><br>**ADOBE SYSTEMS INC.,** *et al.,*<br><br>Defendants. | **Civil Action No. 6:09-CV-00446**<br><br>**Jury Trial Demanded** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Katrina Eash of the law firm Fish & Richardson P.C., 1717 Main Street, Suite 5000, Dallas, Texas 75201, will appear as counsel of record for The Go Daddy Group, Inc.

The undersigned requests service of all pleadings, discovery, correspondence, notices and calendars affecting this action.

Dated: January 18, 2012

Respectfully submitted,

By: */s/ Katrina Eash*

Thomas M. Melsheimer (txm@fr.com)
Texas Bar No. 13922550
Neil J. McNabnay (njm@fr.com)
Texas Bar No. 24002583
Carl E. Bruce (ceb@fr.com)
Texas Bar No. 24036278
Katrina Eash (kcm@fr.com)
Texas Bar No. 24074636
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**Counsel for Defendant**
**THE GO DADDY GROUP, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 18, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Katrina Eash*
                                                Katrina G. Eash