# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **EOLAS TECHNOLOGIES, INC., AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA** *Plaintiffs,* v. **ADOBE SYSTEMS INC., ET AL.,** *Defendants.* | Civil Action No. 6:09-CV-446 LED **JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE IN LEAD ATTORNEY FOR ADOBE SYSTEMS INCORPORATED

Notice is hereby given that Adobe Systems Incorporated changes its lead attorney designation for this case from David J. Healey to Frank E. Scherkenbach. Mr. Healey will remain on the case.

Dated: January 19, 2012    Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Frank E. Scherkenbach*
    David J. Healey
    E-mail: Healey@fr.com
    **FISH & RICHARDSON P.C.**
    1 Houston Center
    1221 McKinney Street, Suite 2800
    Houston, TX 77010
    713-654-5300 (Telephone)
    713-652-0109 (Facsimile)

OF COUNSEL:

Frank E. Scherkenbach
E-mail: Scherkenbach@fr.com
Proshanto Mukherji
Email: Mukherji@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02110-1878
617-542-5070 (Telephone)
617-542-8906 (Facsimile)

Jason W. Wolff
E-mail: Wolff@fr.com
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
858-678-5070 (Telephone)
858-678-5099 (Facsimile)

Counsel for Defendant
ADOBE SYSTEMS INCORPORATED

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 19, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Frank E. Scherkenbach*