# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| **EOLAS TECHNOLOGIES, INC. AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,** | |
| *Plaintiffs,* | Civil Action No. 6:09-CV-446 LED |
| v. | **JURY TRIAL DEMANDED** |
| **ADOBE SYSTEMS INC., ET AL.,** | |
| *Defendants.* | |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY [D.I. 1225] TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 102(B) [D.I. 869]

Plaintiffs' notice does not contain new "authority."  It is further argument, predicated on a very narrow deposition question asked by Plaintiffs' counsel of one of Defendants' experts, Dr. Phillips. Defendants' motion for summary judgment is predicated on the simple fact that Plaintiffs accused the prior art – Adobe Acrobat – of infringement.[1] In doing so, Plaintiffs' infringement contentions relied on the "default and expected use" of Acrobat, which indisputably includes a PDF file.[2] However, Plaintiffs' corporate designee and the first named inventor testified that he believed Acrobat infringed.[3] Thus, while irrelevant for the motion, Dr. Phillips agreeing that Acrobat "by itself" – i.e., without a PDF file – does not infringe has no bearing on the motion. What does matter, and what Defendants establish in their motion[4] and Dr. Phillips shows without contradiction in his expert report,[5] is that the allegedly infringing Acrobat functionality upon which Plaintiffs rely on in their P. R. 3-1 contentions matches, exactly, the functionality present in Acrobat in June 1993 and which has remain unchanged since.[6]

---

[1] *See* D.I. 869 at 2-3; D.I. 869-02 (Ex. 1 – Plaintiffs' P. R. 3-1 infringement contentions for the '906 patent) and D.I. 869-03 (Ex. 2 – Plaintiffs' P. R. 3-1 infringement contentions for the '985 patent).]

[2] *See, e.g.,* D.I. 869-02 (at least 53 instances of "PDF files" and 50 instances of "default and expected use") and D.I. 869-03 (at least 83 instances of "PDF files" and 100 instances of "default and expected use").

[3] *See* D.I. 869-05 (Michael Doyle deposition testimony).

[4] *See* D.I. 869-07 (Robert Wulff Declaration).

[5] *See* D.I. 1018-04 (Ex. D – excerpt from 7/20/11 Expert Report on Invalidity)

[6] *See* D.I. 869 at 6 (Figs. 1 and 2, showing interactivity from P. R. contentions and 1993 Acrobat).

DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY [D.I. 1225] TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 102(B) [D.I. 869] - Page 2

Dated:  January 19, 2012                    Respectfully submitted,

                                            FISH & RICHARDSON P.C.


                                            By:  /s/ David J. Healey
                                                 David J. Healey
                                                 E-mail: Healey@fr.com
                                                 **FISH & RICHARDSON P.C.**
                                                 1 Houston Center
                                                 1221 McKinney Street, Suite 2800
                                                 Houston, TX 77010
                                                 (713) 654-5300 (Telephone)
                                                 (713) 652-0109 (Facsimile)

                                                 OF COUNSEL:

                                                 Frank E. Scherkenbach
                                                 E-mail: Scherkenbach@fr.com
                                                 Proshanto Mukherji
                                                 Email: Mukherji@fr.com
                                                 **FISH & RICHARDSON P.C.**
                                                 One Marina Park Drive
                                                 Boston, MA 02110-1878
                                                 (617) 542-5070 (Telephone)
                                                 (617) 542-8906 (Facsimile)

                                                 Jason W. Wolff
                                                 E-mail: Wolff@fr.com
                                                 **FISH & RICHARDSON P.C.**
                                                 12390 El Camino Real
                                                 San Diego, CA 92130
                                                 (858) 678-5070 (Telephone)
                                                 (858) 678-5099 (Facsimile)

                                                 Michael E. Florey
                                                 Email: florey@fr.com
                                                 **FISH & RICHARDSON P.C.**
                                                 3200 RBC Plaza
                                                 60 South Sixth Street
                                                 Minneapolis, MN 55402
                                                 (612) 335-5070 (Telephone)
                                                 (612) 288-9696 (Facsimile)

                                            Counsel for Defendant
                                            ADOBE SYSTEMS INCORPORATED

*/s/ Edward R. Reines (with permission)*
Edward R. Reines
Jared Bobrow
Sonal N. Mehta
Aaron Y. Huang
Andrew L. Perito
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: edward.reines@weil.com
Email: jared.bobrow@weil.com
Email: sonal.mehta@weil.com
Email: aaron.huang@weil.com
Email: andrew.perito@weil.com

Doug W. McClellan
Email: doug.mcclellan@weil.com
**WEIL, GOTSHAL & MANGES LLP**
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Jennifer H. Doan
Joshua R. Thane
Shawn A. Latchford
Stephen W. Creekmore, IV
**HALTOM & DOAN**
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com
Email: slatchford@haltomdoan.com
Email: screekmore@haltomdoan.com

