**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:09-CV-446 (LED) |
| | § | |
| ADOBE SYSTEMS, INC. ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**JOINT MOTION TO INCLUDE JURY QUESTIONNAIRE
BY MAIL WITH JURY SUMMONS**

Plaintiffs Eolas Technologies, Inc., and the Regents of the University of California, (collectively "Plaintiffs") and Defendants Adobe Systems, Inc., Amazon.com, Inc., CDW LLC, Citigroup Inc., The Go Daddy Group, Inc., Google, Inc., J.C. Penney Corp., Inc., Staples, Inc., Yahoo! Inc., and YouTube LLC (collectively "Defendants") respectfully move to include the jury questionnaire with the mailed jury summons or otherwise provided to the panel before voir dire, and state as follows:

The parties have conferred regarding the jury questionnaire. Based upon these discussions, the parties respectfully request that the Court allow the parties to include the two (2) page jury questionnaire with the mailed jury summons or otherwise provided to the panel prior to voir dire.

The parties have met and conferred and this Motion is agreed.  This motion is not made for delay, and should not impact any other deadline applicable to this case.  Accordingly, the parties respectfully move the Court for an Order allowing the parties to include the jury questionnaire with the mailed jury summons.

Respectfully submitted,

/s/  *John B. Campbell (w/ permission)*
Mike McKool
Lead Attorney
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Rosemary T. Snider
Texas State Bar No. 18796500
rsnider@mckoolsmith.com
Thomas G. Fasone III
Texas State Bar No. 00785382
tfasone@mckoolsmith.com
Holly Engelmann
Texas State Bar No. 24040865
hengelmann@mckoolsmith.com
Ivan Wang
Texas State Bar No. 24042679
iwang@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
(P.O. Box 0)
Marshall, Texas 75670
Telephone: (903) 923-9000
Telecopier: (903) 923-9099
Voicemail: (903) 923-9095

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
John B. Campbell
Texas State Bar No. 24036314

/s/  *Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
Shawn A. Latchford
Texas Bar No. 24066603
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email: jdoan@haltomdoan.com
Email:  jthane@haltomdoan.com
Email:  slatchford@haltomdoan.com
Email:  screekmore@haltomdoan.com

Edward R. Reines
Jared Bobrow
Sonal N. Mehta
Aaron Y. Huang
Andrew L. Perito
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: jared.bobrow@weil.com
Email: edward.reines@weil.com
Email: sonal.mehta@weil.com
Email: aaron.huang@weil.com
Email: andrew.perito@weil.com

Doug W. McClellan
doug.mcclellan@weil.com
**WEIL, GOTSHAL & MANGES LLP**
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

jcampbell@mckoolsmith.com
John F. Garvish II
Texas State Bar No. 24043681
jgarvish@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Gretchen K. Curran
Texas State Bar No. 24055979
gcurran@mckoolsmith.com
Lindsay K. Martin
Texas State Bar No. 24049544
lmartin@mckoolsmith.com
J.R. Johnson
Texas State Bar No. 24070000
jjohnson@mckoolsmith.com
Chris Mierzejewski
Texas State Bar No. 24070270
cmierzejewski@mckoolsmith.com
Matthew B. Rappaport
Texas State Bar No. 24070472
mrappaport@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
**McKool Smith, P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Gayle Rosenstein Klein
Texas State Bar No. 00797348
gklein@mckoolsmith.com
**McKool Smith, P.C.**
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas Bar No. 00787165
rcbunt@pbatyler.com

Otis Carroll (Bar No. 3895700)
Deborah Race (Bar No. 11648700)
**IRELAND, CARROLL & KELLEY, P.C.**
6101 South Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: fedsery@icklaw.com

**ATTORNEYS FOR DEFENDANTS
AMAZON.COM INC. and YAHOO! INC.**

*/s/ Doug Lumish (with permission)*
Douglas E. Lumish, CA State Bar No. 183863
Jeffrey G. Homrig, CA State Bar No. 215890
Joseph H. Lee, CA State Bar No. 248046
Parker C. Ankrum, CA State Bar No. 261608
**KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel: (650) 453-5170; Fax: (650) 453-5171
Email: dlumish@kasowitz.com
Email: jhomrig@kasowitz.com
Email: jlee@kasowitz.com
Email: pankrum@kasowitz.com

Jonathan K. Waldrop, GA State Bar No.
731103
**KASOWITZ, BENSON, TORRES &
FRIEDMAN, LLP**
1360 Peachtree St., N.E., Suite 1150
Atlanta, GA 30309
Tel: (404) 260-6080; Fax: (404) 260-6081
Email: jwaldrop@kasowitz.com

James R. Batchelder (*pro hac vice*)
Sasha G. Rao (*pro hac vice*)
Brandon H. Stroy (*pro hac vice*)
Rebecca R. Hermes (*pro hac vice*)
Lauren N. Robinson (*pro hac vice*)
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Tel: (650) 617-4000; Fax: (650) 617-4090

Andrew T. Gorham
Texas State Bar No. 24012715
tgorham@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
Telephone: (903) 531-3535
Telecopier: (903) 533-9687

