## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated, *Plaintiff and Counterdefendant*, vs. Adobe Systems Inc.; Amazon.com, Inc.; Apple Inc.; CDW Corp.; Citigroup Inc.; eBay Inc.; Frito-Lay, Inc.; The Go Daddy Group, Inc.; Google Inc.; J.C. Penney Corporation, Inc.; JPMorgan Chase & Co.; New Frontier Media, Inc.; Office Depot, Inc.; Perot Systems Corp.; Playboy Enterprises International, Inc.; Rent-A-Center, Inc.; Staples, Inc.; Sun Microsystems, Inc.; Texas Instruments Inc.; Yahoo! Inc.; and YouTube, LLC, *Defendants and Counterclaimants*. | Civil Action No. 6:09-CV-446-LED  JURY TRIAL DEMANDED |

### J.C. PENNEY'S OBJECTION TO FINAL TRIAL PLAN [DKT. NO. 1264]

Defendant J.C. Penney Corporation, Inc. ("JCP") respectfully objects to the January 20, 2012 Final Trial Plan (Dkt. No. 1264) and Order (Dkt. No. 1263) and joins in the Objection filed by Defendants Amazon and Yahoo (Dkt. No. 1274).

1. JCP joins in the following paragraphs of the Objection filed by Defendants Amazon and Yahoo for the same reasons and arguments asserted by them: 1, 2, 3, 4, and 5.

2. JCP also joins in paragraph 6 of the Objection filed by Defendants Amazon and Yahoo to the extent the objection relates to the invalidity and inequitable conduct trial.

3. JCP further objects to the "time allotments" provided in the Plan as to JCP. The limitations of "voir dire" to 20 minutes per side, opening statement to 30 minutes per side, "direct/cross examination" to 12 hours per side, and "closing argument" per side in the

"Infringement and Damages" trial is unfairly prejudicial and infringes due process rights because it does not permit sufficient time for JCP to adequately present its case, particularly given the voluminous evidence, numerous witnesses, and complex factual and legal issues that must be presented and resolved in this case.

Dated:   January 23, 2012                     Respectfully submitted,

                **BUETHER JOE & CARPENTER, LLC**


             By:   */s/ Christopher M. Joe*
                Christopher M. Joe (Lead Counsel)
                State Bar No. 00787770
                Chris.Joe@BJCIPLaw.com
                Eric W. Buether
                State Bar No. 03316880
                Eric.Buether@BJCIPLaw.com
                Brian A. Carpenter
                State Bar No. 03840600
                Brian.Carpenter@BJCIPLaw.com
                Niky Bukovcan
                WA State Bar No. 39403
                Niky.Bukovcan@BJCIPLaw.com

                1700 Pacific Avenue
                Suite 2390
                Dallas, Texas 75201
                Telephone:   (214) 466-1272
                Facsimile:   (214) 635-1828


                **ATTORNEYS FOR DEFENDANT**
                **J.C. PENNEY CORPORATION, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 23rd day of January 2012.  Any other counsel of record will be served by facsimile transmission and first class mail.

*/s/ Christopher M. Joe*
Christopher M. Joe