## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I hereby certify that the Court has granted authorization to seal the foregoing document and the attachments thereto per the Protective Order, Dkt 423.

*/s/ Christopher M. Joe*
Christopher M. Joe