IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 6:09-CV-446 |
| ADOBE SYSTEMS, INC., AMAZON.COM INC., CDW CORPORATION, CITIGROUP INC., THE GO DADDY GROUP, INC., GOOGLE INC., J.C. PENNEY CORPORATION, INC., STAPLES, INC., YAHOO! INC., AND YOUTUBE, LLC., | § § § § § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiffs' Corrected Opposed Motion to Correct the Caption (Docket No. 1269). The Court **ORDERS** that the motion is **GRANTED IN PART** and **DENIED IN PART**. The Court directs the Clerk's Office to amend the caption as shown above by (1) adding The Regents of the University of California as the second listed Plaintiff; and (2) removing Apple Inc., Blockbuster Inc., eBay Inc., Frito-Lay, Inc., JPMorgan Chase & Co., New Frontier Media, Inc., Office Depot, Inc., Perot Systems Corp., Playboy Enterprises International, Inc., Rent-A-Center, Inc., Sun Microsystems Inc., and Texas Instruments Inc. from the list of Defendants.

The Court further **ORDERS** that Plaintiffs' Opposed Motion to Correct the Caption (Docket No. 1268) is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 26th day of January, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**