**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, §§§§§§§ Plaintiffs, § vs. § ADOBE SYSTEMS, INC., AMAZON.COM INC., CDW CORPORATION, CITIGROUP INC., THE GO DADDY GROUP, INC., GOOGLE INC., J.C. PENNEY CORPORATION, INC., STAPLES, INC., YAHOO! INC., AND YOUTUBE, LLC., §§§§§§§§§§ Defendants. | CASE NO. 6:09-CV-446 |

**ORDER**

Before the Court is Defendants' Motion for Leave to File a Brief Regarding the Term "Browser Application" (Docket No. 1301). The Court **GRANTS** Defendants' motion and further **ORDERS** Plaintiffs to respond no later than February 1, 2012. Plaintiffs' response shall not exceed 5 pages.

**So ORDERED and SIGNED this 27th day of January, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**