## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

In compliance with Local Rule CV-5(a)(7), this is to certify that the documents filed herewith under seal contain material covered by the Protective Order approved and entered in this case on September 28, 2010.

>                         */s/ Jason Wolff*
>                               Jason Wolff