**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 6:09-CV-446 |
| ADOBE SYSTEMS, INC., AMAZON.COM INC., CDW CORPORATION, CITIGROUP INC., THE GO DADDY GROUP, INC., GOOGLE INC., J.C. PENNEY CORPORATION, INC., STAPLES, INC., YAHOO! INC., AND YOUTUBE, LLC., | § § § § § § § § | |
| Defendants. | § | |

**ORDER**

The Court **ORDERS** that the Invalidity Trial scheduled to begin on February 6, 2012, shall proceed according to the following agenda.

1. Plaintiffs - Voir Dire
2. Defendants - Voir Dire
3. Plaintiffs - Opening Statement
4. Defendants - Opening Statement
5. Plaintiffs - Factual testimony to introduce the patents-at-issue
6. Defendants - Evidence regarding invalidity
7. Plaintiffs - Evidence regarding invalidity
8. Defendants - Rebuttal evidence regarding invalidity
9. Defendants - Closing argument
10. Plaintiffs - Closing argument
11. Defendants - Rebuttal closing argument

The Court reminds the parties that each side is allotted 20 minutes for voir dire, 30 minutes for opening statement, 7 hours for direct/cross examination, and 40 minutes for closing argument.

**So ORDERED and SIGNED this 1st day of February, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**