**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

|  |  |  |
|---|---|---|
| **EOLAS TECHNOLOGIES** | § | |
| **INCORPORATED and** | § | |
| **THE REGENTS OF THE** | § | |
| **UNIVERSITY OF CALIFORNIA,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:09-CV-446** |
| | § | |
| **ADOBE SYSTEMS, INC., AMAZON.COM** | § | |
| **INC., CDW CORPORATION, CITIGROUP** | § | |
| **INC., THE GO DADDY GROUP, INC.,** | § | |
| **GOOGLE INC., J.C. PENNEY** | § | |
| **CORPORATION, INC., STAPLES, INC.,** | § | |
| **YAHOO! INC., AND YOUTUBE, LLC.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Defendant Citigroup Inc. and Plaintiffs Eolas Technologies, Inc. and The Regents of the University of California have represented to the Court that a preliminary settlement has been reached. *See* Docket No. 1237. An invalidity trial involving all defendants is scheduled for Monday February 6, 2012. Accordingly, the Court **ORDERS** that Citigroup Inc. shall be party to the upcoming trial unless the appropriate papers regarding settlement or dismissal are filed with the Court beforehand.

**So ORDERED and SIGNED this 1st day of February, 2012.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**