IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |  |
|---|---|---|
| EOLAS TECHNOLOGIES<br>INCORPORATED and<br>THE REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ADOBE SYSTEMS, INC., AMAZON.COM<br>INC., CDW CORPORATION, CITIGROUP<br>INC., THE GO DADDY GROUP, INC.,<br>GOOGLE INC., J.C. PENNEY<br>CORPORATION, INC., STAPLES, INC.,<br>YAHOO! INC., AND YOUTUBE, LLC.,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | CASE NO. 6:09-CV-446 |

## ORDER

Before the Court is Motion for Expedited Briefing on Go Daddy's Motion for Judgment

Under the Court's Order (Docket No. 1306). The Court **ORDERS** that the motion is

**GRANTED IN PART** and **DENIED IN PART**. Plaintiffs shall respond to Go Daddy's Motion

for Judgment (Docket No. 1305) no later than 5:00 PM on Friday February 3, 2012.

      **So ORDERED and SIGNED this 1st day of February, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**