# Appendix A

| Sworn Deposition Testimony | First Errata Sheet | Second "Supplemental" Errata |
|---|---|---|
| **Bina Depo at 158:4-158:10 (clip 17)**<br><br>Q. And so you're still not aware of any public release of a browser prior to October '94 that could do Eolas's invention, correct?<br><br>A. Yes, I'm not aware of any such browser; **EXCEPT FOR VIOLA**. | No Change:<br><br>Changed:<br>148  8   CHANGE: Mark to Marc         REASON: Typographical Error<br>149 11   CHANGE: Mark to Marc         REASON: Typographical Error<br>159 18   CHANGE: Mark to Marc         REASON: Typographical Error<br>161 10   CHANGE: Mark to Marc         REASON: Typographical Error<br>162  6   CHANGE: Mark to Marc         REASON: Typographical Error<br>162 14   CHANGE: Mark to Marc         REASON: Typographical Error<br><br>Signed: _[signature]_   Date: 9/1/2011<br>REPORTER: Tina M. Alfaro | No Change:<br><br>Changed:<br>156 23   CHANGE: Add "except for Viola" after "not."      REASON: Correction<br>157 20   CHANGE: Add "except for Viola" after "plug-ins."  REASON: Correction<br>158 10   CHANGE: Add "except for Viola" after "browser."  REASON: Correction<br>159  4   CHANGE: Add "except for Viola" after "any."      REASON: Correction<br>159 13   CHANGE: After "Yes" add "except for Viola"        REASON: Correction<br>167  6   CHANGE: Add "except for Viola" after "not."      REASON: Correction<br><br>Signed: _[signature]_   Date: 1/26/12<br>Reporter: Tina M. Alfaro |
| **Bina Depo at 158:23-159:4 (clip 16)**<br><br>Q. Sure. So sitting here today, you're not aware of any public release of a browser before the end of 1994 that had embedded objects like video in the browser window?<br><br>A. That's true. Sitting here today, I don't know of any; **EXCEPT FOR VIOLA**. | No Change:<br><br>Changed:<br>148  8   CHANGE: Mark to Marc         REASON: Typographical Error<br>149 11   CHANGE: Mark to Marc         REASON: Typographical Error<br>159 18   CHANGE: Mark to Marc         REASON: Typographical Error<br>161 10   CHANGE: Mark to Marc         REASON: Typographical Error<br>162  6   CHANGE: Mark to Marc         REASON: Typographical Error<br>162 14   CHANGE: Mark to Marc         REASON: Typographical Error<br><br>Signed: _[signature]_   Date: 9/1/2011<br>REPORTER: Tina M. Alfaro | No Change:<br><br>Changed:<br>156 23   CHANGE: Add "except for Viola" after "not."      REASON: Correction<br>157 20   CHANGE: Add "except for Viola" after "plug-ins."  REASON: Correction<br>158 10   CHANGE: Add "except for Viola" after "browser."  REASON: Correction<br>159  4   CHANGE: Add "except for Viola" after "any."      REASON: Correction<br>159 13   CHANGE: After "Yes" add "except for Viola"        REASON: Correction<br>167  6   CHANGE: Add "except for Viola" after "not."      REASON: Correction<br><br>Signed: _[signature]_   Date: 1/26/12<br>Reporter: Tina M. Alfaro |
| **Bina Depo at 189:12-20 (clip 15)**<br><br>Q. Okay. So let me flip it. Can you tell me today sitting here about any browser that was publicly available before the end of 1994 that implemented Eolas's invention?<br><br>A. I can't tell you about any browser that I know of that before 1994 I know implemented Eolas's invention; **EXCEPT FOR VIOLA**. | No Change:<br><br>Changed:<br>182 19   CHANGE: "Viola's" to "Eolas"   REASON: Typographical Error<br>185  6   CHANGE: 'Did' to 'I did'       REASON: Typographical Error<br>185  9   CHANGE: Mark to Marc           REASON: Typographical Error<br>192 16   CHANGE: Eolas to Viola         REASON: Typographical Error<br><br>Signed: _[signature]_   Date: 9/1/2011<br>REPORTER: Tina M. Alfaro | Changed:<br>159 13   CHANGE: After "Yes" add "except for Viola"         REASON: Correction<br>167  6   CHANGE: Add "except for Viola" after "not."       REASON: Correction<br>189 20   CHANGE: Add "except for Viola" after "invention." REASON: Correction<br>192 21   CHANGE: Add "until I look at Viola" after "product." REASON: Correction<br><br>Signed: _[signature]_   Date: 1/26/12<br>Reporter: Tina M. Alfaro |