# EXHIBIT A

Page 1

1                      ERIC BINA

2        IN THE UNITED STATES DISTRICT COURT

3         FOR THE EASTERN DISTRICT OF TEXAS

4                 TYLER DIVISION

5

6  EOLAS TECHNOLOGIES INCORPORATED, )

7                Plaintiff,     ) Case No.

8       vs.                        ) 6:09-CV-446

9  ADOBE SYSTEMS, INC.; AMAZON. COM;)

10  et al.,                           )

11                Defendants.      )

12

13

14

15

16            DEPOSITION OF ERIC BINA

17               Chicago, Illinois

18                August 2, 2011

19

20

21

22

23

24

25 REPORTED BY: Tina Alfaro, RPR, CRR, RMR, CLR

```
              1                      ERIC BINA
09:09:15      2    or even year.
09:09:16      3        Q.  Okay.  And since that time in early 2000
09:09:18      4    when you first received this e-mail, did you read
09:09:23      5    Eolas's patent subsequently?
09:09:25      6        A.  Yes.
09:09:25      7        Q.  And when did you last read Eolas patents?
09:09:29      8        A.  I last looked at them -- not reading them
09:09:34      9    completely, but looking at certain claims in them
09:09:36     10    this morning.
09:09:37     11        Q.  And have you ever read Eolas patents
09:09:40     12    completely?
09:09:40     13        A.  Yes.
09:09:41     14        Q.  When did you last read Eolas patents
09:09:44     15    completely?
09:09:45     16        A.  2010.  I don't know the date more
09:09:51     17    specifically than that, like, you know, the month
09:09:53     18    and day.
09:09:54     19        Q.  But you know it was 2010 for some certain
09:09:56     20    reason?
09:09:57     21        A.  Yes.  Yes.
09:09:57     22        Q.  How is it that you know it was 2010?
09:09:59     23        A.  Because that was when Jason Wolff contacted
09:10:01     24    me about their patent.
09:10:04     25        Q.  And Jason Wolff is counsel for Adobe in
```

```
                    1                      ERIC BINA
09:10:07    2     this case?
09:10:07    3            A.   Yes.   Uh-huh.
09:10:08    4            Q.   Is Jason Wolff also representing you
09:10:10    5     today?
09:10:11    6            A.   Yes.
09:10:12    7            Q.   Are you also represented by counsel for
09:10:15    8     Amazon, eBay, and Yahoo today?
09:10:18    9            A.   Yes.
09:10:18   10            Q.   Are there any other Defendants whose
09:10:21   11     attorneys also represent you?
09:10:22   12            A.   No.
09:10:23   13            Q.   Are you aware that Jason Wolff also
09:10:29   14     represents Go Daddy in this case?
09:10:31   15            A.   I am.
09:10:32   16            Q.   So Go Daddy, Adobe, Amazon, eBay, and Yahoo
09:10:38   17     are all Defendants whose attorneys also represent
09:10:41   18     you; is that right?
09:10:42   19            A.   I don't know the legal details of how that
09:10:44   20     works.   I know that these two attorneys represent
09:10:46   21     me, and if that means that all those companies
09:10:49   22     represent me, then yes, that is the case.
09:10:52   23            Q.   Okay.   Well, Jennifer Doan and Jason Wolff
09:10:56   24     both represent you; is that right?
09:10:58   25            A.   Correct.
```

```
                    1                    ERIC BINA
09:38:03   2    aware of Eolas?
09:38:08   3        A.  To the best of my knowledge, it was when I
09:38:09   4    read their patent.
09:38:11   5        Q.  And this is sometime the 2000 time frame;
09:38:15   6    is that right?
09:38:16   7            MS. DOAN:  Objection, form.
09:38:19   8    BY THE WITNESS:
09:38:19   9        A.  My earlier guess was that the first time I
09:38:21  10    would have read their patent was in earlier 2000,
09:38:24  11    correct.
09:38:25  12        Q.  Let's go back to some of your work starting
09:38:27  13    with Mosaic.  Now, you are one of the developers of
09:38:32  14    the Mosaic Web browser; is that right?
09:38:34  15        A.  That's correct.
09:38:36  16        Q.  And did you develop Mosaic when you were a
09:38:38  17    student at the University of Illinois?
09:38:40  18        A.  No.
09:38:41  19        Q.  What position did you have when you
09:38:43  20    developed Mosaic?
09:38:47  21        A.  My official title.  I don't recall my
09:38:56  22    official title.  I might have been research
09:39:00  23    engineer, but I don't recall.
09:39:02  24        Q.  What is Mosaic if you had to describe it?
09:39:07  25        A.  It was a Web browser.
```

```
                        1              ERIC BINA
09:46:27                2         Q.  And I know it's a while back, but was this
09:46:30                3   something that maybe you could pin to something else
09:46:32                4   that happened?
09:46:36                5         A.  Certainly, if we had documents, because I
09:46:38                6   left NCSA to join a startup company which was
09:46:41                7   Netscape.  So if we have, you know, the date of when
09:46:45                8   Netscape was started, it was right around that date
09:46:47                9   that I left NCSA.
09:46:49               10         Q.  Okay.
09:46:59               11         MR. BUDWIN:  According to Wikipedia, it was
09:47:00               12   founded in 1994.  Does that sound right?
09:47:03               13         MR. WOLFF:  Netscape or Mosaic?
09:47:03               14         MR. BUDWIN:  Netscape.
09:47:03               15         THE WITNESS:  It could be correct.  I'm leery
09:47:07               16   of Wikipedia information since they have misleading
09:47:10               17   information about me, at least they used to.  So I'd
09:47:13               18   prefer if anyone still had any of the press
09:47:19               19   announcements that Netscape sent out or like
09:47:21               20   articles from newspapers that reported on a new
09:47:24               21   company, that sort of stuff.  But if we don't have
09:47:27               22   those, I'm willing to grant 1994 sounds like a
09:47:31               23   reasonable year.
09:47:35               24   BY MR. RAPPAPORT:
09:47:35               25         Q.  Why did you leave NCSA to go to Netscape?
```

```
                    1                    ERIC BINA
09:47:43            2         A.  Joining a startup company is like the dream
09:47:46            3    for software developers.
09:47:48            4         Q.  And when you were at Netscape, did you
09:47:50            5    continue to develop a browser?
09:47:53            6         A.  Yes.  We developed a new Web browser
09:47:54            7    there.
09:47:55            8         Q.  And was that -- what was the name of that
09:47:58            9    browser?
09:47:59           10         A.  It eventually became the Netscape
09:48:01           11    Navigator.
09:48:03           12         Q.  And before that what was it called?
09:48:05           13         A.  The very first name, Mosaic Communicator, I
09:48:13           14    think.
09:48:13           15         Q.  Why was it that you wanted to continue to
09:48:15           16    develop browsers once you left NCSA?
09:48:18           17         A.  I wanted to be part of a startup, and Jim
09:48:22           18    Clark wanted to do a startup company to develop Web
09:48:25           19    browsers.
09:48:25           20         Q.  Were you one of the co-founders of
09:48:29           21    Netscape?
09:48:29           22         A.  Yes.
09:48:30           23         Q.  Who else was a co-founder with you?
09:48:32           24         A.  I don't know if I have the full list.  Many
09:48:36           25    of the people I mentioned already, Mark Andreessen,
```

