# EXHIBIT C

ERIC BINA

ERRATA SHEET

CASE NAME: EOLAS TECHNOLOGIES v. ADOBE SYSTEMS

CASE NUMBER: 6:09-CV-446

WITNESS: ERIC BINA

PAGE LINE

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 9 | 22 | John to Jon | Typographical Error |
| 39 | 2 | Mark to Marc | Typographical Error |
| 41 | 7 | Mark to Marc | Typographical Error |
| 41 | 12 | Mark to Marc | Typographical Error |
| 41 | 13 | Mark to Marc | Typographical Error |
| 41 | 14 | Mark to Marc | Typographical Error |
| 41 | 15 | Mark to Marc | Typographical Error |
| 45 | 25 | Mark to Marc | Typographical Error |
| 50 | 24 | Brendon Ike to Brendan Eich | Typographical Error |
| 51 | 19 | Mark to Marc | Typographical Error |
| 55 | 9 | Eolas to Viola | Typographical Error |
| 56 | 21 | Mark to Marc | Typographical Error |
| 57 | 8 | Mark to Marc | Typographical Error |
| 57 | 11 | Mark to Marc | Typographical Error |
| 57 | 23 | Mark to Marc | Typographical Error |
| 58 | 13 | Mark to Marc | Typographical Error |
| 68 | 23 | 'this' to 'in in' | Typographical Error |
| 75 | 3 | 'cursory – grab' to 'recursive grep' | Typographical Error |
| 79 | 17 | Mark to Marc | Typographical Error |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 86 | 10 | CHANGE: WCCC to W3C | REASON: Typographical Error |
| 86 | 12 | CHANGE: WCCC to W3C | REASON: Typographical Error |
| 86 | 15 | CHANGE: WCCC to W3C | REASON: Typographical Error |
| 102 | 12 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 102 | 13 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 103 | 2 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 116 | 2 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 119 | 15 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 119 | 16 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 120 | 20 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 125 | 3 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 129 | 2 | CHANGE: Brendon Ike to Brendan Eich | REASON: Typographical Error |
| 129 | 8 | CHANGE: Brendon to Brendan | REASON: Typographical Error |
| 147 | 8 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 147 | 11 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 147 | 23 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 147 | 23 | CHANGE: 'He asked' to "He's not asking a question in this one." | REASON: Typographical Error |
| 148 | 8 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 149 | 11 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 159 | 18 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 161 | 10 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 162 | 6 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 162 | 14 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 176 | 24 | CHANGE: concealed to sealed | REASON: Typographical Error |

| Page | Line | Change | Reason |
|---|---|---|---|
| 182 | 19 | CHANGE: "Viola's" to "Eolas" | REASON: Typographical Error |
| 185 | 6 | CHANGE: 'Did' to 'I did' | REASON: Typographical Error |
| 185 | 9 | CHANGE: Mark to Marc | REASON: Typographical Error |
| 192 | 16 | CHANGE: Eolas to Viola | REASON: Typographical Error |

Signed: _[signature]_   Date: 9/1/2011

REPORTER: Tina M. Alfaro