# EXHIBIT D

ERIC BINA

SUPPLEMENTAL ERRATA SHEET

CASE NAME: EOLAS TECHNOLOGIES v. ADOBE SYSTEMS

CASE NUMBER: 6:09-CV-446

WITNESS: ERIC BINA

PAGE LINE

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 112 | 13 | After "remember." add "Now I remember it was in-line." | Correction |
| 112 | 21 | Add "at that time" after "that." | Correction |
| 156 | 23 | Add "except for Viola" after "not." | Correction |
| 157 | 20 | Add "except for Viola" after "plug-ins." | Correction |
| 158 | 10 | Add "except for Viola" after "browser." | Correction |
| 159 | 4 | Add "except for Viola" after "any." | Correction |
| 159 | 13 | After "Yes" add "except for Viola" | Correction |
| 167 | 6 | Add "except for Viola" after "not." | Correction |
| 189 | 20 | Add "except for Viola" after "invention." | Correction |
| 192 | 21 | Add "until I look at Viola" after "product." | Correction |

Signed: _[signature]_  Date: 1/26/2012

Reporter: Tina M. Alfaro