# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated § | |
| and The Regents of the University of § | |
| California § | |
| § | |
| Plaintiffs, § | Civil Action No. 6:09-CV-00446-LED |
| § | |
| vs. § | |
| § | |
| Adobe Systems Inc., Amazon.com, Inc., § | JURY TRIAL |
| Apple Inc., CDW Corp., Citigroup Inc., § | |
| The Go Daddy Group, Inc., Google Inc., § | |
| J.C. Penney Company, Inc., Staples, Inc., § | |
| Yahoo! Inc., and YouTube, LLC § | |
| § | |
| Defendants. § | |

## ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO STRIKE THE SUPPLEMENTAL ERRATA SHEET OF ERIC BINA

The Court having considered Plaintiffs' Emergency Motion to Strike the Supplemental Errata Sheet of Eric Bina, and finding good cause supporting it, finds the Motion should be GRANTED.

So ORDERED and SIGNED THIS _____ day of February, 2012.