**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ADOBE SYSTEMS, INC., AMAZON.COM INC., CDW CORPORATION, CITIGROUP INC., THE GO DADDY GROUP, INC., GOOGLE INC., J.C. PENNEY CORPORATION, INC., STAPLES, INC., YAHOO! INC., AND YOUTUBE, LLC.,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § |

CASE NO. 6:09-CV-446

**ORDER**

Before the Court is Plaintiffs' Emergency Motion to Strike the Supplemental Errata Sheet of Eric Bina (Docket No. 1313). The Court **ORDERS** that Defendants respond no later than noon on Friday February 3, 2012.

**So ORDERED and SIGNED this 2nd day of February, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**