**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ADOBE SYSTEMS, INC., AMAZON.COM INC., CDW CORPORATION, CITIGROUP INC., THE GO DADDY GROUP, INC., GOOGLE INC., J.C. PENNEY CORPORATION, INC., STAPLES, INC., YAHOO! INC., AND YOUTUBE, LLC.,<br><br>    Defendants. | CASE NO. 6:09-CV-446 |

## ORDER *IN LIMINE*

For the invalidity trial commencing on February 6, 2012, the Court **ORDERS** that no party shall state or imply that infringement has been conceded or that infringement is yet to be determined by this or any other jury.

**So ORDERED and SIGNED this 2nd day of February, 2012.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**