# EXHIBIT A

# McKool Smith

Josh Budwin
Direct Dial:  (512) 692-8727
jbudwin@mckoolsmith.com

300 West 6th Street
Suite 1700
Austin, Texas  78701

Telephone: (512) 692-8700
Telecopier: (512) 692-8744

January 23, 2012

**VIA E-MAIL TO ALL COUNSEL OF RECORD:**

RE:    *Eolas Technologies Incorporated v. Adobe Systems, Inc., et. al*;  Civil
Action No. 6:09-CV-00446-LED; United States District Court of Texas;
Eastern District

Counsel:

For any alleged prior art demonstration system(s) (whether by video, live or otherwise), and regardless of whether Defendants contend that such system was previously produced and/or made available for inspection, Plaintiffs request that the Defendants make live version(s) of any such system available in Court during the examination of any witness Defendants intend to offer to testify in support of any such demonstration system.  Plaintiffs make this request in order to facilitate the cross-examination of any such witness.

Should Defendants fail to comply with this request, Plaintiffs intend to ask the Court to exclude any demonstration of any alleged prior art demonstration system(s) (whether by video, live or otherwise).

Sincerely,

Josh Budwin

JWB:dmr

**McKool Smith**
**A Professional Corporation • Attorneys**

**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Washington, DC**

McKool 407736v1

January 23, 2012
Page 2

| Defendant | Counsel | E-mail |
|---|---|---|
| **Adobe Systems Incorporated** | David J. Healey<br>Jason W. Wolff<br>Michael E. Florey | Adobe-Eolas@fr.com<br>healey@fr.com;<br>wolff@fr.com<br>florey@fr.com |
| **Amazon.com Inc.** | Joshua R.Thane<br>Shawn A. Latchford<br>Stephen Wheeler Creekmore, IV | jthane@haltomdoan.com<br>slatchford@haltomdoan.com<br>screekmore@haltomdoan.com |
| | Andrew Perito<br>Aaron Y. Huang<br>Sonal N. Mehta | Amazon-Eolas@weil.com |
| | Edward R. Reines | Edward.reines@weil.com |
| **CDW LLC** | Juliane Hartzell<br>Scott A. Sanderson<br>Anthony S. Gabrielson<br>John R. Labbe | eolas@marshallip.com |
| | Eric Hugh Findlay<br>Brian Craft | efindlay@findlaycraft.com<br>bcraft@findlaycraft.com |
| **Citigroup Inc.** | Roger Brian Cowie<br>Galyn Dwight Gafford<br>M. Scott Fuller<br>Roy William Hardin<br>Jason E. Mueller | Citibank.Eolas@lockelord.com |
| | Eric L. Sophir | eric.sophir@snrdenton.com |
| **The Go Daddy Group, Inc.** | Neil J. McNabnay<br>Proshanto Mukherji<br>Carl Bruce<br>John R. Lane | mcnabnay@fr.com<br>mukherji@fr.com<br>bruce@fr.com<br>jlane@fr.com<br>GoDaddy_EolasInternal@fr.com |
| **Google Inc. and YouTube** | James R. Batchelder<br>Sasha Rao<br>Mark D. Rowland<br>Brandon Story<br>Han Xu<br>Rebecca R. Hermes<br>Lauren N. Robinson | ropesgooglegroup@ropesgray.com |
| | Michael E. Jones<br>Allen F. Gardner | mikejones@potterminton.com<br>allengardner@potterminton.com |
| | Daryl Joseffer<br>Adam M. Conrad | djoseffer@kslaw.com<br>aconrad@kslaw.com |
| | Joseph H. Lee<br>Jeffrey G. Homrig<br>Parker C. Ankrum<br>Jonathan K. Waldrop | jlee@kasowitz.com<br>jhomrig@kasowitz.com<br>pankrum@kasowitz.com<br>jwaldrop@kasowitz.com<br>Google-EolasService@kasowitz.com |

January 23, 2012
Page 3

| Defendant | Counsel | E-mail |
|---|---|---|
| | | |
| **J.C. Penney Corporation, Inc.** | Brian Carpenter<br>Eric W. Buether<br>Mark Davin Perantie<br>Niknaz Forughi Bukovcan | Brian.Carpenter@BJCIPLaw.com<br>Eric.Buether@BJCIPLaw.com<br>mark.perantie@bjciplaw.com<br>niky.bukovcan@bjciplaw.com |
| **Staples, Inc.** | Donald R. Steinberg<br>Mark Matuschak<br>Daniel V. Williams<br>Kate Hutchins<br>Jonathan Hardt<br>Richard Ewenstein<br>Alexandra Boudreau<br>Silena Paik | don.steinberg@wilmerhale.com<br>mark.matuschak@wilmerhale.com<br>daniel.williams@wilmerhale.com<br>kate.hutchins@wilmerhale.com<br>jonathan.hardt@wilmerhale.com<br>Richard.ewenstein@wilmerhale.com<br>Alexandra.boudreau@wilmerhale.com<br>Silena.paik@wilmerhale.com |
| | Joe W. Redden | jredden@brsfirm.com |
| **Yahoo! Inc.** | Joshua R. Thane<br>Shawn A. Latchford<br>Stephen Wheeler Creekmore, IV | jthane@haltomdoan.com<br>slatchford@haltomdoan.com<br>screekmore@haltomdoan.com |
| | Andrew Perito<br>Aaron Y. Huang<br>Sonal N. Mehta<br>Edward R. Reines | Yahoo-Eolas@weil.com<br><br><br>Edward.reines@weil.com |
| | Deborah J. Race<br>Otis W. Carroll, Jr. | drace@icklaw.com<br>fedserv@icklaw.com |