# EXHIBIT C

| | |
|---|---|
| **From:** | Perito, Andrew |
| **Sent:** | Friday, February 03, 2012 4:10 PM |
| **To:** | Josh Budwin; jdoan@haltomdoan.com |
| **Cc:** | Kevin Burgess; Mehta, Sonal; Defendants-Eolas; Eolas |
| **Subject:** | RE: Eolas: Defendants' demonstratives |

Josh, we have code and machines available for inspection and can walk your technical team through the steps to configure them in the same manner as for Videos 0012-18, 22, 26-27 and 29.

Best,
Andrew

-----Original Message-----
From: Josh Budwin [mailto:jbudwin@McKoolSmith.com]
Sent: Friday, February 03, 2012 1:27 PM
To: Perito, Andrew; jdoan@haltomdoan.com
Cc: Kevin Burgess; Mehta, Sonal; Defendants-Eolas; Eolas
Subject: RE: Eolas: Defendants' demonstratives

Andrew -

Please confirm that all of the machines will be configured in the same manner as VID 0001-0029.

Thank you.

-----Original Message-----
From: Perito, Andrew [mailto:andrew.perito@weil.com]
Sent: Friday, February 03, 2012 3:05 PM
To: jdoan@haltomdoan.com; Josh Budwin
Cc: Kevin Burgess; Mehta, Sonal; Defendants-Eolas
Subject: RE: Eolas: Defendants' demonstratives

Josh, we were able to work around the hardware problems we encountered last night during the inspection and have the machines and code available for inspection now.  Please let us know when your team would like to come by to inspect.  We can run the "ls -laRF /" command your technical staff requested as our technical staff walk them through the steps used to run the demonstrations.

Best,
Andrew

Andrew Perito

Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1134
andrew.perito@weil.com
+1 650 802 3993 Direct
+1 650 802 3100 Fax

-----Original Message-----

1

From: Jennifer Doan [mailto:jdoan@haltomdoan.com]
Sent: Friday, February 03, 2012 12:33 AM
To: 'Josh Budwin'
Cc: Kevin Burgess; Mehta, Sonal; Defendants-Eolas
Subject: RE: Eolas: Defendants' demonstratives

Thanks Josh -- Yes, as you know, apparently one of the computers failed while you were there.  These are very delicate, old machines.  We are endeavoring to meet your requests and will advise in the morning.  JD

-----Original Message-----
From: Josh Budwin [mailto:jbudwin@McKoolSmith.com]
Sent: Thursday, February 02, 2012 9:31 PM
To: Jennifer Doan
Cc: Kevin Burgess; Sonal Mehta; Defendants-Eolas
Subject: RE: Eolas: Defendants' demonstratives

Jennifer -

At your invitation, we stopped by your office for an inspection tonight.  And, contrary to your express representations, not all of the code and machines shown in the videos were present.  Our technical team also noted other serious deficiencies which were explained to Sonal.

Please let us know immediately once the noted deficiencies are corrected and all of the machines and code are available for inspection.

Thank you.

-----Original Message-----
From: Jennifer Doan [mailto:jdoan@haltomdoan.com]
Sent: Thursday, February 02, 2012 6:33 PM
To: Josh Budwin
Cc: Kevin Burgess; Sonal Mehta; Defendants-Eolas
Subject: Re: Eolas: Defendants' demonstratives

Josh:

You should be able to access all of the code.  Call me with any questions

Jennifer

Sent from my iPhone

On Feb 2, 2012, at 6:02 PM, "Josh Budwin" <jbudwin@McKoolSmith.com> wrote:

> Jennifer-
>
> Is this running instances of ALL or just SOME of the newly produced material?  As you're aware, the newly produced material includes much more than just "the Viola code bases."
>
> Please provide a specific and detailed list of what is available for inspection and how this corresponds to each of the recent productions.
>

\> Thanks.
\>
\> -----Original Message-----
\> From: Jennifer Doan [mailto:jdoan@haltomdoan.com]
\> Sent: Thursday, February 02, 2012 5:17 PM
\> To: Josh Budwin; Kevin Burgess
\> Cc: Sonal Mehta; Defendants-Eolas
\> Subject: Eolas: Defendants' demonstratives
\>
\>
\> Josh and Kevin:
\>
\> As I mentioned in our meet and confer this afternoon, we have set up 1992 Sun Sparc Stations in Tyler with the Viola code bases, including the vplot code at issue in this case.   I've confirmed those machines have been unpacked and are up and running.

\>
\> You are welcome to inspect them to confirm the video demonstratives that we intend to introduce in this case.   If you wish to do so,  please contact Sonal Mehta at 650.248.7319 and she will make arrange for you go get in the building etc.
\>
\> I'll be in Tyler tomorrow, if you wish to inspect them tomorrow,
\> please just let me know.  My cell is 903.278.7485
\>
\> Thanks much--
\>
\> Jennifer
\>


_____

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, [postmaster@weil.com](postmaster@weil.com), and destroy the original message. Thank you.