IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES, INC., AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA <br><br> Plaintiffs, <br><br> v. <br><br> ADOBE SYSTEMS, INC., *et al.*, <br><br> Defendants. | § § § § § § § § § § § § | No. 6:09-cv-00446-LED |

## ORDER

IT IS SO ORDERED that the Joint Motion to Dismiss between Defendant Citigroup Inc. and Plaintiffs Eolas Technologies, Inc. and The Regents of the University of California IS HEREBY GRANTED and all claims by Eolas and the Regents against Citigroup, and all claims by Citigroup against Eolas and the Regents in this action are hereby dismissed with prejudice pursuant to and in accordance with the settlement agreements effective as of February 6, 2012. Each of the foregoing parties shall bear its own costs and attorneys' fees with respect to these claims.

**So ORDERED and SIGNED this 7th day of February, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**