UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated and The Regents of the University of California, | ) ) ) ) |
| *Plaintiffs,* | ) ) |
| vs. | ) Civil Action No. 6:09-CV-446-LED ) ) |
| Adobe Systems Inc., Amazon.com, Inc., CDW Corp., Citigroup Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Corporation, Inc., Staples, Inc., Yahoo! Inc., and YouTube, LLC, | ) JURY TRIAL DEMANDED ) ) ) ) |
| *Defendants.* | ) |

### DEFENDANTS' NOTICE OF LODGING RE: DEFENDANTS' OFFER OF PROOF #5 REGARDING PRIOR ART CODE AND DEMONSTRATIVE EXHIBITS (D.I. 1340)

Pursuant to permission granted by the Court on February 9, 2012, Defendants hereby lodge with the Court the following:

1. DI-1340-2 – DVD containing Viola demonstrative videos VID00000012-17, 22, 26-27, and 29;

2. DI-1340-3 – 3 CDs containing JDX-273, JDX-275, and JDX-279;

3. DI-1430-6 – DVD containing Defendants' proposed video designations of the October 10, 2001 videotaped deposition of Karl Jacob.

The listed items are exhibits subject to Defendants' Offer of Proof #5 Regarding Prior Art Code and Demonstrative Exhibits [Dkt. No. 1340], which was e-filed on February 8, 2012. These exhibits are being lodged instead of e-filed given the format, size, and number of the electronic files that e-filing would require.

Accordingly, pursuant to the Court's permission, the Defendants hereby lodge the attached exhibits to Dkt. No. 1430.

Respectfully submitted,

Dated: February 9, 2012

By: /s/ *Andrew L. Perito*
Jennifer H. Doan (TX Bar No. 08809050)
Joshua R. Thane (TX Bar No. 24060713)
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Edward R. Reines
Jared B. Bobrow
Sonal N. Mehta
Aaron Y. Huang
Andrew L. Perito
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: edward.reines@weil.com
Email: jared.bobrow@weil.com
Email: sonal.mehta@weil.com
Email: aaron.huang@weil.com
Email: andrew.perito@weil.com

Doug W. McClellan
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: doug.mcclellan@weil.com

Otis Carroll (TX Bar No. 3895700)
Deborah Race (TX Bar No. 11648700)
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: fedserv@icklaw.com

**ATTORNEYS FOR DEFENDANT AMAZON.COM INC. AND YAHOO! INC.**


By: /s/ Douglas E. Lumish (with permission)
Douglas E. Lumish
 dlumish@kasowitz.com
Jeffrey G. Homrig
 jhomrig@kasowitz.com
Jonathan K. Waldrop (pro hac vice)
 jwaldrop@kasowitz.com
Joseph H. Lee (pro hac vice)
 jlee@kasowitz.com
Parker C. Ankrum (pro hac vice)
 pankrum@kasowitz.com
KASOWITZ BENSON TORRES & FRIEDMAN LLP
333 Twin Dophin Dr., Suite 200
Redwood Shores, CA 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

James R. Batchelder (pro hac vice)
 james.batchelder@ropesgray.com
Sasha G. Rao (pro hac vice)
 sasha.rao@ropesgray.com
Mark D. Rowland
 mark.rowland@ropesgray.com
Brandon Stroy (pro hac vice)
 brandon.stroy@ropesgray.com
Lauren Robinson (pro hac vice)
 lauren.robinson@ropesgray.com
Rebecca R. Hermes (pro hac vice)
 rebecca.wight@ropesgray.com
Han Xu (pro hac vice)
 han.xu@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Telephone:  (650) 617-4000
Facsimile:   (650) 617-4090

Michael E. Jones (Bar No. 10929400)
 mikejones@potterminton.com
Allen F. Gardner (Bar No. 24043679)
 allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX  75702
Telephone:  (903) 597-8311
Facsimile:    (903) 593-0846

**ATTORNEYS FOR DEFENDANTS
GOOGLE, INC. AND YOUTUBE, LLC**

By: */s/ Proshanto Mukherji (with permission)*
Thomas M. Melsheimer (txm@fr.com)
Texas Bar No. 13922550
Neil J. McNabnay (njm@fr.com)
Texas Bar No. 24002583
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

Proshanto Mukherji
E-mail: pvm@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110-1878
617-542-5070 (Telephone)
617-542-8906 (Facsimile)

**ATTORNEYS FOR DEFENDANT
THE GO DADDY GROUP, INC.**

By: /s/ Mark G. Matuschak (with permission)
Joe W. Redden, Jr.
Michael Ernest Richardson
BECK REDDEN & SECREST
1221 McKinney
Suite 4500
Houston, TX 77010
713.951.6284
jredden@brsfirm.com
mrichardson@brsfirm.com

Mark G. Matuschak
Donald R. Steinberg
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA 02109
617.526.5000
mark.matuschak@wilmerhale.com
don.steinberg@wilmerhale.com

Kate Hutchins
WILMER CUTLER PICKERING HALE
   AND DORR LLP
399 Park Avenue
New York, NY 10022
212.230.8800
kate.hutchins@wilmerhale.com

Daniel V. Williams
WILMER CUTLER PICKERING HALE
   AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202.663.6012
daniel.williams@wilmerhale.com

**ATTORNEYS FOR DEFENDANT STAPLES, INC.**

By: /s/ Christopher M. Joe (with permission)
Christopher M. Joe
chris.joe@bjciplaw.com
Eric W. Buether
eric.buether@bjciplaw.com
Niky Bukovcan
niky.bukovcan@bjciplaw.com
1700 Pacific, Suite 2390
Dallas, Texas 75201
Telephone: (214) 466-1272
Facsimile: (214) 635-1828

**ATTORNEYS FOR DEFENDANT
J.C. PENNEY CORPORATION, INC.**

By: /s/ *David J. Healey (with permission)*
David J. Healey
E-mail: Healey@fr.com
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street, Suite 2800
Houston, TX 77010
713-654-5300 (Telephone)
713-652-0109 (Facsimile)

OF COUNSEL:
Frank E. Scherkenbach
E-mail: Scherkenbach@fr.com
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
617-542-5070 (Telephone)
617-542-8906 (Facsimile)

**ATTORNEYS FOR DEFENDANT
ADOBE SYSTEMS INCORPORATED**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on this the 9th day of February 2012. Local Rule CV-5(a)(3)(A).

/s/ *Andrew L. Perito*
Andrew L. Perito