UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated and The Regents of the University of California, | ) ) ) |
| *Plaintiff and Counterdefendant*, | ) ) ) |
| vs. | ) Civil Action No. 6:09-CV-446-LED ) ) |
| Adobe Systems Inc.; Amazon.com, Inc.; CDW Corp.; Citigroup Inc.; The Go Daddy Group, Inc.; Google Inc.; J.C. Penney Corporation, Inc.; Staples, Inc.; Yahoo! Inc.; and YouTube, LLC, | ) JURY TRIAL DEMANDED ) ) ) ) |
| *Defendants and Counterclaimants*. | ) ) |

**DEFENDANTS' NOTICE OF LODGING
RE: DEFENDANTS' OFFER OF PROOF REGARDING
TIME LIMITATION FOR INVALIDITY TRIAL (DI-1342)**

Pursuant to permission granted by the Court on February 9, 2012, Defendants hereby lodge with the Court the following:

1. DI-1342-5 – Binder copy of the Supplemental Expert Report on Invalidity, by Richard L. Phillips, dated October 27, 2011; and

2. DI-1342-6 – DVD containing the Video Demonstrations submitted with Appendix C to the Expert Report of Invalidity by Richard L. Phillips, dated July 20, 2011.

The listed items are exhibits subject to Defendants' Offer of Proof Regarding Time Limitation For Invalidity Trial [Dkt. No. 1342], which was e-filed on February 8, 2012. These exhibits are being lodged instead of e-filed given the format, size, and number of the electronic files that e-filing would require.

Accordingly, pursuant to the Court's permission, the Defendants hereby lodge the attached exhibits to Dkt. No. 1342.

Dated: February 9, 2012

Respectfully submitted,

By: /s/ Andrew L. Perito
Jennifer H. Doan (TX Bar No. 08809050)
Joshua R. Thane (TX Bar No. 24060713)
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Edward R. Reines
Jared B. Bobrow
Sonal N. Mehta
Aaron Y. Huang
Andrew L. Perito
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: edward.reines@weil.com

Email: jared.bobrow@weil.com
Email: sonal.mehta@weil.com
Email: aaron.huang@weil.com
Email: andrew.perito@weil.com

Doug W. McClellan
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Email: doug.mcclellan@weil.com

Otis Carroll (TX Bar No. 3895700)
Deborah Race (TX Bar No. 11648700)
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email: fedserv@icklaw.com

**ATTORNEYS FOR DEFENDANT
AMAZON.COM INC. AND
YAHOO! INC.**


By: /s/ *Douglas E. Lumish (with permission)*
Douglas E. Lumish
  dlumish@kasowitz.com
Jeffrey G. Homrig
  jhomrig@kasowitz.com
Jonathan K. Waldrop (pro hac vice)
  jwaldrop@kasowitz.com
Joseph H. Lee (pro hac vice)
  jlee@kasowitz.com
Parker C. Ankrum (pro hac vice)
  pankrum@kasowitz.com
KASOWITZ BENSON TORRES &
FRIEDMAN LLP
333 Twin Dophin Dr., Suite 200
Redwood Shores, CA 94065
Telephone:   (650) 453-5170
Facsimile:    (650) 453-5171

James R. Batchelder (pro hac vice)
  james.batchelder@ropesgray.com
Sasha G. Rao (pro hac vice)
  sasha.rao@ropesgray.com
Mark D. Rowland
  mark.rowland@ropesgray.com
Brandon Stroy (pro hac vice)
  brandon.stroy@ropesgray.com
Lauren Robinson (pro hac vice)
  lauren.robinson@ropesgray.com
Rebecca R. Hermes (pro hac vice)
  rebecca.wight@ropesgray.com
Han Xu (pro hac vice)
  han.xu@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Telephone:   (650) 617-4000
Facsimile:   (650) 617-4090

Michael E. Jones (Bar No. 10929400)
  mikejones@potterminton.com
Allen F. Gardner (Bar No. 24043679)
  allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500
Tyler, TX  75702
Telephone:   (903) 597-8311
Facsimile:    (903) 593-0846

**ATTORNEYS FOR DEFENDANTS
GOOGLE, INC. AND YOUTUBE, LLC**

By: */s/ Proshanto Mukherji (with permission)*
Thomas M. Melsheimer (txm@fr.com)
Texas Bar No. 13922550
Neil J. McNabnay (njm@fr.com)
Texas Bar No. 24002583
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

Proshanto Mukherji
E-mail: pvm@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110-1878
617-542-5070 (Telephone)
617-542-8906 (Facsimile)

**ATTORNEYS FOR DEFENDANT THE GO DADDY GROUP, INC.**

4

By: /s/ Mark G. Matuschak (with permission)
Joe W. Redden, Jr.
Michael Ernest Richardson
BECK REDDEN & SECREST
1221 McKinney
Suite 4500
Houston, TX 77010
713.951.6284
jredden@brsfirm.com
mrichardson@brsfirm.com

Mark G. Matuschak
Donald R. Steinberg
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA 02109
617.526.5000
mark.matuschak@wilmerhale.com
don.steinberg@wilmerhale.com

Kate Hutchins
WILMER CUTLER PICKERING HALE
    AND DORR LLP
399 Park Avenue
New York, NY 10022
212.230.8800
kate.hutchins@wilmerhale.com

Daniel V. Williams
WILMER CUTLER PICKERING HALE
    AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202.663.6012
daniel.williams@wilmerhale.com

**ATTORNEYS FOR DEFENDANT STAPLES, INC.**

By: /s/ Christopher M. Joe (with permission)
Christopher M. Joe
chris.joe@bjciplaw.com
Eric W. Buether
eric.buether@bjciplaw.com
Niky Bukovcan
niky.bukovcan@bjciplaw.com
1700 Pacific, Suite 2390
Dallas, Texas 75201
Telephone: (214) 466-1272
Facsimile: (214) 635-1828

**ATTORNEYS FOR DEFENDANT
J.C. PENNEY CORPORATION, INC.**

By: /s/ *David J. Healey (with permission)*
David J. Healey
E-mail: Healey@fr.com
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street, Suite 2800
Houston, TX 77010
713-654-5300 (Telephone)
713-652-0109 (Facsimile)

OF COUNSEL:
Frank E. Scherkenbach
E-mail: Scherkenbach@fr.com
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
617-542-5070 (Telephone)
617-542-8906 (Facsimile)

**ATTORNEYS FOR DEFENDANT
ADOBE SYSTEMS INCORPORATED**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on this the 9th day of February 2012. Local Rule CV-5(a)(3)(A).

/s/ *Andrew L. Perito*
Andrew L. Perito