UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Adobe Systems Inc. et al., <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) No. 6:09-cv-00446-LED (filed Oct. 6, 2009) |

**JOINT MOTION TO DISMISS**

Plaintiffs Eolas Technologies Incorporated ("Eolas") and The Regents of the University of California ("The Regents") on the one hand, and Defendant, The Go Daddy Group, Inc. ("Go Daddy") on the other hand, each acting through their duly authorized undersigned counsel of record, hereby move that all claims by Eolas and The Regents against Go Daddy, and all claims by Go Daddy against Eolas and The Regents in this action be hereby dismissed with prejudice pursuant to and in accordance with settlement agreements executed on February 8, 2012, and that an order of dismissal to this effect may be entered forthwith. Each of the aforementioned parties shall bear its own costs and attorneys' fees with respect to these claims.

DATED: February 9, 2012

<div style="display: flex;">

<div>

*/s/ Mike McKool, Jr.*
McKOOL SMITH, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201
Telephone:  (214) 978-4000
Email:  mmckool@mckoolsmith.com

*Attorneys for Plaintiffs*

</div>

<div>

Respectfully submitted:
*/s/ Neil J. McNabnay*
Thomas M. Melsheimer (Bar No. 13922550)
    <txm@fr.com>
Neil J. McNabnay (Bar No. 24002583)
    <njm@fr.com>
Carl E. Bruce (Bar No. 24036278)
    <ceb@fr.com>
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone:     (214) 747-5070
Facsimile:       (214) 747-2091

Proshanto Mukherji (*pro hac vice*)
<pvm@fr.com>
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110-1878
Telephone:     (617) 542-5070
Facsimile:       (617) 542-8906

*Attorneys for Defendant and Counterclaimant*
*The Go Daddy Group, Inc.*

</div>

</div>

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 9, 2012.

                                            */s/ Neil J. McNabnay*
                                            Proshanto Mukherji