**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 6:09-CV-446 |
| ADOBE SYSTEMS, INC., AMAZON.COM INC., CDW CORPORATION, CITIGROUP INC., THE GO DADDY GROUP, INC., GOOGLE INC., J.C. PENNEY CORPORATION, INC., STAPLES, INC., YAHOO! INC., AND YOUTUBE, LLC., | § § § § § § § § | |
| Defendants. | § | |

**ORDER**

Yesterday at trial after the jury had been excused for the day, Defendants represented to the Court that they needed permission to file two exhibits via conventional filing rather than electronically as required by Local Rule CV-5(a). Defendants' representation conveyed to the Court that these exhibits *needed* to be filed non-electronically, thus the Court granted permission to file conventionally. Defendants have filed three CDs and two DVDs, *see* Docket No. 1344, and a larger binder and one DVD, *see* Docket No. 1345, with the Clerk's Office. The Clerk's Office has since notified the Court that they informed inquiring counsel that the large binder could be scanned and submitted electronically according to the 10MB submission limit for this District. *See* Local Rule CV-5(a)(4); The United States District Court - Eastern District of Texas, http://www.txed.uscourts.gov/index.shtml (noting the megabyte limit increase for e-filings).

This District requires electronic filing for a reason: it saves scarce time and resources. Non-electronic submissions must be scanned (if possible) by District personnel and stored in a

vault. While it is common for CD and DVD exhibits to be submitted non-electronically, large binders of paper are typically scanned and submitted electronically by the parties. Otherwise, District personnel must then scan and file the non-electronic paper submission. Accordingly, the Court withdraws permission to submit the large binder non-electronically and **ORDERS** that it be submitted electronically within one business day according to the Local Rules.

**So ORDERED and SIGNED this 9th day of February, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**