IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　Plaintiffs,<br><br>vs.<br><br>ADOBE SYSTEMS, INC., AMAZON.COM INC., CDW CORPORATION, CITIGROUP INC., THE GO DADDY GROUP, INC., GOOGLE INC., J.C. PENNEY CORPORATION, INC., STAPLES, INC., YAHOO! INC., AND YOUTUBE, LLC.,<br><br>　　Defendants. | § § § § § § § § § § § § § § § § § § §　　CASE NO. 6:09-CV-446 |

## VERDICT FORM FOR INVALIDITY TRIAL

1. Did Defendants prove by clear and convincing evidence that any of the following asserted claims of the '985 Patent and '906 Patent are invalid?

   Answer "Yes" or "No" for each listed claim.

   **Patent '985**

   Claim 1   Yes
   Claim 3   Yes
   Claim 10  Yes
   Claim 16  Yes
   Claim 18  Yes
   Claim 20  Yes
   Claim 22  Yes

Claim 36   yes

Claim 38   yes

Claim 40   yes

Claim 42   yes

**Patent '906**

Claim 1   yes

Claim 6   yes

Signed this __9th__ day of February 2012

JURY FOREPERSON