**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 6:09-CV-446 |
| ADOBE SYSTEMS, INC., AMAZON.COM INC., CDW CORPORATION, CITIGROUP INC., THE GO DADDY GROUP, INC., GOOGLE INC., J.C. PENNEY CORPORATION, INC., STAPLES, INC., YAHOO! INC., AND YOUTUBE, LLC., | § § § § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

This action was tried by a jury with the undersigned presiding, and the jury has reached a verdict.

It is **ORDERED** that:

- Claims 1 and 6 of U.S. Patent No. 5,838,906 are found to be invalid.

- Claims 1, 3, 10, 16, 18, 20, 22, 36, 38, 40, and 42 of U.S. Patent No. 7,599,985 are found to be invalid.

Accordingly, it is **ORDERED, ADJUDGED, AND DECREED** that Plaintiffs take nothing from Adobe Systems, Inc.; Amazon.com Inc.; CDW Corporation; Google Inc.; J.C. Penney Corporation, Inc.; Staples, Inc.; Yahoo! Inc.; and YouTube, LLC ("Defendants") and that all pending motions are **DENIED**.

2

It is further **ORDERED, ADJUDGED, AND DECREED**, that Defendants' costs of court should be taxed against Plaintiffs. The parties are directed to the Standing Order Regarding Bill of Costs on the Court's website.

**So ORDERED and SIGNED this 13th day of February, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**