UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Eolas Technologies Incorporated et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) No. 6:09-cv-00446-LED (filed Oct. 6, 2009) |
| Adobe Systems Inc. et al., | ) |
| *Defendants*. | ) |

## ORDER AND JUDGMENT OF DISMISSAL

The Joint Motion to Dismiss between Plaintiffs Eolas Technologies Incorporated ("Eolas") and The Regents of the University of California ("The Regents") and Defendant The Go Daddy Group, Inc. ("Go Daddy") IS HEREBY GRANTED. IT IS ORDERED that all claims by Eolas and The Regents against Go Daddy, and all claims by Go Daddy against Eolas and The Regents are hereby dismissed with prejudice pursuant to and in accordance with settlement agreements executed on February 8, 2012. Each of the foregoing parties shall bear its own costs and attorneys' fees with respect to these claims.

**So ORDERED and SIGNED this 13th day of February, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**