PLAINTIFFS' INVALIDITY TRIAL EXHIBIT LIST 1
February 6, 2012

| TRIAL EXHIBITS |
| --- |
| PX 1 |
| PX 2 |
| PX 3 |
| PX 4 |
| PX 5 |
| PX 6 |
| PX 8 |
| PX 9 |
| PX 12 |
| PX 13 |
| PX 19 |
| PX 21 |
| PX 23 |
| PX 54 |
| PX 55 |
| PX 56 |
| PX 58 |
| PX 59 |
| PX 60 |
| PX 407 |
| PX 408 |
| PX 410 |
| PX 411 |
| PX 413 |
| PX 441 |



Plaintiffs' Exhibit List 1

McKool 408884v1