IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated and The Regents of the University of California | § § § § | |
| Plaintiffs, | § | Civil Action No. 6:09-CV-00446-LED |
| vs. | § § § | |
| Adobe Systems Inc., Amazon.com, Inc., Apple Inc., CDW Corp., Citigroup Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., Staples, Inc., Yahoo! Inc., and YouTube, LLC | § § § § § § | JURY TRIAL |
| Defendants. | § | |

**PLAINTIFFS' LIST OF EXHIBITS ADMITTED ON FEBRUARY 6, 2012**

PX0001
PX0002
PX0003
PX0004
PX0005
PX0006
PX0008
PX0009
PX0012
PX0013
PX0019
PX0021
PX0023
PX0054
PX0055
PX0056
PX0057
PX0058
PX0059
PX0060
PX0407
PX0408
PX0410

**PX0411**
**PX0413**
**PX0441**