1

PLAINTIFFS' INVALIDITY TRIAL EXHIBIT LIST 2
February 7, 2012

| TRIAL EXHIBITS |
| --- |
| PX 97 |

McKool 408994v1