IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Eolas Technologies Incorporated and The Regents of the University of California | § § § § | |
| Plaintiffs, | § § | Civil Action No. 6:09-CV-00446-LED |
| vs. | § § § | |
| Adobe Systems Inc., Amazon.com, Inc., Apple Inc., CDW Corp., Citigroup Inc., The Go Daddy Group, Inc., Google Inc., J.C. Penney Company, Inc., Staples, Inc., Yahoo! Inc., and YouTube, LLC | § § § § § § | JURY TRIAL |
| Defendants. | § | |

## PLAINTIFFS' CUMULATIVE LIST OF EXHIBITS ADMITTED AS OF FEBRUARY 8, 2012

PX0001
PX0002
PX0003
PX0004
PX0005
PX0006
PX0008
PX0009
PX0012
PX0013
PX0019
PX0021
PX0023
PX0054
PX0055
PX0056
PX0058
PX0059
PX0060
PX0097
PX0407

PX0408
PX0409
PX0410
PX0411
PX0413
PX0414
PX0427
PX0441
PX0457
PX0470
PX0472
PX0476
JDX 219A
JDX 219B
JDX 219C
JDX 219D
JDX 219E
JDX 219F
JDX 219G
JDX 219H