**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES** | § | |
| **INCORPORATED and THE REGENTS** | § | |
| **OF THE UNIVERSITY OF CALIFORNIA** | § | |
| | § | |
| **Plaintiffs,** | § | **CASE NO. 6:09-CV-00446-LED** |
| | § | |
| **vs.** | § | |
| | § | |
| **ADOBE SYSTEMS INC., AMAZON.COM** | § | **JURY TRIAL** |
| **INC., CDW CORPORATION, CITIGROUP** | § | |
| **INC., THE GO DADDY GROUP, INC.,** | § | |
| **GOOGLE INC., J.C. PENNEY** | § | |
| **CORPORATION, INC., STAPLES, INC.,** | § | |
| **YAHOO! INC., and YOUTUBE, LLC.,** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT MOTION TO DISMISS BETWEEN EOLAS TECHNOLOGIES**
**INCORPORATED, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA AND**
**STAPLES, INC.**

Plaintiffs Eolas Technologies Incorporated ("Eolas") and The Regents of the

University of California ("The Regents") on the one hand, and Defendant, Staples, Inc.

("Staples") on the other hand, each acting through their duly authorized undersigned counsel

of record, in accordance with a Confidential Settlement and License Agreement dated

February 7, 2012 and a Settlement Agreement dated February 7, 2012, hereby move that all

claims by Eolas and The Regents against Staples, and all claims by Staples against Eolas

and The Regents in this action be hereby dismissed with prejudice, and that an order

granting this dismissal to this effect may be entered forthwith.  Each of the aforementioned

parties shall bear its own costs and attorneys' fees with respect to these claims.

Dated:  February 22, 2012

**MCKOOL SMITH, P.C.**

/s/  Mike McKool

Mike McKool
Lead Attorney
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Douglas Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Holly Engelmann
Texas State Bar No. 24040865
hengelmann@mckoolsmith.com
J.R. Johnson
Texas State Bar No. 24070000
jjohnson@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Gretchen K. Curran
Texas State Bar No. 24055979
gcurran@mckoolsmith.com
Matthew B. Rappaport
Texas State Bar No. 24070472
mrappaport@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**ATTORNEYS FOR DEFENDANT
STAPLES, INC.**


/s/  Mark Matuschak

Mark Matuschak (*admitted pro hac vice*)
mark.matuschak@wilmerhale.com
Donald R. Steinberg (*admitted pro hac vice*)
don.steinberg@wilmerhale.com
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6559
Telecopier:  (617) 526-5000


Kate Hutchins (*admitted pro hac vice*)
kate.hutchins@wilmerhale.com
**WILMER CUTLER PICKERING HALE
AND DORR LLP**
399 Park Avenue
New York, NY 10022
Telephone:  (212) 295-6414
Telecopier:  (212) 230-8888


Michael E. Richardson (TX Bar No.
24002838)
**BECK REDDEN & SECREST**
1221 McKinney, Suite 4500
Houston, TX 77010
Telephone:  (713) 951-6284
Telecopier:  (713) 951-3720
mrichardson@brsfirm.com

Robert M. Parker
Texas State Bar No. 15498000
rmparker@pbatyler.com
Robert Christopher Bunt
Texas Bar No. 00787165
rcbunt@pbatyler.com
Andrew T. Gorham
Texas State Bar No. 24012715
tgorham@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
(903) 531-3535
(903) 533-9687- Facsimile


**ATTORNEYS FOR PLAINTIFFS**

**EOLAS TECHNOLOGIES
INCORPORATED AND THE REGENTS
OF THE UNIVERSITY OF
CALIFORNIA**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on February 22, 2012.  Local Rule CV-5(a))3)(A).

*/s/ John B. Campbell*

John B. Campbell