# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | § § § § | |
| Plaintiffs, | § § | CASE NO. 6:09-CV-00446-LED |
| vs. | § § § | |
| ADOBE SYSTEMS INC., AMAZON.COM INC., CDW CORPORATION, CITIGROUP INC., THE GO DADDY GROUP, INC., GOOGLE INC., J.C. PENNEY CORPORATION, INC., STAPLES, INC., YAHOO! INC., and YOUTUBE, LLC., | § § § § § § § § | JURY TRIAL |
| Defendants. | § | |

## ORDER AND JUDGMENT OF DISMISSAL

IT IS ORDERED that the Joint Motion to Dismiss Between Eolas Technologies Incorporated, The Regents of the University of California and Staples, Inc. IS HEREBY GRANTED and all claims by Plaintiffs Eolas Technologies Incorporated and The Regents of the University of California against Defendant Staples, Inc., and all claims by Staples, Inc. against Eolas Technologies Incorporated and The Regents of the University of California, are hereby dismissed with prejudice pursuant to and in accordance with a Confidential Settlement and License Agreement dated February 7, 2012 and a Settlement Agreement dated February 7, 2012. Each of the foregoing parties shall bear its own costs and attorneys' fees with respect to these claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**So ORDERED and SIGNED this 23rd day of February, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**