**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EOLAS TECHNOLOGIES §<br>INCORPORATED and THE REGENTS §<br>OF THE UNIVERSITY OF CALIFORNIA §<br>§<br>Plaintiffs, §<br>§<br>vs. §<br>§<br>ADOBE SYSTEMS INC., AMAZON.COM §<br>INC., CDW CORPORATION, CITIGROUP §<br>INC., THE GO DADDY GROUP, INC., §<br>GOOGLE INC., J.C. PENNEY §<br>CORPORATION, INC., STAPLES, INC., §<br>YAHOO! INC., and YOUTUBE, LLC., §<br>§<br>Defendants. § | CASE NO. 6:09-CV-00446-LED<br><br>JURY TRIAL |

## ORDER AND JUDGMENT OF DISMISSAL

IT IS ORDERED that the Joint Motion to Dismiss Between Eolas Technologies Incorporated, The Regents of the University of California and Adobe Systems, Inc. IS HEREBY GRANTED and all claims by Plaintiffs Eolas Technologies Incorporated and The Regents of the University of California against Defendant Adobe Systems, Inc., and all claims by Adobe Systems, Inc. against Eolas Technologies Incorporated and The Regents of the University of California, are hereby dismissed without prejudice pursuant to and in accordance with settlement agreements effective as of February 4, 2012. Each of the foregoing parties shall bear its own costs and attorneys' fees with respect to these claims. The claims against Adobe by Eolas are found to be separate and independent and there is no reason or cause to delay entry of judgment on those claims in light if the Parties' settlement, and all other requirements of Fed. R. Civ. P. 54(b) are met here.

LET JUDGMENT BE ENTERED ACCORDINGLY PURSUANT TO FED. R. CIV. P. 54(b) AND 58.

**So ORDERED and SIGNED this 27th day of February, 2012.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE