**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES INCORPORATED, | § § § | Civil Action No. 6:09-CV-446-LED |
| PLAINTIFF, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| ADOBE SYSTEMS INC., et al., | § § § | |
| DEFENDANTS. | § § § | |

**ORDER GRANTING UNOPPOSED MOTION TO AMEND POST-TRIAL DEADLINE
FOR SUBMISSION OF DEFENDANTS' BILL OF COSTS**

Defendants, Amazon.com, Inc., Google, Inc., J.C. Penney Corp., Inc., Yahoo! Inc., and YouTube LLC filed their Unopposed Motion to Amend Post-Trial Deadline For Submission of Defendants' Bill of Costs.

Being well-advised, the Court is of the opinion that the motion is well-taken and should be and is hereby GRANTED. It is therefore

ORDERED, that Defendants shall file their Bill(s) of Costs no later than March 12, 2012 in a manner complying with this Court's Local Rules.

**So ORDERED and SIGNED this 28th day of February, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**