**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES INCORPORATED and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA** | § § § § | |
| Plaintiffs, | § § | CASE NO. 6:09-CV-00446-LED |
| vs. | § § | |
| **ADOBE SYSTEMS INC., AMAZON.COM INC., CDW CORPORATION, CITIGROUP INC., THE GO DADDY GROUP, INC., GOOGLE INC., J.C. PENNEY CORPORATION, INC., STAPLES, INC., YAHOO! INC., and YOUTUBE, LLC,** | § § § § § § § | JURY TRIAL |
| Defendants. | § | |

## ORDER AND JUDGMENT OF DISMISSAL

IT IS ORDERED that the Joint Motion to Dismiss Between Eolas Technologies Incorporated, The Regents of the University of California and CDW Corporation IS HEREBY GRANTED and all claims by Plaintiffs Eolas Technologies Incorporated and The Regents of the University of California against Defendant CDW Corporation and CDW LLC[1], and all claims by CDW Corporation and CDW LLC against Eolas Technologies Incorporated and The Regents of the University of California, are hereby dismissed with prejudice. Each of the foregoing parties shall bear its own costs and attorneys' fees with respect to these claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

---

[1] On December 31, 2009, "CDW Corporation" merged into CDWC LLC, an Illinois limited liability company, and the name of CDWC LLC was changed to "CDW LLC" as of that date.

**So ORDERED and SIGNED this 7th day of March, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**