# EXHIBIT 1

```
<!DOCTYPE hmml SYSTEM>
<HMML>
<TITLE>test input</TITLE>

<H1>FORM samples</H1>
<P>This document contains a variety of forms as supported by viola, in HMML.

<FORM ACTION="mailto:pei@ora.com">
<MH>Subject: A survey</MH>
<P>Please enter your name:
<INPUT name="UserName" envvar="USER">
<P>age:
<INPUT name="Age" type="percent" value=10 envvar="AGE">
<P>
Sex:
<HPANE>
<INPUT maxwidth=30 name="sex" value="male" type="radio"><P>Male
<INPUT maxwidth=30 name="sex" value="female" type="radio"><P>Female
</HPANE>
</FORM>

<FORM ACTION="mailto:pei@ora.com">
<H2>Pizza sizes</H2>
<HPANE>
<INPUT maxwidth=30 name="size" value="small" type="radio" checked><P>small
<INPUT maxwidth=30 name="size" value="medium" type="radio"><P>medium
<INPUT maxwidth=30 name="size" value="large" type="radio"><P>large
</HPANE>

<HR>
<H2>Toppings</H2>
<P>add 25 cents for each topping
<HPANE>
<INPUT maxwidth=30 name="Anchovies" type="check"><P>Anchovies
<INPUT maxwidth=30 name="Salami" type="check"><P>Salami
<INPUT maxwidth=30 name="Sausage" type="check"><P>Sausage
</HPANE>
<HPANE>
<INPUT maxwidth=30 name="GreenPeppers" type="check" checked><P>Green peppers
<INPUT maxwidth=30 name="Mushrooms" type="check" checked><P>Mushrooms
<INPUT          maxwidth=30          name="Artichokes"          type="check"
envvar="TOPPINGS_ARTICHOKES"><P>Artichokes
</HPANE>

<HR>
<P>Red hot pepper density:  (number of shakes -- 9 is ideal)
<INPUT name="HotPepper" type="percent" value=9>
<P>Cheese density:  (50% is recommended)
<INPUT name="Cheese" type="percent" value=50>
<P>Tomato sauce depth:  (in millimeters. 3 is nice and moist)
<INPUT name="TomatoSauce" type="percent" value=3>

<HR>
<H2>Option menu</H2>
<HPANE>
<OPTIONS name="cities" maxwidth=150>
<OPTI value="berlin">Berlin</OPTI>
```

```
<OPTI value="cairo">Cairo</OPTI>
<OPTI value="sf" checked>San Francisco</OPTI>
</OPTIONS>
<P>Which city are you going to?
aftereffect afterglow afterimage afterlife aftermath afternoon
afterthought afterward afterword again against Agamemnon agate Agatha
agave age Agee agenda agent agglomerate agglutinate agglutinin aggravate
aggregate aggression aggressive aggressor aggrieve aghast
</HPANE>

</FORM>

<P>Radio buttons.

<FORM ACTION="mailto:pei@ora.com">
<H2>Signature</H2>
<INPUT name="sig" type="doodle">
</FORM>

</HMML>
```