**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **EOLAS TECHNOLOGIES** | § | |
| **INCORPORATED and THE REGENTS** | § | |
| **OF THE UNIVERSITY OF CALIFORNIA** | § | |
| | § | |
| **Plaintiffs,** | § | **CASE NO. 6:09-CV-00446-LED** |
| | § | |
| **vs.** | § | |
| | § | |
| **ADOBE SYSTEMS INC., AMAZON.COM** | § | **JURY TRIAL** |
| **INC., CDW CORPORATION, CITIGROUP** | § | |
| **INC., THE GO DADDY GROUP, INC.,** | § | |
| **GOOGLE INC., J.C. PENNEY** | § | |
| **CORPORATION, INC., STAPLES, INC.,** | § | |
| **YAHOO! INC., and YOUTUBE, LLC.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is the Renewed Motion of Plaintiffs the Regents of the University of California and Eolas Technologies Incorporated for Judgment as a Matter of Law Under Rule 50(b) That the Asserted Claims of the Patents-in-Suite Are Not Invalid, Or in the Alternative for a New Trial Under Rule 59. Having considered the motion, the Court is of the opinion that it should be GRANTED.

Therefore, it is hereby ORDERED that the Renewed Motion of Plaintiffs the Regents of the University of California and Eolas Technologies Incorporated for Judgment as a Matter of Law Under Rule 50(b) That the Asserted Claims of the Patents-in-Suit Are Not Invalid is GRANTED. The Court hereby issues its JUDGMENT that the asserted claims of the patents-in-suit are not invalid, including claims 1 and 6 of U.S. Patent No. 5,838,906, and claims 1, 3, 10, 16, 18, 20, 22, 36, 38, 40, and 42 of U.S. Patent No. 7,599,985.