**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES | § | |
| INCORPORATED AND | § | Civil Action No. 6:09-CV-446-LED |
| THE REGENTS OF THE | § | |
| UNIVERSITY OF CALIFORNIA, | § | |
| | § | |
| *PLAINTIFFS,* | § | |
| | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| ADOBE SYSTEMS INC., et al., | § | |
| | § | |
| *DEFENDANTS.* | § | |

## <u>ORDER</u>

Defendants Amazon.com, Inc., Google, Inc., J.C. Penney Corporation, Inc., Yahoo! Inc., and YouTube LLC filed their Second Unopposed Motion to Amend Post-Trial Deadline For Submission of Defendants' Bill of Costs.

Being well-advised, the Court is of the opinion that the motion is well-taken and should be and is hereby GRANTED.  It is therefore

ORDERED, that Defendants shall file their Bill(s) of Costs no later than March 30, 2012 in a manner complying with this Court's Local Rules.

**So ORDERED and SIGNED this 12th day of March, 2012.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**