IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ADOBE SYSTEMS, INC., et. al., <br><br> Defendants. | Civil Action No. 6:09-cv-446-LED <br><br> JURY TRIAL |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Now comes Neil J. McNabnay, Carl E. Bruce, John R. Lane, Proshanto Mukherji and Katrina G. Eash of the Law Firm of FISH & RICHARDSON, P.C., and pursuant to Rule CV 11(f) requests that the Clerk of the Court remove their names from the list of persons authorized to receive electronic notices in this case.

Dated: March 19, 2012

*/s/ Neil J. McNabnay*
Thomas M. Melsheimer (txm@fr.com)
Texas Bar No. 13922550
Neil J. McNabnay (njm@fr.com)
Texas Bar No. 24002583
Carl E. Bruce (ceb@fr.com)
Texas Bar No. 24036278
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

John R. Lane (jlane@fr.com)
Texas Bar No. 24057958
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street

Suite 2800
Houston, TX 77010
713-654-5300 (Telephone)
713-652-0109 (Facsimile)


Proshanto Mukherji (mukherji@fr.com)
**FISH & RICHARDSON**
One Marina Park Drive
Boston, MA 02110-1878
(617) 542-5070 (Telephone)

Attorneys for Defendant
**THE GO DADDY GROUP, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2012, I electronically filed the foregoing **REQUEST FOR TERMINATION OF ELECTRONIC NOTICES** with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing via electronic mail to all counsel of record.

*/s/ Neil J. McNabnay*
Neil J. McNabnay