Exhibit 2

# Viola Makes The Eolas Patents Invalid

| | '985 Patent | | | | | | | | | | | '906 Patent | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claim 1 | Claim 3 | Claim 10 | Claim 16 | Claim 18 | Claim 20 | Claim 22 | Claim 36 | Claim 38 | Claim 40 | Claim 42 | Claim 1 | Claim 6 |
| 1. A method for running an application program in distributed hypermedia network environment, wherein the network environment comprises at least one client workstation and one network server coupled to the network environment, the method comprising: | ✓ | ✓ | ✓ | Computer Readable Media ✓ | Computer Readable Media ✓ | Serving ✓ | ✓ | ✓ | ✓ | Serving ✓ | Serving ✓ | ✓ | Computer Program Product ✓ |
| **1** receiving, at the client workstation from the network server over the network environment, at least one file containing information to enable browser application to display at least portion of distributed hypermedia document within browser-controlled window; | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **2** executing the browser application on the client workstation, with the browser application: | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **3** responding to text formats to initiate processing specified by the text formats; | ✓ | ✓ | ✓ | ✓ | HTML Tags ✓ | ✓ | HTML Tags ✓ | ✓ | HTML Tags ✓ | ✓ | HTML Tags ✓ | ✓ | ✓ |
| **4** displaying at least portion of the document within the browser-controlled window; | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **5** identifying an embed text format which corresponds to first location in the document, where the embed text format specifies the location of at least portion of an object external to the file, where the object has type information associated with it; | ✓ | ✓ | ✓ | Type information in embed text format ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **6** utilizing the type information to identify and locate an executable application external to the file; and | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| **7** automatically invoking the executable application, in response to the identifying of the embed text format, to execute on the client workstation in order to display the object and enable an end-user to directly interact with the object while the object is being displayed within a display area created at the first location within the portion of the hypermedia document being displayed in the browser-controlled window. | ✓ | HTML Tags ✓ | ✓ | ✓ | ✓ | Distributed Application ✓ | Distributed Application ✓ | Distributed Application ✓ | Distributed Application ✓ | | | ✓ | ✓ |

DDEM 138