# Exhibit 3

# Viola type

```
Oct 16, 93 8:19                    testInputAll.hmml                    Page 1/2
 1  <!DOCTYPE hmml SYSTEM>
 2  <HMML>
 3  <TITLE>test input</TITLE>
 4
 5  <H1>FORM samples</H1>
 6  <P>This document contains a variety of forms as supported by viola, in HMML.
 7
 8  <FORM ACTION="mailto:pei@ora.com">
 9  <MH>Subject: A survey</MH>
10  <P>Please enter your name:
11  <INPUT name="UserName" envvar="USER">
12  <P>age:
13  <INPUT name="Age" type="percent" value=10 envvar="AGE">
14  <P>
15  Sex:
16  <HPANE>
17  <INPUT maxwidth=30 name="sex" value="male" type="radio"><P>Male
18  <INPUT maxwidth=30 name="sex" value="female" type="radio"><P>Female
19  </HPANE>
20  </FORM>
21
22  <FORM ACTION="mailto:pei@ora.com">
23  <H2>Pizza sizes</H2>
24  <HPANE>
25  <INPUT maxwidth=30 name="size" value="small" type="radio" checked><P>small
26  <INPUT maxwidth=30 name="size" value="medium" type="radio"><P>medium
27  <INPUT maxwidth=30 name="size" value="large" type="radio"><P>large
28  </HPANE>
29
30  <HR>
31  <H2>Toppings</H2>
32  <P>add 25 cents for each topping
33  <HPANE>
34  <INPUT maxwidth=30 name="Anchovies" type="check"><P>Anchovies
35  <INPUT maxwidth=30 name="Salami" type="check"><P>Salami
36  <INPUT maxwidth=30 name="Sausage" type="check"><P>Sausage
37  </HPANE>
38  <HPANE>
39  <INPUT maxwidth=30 name="GreenPeppers" type="check" checked><P>Green peppers
40  <INPUT maxwidth=30 name="Mushrooms" type="check" checked><P>Mushrooms
41  <INPUT maxwidth=30 name="Artichokes" type="check" envvar="TOPPINGS_ARTICHOKES"><
    P>Artichokes
42  </HPANE>
43
44  <HR>
45  <P>Red hot pepper density:  (number of shakes -- 9 is ideal)
46  <INPUT name="HotPepper" type="percent" value=9>
47  <P>Cheese density:  (50% is recommended)
48  <INPUT name="Cheese" type="percent" value=50>
49  <P>Tomato sauce depth:  (in millimeters. 3 is nice and moist)
50  <INPUT name="TomatoSauce" type="percent" value=3>
51
52  <HR>
53  <H2>Option menu</H2>
54  <HPANE>
55  <OPTIONS name="cities" maxwidth=150>
56  <OPTI value="berlin">Berlin</OPTI>
57  <OPTI value="cairo">Cairo</OPTI>
58  <OPTI value="sf" checked>San Francisco</OPTI>
59  </OPTIONS>
60  <P>Which city are you going to?
61  aftereffect afterglow afterimage afterlife aftermath afternoon
62  afterthought afterward afterword again against Agamemnon agate Agatha
63  agave age Agee agenda agent agglomerate agglutinate agglutinin aggravate
64  aggregate aggression aggressive aggressor aggrieve aghast
65  </HPANE>
66
67  </FORM>
68
69  <P>Radio buttons.
70
71  <FORM ACTION="mailto:pei@ora.com">
72  <H2>Signature</H2>
73  <INPUT name="sig" type="doodle">
74  </FORM>
```

```
<FORM ACTION="mailto:pei@ora.com">
<MH>Subject: A survey</MH>
<P>Please enter your name:
<INPUT name="UserName" envvar="USER">
<P>age:
<INPUT name="Age" type="percent" value=10 envvar="AGE">
<P>
Sex:
<HPANE>
<INPUT maxwidth=30 name="sex" value="male" type="radio"><P>Male
<INPUT maxwidth=30 name="sex" value="female" type="radio"><P>Female
</HPANE>
</FORM>
```

```
<FORM ACTION="mailto:pei@ora.com">
<H2>Signature</H2>
<INPUT name="sig" type="doodle">
</FORM>
```