UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EOLAS TECHNOLOGIES INCORPORATED § § § § VS § § § ADOBE SYSTEMS INCORPORATED § | CASE NO. 6:09-CV-446<br><br>EXHIBIT LIST |

| JUDGE PRESIDING:<br>**LEONARD DAVIS** | | | PLAINTIFF'S ATTORNEY(S):<br>**Mike McKool, Jr., et al**<br><br>DEFENDANT'S ATTORNEY(S):<br>**David J Healey, et al** |
|---|---|---|---|
| HEARING DATE:<br>2.7.2012 | | | COURT REPORTER: **Shea Sloan**<br>COURTROOM DEPUTY: **Amy Strother** |
| **HEARING EXHIBIT NO.** | **DATE OFFERED** | **DATE ADMITTED** | **EXHIBIT DESCRIPTION** |
| 1 | 2.7.2012 | 2.7.2012 | Special Exhibit - Facebook Notification |
| 2 | 2.7.2012 | 2.7.2012 | Special Exhibit - Facebook Pages |

**FILED:** 2.7.2012

*NOTE: Exhibits Located in Clerk's Exhibit Vault - District Clerk's Office - Tyler*