IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Eolas Technologies Incorporated** <br> **and The Regents of the University of** <br> **California** <br><br> Plaintiffs, <br><br> vs. <br><br> **Adobe Systems Inc., Amazon.com, Inc.,** <br> **Apple Inc., CDW Corp., Citigroup Inc.,** <br> **The Go Daddy Group, Inc., Google Inc.,** <br> **J.C. Penney Company, Inc., Staples, Inc.,** <br> **Yahoo! Inc., and YouTube, LLC** <br><br> **Defendants.** | § § § § § § § § § § § § § § § | Civil Action No. 6:09-CV-00446-LED <br><br><br><br><br><br> JURY TRIAL |

**PLAINTIFFS' FINAL CUMULATIVE LIST OF EXHIBITS ADMITTED
AS OF FEBRUARY 9, 2012**

| Plf Ex. No. | Description | Bates Range | Date Admitted | Witness |
|---|---|---|---|---|
| PX0001 | Certified Copy of U. S. Patent No. 5,838,906 | EOLASTX-0000338254 - EOLASTX-0000338288 | 2/6/2012 | Preadmitted |
| PX0002 | Certified Copy of U. S. Patent No. 7,599,985 | EOLASTX-0000338222 - EOLASTX-0000338253 | 2/6/2012 | Preadmitted |
| PX0003 | U. S. Patent No. 5,838,906 File Histories (original, reexamination I, reexamination II, interference) | EOLASTX-0000000658- EOLASTX-0000003806 EOLASTX-0000163203- EOLASTX-0000163756 | 2/6/2012 | Preadmitted |
| PX0004 | U. S. Patent No. 5,838,906 Appendix A and Appendix B (Source Code) | PA-00299900- PA-00300268 | 2/6/2012 | Preadmitted |
| PX0005 | U. S. Patent No. 7,599,985 File History | EOLASTX-0000003807- EOLASTX-0000004538 | 2/6/2012 | Preadmitted |
| PX0006 | Email String from Michael Doyle to Joseph Hardin Regarding Digital Libraries RFP, dated 10/30/93. [Expert Report Martin (Core) 7/20/11] [Eolas v. Microsoft Pltf's Trial Ex. 491] | EOLASTX-0000000185- EOLASTX-0000000188 | 2/6/2012 | Preadmitted |
| PX0008 | Memorandum (with attachments) from Karen Morgan to Michael Doyle Regarding Your Conference Participation, dated 12/13/93. [Expert Report Martin (Core) 7/20/11] [Eolas v. Microsoft Pltf's Trial Ex. 725] | EOLASTX-0000000250- EOLASTX-0000000270 | 2/6/2012 | Preadmitted |
| PX0009 | Letter from Joseph Hardin to Michael Doyle Regarding notification that NCSA will collaborate with Doyle on the Digital Library project "Embedded Visualization Object for Knowledge Access, Creation and Management through the World Wide Web", dated 1/21/94. [Expert Report Martin (Core) 7/20/11] [Eolas v. Microsoft Pltf's Trial Ex. 493] | EOLASTX-0000000189 | 2/6/2012 | Preadmitted |

McKool 409533v1

| Plf Ex. No. | Description | Bates Range | Date Admitted | Witness |
|---|---|---|---|---|
| PX0012 | Letter (with attachments) from Anne Scott to Linda Stevenson Regarding New Disclosure from Dr. Michael Doyle, David Martin, and Cheong S. Ang Titled: Embedded Program Objects in Distributed Hypermedia Systems, dated 4/8/94.  [Expert Report Martin (Core) 7/20/11] [Eolas v. Microsoft Pltf's Trial Ex. 6] | EOLASTX-0000000015- EOLASTX-0000000033 | 2/6/2012 | Preadmitted |
| PX0013 | Email from Michael Doyle to Unknown Recipients Regarding FYI... Press Release (includes Press Release "Embedded Program Objects in Distributed Hypermedia Systems", dated 8/30/94.  [Expert Report Martin (Core) 7/20/11] [Eolas v. Microsoft Pltf's Trial Ex. 163] | EOLASTX-0000000169- EOLASTX-0000000170 | 2/6/2012 | Preadmitted |
| PX0019 | Executed Second Amended and Restated Agreement between the Regents of the University of California and Eolas Technologies Incorporated for "Embedded Program Objects in Distributed Hypermedia Systems" UC Case No. 94-B08, dated 10/5/09.  [Core Report Weinstein 7/25/2011] | EOLASTX-0000010352- EOLASTX-0000010380 | 2/6/2012 | Preadmitted |
| PX0021 | David Martin's Lab Notebook, Not Dated.  [Expert Report Martin (Core) 7/20/11] [Eolas v. Microsoft Pltf's Trial Ex. 77] | EOLASTX-0000000034- EOLASTX-0000000168 | 2/6/2012 | Preadmitted |
| PX0023 | MMVRII_Web_Demo_Jan-04.mpg | | 2/6/2012 | Preadmitted |
| PX0054 | Email from Pei-Yuan Wei to James Kemp and Karl Jacob regarding viola tar | PA-00293071- PA-00293072 | 2/6/2012 | Preadmitted |
| PX0055 | Email from dale@ora.com to P. Wei regarding viola.tar for Sun | PA-00293074- PA-00293080 | 2/6/2012 | Preadmitted |
| PX0056 | Email from S. Silvey to P. Wei regarding Viola/Spider problems | | 2/6/2012 | Preadmitted |

