# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| EOLAS TECHNOLOGIES, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:09-CV-446 (LED) |
| | § | |
| ADOBE SYSTEMS, INC. ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## ORDER GRANTING JOINT AGREED MOTION TO AMEND POST-TRIAL DEADLINE FOR SUBMISSION OF DEFENDANTS' BILL OF COSTS

The Court having considered the Joint Agreed Motion to Amend Post-Trial Deadline For Submission of Defendants' Bill of Costs, and finding good cause supporting it, finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for filing Defendants' Bill of Costs is extended to April 13, 2012.

**So ORDERED and SIGNED this 5th day of April, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**