# EXHIBIT 2

# Screenshot and Text from JDX 121
## Video Demonstration of MediaView



"In another chapter from the same textbook, where we begin to look at some of the mathematics of geometrical transformations, we have provided the notion of live mathematics. So as we slide down in this chapter, we see this simple little two-dimensional house which is used extensively to explain some of the mathematical transformations. And in this case, we see the final matrix representation of the equation for translation of a two-dimensional object.

**By clicking on this, we bring another window up**, but the significance of what has just happened is that we have now connected ourselves to the Mathematica server that is present on this work station. This then allows us to explore more aspects of that equation than the authors were able to provide for us with their static images. **And so by clicking in this window**, I will decide that I want to translate in the X direction by 4 units and in the Y direction by a -3 units and now we ask the Mathematica server to evaluate that for us and we are going to see the house move." JDX 121 at 15:08-16:17 (emphasis added)