IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **PLAINTIFFS TECHNOLOGIES INC., AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,**<br><br>*Plaintiffs*,<br><br>vs.<br><br>**ADOBE SYSTEMS INCORPORATED,** *et al.*<br><br>*Defendants*. | §§§§§§§§§§§§<br><br>**Civil Action No. 6:09-cv-00446-LED**<br><br>**Jury Trial Demanded** |

**ORDER GRANTING UNOPPOSED MOTION TO AMEND POST-TRIAL
DEADLINE FOR SUBMISSION OF DEFENDANTS' BILL OF COSTS**

The Court having considered Defendants' Unopposed Motion to Amend Post-Trial Deadline for Submission of Defendants' Bill of Costs, and finding good cause supporting it, finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for filing Defendants' Bill of Costs is extended to April 20, 2012.

**So ORDERED and SIGNED this 13th day of April, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**