# EXHIBIT A

```
1    #import <appkit/Application.h>
2    #import <appkit/Window.h>
3    #import <appkit/Menu.h>
4    #import <appkit/MenuCell.h>
5    #import <appkit/Text.h>
6    #import <appkit/Form.h>
7    #import <soundkit/Sound.h>
8    #import <ldsyms.h>
9    #import <sys/loader.h>
10   #import <strings.h>
11   #import <libc.h>
12   #import "pathutil.h"
13   #import "a3DViewerView.h"
14   #import "CubeView.h"
15
16   static struct mach_header  *header; // The header used for loading
17   static id     customSubmenu;     // Submenu handle for possible extension
18
19   static id    inspectorPanel;
20   static id    fileName;
21   static id    parameterForm;
22   static id    recordButton;
23   static id    stopButton;
24   static id    playButton;
25   static id    deleteButton;
26   static id    tmpSound;
27
28   @implementation a3DViewerView
29
30   + setCustomComponentData:(struct mach_header *)hd customMenu:(id)subMenu
31   {
32       id  box;
33       id  mCell;
34       id  classObj;
35       header = hd;
36       customSubmenu = subMenu;
37       mCell = [customSubmenu addItem:"3D Viewer"
38                             action:@selector(showAlert)
39                             keyEquivalent:0];
40       classObj = [[a3DViewerView alloc] init];
41       [mCell setTarget:classObj];
42       [customSubmenu display];
43
44       inspectorPanel = [NXApp loadNibSection:"Inspector.nib" owner:classObj
45                                   withNames:YES fromHeader:header];
46       box = NXGetNamedObject("3DFileBox", inspectorPanel);
47       fileName = NXGetNamedObject("3DFileName", box);
48       box = NXGetNamedObject("3DParameterBox", inspectorPanel);
49       parameterForm = NXGetNamedObject("3DForm", box);
50       [parameterForm setAction:@selector(setPhi) at:0];
51       [parameterForm setAction:@selector(setTheta) at:1];
52       [parameterForm setAction:@selector(setInvdist) at:2];
53
```

```
54        box = NXGetNamedObject("3DSoundButtonBox", inspectorPanel);
55        recordButton = NXGetNamedObject("3DRecordSoundButton", box);
56            [recordButton setAction:@selector(recordSound:)];
57        stopButton = NXGetNamedObject("3DStopSoundButton", box);
58            [stopButton setAction:@selector(stopSound:)];
59        playButton = NXGetNamedObject("3DplaySoundButton", box);
60            [playButton setAction:@selector(playSound:)];
61        deleteButton = NXGetNamedObject("3DDeleteSoundButton", box);
62            [deleteButton setAction:@selector(deleteSound:)];
63        tmpSound = 0x0;
64        return classObj;
65    }
66
67    - (void) showAlert
68    {
69        NXRunAlertPanel(NULL, "Custom Menu Activated", NULL, NULL, NULL);
70    }
71
72    - initCustomComponent
73    {
74        self = [super init];
75        _3Dpanel = [NXApp loadNibSection:"3DViewer.nib" owner:self
76                                    withNames:YES fromHeader:header];
77        _3DcontentView = [_3Dpanel contentView];
78
79        _3DcubeView = NXGetNamedObject("3DCubeView" , _3Dpanel);
80        [_3DcubeView setmachHeader:header];
81        [_3DcubeView setController:self];
82
83        [_3Ddatasets setTarget:self];
84        [_3Ddatasets setAction:@selector(openData:)];
85
86        return _3DcontentView;
87    }
88
89    - recordSound:sender
90    {
91        if( !tmpSound ) tmpSound = [Sound new];
92        [tmpSound setDelegate:self];
93        [tmpSound record];
94        return self;
95    }
96
97    - playSound:sender
98    {
99        if( tmpSound ) [tmpSound play];
100       else
101       [playButton setState:0];
102       return self;
103   }
104
105   - didPlay:sender
106   {
```

```
107            [playButton setState:0];
