# EXHIBIT B

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\**MEDVIEW.AP** (ln 1906)

```
1906   [NUL]%e%e%e%e[NUL]i[NUL]mvcust[NUL].[NUL]./[NUL]/[NUL]OK[NUL]Invali
       d path:
       %s[NUL]Open[NUL]/private/tmp/gdb[NUL]classname[NUL]__MVCUST
       [NUL]Couldnt Load Class[NUL]Custom supplement %s
       loaded[NUL]Custom class %s is already
       loaded[NUL]classicon[NUL]Button[NUL]
       [NUL]DocumentWindow[NUL]tiffButton[NUL]Application[NUL]MyView
       Text[NUL]NEW[NUL]DocumentWindow.nib[NUL]mdvw[NUL]mvw[NUL]MVW
       [NUL]MyClipView[NUL]/NextApps/WriteNow.app/wn-rtf
       [NUL]/WNDocument.wn[NUL] > [NUL]/tmp/foobar[NUL]rm
       [NUL]currentSelection[NUL]editAbility[NUL]fullRTF[NUL]BTreeFi
       le[NUL]/tmp/.mvcust[NUL]CustomComponents[NUL]/tmp/[NUL].mvcus
       t[NUL]RTFstream[NUL]DocumentData[NUL]Cancel[NUL]Yes[NUL]No[NUL]"
       %s" has been edited.
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\**MEDVIEW.AP** (ln 1913)

```
1913   Can Be Added![NUL]Nothing To Add[NUL]NOT_SAVED[NUL]Please
       save %s before adding[NUL]Save First[NUL]Nothing
       Added![NUL]Add
       Failed[NUL]Darkroom[NUL]Webster[NUL]Librarian[NUL]Quotations
       [NUL]Couldn't open %s[NUL]Please select some
       text.[NUL]Couldn't start up
       %s.[NUL]test[NUL]SummaryMatrix[NUL]PageLayout[NUL]CRP[NUL]{^{m
       ach_header}*}[NUL]HashTable[NUL]/dev/ttyb[NUL]SerialPort
       [NUL]Warning: Serial Port B is
       busy[NUL]{*@i}[NUL]ViewCell[NUL]%s is already
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\**MEDVIEW.AP** (ln 2082)

```
2082   A[NUL][ENQ]Õ[NUL][NUL][NUL][STX][NUL][NUL][NUL][DLE][NUL][ACK][SOH][NUL][ENQ]Õ¨
```

**************

```
       [NUL]numParams[NUL]fileBase[NUL]mathFile[NUL]mathBuf[NUL]fixedF
       ile[NUL][128c][NUL]fixFileCmd[NUL]mathDroid[NUL]tiffButton[NUL]
       tiffButton.m[NUL]loadFromStream:[NUL]setTheTIFF:[NUL]tiffVie
       w[NUL]tiffView.m[NUL]playAction:[NUL]resetPict:[NUL]getDefaul
```

1

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\**MEDVIEW.AP** (lns 5744-5746)

```
5744   \pard\tx11520\fs28\li180\fc0 If applicable,
       installing this component in a document will open a
       window in which you can view live video from the
       currently selected source.  This window looks like
       this↳\
5745
5746   {{\ViewCell5564
       EOT VT typedstream ETX ¢„ SOH @„„„ ACK PSView NUL „„ EOT View NUL
       ""
       Responder NUL „„ ACK Object NUL …'…„ SOH f NUL „ EOT fffffqIòÊfqI
       òÊ SOH ( NUL ø NUL NUL SOH ( NUL ø'…'…„ EOT @ss@…DLE @ NUL …'„„„
       PSGraphic NUL „„ BEL Graphic NUL –„ ENQ ffffs NUL NUL SOH ( NUL øÀ
       NUL „ ENQ fffffi NUL ‰ SOH m SOH ± STX e„ NUL NUL  d„ BS [41060c]%!PS
       -Adobe-2.0 EPSF-2.0
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\**MEDVIEW.AP** (lns 5106-5113)

```
5106   \fs28 After reading all files in the directory, a
       window appears, displaying the first file in the
       sequence.  You can begin animation of the images by
       clicking anywhere in the display area.  Another click
       stops it.\
5107
5108   \fs20 \
5109
5110   \fs28 There are several controls at the top and
       bottom of the display window.  Controls at the top
       have the following functions:\
5111
5112   \f0\fs24
5113   {{\ViewCell4570
       EOT VT typedstream ETX ¢„ SOH @„„„ ACK PSView NUL „„ EOT View NUL
       ""
       Responder NUL „„ ACK Object NUL …'…„ SOH f NUL „ EOT fffffqIòÊfqI
       òÊ SOH 9 NUL ` NUL NUL SOH 9 NUL `'…'…„ EOT @ss@…DLE @ NUL …'„„„
       PSGraphic NUL „„ BEL Graphic NUL –„ ENQ ffffs NUL NUL SOH 9 NUL `À
       NUL „ ENQ fffffim SOH _ SOH | SOH δ1÷„ BS [12791c]%!PS-Adobe-2.0
       EPSF-2.0
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\**MEDVIEW.AP** (lns 5457-5460)

```
5457    Those at the bottom of the window control speed and
        general direction of the animation.\
5458
5459    \f0\b\i\fs24
5460    {{\ViewCell4664
        [EOT][VT]typedstream[ETX]¢„[SOH]@„„„„[ACK]PSView[NUL]„„„[EOT]View[NUL]
        „„
        Responder[NUL]„„„[ACK]Object[NUL]…'…„[SOH]f[NUL]„[EOT]fffffqIòÊfqI
        òÊ[NUL]øq[NUL][NUL][NUL]øq'…'…„[EOT]@ss@…[DLE]@[NUL]…'„„„
        PSGraphic[NUL]„„„[BEL]Graphic[NUL]–„[ENQ]fffffs[NUL][NUL][NUL]øqÀ[NUL]
        „[ENQ]fffffie[STX][FF][SOH]][STX]}(h„[BS][10344c]%!PS-Adobe-2.0
        EPSF-2.0
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\**MEDVIEW.AP** (ln 6130)

```
6130    [ETX][NUL][NUL][NUL][ENQ][NUL]6[DC4][NUL][SOH]è[EM][ETX][NUL][NUL][NUL][ENQ][NUL]
```

**************

```
read:][NUL]_mathRunning[NUL]+[tiffButton
newFrame:tiffFile:alttiffFile:sndFile:][NUL]+[tiffButton
start_mathexe:][NUL]_execstr[NUL]_pstmpstr[NUL]_mathDroid
[NUL]+[tiffButton stop_mathexe][NUL]+[tiffButton
mathRunning][NUL]+[tiffButton
mathDroid][NUL]-[tiffButton
windowDidBecomeKey:][NUL]-[tiffButton
windowWillMiniaturize:toMiniwindow:][NUL]-[tiffButton
plotToggle:][NUL]-[tiffButton
buttonAction:][NUL]-[tiffButton
mathAction:][NUL]-[tiffButton copyPS:][NUL]-[tiffButton
reEvaluate:][NUL]-[tiffButton
mathReceive:][NUL]_answerstr[NUL]-[tiffButton
mathCommand:][NUL]-[tiffButton
justify:][NUL]-[tiffButton log:][NUL]-[tiffButton
free][NUL]-[tiffButton write:][NUL]-[tiffButton
read:][NUL]+[tiffView newFrame:][NUL]+[tiffView
```

3