# EXHIBIT C

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**ANIM.MVW** (lns 113-120)

```
Figure 14 has been replaced with the following animated
sequences:\
\

\fs44
\pard\tx520\tx1060\tx1600\tx2120\tx2660\tx3200\tx3720\tx42
60\tx4800\tx5320\fc0
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\tx7
680\tx8640\tx9600{\ViewCell2002
EOTVTtypedstreamETX¢„SOH@„„„BELCellBoxNUL„„ETXBoxNUL„„
EOTViewNUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIòÊ9
.™NULNUL9.'…'…„EOT@ss@„„„EOTListSOH–„SOHiSOH„EOT[1@]„•'
'NUL™STXSTX5 ™NULNUL5
'''…š„™œSOH„„„SOAnimatorWindowNUL„„ACKButtonNUL„„BELCont
rolNUL•'šNUL™NULNUL   ™NULNUL
'š'…š…^NULNUL…„ETXi@s,NULNUL'DC1„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH–„EOT*@ss……
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**ANIM.MVW** (lns 267-269)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\tx7
680\tx8640\tx9600{\ViewCell2007
EOTVTtypedstreamETX¢„SOH@„„„BELCellBoxNUL„„ETXBoxNUL„„
EOTViewNUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIòÊC
.™NULNULC.'…'…„EOT@ss@„„„EOTListSOH–„SOHiSOH„EOT[1@]„•'
'NUL™STXSTX? ™NULNUL?
'''…š„™œSOH„„„SOAnimatorWindowNUL„„ACKButtonNUL„„BELCont
rolNUL•'šNUL™NULNUL   ™NULNUL
'š'…š…^NULNUL…„ETXi@s,NULNUL'DC4„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH–„EOT*@ss……ŠNULNUL'œ„STXi:NUL„
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**ANIM.MVW** (lns 1117)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\tx7680\tx8
640\tx9600{\ViewCell2012
EOTVTtypedstreamETX¢„SOH@„„„BELCellBoxNUL„„ETXBoxNUL„„EOTView
NUL„„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffƒqIòÊƒqIòÊ5.™NUL
NUL5.’…’…„EOT@ss@„„„EOTListSOH–„SOHiSOH„EOT[1@]„•’’NUL™STXSTX
1 ™NULNUL1
’’’…š„™œSOH„„„SOAnimatorWindowNUL„„ACKButtonNUL„„BELControlNUL
•’šNUL™NULNUL   ™NULNUL   ’š’…š…ˆNULNUL…„ETXi@s,NULNUL‘ETB„„„
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**ANIM.MVW** (lns 1361-1363)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\tx7680\tx
8640\tx9600{\ViewCell2017
EOTVTtypedstreamETX¢„SOH@„„„BELCellBoxNUL„„ETXBoxNUL„„EOTVie
wNUL„„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffƒqIòÊƒqIòÊ5.™NUL
NUL5.’…’…„EOT@ss@„„„EOTListSOH–„SOHiSOH„EOT[1@]„•’’NUL™STX
STX1 ™NULNUL1
’’’…š„™œSOH„„„SOAnimatorWindowNUL„„ACKButtonNUL„„BELControl
NUL•’šNUL™NULNUL   ™NULNUL
’š’…š…ˆNULNUL…„ETXi@s,NULNUL‘SUB„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH–„EOT*@ss……ŠNULNUL’œ„STXi:NUL„SOani
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**ANIM.MVW** (lns 1767)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\tx7680\tx
8640\tx9600{\ViewCell2022
EOTVTtypedstreamETX¢„SOH@„„„BELCellBoxNUL„„ETXBoxNUL„„EOTVie
wNUL„„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffƒqIòÊƒqIòÊC.™NUL
NULC.’…’…„EOT@ss@„„„EOTListSOH–„SOHiSOH„EOT[1@]„•’’NUL™STX
STX? ™NULNUL?
’’’…š„™œSOH„„„SOAnimatorWindowNUL„„ACKButtonNUL„„BELControl
NUL•’šNUL™NULNUL   ™NULNUL
’š’…š…ˆNULNUL…„ETXi@s,NULNUL‘GS„„„
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**ANIM.MVW** (lns 3286)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\tx7680\tx8640\tx9600{\ViewCell2027
EOTVTtypedstreamETX¢„SOH@„„„BELCellBoxNUL„„ETXBoxNUL„„EOTView NUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIòÊQ.™NUL NULQ.'…'…„EOT@ss@„„„EOTListSOH–„SOHiSOH„EOT[1@]„•''NUL™STX STXM ™NULNULM
'''…š„™œSOH„„„SOAnimatorWindowNUL„„ACKButtonNUL„„BELControl NUL•'šNUL™NULNUL ™NULNUL 'š'…š…ˆNULNUL…„ETXi@s,NULNUL' „„„
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**BLASS.MVW** (lns 48-52)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\tx7680\tx8640\tx9600\fi360{\ViewCell1025
EOTVTtypedstreamETX¢„SOH@„„„
tiffButtonNUL„„ACKButtonNUL„„BELControlNUL„„EOTView NUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIò ÊNUL·SOHžšNULNULNUL·SOHž'…'…„EOT@ss@…@NUL…„ETXi@sEOT SOH„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˜EOT*@ss……BSNULNUL''„STXi: NUL„
buttonAction:„STXssSOHK …„„„ENQSoundNUL˜EOT*i@i…NUL…,
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**FAST.MVW** (lns 55-58)