Otis Carroll
Deborah Race
**IRELAND, CARROLL
& KELLEY, P.C.**
6101 South Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: fedserv@icklaw.com

Attorneys for Defendants
**AMAZON.COM INC. AND
YAHOO! INC.**

*/s/ Thomas L. Duston (with permission)*
Thomas L. Duston
tduston@marshallip.com
Julianne M. Hartzell
jhartzell@marshallip.com
John R. Labbé
jlabbe@marshallip.com
Scott A. Sanderson
ssanderson@marshallip.com
**MARSHALL, GERSTEIN &
BORUN LLP**
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Eric H. Findlay (Bar No. 00789886)
efindlay@findlaycraft. corn
Brian Craft (Bar No. 04972020)
bcraft@findlaycraft.com
**FINDLAY CRAFT, LLP**
6760 Old Jacksonville Highway
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Attorneys for Defendant
**CDW LLC**

*/s/ Proshanto Mukherji (with
permission)*
Thomas M. Melsheimer
Email: melsheimer@fr.com
Neil J. McNabnay
Email: mcnabnay@fr.com
Carl E. Bruce
Email: bruce@fr.com
**FISH & RICHARDSON**
1717 Main Street, Suite 5000
Dallas, TX  75201
Tel: (214) 474.5070

Proshanto Mukherji
Email: mukherji@fr.com
**FISH & RICHARDSON**
One Marina Park Drive
Boston, MA 02110-1878
Telephone: (617) 542-5070

Attorneys for Defendant
**THE GO DADDY GROUP, INC.**


*/s/ Douglas E. Lumish (with permission)*
Douglas E. Lumish
Jeffrey G. Homrig
Joseph H. Lee
Parker C. Ankrum
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel: (650) 453-5170
Email: dlumish@kasowitz.com
Email: jhomrig@kasowitz.com
Email: jlee@kasowitz.com
Email: pankrum@kasowitz.com

Jonathan K. Waldrop
**KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**
1360 Peachtree St., N.E.
Suite 1150
Atlanta, GA 30309
Tel: (404) 260-6080
Email: jwaldrop@kasowitz.com

James R. Batchelder
Sasha G. Rao
Brandon H. Stroy
Rebecca R. Hermes
Lauren N. Robinson
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303-2284
Tel: (650) 617-4000
Email:
james.batchelder@ropesgray.com
Email: sasha.rao@ropesgray.com
Email: brandon.stroy@ropes.gray.com
Email: lauren.robinson@ropesgray.com
Email: rebecca.hermes@ropesgray.com

Han Xu
**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston St.
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: han.xu@ropesgray.com

Daryl Joseffer

Adam Conrad
**KING & SPALDING**
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 2006-4707
Tel: (202) 737-0500
Email: djoseffer@kslaw.com
Email: aconrad@kslaw.com

Michael E. Jones
Allen F. Gardner
**POTTER MINTON**
110 N. College, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311
Email: mikejones@potterminton.com
Email: allengardner@potterminton.com

ATTORNEYS FOR DEFENDANTS
**GOOGLE INC. AND YOUTUBE
LLC**


*/s/ Christopher M. Joe (with
permission)*
Christopher M. Joe
Brian Carpenter
Eric W. Buether
**BUETHER JOE & CARPENTER**
1700 Pacific, Suite 2390
Dallas, TX  75201
Tel:  (214) 466-1270
Chris.Joe@BJCIPLaw.com
Eric.Buether@BJCIPLaw.com
Brian.Carpenter@BJCIPLaw.com

Attorneys for Defendant
**J.C. PENNEY CORPORATION,
INC.**


*/s/ Donald R. Steinberg (with
permission)*
Mark Matuschak
Donald R. Steinberg
Alexandra Boudreau
**WILMER CUTLER PICKERING
HALE AND DORR, LLP**
60 State Street
Boston, MA  02109
Tel. (617) 526.5000
mark.matuschak@wilmerhale.com
don.steinberg@wilmerhale.com

DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY [D.I. 1225] TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 102(B) [D.I.
869] - Page 7

silena.paik@wilmerhale.com

Kate Hutchins
**WILMER CUTLER PICKERING
HALE AND DORR, LLP**
399 Park Avenue
New York, NY  10022
Tel: (212) 230.8800
kate.hutchins@wilmerhale.com

Daniel V. Williams
**WILMER CUTLER PICKERING
HALE AND DORR, LLP**
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
202.663.6012
daniel.williams@wilmerhale.com

Joe W. Redden, Jr.
Michael E. Richardson
**BECK REDDEN & SECREST**
1221 McKinney
Suite 4500
Houston, TX  77010
Tel: (713) 951.6284
mrichardson@brsfirm.com
jredden@brsfirm.com

Attorneys for Defendant
**STAPLES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on January 19, 2011 to all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Jason W. Wolff*


11195130.doc