**ATTORNEYS FOR PLAINTIFFS
EOLAS TECHNOLOGIES, INC. and THE
REGENTS OF THE UNIVERSITY OF
CALIFORNIA**

Email: james.batchelder@ropesgray.com
Email: sasha.rao@ropesgray.com
Email: brandon.stroy@ropes.gray.com
Email: lauren.robinson@ropesgray.com
Email: rebecca.hermes@ropesgray.com

Han Xu (*pro hac vice*)
**ROPES & GRAY LLP**
Prudential Tower, 800 Boylston St.
Boston, MA 02199-3600
Tel: (617) 951-7000; Fax: (617) 951-7050
Email: han.xu@ropesgray.com

Daryl Joseffer (*pro hac vice*)
Adam Conrad (*pro hac vice*)
**KING & SPALDING**
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 2006-4707
Tel: (202) 737-0500; Fax: (202) 626-3737
djoseffer@kslaw.com
aconrad@kslaw.com

Michael E. Jones, TX State Bar No. 10929400
Allen F. Gardner, TX State Bar No. 24043679
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, TX 75702
Tel: (903) 597-8311; Fax: (903) 593-0846
Email: mikejones@potterminton.com
Email: allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANTS
GOOGLE, INC. AND YOUTUBE, LLC**

*/s/ David H. Healey (with permission)*
David J. Healey
healey@fr.com
**FISH & RICHARDSON P.C.**
1 Houston Center
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

OF COUNSEL:
Frank E. Scherkenbach
scherkenbach@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02110-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Jason W. Wolff
wolff@fr.com
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Michael E. Florey
florey@fr.com
**FISH & RICHARDSON P.C.**
60 South 6th Street, Ste. 3200 RBC Plaza
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

**ATTORNEYS FOR DEFENDANT
ADOBE SYSTEMS INC.**

*/s/ Thomas L. Duston (with permission)*
Thomas L. Duston
tduston@marshallip.com
Julianne M. Hartzell
jhartzell@marshallip.com
John R. Labbé
jlabbe@marshallip.com
Scott A. Sanderson *(pro hac vice)*
ssanderson@marshallip.com
**MARSHALL, GERSTEIN &
BORUN LLP**
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

Eric H. Findlay (Bar No. 00789886)
efindlay@findlaycraft. corn
Brian Craft (Bar No. 04972020)
bcraft@findlaycraft.com
**FINDLAY CRAFT, LLP**
6760 Old Jacksonville Highway
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

**ATTORNEYS FOR DEFENDANT**
**CDW LLC**


*/s/ Edwin R. DeYoung (with permission)*
Edwin R. DeYoung (Bar No. 05673000)
edeyoung@lockelord.com
Roy W. Hardin (Bar No. 08968300)
rhardin@lockelord.com
Roger Brian Cowie (Bar No. 00783886)
rcowie@lockelord.com
M. Scott Fuller (Bar No. 24036607)
sfuller@lockelord.com
Galyn Gafford (Bar No. 24040938)
ggafford@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

Eric L. Sophir *(pro hac vice)*
eric.sophir@snrdenton.com
**SNR DENTON US LLP**
1301 K Street, NW, Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6470
Facsimile: (202) 408-6399

**ATTORNEYS FOR DEFENDANT**
**CITIGROUP INC.**

*/s/ Neil J. McNabnay (with permission)*
Thomas M. Melsheimer (Bar No. 13922550)
txm@fr.com
Neil J. McNabnay (Bar No. 24002583)
njm@fr.com
Carl E. Bruce (Bar No. 24036278)
ceb@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Proshanto Mukherji *(pro hac vice)*
pvm@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02110-1878
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

**ATTORNEYS FOR DEFENDANT
THE GO DADDY GROUP, INC.**

*/s/ Christopher M. Joe (with permission)*
Christopher M. Joe (Bar No. 00787770)
chrisjoe@bjciplaw.com
Brian Carpenter (Bar No. 03840600)
brian.carpenterb@bjciplaw.com
Eric W. Buether (Bar No. 03316880)
eric.buethere@bjciplaw.com
**BUETHER JOE & CARPENTER, LLC**
1700 Pacific, Suite 2390
Dallas, TX 75201
Telephone: (214) 466-1270
Facsimile: (214) 635-1842

**ATTORNEYS FOR DEFENDANT
J.C. PENNEY CORPORATION**

*/s/ Mark B. Matuschak (with permission)*
Mark G. Matuschak *(pro hac vice)*
mark.matuschak@wilmerhale.com
Donald R. Steinberg *(pro hac vice)*

donald.steinberg@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Kate Hutchins *(pro hac vice)*
kate.hutchins@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, NY 10011
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Daniel V. Williams, *(pro hac vice)*
daniel.williams@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Joe W. Redden, Jr. (Bar No. 16660600)
jredden@brsfirm.com
Michael E. Richardson (Bar No. 24002838)
mrichardson@brs firm. com
**BECK REDDEN & SECREST**
1221 McKinney, Suite 4500
Houston, TX 77010
Telephone: (713) 951-6284
Facsimile: (713) 951-3720

**ATTORNEYS FOR DEFENDANT
STAPLES, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 23rd day of January, 2012.


/s/ *Jennifer H. Doan*
Jennifer H. Doan