|          |    |                                                      |
|----------|----|------------------------------------------------------|
|          | 1  | ERIC BINA                                            |
| 13:47:27 | 2  | different functionality than was in that version    |
| 13:47:29 | 3  | that I saw before we started developing the Web     |
| 13:47:32 | 4  | browser.                                             |
| 13:47:32 | 5  | Q.  That early Viola version that you first         |
| 13:47:34 | 6  | saw --                                               |
| 13:47:35 | 7  | A.  Correct.                                         |
| 13:47:35 | 8  | Q.  -- didn't have in-line images?                  |
| 13:47:36 | 9  | A.  Correct.                                         |
| 13:47:53 | 10 | Q.  Do you remember that when you were being       |
| 13:47:55 | 11 | questioned by Ms. Doan there were some questions    |
| 13:47:58 | 12 | about whether it would have been obvious to         |
| 13:47:59 | 13 | implement some of Eolas's invention in light of     |
| 13:48:03 | 14 | things that you had heard?                           |
| 13:48:04 | 15 | A.  Yes.                                             |
| 13:48:06 | 16 | Q.  Even though you say that it would have been    |
| 13:48:09 | 17 | obvious to do some of these things to practice      |
| 13:48:11 | 18 | Eolas's invention, you're not aware of any public   |
| 13:48:14 | 19 | version of Web browsers that could implement Eolas's |
| 13:48:18 | 20 | invention prior to the end of 1994, are you?        |
| 13:48:21 | 21 | MS. DOAN:  Objection, form.                         |
| 13:48:23 | 22 | BY THE WITNESS:                                      |
| 13:48:23 | 23 | A.  I am not.                                        |
| 13:48:39 | 24 | Q.  Is it true that you later saw browsers         |
| 13:48:40 | 25 | after that time implement Eolas's invention?        |

```
                1                    ERIC BINA
14:28:23        2    browsers I didn't know about.  So sitting here
14:28:26        3    today, I do not know -- I'm going to go back to the
14:28:36        4    "with certainty" thing -- with certainty that any
14:28:39        5    browser implemented the Eolas invention before 1994.
14:28:43        6    You seem to be taking the inverse of that in a
14:28:49        7    binary true set, which I'm not certain that's
14:28:51        8    helpful, in wanting me to state that's true, and I
14:28:54        9    don't think I can because you want me to be stating
14:28:59       10    that I know that none did, and I can't know a
14:29:02       11    negative like that.
14:29:04       12         Q.  Okay.  So let me flip it.  Can you tell me
14:29:06       13    today sitting here about any browser that was
14:29:09       14    publicly available before the end of 1994 that
14:29:12       15    implemented Eolas's invention?
14:29:14       16         MR. DUSTON:  Objection, form.
14:29:16       17    BY THE WITNESS:
14:29:16       18         A.  I can't tell you about any browser that I
14:29:18       19    know of that before 1994 I know implemented Eolas's
14:29:22       20    invention.
14:29:24       21         Q.  Now, you also mentioned the demo of Mosaic
14:29:26       22    to Ms. Doan again.
14:29:31       23         A.  Oh, yes, the video demo.  Yes.
14:29:33       24         Q.  Do you have any documents regarding this?
14:29:36       25         A.  No.
```