McKool 409533v1

| Plf Ex. No. | Description | Bates Range | Date Admitted | Witness |
|---|---|---|---|---|
| PX0058 | Email from Pei-Yuan Wei to Michael Doyle regarding FYI…press release | PA-00192857-PA-00192858 | 2/6/2012 | Preadmitted |
| PX0059 | Email from Pei-Yuan Wei to Dale Dougherty regarding ALT attribute & Conformance levels | PA-00029366-PA-00029367 | 2/6/2012 | Preadmitted |
| PX0060 | Email from Pei-Yuan Wei to Dale Dougherty regarding thoughts on viola development plans | PA-00318704-PA-00318707 | 2/6/2012 | Preadmitted |
| PX0097 | Email from Marc Andreessen to Tony Sanders regarding launching executables through HTML files | PH_001_0000004038-PH_001_0000004039 | 2/6/2012 | Preadmitted |
| PX0407 | Email from P. Wei to weber@eit.com regarding violaWWW | MS-ET 0009739 | 2/6/2012 | Preadmitted |
| PX0408 | Email from P. Wei to www-talk@w3.org Re: Eolas Acquires Milestone Internet Software Patent | PA-0318727 | 2/6/2012 | Preadmitted |
| PX0409 | Email from E. Schmidt to tim@ora.com regarding patent on applets | | 2/7/2012 | Objection overruled - admitted Pei Wei |
| PX0410 | Email from D. Raggett to P. Wei regarding HMML | MS-ET 0009725-MS-ET 0009731 | 2/6/2012 | Preadmitted |
| PX0411 | Email from Pei-Yuan Wei to tteator@optimal.com regarding Perry Wei's resume | | 2/6/2012 | Preadmitted |
| PX0413 | Email from P. Wei to M. Weber regarding Mobile History Interview for Computer History Museum | | 2/6/2012 | Preadmitted |
| PX0414 | Frequently Asked Questions by the Press - Tim Berners-Lee | EOLASTX-0000387618-EOLASTX-0000387638 | 2/7/2012 | Tim Berners-Lee |
| PX0427 | Semantic Web - Millenium Technology Prize conference | EOLASTX-0000387499-EOLASTX-0000387533 | 2/7/2012 | Tim Berners-Lee |

McKool 409533v1

| Plf Ex. No. | Description | Bates Range | Date Admitted | Witness |
|---|---|---|---|---|
| PX0441 | Re:  FYI…. press release | PA-00318579 | 2/6/2012 | Preadmitted |
| PX0457 | HTML Patent Advisory Group | MIT resp. to EOLAS subp. 0189-0190 | 2/7/2012 | Tim Berners-Lee |
| PX0470 | Letter from Tim Berners-Lee (Director, World Wide Web Consortium) to Hon. James E. Rogan (Under Secretary of Commerce for Intellectual Property Director, US Patent and Trademark Office)  [Core Report Weinstein 7/25/11]. **REDACTED VERSION** | EOLASTX-0000013755-EOLASTX-0000013760 | 2/7/2012 | Tim Berners-Lee |
| PX0472 | Email from T. Berners-Lee to P. Wei regarding  memory of ViolaWWW from 1993 | | 2/7/2012 | Tim Berners-Lee |
| PX0476 | HTML Specification from Dave Martin re HTML 2.0 Specification | PA-00329986-PA-00329988 | 2/7/2012 | David Raggett |
| JDX-219A | Email from Pei Wei to ms@gnu.ai.mit.edu et al regarding Viola, dated 11/27/91. | | 2/7/2012 | Pei Wei |
| JDX-219B | Email from Pei Wei to n8141165@henson.cc..wwu.edu et al regarding Viola, dated 2/28/92. | | 2/7/2012 | Pei Wei |
| JDX-219C | Email from Pei Wei to Russell M. Kaplan regarding Hello, date 1/2/92. | | 2/7/2012 | Pei Wei |
| JDX-219D | Email from Pei Wei to dale@ora.com et al, dated 4/7/93. | | 2/7/2012 | Pei Wei |
| JDX-219E | Email from Pei Wei to dale@ora.com et al, regarding viola alpha status, dated 4/7/93. | | 2/7/2012 | Pei Wei |
| JDX-219F | Email from Pei Wei to weber@eit.com et al Regarding violaWWW, dated 10/15/93. | | 2/7/2012 | Pei Wei |
| JDX-219G | Email from Pei Wei to weber@eit.com et al Regarding violaWWW, dated 10/17/93. | | 2/7/2012 | Pei Wei |
| JDX-219H | Email from Pei Wei to Chung Regarding FYI my new job, dated 5/18/92. | | 2/7/2012 | Pei Wei |

McKool 409533v1