108            return self;
109        }
110
111        - didRecord:sender
112        {
113            [recordButton setState:0];
114            [_3DcubeView setViewSound:tmpSound];
115            return self;
116        }
117
118        - stopSound:sender
119        {
120            if( tmpSound ) [tmpSound stop];
121            return self;
122        }
123
124        - deleteSound:sender
125        {
126            [_3DcubeView deleteViewSound];
127            return self;
128        }
129
130        - inspectCustomComponent
131        {
132            [inspectorPanel makeKeyAndOrderFront:self];
133            [self refreshInspectorPanel];
134            return self;
135        }
136
137        - (void)refreshInspectorPanel
138        {
139            int  index;
140            if( [inspectorPanel isVisible] ) {
141                [recordButton setTarget:self];
142                [stopButton setTarget:self];
143                [playButton setTarget:self];
144                [deleteButton setTarget:self];
145                [inspectorPanel orderFront:self];
146                if( [_3DcubeView currentDataFile] )
147                    [fileName setStringValue:basename([_3DcubeView currentDataFile])];
148                [parameterForm setFloatValue:[_3DcubeView readPhi] at:0];
149                [parameterForm setFloatValue:[_3DcubeView readTheta] at:1];
150                [parameterForm setFloatValue:[_3DcubeView readInvdist] at:2];
151                for( index=0; index<3; index++ )
152                    [parameterForm setTarget:self at:index];
153            }
154        }
155
156        - (void)setPhi
157        {
158            if( [_3DcubeView writePhi:[parameterForm floatValueAt:0]] )
159                [parameterForm setFloatValue:[_3DcubeView readPhi] at:0];;
```

```
160        [parameterForm selectTextAt:0];
161 }
162
163 - (void)setTheta
164 {
165     if( [_3DcubeView writeTheta:[parameterForm floatValueAt:1]] )
166         [parameterForm setFloatValue:[_3DcubeView readTheta] at:1];;
167     [parameterForm selectTextAt:1];
168 }
169
170 - (void)setInvdist
171 {
172     if( [_3DcubeView writeInvdist:[parameterForm floatValueAt:2]] )
173         [parameterForm setFloatValue:[_3DcubeView readInvdist] at:2];;
174     [parameterForm selectTextAt:2];
175 }
176
177 - openData:sender
178 {
179     [_3DcubeView openData:sender];
180     [self perform:@selector(displayAndFlush:) with:self
181                         afterDelay:1 cancelPrevious:YES];
182     return self;
183 }
184
185 - (void) displayAndFlush:sender
186 {
187     [[_3DcontentView window] disableFlushWindow];
188     [[_3DcontentView window] display];
189     [[_3DcontentView window] reenableFlushWindow];
190     [[_3DcontentView window] flushWindowIfNeeded];
191     [self resetFirstResponder:_3DcubeView];
192 }
193
194 - setViews:(id)cv
195 {
196     _3DcubeView = cv;
197     _3DcontentView = [cv superview];
198     return self;
199 }
200
201 - (void)resetFirstResponder:(id)frv
202 {
203     id  vt = [_3DcontentView superview];
204
205     if ( [vt isKindOf:[Text class]] )
206         [vt textDidGetKeys:vt isEmpty:NO];
207     [[frv window] makeFirstResponder:frv];
208     [self refreshInspectorPanel];
209 }
210
211 - free
212 {
```

```
213        if( tmpSound ) [tmpSound free];
214        return [super free];
215    }
216
217    - write:(NXTypedStream *)stream
218    {
219        [super write:stream];
220        return self;
221    }
222
223    - read:(NXTypedStream *)stream
224    {
225        [super read:stream];
226        return self;
227    }
228
229    - awake
230    {
231        [super awake];
232        return self;
233    }
234
235    @end
236
```