```
{{\ViewCell296 EOTVTtypedstreamETX¢„SOH@„„„
Post_itButtonNUL„„ACKButtonNUL„„BELControlNUL„„EOTView NUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIò Ê šNULNUL '…'…„EOT@ss@…PNUL…„ETXi@sNUL„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˜EOT*@ss……ŠNULNUL''„STXi:NUL
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**FAST.MVW** (ln 76)

```
{{\ViewCell685
EOTVTtypedstreamETX¢„SOH@„„„EOTViewNUL„„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffƒqIòÊƒqIò
ÊSOHìSOHEM—NULNULSOHìSOHEM’…’…„EOT@ss@„„„EOTListSOH•
„SOHiSOH„EOT[1@]„„„
LineGraphNUL“’’-NUL—NULEOTSOHìSOHNAK—ƒÀEMìHƒ¾SUBSIàƒ
@™ìHƒ@-QÝ’’’…˜STXDLENUL„„„BSPSMatrixNUL•„ENQ[12f]ƒBÌ‘â
NULNULƒBÌ‘âNULöƒAv8ãƒÆÄ”/ƒÄÄÁ¤ƒF‡xÓƒBÌ‘âƒBÌ‘âNUL„SOHs
NUL†’„„„BSGraphDocNUL•„SOH*„„8brdf_bd(theta,x,sigma,ta
u,lambda,Material(x),dOmega,1.0)—ƒÀEMìHƒ¾SUBSIàƒ@™ìHƒ@-
QÝšENQ–<šNUL–ƒ>KX÷šSOH–ƒ?Á\šSTX–ƒ?DC4^þšETX–ƒ=LÌÍšEOT
šNUL’–¦–ZšßšSOH„SOHcSOH’„„„ENQSoundNUL•„EOT*i@i…NUL…,
NULDC3—FS„
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**FAST.MVW** (ln 339)

```
{{\ViewCell2003
EOTVTtypedstreamETX¢„SOH@„„„ACKPSViewNUL„„EOTViewNUL
„„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffƒqIòÊƒqI
òÊJ,NULNULJ,’…’…„EOT@ss@…DLEPNUL…’„„„
PSGraphicNUL„„BELGraphicNUL–„ENQffffsNULNULJ,ÀNUL„
ENQffffiNULïƒCüÀNULSOH9ƒD
`NULk;„BS[27451c]%!PS-Adobe-2.0 EPSF-1.2
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**FAST.MVW** (ln 1729)

```
{{\ViewCell2758
EOTVTtypedstreamETX¢„SOH@„„„ACKPSViewNUL„„EOTViewNUL
„„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffƒqIòÊƒqI
òÊSOHTSOH2NULNULSOHTSOH2’…’…„EOT@ss@…DLEPNUL…’„„„
PSGraphicNUL„„BELGraphicNUL–„ENQffffsNULNULSOHTSOH2À
NUL„ENQffffiNUL,SOHtSOHÖSTX¦,NULNULÂð„BS[49904c]%!PS
-Adobe-2.0 EPSF-2.0
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**FUSION.MVW** (lns 64-68)

```
{{\ViewCell945 EOTVTtypedstreamETX¢„SOH@„„„
tiffButtonNUL„„ACKButtonNUL„„BELControlNUL„„EOTView
NUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIò
ÊSOH[SOHDC2šNULNULSOH[SOHDC2'…'…„EOT@ss@…@NUL…„ETXi@
sETXÃ„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˝EOT*@ss……ˆNULNUL''„STXi:NUL
„
buttonAction:„STXssSOHK …„„„ENQSoundNUL˝EOT*i@i…NUL…t%
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**JET.MVW** (lns 23-25)

```
{{\ViewCell290
EOTVTtypedstreamETX¢„SOH@„„„DLEAnimate_itButtonNUL„„
ACKButtonNUL„„BELControlNUL„„EOTViewNUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIò
Ê  šNULNUL  '…'…„EOT@ss@…@NUL…„ETXi@sNUL„„„
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**LK_GLASS.MVW** (lns 44-47)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\t
x7680\tx8640\tx9600{\ViewCell22
EOTVTtypedstreamETX¢„SOH@„„„
tiffButtonNUL„„ACKButtonNUL„„BELControlNUL„„EOTView
NUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIò
ÊSOHdNULƒšNULNULSOHdNULƒ'…'…„EOT@ss@…@NUL…„ETXi@sSYN
„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˝EOT*@ss……
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**LK_GLASS.MVW** (lns 294-297)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\t
x7680\tx8640\tx9600\qc{\ViewCell2545
EOTVTtypedstreamETX¢„SOH@„„„
tiffButtonNUL„„ACKButtonNUL„„BELControlNUL„„EOTView
NUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIò
ÊSOH2ƒCÏÈYšNULNULSOH2ƒCÏÈY'…'…„EOT@ss@…@NUL…„ETXi@s
í„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˝EOT*@ss……ŠNULNUL''„STXi:NUL
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**MRI.MVW** (lns 36-41)

```
The initial sequence illustrates a series of views of a head surface model produced using PC-resident high performance 3-D graphics hardware from Matrox.  The head surface model was produced from data produced by a video-based 3-D digitizer developed by the team. The system generates a plane of light which intersects the head surface, and is viewed by a video camera at a known angular offset. The entire assembly is rotated around the head to produce a series of video snapshots.
\pard\tx520\tx1060\tx1600\tx2120\tx2660\tx3200\tx3720\tx4260\tx4800\tx5320\f1\fs24\fc0
{{\ViewCell658
EOTVTtypedstreamETX¢„SOH@„„„DLEAnimate_itButtonNUL„„ACKButtonNUL„„BELControlNUL„„EOTViewNUL„„ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIò Ê  šNULNUL  '…'…„EOT@ss@…@NUL…„ETXi@sNUL„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˜EOT*@ss……ŠNULNUL''„STXi:NUL„DC1animate_itAction:„STXssSOHK ……‡DNUL„STX@@„„„BELNXImageSTX˜STXs*"„„EOTanim†…†ÐNUL'„„„ACKWindowSTX–'…šSTX})SOHEOTNULÝ„
@@ifss**s„–'…™NULšSOHSOHSOHSTXNULÅšNULNULSOHSTXNULÅ'…'  ›„„„EOTListSOH˜SOHiETX„EOT[3@]„„„
TIFFViewerNUL–'¢™NULš%
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**OP_BIOP.MVW** (lns 33-38)

```
    The Optical Biopsy System (OBS) is designed to
    elicit and record a characteristic "optical
    signature" for a tissue
\i in vivo
\i0  : a signature which depends on all of the optical
properties of the tissue. These properties, all of
which will change as the illuminating wavelength is
changed, are  shown in Figure 1 and are:  (1)
fluorescence (the photon being absorbed by a molecule,
which then emits its own characteristic radiation at
longer wavelengths, (2) absorption (the photon being
totally absorbed by a molecule), and (3) scattering
(the photon changes direction at random without
changing wavelength), which is caused by the physical
structure of the tissue. The first two properties
depend on the biochemical constituents of the tissue;
not only the types of molecules present, but their
concentrations.\

\pard\tx520\tx1060\tx1600\tx2120\tx2660\tx3200\tx3720\tx
4260\tx4800\tx5320\qc\fc0
{{\ViewCell945
EOTVTtypedstreamETX¢„SOH@„„„BStiffViewNUL„„EOTViewNUL
„„
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**OP_BIOP.MVW** (ln 50)

```
{\pard\tx360\tx6120{\ViewCell1142
EOTVTtypedstreamETX¢„SOH@„„„SISoundControllerNUL„„ACK
ButtonNUL„„BELControlNUL„„EOTViewNUL„„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffFSETXFS
 šNULNUL  ’…’…„EOT@ss@…@NUL…„ETXi@sNUL„„„
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**OP_BIOP.MVW** (lns 68-71)

```
{{\ViewCell2037
EOTVTtypedstreamETX¢„SOH@„„„SISoundControllerNUL„„ACK
ButtonNUL„„BELControlNUL„„EOTViewNUL„„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffSOHVTEOT
  šNULNUL  ’…’…„EOT@ss@…@NUL…„ETXi@sNUL„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˜EOT*@ss……ŠNULNUL’’„STXi:NUL
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**OP_BIOP.MVW** (lns 391-394)

```
{\pard\tx360\tx6120{\ViewCell4493
EOTVTtypedstreamETX¢„SOH@„„„SISoundControllerNUL„„
ACKButtonNUL„„BELControlNUL„„EOTViewNUL„„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffUS
Ô   šNULNUL  ’…’…„EOT@ss@…@NUL…„ETXi@sNUL„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˜EOT*@ss……
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**RABBIT.MVW** (lns 51-55)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\t
x7680\tx8640\tx9600{\ViewCell756
EOTVTtypedstreamETX¢„SOH@„„„
tiffButtonNUL„„ACKButtonNUL„„BELControlNUL„„EOTView
NUL„„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffƒqIòÊƒqIò
ÊSOHASOH‘šNULNULSOHASOH‘’…’…„EOT@ss@…@NUL…„ETXi@sSTX
ô„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˜EOT*@ss……BSNULNUL’’„STXi:
NUL„
buttonAction:„STXssSOHK …„„„ENQSoundNUL˜EOT*i@i…NUL…,
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**RABBIT.MVW** (lns 284-287)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\t
x7680\tx8640\tx9600{\ViewCell2411
EOTVTtypedstreamETX¢„SOH@„„„
Post_itButtonNUL„„ACKButtonNUL„„BELControlNUL„„EOTView
NUL„„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffƒqIòÊƒqIò
Ê   šNULNUL  ’…’…„EOT@ss@…@NUL…„ETXi@s k„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˜EOT*@ss……BSNULNUL’’„STXi:
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**TWEEDLE.MVW** (lns 84-88)

```
{{\ViewCell525 EOTVTtypedstreamETX¢„SOH@„„„
tiffButtonNUL„„ACKButtonNUL„„BELControlNUL„„EOTView
NUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIò
ÊSOHšSOH=šNULNULSOHšSOH='…'…„EOT@ss@…@NUL…„ETXi@sSTX
DLE„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˜EOT*@ss……BSNULNUL''„STXi:
NUL„
buttonAction:„STXssSOHK …„„„ENQSoundNUL˜EOT*i@i…NUL…,
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**TWEEDLE.MVW** (lns 240-244)

```
{{\ViewCell7138 EOTVTtypedstreamETX¢„SOH@„„„
tiffButtonNUL„„ACKButtonNUL„„BELControlNUL„„EOTView
NUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIò
ÊSOH¥SOHVTšNULNULSOH¥SOHVT'…'…„EOT@ss@…@NUL…„ETXi@s
ESCõ„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˜EOT*@ss……BSNULNUL''„STXi:
NUL„
buttonAction:„STXssSOHK …„„„ENQSoundNUL˜EOT*i@i…NUL…,
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**VALDEZ.MVW** (lns 295-297)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\t
x7680\tx8640\tx9600{\ViewCell248
EOTVTtypedstreamETX¢„SOH@„„„VTDraw_itViewNUL„„ACKButt
onNUL„„BELControlNUL„„EOTViewNUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIò
Ê   šNULNUL   '…'…„EOT@ss@…@NUL…„ETXi@sNUL÷„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˜EOT*@ss……ˆNULNUL''„STXi:NUL
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**VALDEZ.MVW** (lns 2514-2516)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\t
x7680\tx8640\tx9600{\ViewCell253
EOTVTtypedstreamETX¢„SOH@„„„VTDraw_itViewNUL„„ACKButt
onNUL„„BELControlNUL„„EOTViewNUL„„
ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffƒqIòÊƒqIò
Ê   šNULNUL   '…'…„EOT@ss@…@NUL…„ETXi@sNULú„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH˜EOT*@ss……ˆNULNUL''„STXi:NUL
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**VALDEZ.MVW** (lns 5665-5667)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\tx7680\tx8640\tx9600{\ViewCell258 <EOT><VT>typedstream<ETX>¢„<SOH>@„„„<VT>Draw_itView<NUL>„„<ACK>Button<NUL>„„<BEL>Control<NUL>„„<EOT>View<NUL>„„ Responder<NUL>„„<ACK>Object<NUL>…'…„<SOH>f<NUL>„<EOT>ffffƒqIòÊƒqIòÊ   š<NUL><NUL>   '…'…„<EOT>@ss@…@<NUL>…„<ETX>i@s<NUL>ý„„„
ButtonCell<NUL>„„
ActionCell<SOH>„„<EOT>Cell<SOH>˜<EOT>*@ss……<BS><NUL><NUL>''„<STX>i:
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**VALDEZ.MVW** (lns 8372-8374)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\tx7680\tx8640\tx9600{\ViewCell265 <EOT><VT>typedstream<ETX>¢„<SOH>@„„„<VT>Draw_itView<NUL>„„<ACK>Button<NUL>„„<BEL>Control<NUL>„„<EOT>View<NUL>„„ Responder<NUL>„„<ACK>Object<NUL>…'…„<SOH>f<NUL>„<EOT>ffffƒqIòÊƒqIòÊ   š<NUL><NUL>   '…'…„<EOT>@ss@…@<NUL>…„<ETX>i@s<SOH><STX>„„„
ButtonCell<NUL>„„
ActionCell<SOH>„„<EOT>Cell<SOH>˜<EOT>*@ss……<BS><NUL><NUL>''„<STX>i:
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**VALDEZ.MVW** (lns 11421-11423)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\tx7680\tx8640\tx9600{\ViewCell270 <EOT><VT>typedstream<ETX>¢„<SOH>@„„„<VT>Draw_itView<NUL>„„<ACK>Button<NUL>„„<BEL>Control<NUL>„„<EOT>View<NUL>„„ Responder<NUL>„„<ACK>Object<NUL>…'…„<SOH>f<NUL>„<EOT>ffffƒqIòÊƒqIòÊ   š<NUL><NUL>   '…'…„<EOT>@ss@…@<NUL>…„<ETX>i@s<SOH><ENQ>„„„
ButtonCell<NUL>„„
ActionCell<SOH>„„<EOT>Cell<SOH>˜<EOT>*@ss……<BS><NUL><NUL>''„<STX>i:
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS**VALDEZ.MVW** (lns 13045-13047)

```
{\pard\tx960\tx1920\tx2880\tx3840\tx4800\tx5760\tx6720\tx7680\tx8640\tx9600{\ViewCell275 <EOT><VT>typedstream<ETX>¢„<SOH>@„„„<VT>Draw_itView<NUL>„„<ACK>Button<NUL>„„<BEL>Control<NUL>„„<EOT>View<NUL>„„ Responder<NUL>„„<ACK>Object<NUL>…'…„<SOH>f<NUL>„<EOT>ffffƒqIòÊƒqIòÊ   š<NUL><NUL>   '…'…„<EOT>@ss@…@<NUL>…„<ETX>i@s<SOH><BS>„„„
ButtonCell<NUL>„„
ActionCell<SOH>„„<EOT>Cell<SOH>˜<EOT>*@ss……<BS><NUL><NUL>''„<STX>i:
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS\CUSTOM**HOW_TO.MVW** (lns 78-88)

```
\f0 " was written at the back of each collar, when she was startled by a voice coming from the one marked "
\f1 DUM
\f0 ."\
  \

\pard\tx533\tx1067\tx1601\tx2135\tx2668\tx3202\tx3736\tx4270\tx4803\tx5337\qc\fc0
{{\ViewCell525 EOTVTtypedstreamETX¢„SOH@„„„
tiffButtonNUL„„ACKButtonNUL„„BELControlNUL„„EOTView NUL„„ ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffqIòÊfqIòÊSOHšSOH=šNULNULSOHšSOH='…'…„EOT@ss@…@NUL…„ETXi@s STXDLE„„„
ButtonCellNUL„„
ActionCellSOH„„EOTCellSOH‚EOT*@ss……BSNULNUL''„STXi: NUL„
buttonAction:„STXssSOHK …„„„ENQSoundNUL‚EOT*i@i…NUL…,
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS\CUSTOM**HOW_TO.MVW** (lns 84-92)

```
\b0 .  Actually, the instance of the
\b View
\b0  subclass you create with
\f0\fs20 - initCustomComponent
\f1\fs24  is assigned to a subclass of
\b Cell
\b0 , called
\b MediaViewCell
\b0 , which is positioned in the document where a user inserts it.  You can query MediaView for this position with the method
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS\CUSTOM**HOW_TO.MVW** (ln 213)

```
{{\ViewCell4019 EOTVTtypedstreamETX¢„SOH@„„„ACKPSViewNUL„„EOTViewNUL„„ ResponderNUL„„ACKObjectNUL…'…„SOHfNUL„EOTffffqIòÊfqIòÊ01NULNUL01'…'…„EOT@ss@…DLE@NUL…'„„„ PSGraphicNUL„„BELGraphicNUL-„ENQffffsNULNUL01ÀNUL„ENQ ffffiNULNUL01ACKe„BEL[1637c]%!PS-Adobe-2.0 EPSF-1.2
```

JDX 184\LANL_CD\LANL_CD\SOFTWARE\MEDVIEW\DOCS\CUSTOM**HOW_TO.MVW** (ln 289)

```
{{\ViewCell5186
EOTVTtypedstreamETX¢„SOH@„„„ACKPSViewNUL„„EOTViewNUL„
„
ResponderNUL„„ACKObjectNUL…’…„SOHfNUL„EOTffffƒqIòÊƒqIò
ÊNULÒGNULNULNULÒG’…’…„EOT@ss@…DLE@NUL…’„„„
PSGraphicNUL„„BELGraphicNUL–„ENQffffsNULNULNULÒGÀNUL„
ENQffffiNULNULNULÒGUS›„BEL[8091c]%!PS-Adobe-2.0
EPSF-1.2
```